IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PIKE ELECTRIC CORPORATION and
PIKE ELECTRIC, INC.,

                    Plaintiffs,

v.

MICK DUBEA,

                    Defendant.

C.A. No. _____

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS,
<u>PIKE ELECTRIC CORPORATION AND PIKE ELECTRIC, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1, plaintiffs, Pike Electric Corporation ("Pike Corp.") and Pike Electric, Inc. ("Pike Inc."), disclose that Pike Corp. has no parent corporation and no publicly held corporation owns 10% or more of Pike Corp.'s stock. Plaintiffs further disclose that Pike Inc. is a wholly owned subsidiary of Pike Corp., and no other publicly traded corporation owns 10% or more of Pike Inc.'s stock.

*/s/ William J. Wade*

William J. Wade (#704)
Wade@rlf.com
Alyssa M. Schwartz (4351)
Schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

December 20, 2005

Attorneys for Plaintiffs Pike Electric
Corporation and Pike Electric, Inc.

RLF1-2960071-1