IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICK DUBEA, <br><br> Defendant. | C.A. No. _____ |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
AND FOR EXPEDITED DISCOVERY**

Plaintiffs Pike Electric Corporation and Pike Electric, Inc. (collectively, "Pike"), through counsel and pursuant to Rules 26 and 65 of the Federal Rules of Civil Procedure, respectfully file this motion for a preliminary injunction and for expedited discovery against Defendant Mick Dubea ("Dubea").

Pike moves for a preliminary injunction enjoining Dubea, his agents, representatives, and all persons acting in concert or participation with him who receive actual notice of the order, from: (1) violating Dubea's July 1, 2004 employment agreement with Pike (the "Employment Agreement") by, inter alia, competing against Pike and soliciting Pike's customers and employees in violation of § 5.07 of the Employment Agreement, and disclosing Pike's confidential information in violation of § 5.03 of the Employment Agreement; (2) interfering with Pike's contracts with its former and current employees; (3) interfering with Pike's reasonably expected business relations with its current and future customers; (4) using Pike's trade secrets to further the business of T&D Solutions, Ltd. ("T&D"), a newly-formed company

- 2 -

which directly competes with Pike; and (5) assisting T&D in any way in its business activities, including, without limitation, by providing financial support of any kind to T&D or advising T&D or its directors, officers or employees in any way regarding T&D's business.

Together with its motion for a preliminary injunction, Pike requests expedited discovery. Specifically, Pike seeks discovery of the documents and communications in Dubea's possession, custody or control concerning: (1) Dubea's contacts with T&D or representatives of T&D; (2) the formation, financing and corporate structure of T&D; (3) Dubea's recent contacts with the employees, customers and suppliers of Pike and of Red Simpson Incorporated ("RSI"), a company with which Dubea was employed immediately prior to its acquisition by Pike; (4) confidential information obtained by Dubea in his capacity as an employee of Pike and of RSI; and (5) the phone numbers, electronic mail accounts and bank accounts used by Dubea during his suspected involvement with T&D. Pike also seeks the opportunity to take Dubea's deposition on the aforementioned matters.

In support of this motion, Pike relies on the following materials, all of which are filed contemporaneously herewith:

    (a)    Proposed Order Expediting Discovery and Setting Expedited Briefing Schedule

    (b)    Proposed Order Granting Preliminary Injunction

    (c)    Verified Complaint

    (d)    Declaration of Eric Pike

    (e)    Brief in Support of Plaintiffs' Motion for a Preliminary Injunction and Expedited Discovery

Pike further requests that Pike be granted such other and further relief as the Court deems just and proper.

- 3 -

*[signature: William J. Wade]*

William J. Wade (#704)
Wade@rlf.com
Alyssa M. Schwartz (#4351)
Schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700

Attorneys for Plaintiffs Pike Electric
Corporation and Pike Electric, Inc.

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

December 20, 2005