IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICK DUBEA, <br><br> Defendant. | C.A. No. _____ |

**PROPOSED ORDER EXPEDITING DISCOVERY AND
SETTING EXPEDITED BRIEFING SCHEDULE**

AND NOW, on this ___ day of_____, 20__, upon review of Plaintiffs' Motion for a Preliminary Injunction and Expedited Discovery and the supporting papers thereto:

IT IS HEREBY ORDERED that, commencing with the time and date of this Order, in lieu of the time periods, notice provisions, and other requirements of Rules 26, 30, 33 and 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, expedited discovery shall proceed as follows:

(a) Plaintiffs shall serve their First Request for Production of Documents on Defendant within five (5) days from the date of this Order. Following service of that Request, Defendant shall have thirty (30) days in which to produce all documents requested therein.

(b) Plaintiffs are authorized to take the deposition upon oral examination of Defendant, following timely receipt of documents from Defendant in response to Plaintiffs' First Request for Production of Documents, and subject to five (5) days notice pursuant to Rule 30(a) of the Federal Rules of Civil Procedure.

RLF1-2960182-1

- 2 -

IT IS FURTHER HEREBY ORDERED that, commencing with the time and date of this Order, briefing on Plaintiffs' motion for a preliminary injunction shall occur as follows:

(a) Plaintiffs may serve and file a supplemental brief in support of their Motion for a Preliminary Injunction so as to be received by Defendant no later than fourteen calendar days before the time established in this Order for a hearing on the Motion.

(b) Defendant shall serve and file any papers in opposition to Plaintiffs' Motion for a Preliminary Injunction so as to be received no later than seven days before the time established in this Order for a hearing on the Motion;

(c) Plaintiffs shall serve and file any reply papers in support of their Motion so as to be received no later than two days before the time established in this Order for a hearing on the Motion;

(d) Service of the aforementioned response and reply papers shall be made by facsimile and overnight mail;

(e) The Motion shall be argued before this Court at _____ __.m on _____, 200__, in Courtroom ____ of the United States Courthouse at the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801.

SO ORDERED this _____ day of _____, 200__.

_____
U.S.D.J.