IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICK DUBEA, <br><br> Defendant. | C.A. No. _____ |

**PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION**

AND NOW, on this \_\_\_ day of _____, 20\_\_, upon review of Plaintiffs Pike Electric Corporation and Pike Electric, Inc. 's (collectively, "Pike") Motion for a Preliminary Injunction and Expedited Discovery and the supporting papers thereto:

IT IS HEREBY ORDERED that, Plaintiffs' Motion is GRANTED. Defendant Mick Dubea ("Dubea"), his agents, representatives, and all persons acting in concert or participation with him who receive actual notice of this Order, are preliminarily enjoined from:

    (a)    violating Dubea's July 1, 2004 employment agreement with Pike (the "Employment Agreement") by, inter alia, competing against Pike and soliciting Pike's customers and employees in violation of § 5.07 of the Employment Agreement, and disclosing Pike's confidential information in violation of § 5.03 of the Employment Agreement;

    (b)    interfering with Pike's contracts with its former and current employees;

    (c)    interfering with Pike's reasonably expected business relations with its current and future customers;

    (d)    using Pike's trade secrets to further the business of T&D Solutions, Ltd. ("T&D"), a newly-formed company which directly competes with Pike; and

(e)  assisting T&D in any way in its business activities, including, without limitation, by providing financial support of any kind to T&D or advising T&D or its directors, officers or employees in any way regarding T&D's business.

SO ORDERED this _____ day of _____, 200___.

_____
U.S.D.J.