# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

December 20, 2005

**BY HAND DELIVERY**                               0 5    8 7 9

Dr. Peter T. Dalleo
Clerk, U.S. District Court
844 North King Street
Wilmington, DE 19801

      Re:    **Emergency Relief: Pike Electric Corporation and Pike Electric, Inc. v. Dubea**

Dear Dr. Dalleo:

      I write on behalf of Pike Electric Corporation and Pike Electric, Inc. (collectively "Pike"), the plaintiffs in the captioned action. For the Court's convenience, I have enclosed herewith copies of the Verified Complaint, Summons, Motion for Preliminary Injunction and for Expedited Discovery, the Declaration of Eric Pike, a proposed form of Order granting preliminary injunction and a proposed form of Order expediting discovery and setting expedited brief schedule. Because of the urgency of Pike's claims and the continuing irreparable harm that Pike is suffering, Pike respectfully requests that this matter be assigned promptly to the first available judge so that Pike's Motion for Preliminary Injunction and Expedited Discovery may be heard promptly. As set forth in more detail in the enclosed submissions, the defendant has acted and unless enjoined will continue to act in breach of his contractual and common law duty to Pike. More particularly, defendant has been acting in breach of a lawful covenant not to compete and a covenant precluding his use of Pike's proprietary and confidential business information and has tortiously interfered with the contractual relations between Pike and its employees and with the business relations between Pike and its customers. The defendant's actions are causing irreparable harm to Pike.

      The expedited relief which Pike seeks includes an Order expediting discovery and setting an expedited briefing schedule on Pike's Motion for Preliminary Injunction. The requests for a preliminary injunction and expedited discovery are amply supported by the papers enclosed herewith.

      Pike will cause defendant to be served with such papers by registered mail, as is required by the Employment Agreement between plaintiff Pike Electric, Inc. and defendant. In addition, Pike will cause the Complaint, the preliminary injunction motion and all supporting

RLF1-2959428-1

Dr. Peter T. Dalleo
December 20, 2005
Page 2

papers to be delivered by overnight delivery service to defendant. In a letter covering such documents, Pike will request that defendant have his counsel contact Pike's counsel forthwith.

Consistent with the foregoing, Pike respectfully requests the prompt assignment of this matter so that Pike can present its motion for expedition at the Court's early convenience.

If you should have any questions concerning the foregoing or if I can provide any further information, I am available at the Court's convenience.

Very truly yours,

William J. Wade

WJW/bw
Enclosures

RLF1-2959428-1