# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

December 30, 2005

**BY ELECTRONIC FILE AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for Delaware
844 King Street
Wilmington, Delaware 19801

Re:   **Pike Electric Corporation and Pike Electric, Inc. v. Dubea,
       C.A. No. 05-879-SLR**

Dear Chief Judge Robinson:

      I write on behalf of Pike Electric Corporation and Pike Electric, Inc. (collectively, "Pike"), the plaintiffs in the above-captioned action. On December 20, 2005, Pike filed a Verified Complaint and Motion for Preliminary Injunction and Expedited Discovery seeking expedited relief for a former employee's breach of a covenant not to compete, misuse of confidential business information, and tortious interference with the contractual relations between Pike and its employees and with the business relations between Pike and its customers. That same day, Judge Jordan advised the undersigned that once the case was assigned, Pike should send a letter to the assigned Judge regarding Pike's pending application for expedited discovery and relief.

      Defendant's actions are causing irreparable harm to Pike, and unless enjoined defendant will continue to act in breach of his contractual, common law and statutory duties to Pike. The expedited relief which Pike seeks includes an Order expediting discovery and setting an expedited briefing schedule on Pike's Motion for Preliminary Injunction. Because of the urgency of these claims, Pike respectfully requests that Your Honor set a time for Pike to present its Motion for Expedited Discovery regarding Pike's Motion for Preliminary Injunction.

      The same day Pike filed this action, it also served defendant with the Verified Complaint and all motion papers by both registered mail (as required by the Employment Agreement between plaintiff Pike Electric, Inc. and defendant) and overnight delivery service. In a letter covering such documents, Pike requested that defendant contact Pike's counsel forthwith. Pike has yet to hear from defendant.

The Honorable Sue L. Robinson
December 30, 2005
Page 2

       I have enclosed copies of the Verified Complaint, Motion and Brief in Support of Pike's Request for Preliminary Injunction and Expedited Discovery, and Declaration of Eric Pike. If you should have any questions concerning the foregoing or if I can provide any further information, I am available at the Court's convenience.

                                Very truly yours,

                                William J. Wade /AWS #4351

                                William J. Wade (#704)

WJW/bw

Enclosures

cc:    Clerk of the Court (by electronic file and hand delivery w/o enclosures)
       Mick Dubea (by federal express w/o enclosures)

RLF1-2963520-1