IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PIKE ELECTRIC CORPORATION and<br>PIKE ELECTRIC, INC., | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 05-879 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| MICK DUBEA, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER OF EXTENSION FOR
DEFENDANT MICK DUBEA TO FILE RESPONSIVE PLEADING

Plaintiffs, Pike Electric Corporation and Pike Electric, Inc. ("Pike") and Defendant, Mick Dubea ("Dubea"), by their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court, Dubea shall have an extension to and including January 30, 2006 to move, answer or otherwise respond to Pike's Complaint in the above-captioned action.

/s/ Alyssa M. Schwartz
William J. Wade (#704)
Wade@rlf.com
Alyssa M. Schwartz (#4351)
Schwartz@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Plaintiffs, Pike Electric Corporation
and Pike Electric, Inc.

/s/ Lewis H. Lazarus
Lewis H. Lazarus (#2374)
llazarus@morrisjames.com
Matthew F. Lintner (#4371)
mlintner@morrisjames.com
Thomas E. Hanson, Jr. (#4102)
thanson@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

Attorneys for Defendant, Mick Dubea

Dated: January 12, 2006

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge