IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-879 SLR |
| v. | ) ) ) | |
| MICK DUBEA, | ) ) ) | |
| Defendant. | ) | |

STATUS QUO ORDER

WHEREAS, Pike Electric Corporation and Pike Electric, Inc. (collectively, "Plaintiffs" or "Pike") have moved for a preliminary injunction and expedited proceedings in connection with defendant Mick Dubea's ("Dubea" or "Defendant") alleged violation of an employment contract with Pike after Pike terminated him without cause effective August 22, 2005;

WHEREAS, while Dubea denies the allegations, he nonetheless is willing to stipulate to a status quo order pending a final hearing;

NOW THEREFORE, this 18th day of January, 2006, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

I. Pending a final hearing,

A. Defendant shall not, and Defendant shall not cause his representatives, agents and affiliates to:

1. Violate Dubea's July 1, 2004 employment agreement, as amended May 5, 2005 (the "Employment Agreement"), by *inter alia*, competing against Pike and soliciting Pike's customers and employees in violation of Section 5.07 of the Employment Agreement, and disclosing Pike's confidential information in violation of Section 5.03 of the Employment Agreement;

1337173/6

      2. Use any of Pike's trade secrets to further the business of T & D Solutions, Ltd. ("T & D"); or

      3. Assist T & D in any way in its business activities, including, without limitation, by providing financial support of any kind to T & D or advising T & D or its directors, officers or employees in any way regarding T & D's business.

      II. The entry into this status quo order:

      A. Cannot be used as evidence in this or any other proceeding that Defendant has violated or is violating any aspect of his Employment Agreement or any other duty owed Pike;

      B. Is without prejudice to Pike and Dubea's ability to raise any and all claims and defenses in this action, including to the enforceability of the Employment Agreement; and

      C. Does not affect in any way the parties' rights or obligations under the Employment Agreement.

      RICHARDS, LAYTON & FINGER

      /s/ William J. Wade
      William J. Wade (#704)
      Wade@rlf.com
      Alyssa M. Schwartz (#4351)
      Schwartz@rlf.com
      One Rodney Square
      P.O. Box 551
      Wilmington, DE 19899
      (302) 651-7700
      Attorneys for Plaintiffs, Pike Electric Corporation and Pike Electric, Inc.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Lewis H. Lazarus
Lewis H. Lazarus (#2374)
llazarus@morrisjames.com
Matthew F. Lintner (#4371)
mlintner@morrisjames.com
Thomas E. Hanson, Jr. (#4102)
thanson@morrisjames.com
(302) 888-6800
Attorneys for Defendant Mick Dubea

Dated: January 18, 2006

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

1337173/6