## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

February 17, 2006

**BY ELECTRONIC FILE**

The Honorable Sue L. Robinson
U.S. District Court for Delaware
844 King Street
Wilmington, Delaware 19801

Re:   **Pike Electric Corporation and Pike Electric, Inc. v. Mick Dubea, C.A. No. 05-879-SLR**

Dear Chief Judge Robinson:

As the Court requested during the January 18, 2006 teleconference regarding this matter, the parties have met and conferred to complete a final form of proposed scheduling order. Enclosed for Your Honor's consideration is the parties' agreed-upon proposed scheduling order. Provided that the proposed order meets with Your Honor's approval, all that remains is to set the date for the pretrial conference and trial. As discussed during the teleconference, and as the proposed order indicates, the parties have agreed to a prompt trial, subject to the Court's calendar. It is the parties' hope that Your Honor still has time available for trial prior to September 2006.

If Your Honor has any questions regarding the proposed form of order or any other aspect of this matter, counsel remains available at the Court's convenience. If you believe another scheduling teleconference would be helpful, we would be please to set it up.

Respectfully submitted,

/s/ William J. Wade

William J. Wade (#704)

WJW/cma
Enclosure
cc:   Clerk of the Court (by electronic file and hand delivery)
      Lewis H. Lazarus, Esquire (by electronic file and hand delivery)
      Michael A. Paskin, Esquire (by electronic mail)

RLF1-2982235-1