IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | Civil Action No. 05-879 (SLR) |

**PROPOSED STIPULATED SCHEDULING ORDER**

At Wilmington this _____ day of _____ 2006, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference on _____ 2006 pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2(a) and (b).

IT IS ORDERED that:

1.  **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 by **February 24, 2006**.

2.  **Discovery.**

    (a)  All fact discovery shall be completed by **May 12, 2006**, with depositions beginning on or after **April 3, 2006**. There shall be no more than ten depositions noticed by each party, with each deposition taking no more than seven hours.

1351863/2

(b) Reports from retained experts under Fed. R. Civ. P. 26(a)(2) on issues for which any party has the burden of proof are due by **May 15, 2006.** Rebuttal expert reports are due by **June 5, 2006.**

(c) Expert depositions shall be completed by **June 19, 2006.**

(d) Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The Court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings and Counterclaims.** All motions to join other parties, amend the pleadings and assert counterclaims shall be filed on or before **May 31, 2006.**

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Applications by Motion.** Any application to the Court shall be by written motion filed with the clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to chambers. **Any nondispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

6. **Motions in Limine.** All motions in limine shall be filed on or before **July 10, 2006.** All responses to said motions shall be filed on or before **July 17, 2006.**

7. **Witnesses, Exhibits and Deposition Designations**

(a) By **June 29, 2006**, each party shall serve:

      (i)     A list of fact witness previously disclosed during discovery and intended to be called at trial;

      (ii)    A list of intended trial exhibits;

      (iii)   Deposition designations for use at trial.

(b)    By **July 7, 2006**, each party shall serve:

      (i)     A list of rebuttal fact witnesses;

      (ii)    Any objections to lists of fact witnesses, intended trial exhibits, and deposition designations;

      (iii)   Counter deposition designations.

(c)    By **July 11, 2006**, each party shall serve any objections to counter deposition designations.

(d)    By **July 18, 2006**, depositions must be taken of fact witnesses not previously deposed and intended to be called at trial

8.    **Joint Pretrial Order.** The parties will file a joint pretrial order, pursuant to D. Del. L.R. 16.4, by **July 25, 2006**.

9.    **Pretrial Conference.** A pretrial conference will be held on _____ 2006 at _____ m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

10.   **Trial.** This matter is scheduled for a **5-day bench trial** commencing on _____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

1351863/2

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

1351863/2