IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICK DUBEA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-879 (SLR)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned caused to be served the Initial Disclosures of Defendant Mick Dubea on the 24th day of February, 2006, via electronic filing:

>William J. Wade, Esquire
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

　　　　　　　　　　　　　　　　　　／s／ Thomas E. Hanson, Jr.
　　　　　　　　　　　　　　　　　　Thomas E. Hanson, Jr. (#4102)