IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICK DUBEA, <br><br> Defendant. | C.A. No. 05-879 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 26, 2006, Plaintiffs Pike Electric Corporation and Pike Electric, Inc.'s Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure were served on the following in the manner indicated:

**Hand Delivery and Electronic Mail**
Lewis H. Lazarus
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

/s/ Alyssa M. Schwartz
William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

February 24, 2006

Attorneys for Plaintiffs Pike Electric Corporation and Pike Electric, Inc.

RLF1-2984886-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY AND ELECTRONIC MAIL

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

_____
Alyssa M. Schwartz (#4551)