IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>MICK DUBEA,<br><br>   Defendant. | C.A. No. 05-879 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 10, 2006, copies of Plaintiffs' Combined First Sets of Requests for the Production of Documents and Interrogatories were served on the following in the manner indicated:

**Hand Delivery and Electronic Mail**

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700

Attorneys for Plaintiffs Pike Electric
Corporation and Pike Electric, Inc.

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

March 13, 2006

RLF1-2990538-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Alyssa M. Schwartz (#4351)