IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PIKE ELECTRIC CORPORATION and
PIKE ELECTRIC, INC.,

Plaintiffs,

v.

MICK DUBEA,

Defendant.

C.A. No. 05-879-SLR

## MOTION AND ORDER
## FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Sarah E. Paul of Cravath, Swaine & Moore LLP to represent plaintiffs, Pike

Electric Corporation and Pike Electric, Inc., in this matter.

William J. Wade  (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
302-651-7700

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

Dated:  March 13, 2006

Attorneys for Plaintiffs Pike Electric
Corporation and Pike Electric, Inc.

SO ORDERED this _____ day of March, 2006.

_____
U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the State of New York Bar. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.   I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Sarah E. Paul
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1674

Dated: ____3/9/06_____

RLF1-2987212-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2006, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

Alyssa M. Schwartz (#4351)