IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PIKE ELECTRIC CORPORATION and<br>PIKE ELECTRIC, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICK DUBEA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-879 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 13, 2006 the following documents were served on counsel of record as listed below via electronic filing and hand delivery: (1) Defendant Mick Dubea's First Set of Interrogatories Directed to Plaintiffs Pike Electric Corporation and Pike Electric, Inc.; and (2) Defendant Mick Dubea's First Requests for Production of Documents Directed to Plaintiffs Pike Electric Corporation and Pike Electric, Inc.

        William J. Wade, Esquire
        Richards, Layton & Finger
        One Rodney Square
        P.O. Box 551
        Wilmington, DE 19899

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Joseph Naylor
_____
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Attorneys for Defendant Mick Dubea
llazarus@morrisjames.com
mlintner@morrisjames.com
jnaylor@morrisjames.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2006, I electronically filed the Notice of Service and this Certificate of Electronic Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>William J. Wade, Esquire
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Joseph Naylor*

Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Attorneys for Defendant Mick Dubea
llazarus@morrisjames.com
mlintner@morrisjames.com
jnaylor@morrisjames.com