IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 05-879-SLR ) ) ) ) ) ) ) ) |

**DEFENDANT MICK DUBEA'S NOTICE OF SERVICE OF SUBPOENA
UNDER FEDERAL RULE OF CIVIL PROCEDURE 45(b)(1)**

NOTICE IS HEREBY GIVEN that, in accordance with Rule 45 of the Federal Rules of Civil Procedure, defendant Mick Dubea intends to serve Kimmons Security Services Inc. with a Subpoena in a Civil Case for production of documents and Rule 30(b)(6) depositions. The above-referenced subpoena is attached to this notice.

Dated: March 16, 2006

By:/s/ Lewis H. Lazarus
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
Attorneys for Defendant Mick Dubea
llazarus@morrisjames.com
mlintner@morrisjames.com
jnaylor@morrisjames.com