IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | C.A. No. 05-879 (SLR) |

### NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Pike Electric Corporation and Pike Electric Inc. (collectively "Pike"), by their undersigned counsel, will take the deposition upon oral examination of Mick Dubea on May 8, 2006. The deposition will take place at the offices of Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 at 10:00 am. Such deposition will continue from day to day until complete.

The deposition shall be taken before an officer authorized to administer oaths and will be videotaped and recorded by stenographic means. You are invited to attend and cross-examine.

/s/ William J. Wade
William J. Wade (#704)
Wade@rlf.com
Alyssa M. Schwartz (#4351)
Schwartz@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700

Attorneys for Plaintiffs Pike Electric
Corporation and Pike Electric, Inc.

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

March 22, 2006

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Alyssa M. Schwartz (#4351)