IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICK DUBEA, <br><br> Defendant. | C.A. No. 05-879 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 30, 2006, copies of Goldberg Lindsay & Co. LLC's Responses and Objections to Defendant Mick Dubea's Subpoena were served on the following in the manner indicated:

**By Hand Delivery**

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**By Electronic Mail**

Michael A. Paskin, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019-7475

_____
William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700

Attorneys for Goldberg Lindsay & Co. LLC.

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

March 30, 2006

RLF1-2990538-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

I HEREBY CERTIFY that on March 30, 2006, I have caused the foregoing to be sent to the following non-registered participant:

### BY ELECTRONIC MAIL

Michael A. Paskin, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Alyssa M. Schwartz (#4351)

RLF1-2997741-1