IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-879-SLR <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT MICK DUBEA'S NOTICE OF DEPOSITION OF
### ERIC PIKE

TO:   Alyssa M. Schwartz, Esq.
      Richards, Layton & Finger
      One Rodney Square
      P.O. Box 551
      Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Eric Pike pursuant to the Federal Rules of Civil Procedure, on May 5, 2006, at 10 a.m., or at such other date and time as the Court may order or the parties may agree in writing, and continuing from day to day until completed, in the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801. The testimony shall be recorded stenographically.

Dated: April 7, 2006

By: /s/ Joseph Naylor
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
llazarus@morrisjames.com
mlintner@morrisjames.com
jnaylor@morrisjames.com
Attorneys for Defendant Mick Dubea

1375036/1

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006, I electronically filed with the Clerk of Court using CM/ECF and served <u>Defendant Mick Dubea's Notice of Deposition of Eric Pike</u> and this Certificate of Service on the following persons in the manner indicated below:

<u>BY HAND DELIVERY and E-MAIL</u>:

Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

<u>BY FIRST-CLASS MAIL and E-MAIL</u>

Sarah E. Paul, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY  10019

<u>BY E-MAIL</u>

Teri L. Danish, Esquire
Rodriguez Colvin Chaney
1201 E. Van Buren
Brownsville, TX  78522

/s/ Joseph S. Naylor
Joseph S. Naylor (#3886)

1370803/1