IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PIKE ELECTRIC CORPORATION and<br>PIKE ELECTRIC, INC., | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 05-879 (SLR) |
| v. | )<br>)<br>) | |
| MICK DUBEA, | )<br>)<br>) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 10, 2006, Mick Dubea's Objections and Responses to Plaintiffs' First Set of Request for Production and First Set of Interrogatories along with this Notice of Service, were served upon the following counsel as indicated below:

**VIA HAND DELIVERY**
William J. Wade, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19801

**VIA E-MAIL AND
FIRST CLASS MAIL**
Teri L. Danish, Esquire
Rodriguez Colvin, Chaney
1201 E. Van Buren
Brownsville, TX  78522

Dated: April 10, 2006

MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

/s/ Lewis H. Lazarus

Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Thomas E. Hanson, Jr. (#4102)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

*Attorneys for Defendant, Mick Dubea*

1378084

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of April, 2006 copies the Notice of Service was forwarded to the following counsel as indicated below:

**VIA ELECTRONIC SERVICE**
William J. Wade, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19801

**VIA E-MAIL AND**
**FIRST CLASS MAIL**
Teri L. Danish, Esquire
Rodriguez Colvin, Chaney
1201 E. Van Buren
Brownsville, TX  78522

_____
Lewis H. Lazarus (#2374)