IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br>                              Plaintiffs, <br><br> v. <br><br> MICK DUBEA, <br><br>                              Defendant. | C.A. No. 05-879-SLR |

## MOTION AND ORDER
## FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elizabeth Lasorte of Cravath, Swaine & Moore LLP to represent plaintiffs, Pike Electric Corporation and Pike Electric, Inc., in this matter.

/s/ William J. Wade
_____
William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700

Attorneys for Plaintiffs Pike Electric
Corporation and Pike Electric, Inc.

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

Dated: April 18, 2006

SO ORDERED this _____ day of April, 2006.

_____
U.S.D.J.

RLF1-2987212-1

- 2 -

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the State of New York Bar. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*Elizabeth Lasorte*
Elizabeth Lasorte
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

Dated: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

I hereby certify that on April 18, 2006, I have caused the foregoing to be sent by Federal Express to the following non-registered participant:

Teri L. Danish, Esquire
Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78522

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)