IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br>                            Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br>                            Defendant. | Civil Action No. 05-879 (SLR) |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER REJECTING DEFENDANT'S CLAIMS OF PRIVILEGE AND FOR DISCOVERY SANCTIONS DUE TO SPOLIATION OF EVIDENCE**

AND NOW, on this ___ day of _____, 2006, upon review of Plaintiffs Pike Electric Corporation and Pike Electric, Inc.'s (collectively "Pike") Motion for Order Rejecting Defendant's Claims of Privilege and for Discovery Sanctions Due to Spoliation of Evidence, and the supporting papers thereto:

IT IS HEREBY ORDERED that Pike's Motion is GRANTED. The document bates stamped PIKE 00016834, which was discarded by Dubea and obtained by Pike, is not privileged and may be used for any purpose in this litigation. Further, the following sanctions are imposed on Dubea for his intentional destruction of patently relevant evidence:

(1)   a finding of fact that, while still employed by Pike, Dubea planned with others to form a competing business in violation of the non-compete provision of his Employment Agreement, and he intended to solicit Pike's employees and customers in furtherance of those efforts, including by using his knowledge regarding confidential Pike information;

RLF1-3007894-1

(2)   the burden of proof is shifted to Dubea to demonstrate that he in fact did not breach the non-compete and non-disclosure provisions of his Employment Agreement, that he in fact did not tortiously interfere with Pike's business relations and employee agreements, and that he in fact did not misappropriate Pike trade secrets;

(3)   the Court will apply an adverse spoliation inference that the evidence in question is unfavorable to Dubea;

(4)   Pike shall have full access to Dubea's computers so that Pike can conduct a forensic analysis of those machines; and

(5)   Dubea shall compensate Pike in the amount of _____ for fees and expenses related to Dubea's destruction of evidence.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: _____