IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-879 (SLR) |
| MICK DUBEA, | ) ) | |
| Defendant. | ) ) ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2006 the following documents were served on counsel of record as listed below via electronic filing and as indicated below: (1) Defendant Mick Dubea's Second Set of Interrogatories Directed to Plaintiffs Pike Electric Corporation and Pike Electric, Inc.; and (2) Defendant Mick Dubea's Second Requests for Production of Documents Directed to Plaintiffs Pike Electric Corporation and Pike Electric, Inc.

**HAND DELIVERY**
William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA E-MAIL**
Teri L. Danish, Esquire
Rodriguez Colvin, Chaney
1201 E. Van Buren
Brownsville, TX 78522

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Matthew F. Lintner
_____
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Attorneys for Defendant Mick Dubea
llazarus@morrisjames.com
mlintner@morrisjames.com
jnaylor@morrisjames.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed the Notice of Service and this Certificate of Electronic Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**HAND DELIVERY**
William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA E-MAIL**
Teri L. Danish, Esquire
Rodriguez Colvin, Chaney
1201 E. Van Buren
Brownsville, TX 78522

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/_____
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Attorneys for Defendant Mick Dubea
llazarus@morrisjames.com
mlintner@morrisjames.com
jnaylor@morrisjames.com

1383823/1