IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br>      Plaintiffs, <br><br>vs. <br><br>MICK DUBEA, <br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-879-SLR <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT MICK DUBEA'S RE-NOTICE OF 30(B)(6) DEPOSITION OF
<u>PIKE ELECTRIC CORPORATION</u>**

TO:    Alyssa M. Schwartz, Esq.
           Richards, Layton & Finger
           One Rodney Square
           P.O. Box 551
           Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Pike Electric Corporation ("Pike") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on May 3, 2006, at 9 a.m., or at such other date and time as the Court may order or the parties may agree in writing, and continuing from day to day until completed, in the offices of Chaplin & Associates, Inc., 851 Old Winston Rd., Kernersville, NC 27284. The testimony shall be recorded stenographically. Pike shall designate the person(s) most knowledgeable about the topics on SCHEDULE A attached hereto.

Dated: May 1, 2006

By: _____
     Lewis H. Lazarus (#2374)
     Matthew F. Lintner (#4371)
     Joseph S. Naylor (#3886)
     MORRIS, JAMES, HITCHENS & WILLIAMS LLP
     222 Delaware Avenue, 10th Floor
     Wilmington, Delaware 19801
     (302) 888-6800
     llazarus@morrisjames.com
     mlintner@morrisjames.com
     jnaylor@morrisjames.com
     Attorneys for Defendant Mick Dubea

## SCHEDULE A

1. Plaintiffs' retention policy concerning hard-copy and electronic documents;

2. When Plaintiffs first anticipated that litigation with Mr. Dubea relating to any of the matters alleged in the Complaint and/or Counterclaim might occur;

3. The substance and timing of efforts to preserve Plaintiffs' hard-copy and/or electronic documents in connection with this litigation and/or the Texas action, <u>Pike Electric Corporation & Pike Electric, Inc. v. T&D Solutions, Ltd., T&D Solution Managers, LLC, Corey Close, & Chad Dubea</u>, C.A. No. 05-410 (the "Texas Action"), including but not limited to communications with Plaintiffs' employees;

4. Plaintiffs' computer system and electronic network, including the nature, scope, character, organization, and formats employed in each system.

5. The integration of RSI's computer system and electronic network into Plaintiffs' system.

6. The search methodology Plaintiffs employed in locating and reviewing relevant electronic documents in response to Defendant's Request for Production directed to Plaintiffs in this action and/or any other requests for production directed to Plaintiffs in the Texas action.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed with the Clerk of Court using CM/ECF and served <u>Defendant Mick Dubea's Re-Notice of 30(b)(6) of Deposition of Pike Electric Corporation</u> and this Certificate of Service on the following persons in the manner indicated below:

<u>BY HAND DELIVERY and E-MAIL</u>:

Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

<u>BY FIRST-CLASS MAIL and E-MAIL</u>

Sarah Paul, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019

<u>BY E-MAIL</u>

Teri L. Danish, Esquire
Rodriguez Colvin Chaney
1201 E. Van Buren
Brownsville, TX 78522

/s/ Joseph S. Naylor
Joseph S. Naylor (#3886)

1370803/1