IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PIKE ELECTRIC CORPORATION &
PIKE ELECTRIC, INC.,

            Plaintiffs,

vs.

MICK DUBEA,

            Defendant.

Civil Action No. 05-879 (SLR)

REDACTED - PUBLIC VERSION

## DECLARATION OF ROB L. KIMMONS

I, Rob L. Kimmons, hereby declare the following:

1. I am the President of Kimmons Security Services, a private investigation firm located in Texas.

2. In October 2005, my firm was engaged by lawyers for Pike Electric Corporation and Pike Electric, Inc. ("Pike") to investigate whether Mick Dubea ("Dubea") or other Pike employees were breaching the terms of their employment agreements with Pike, or were otherwise engaging in unlawful conduct with respect to Pike.

3. One aspect of my investigation involved collecting documents that had been discarded by Dubea in the garbage cans located on a public street outside his home.

4. As part of my investigation, I learned that the garbage in front of Dubea's house was collected weekly on the same day every week.



5. As of January 10, 2006, the documents found in Exhibit A had not yet appeared in the garbage outside of Dubea's house. On January 17, 2006, the documents found in Exhibit A were found in the garbage outside Dubea's house.

6. Attached hereto as Exhibit A is a true, correct and complete set of the documents collected by my firm from the trash outside of Mick Dubea's house on January 17, 2006.

7. Attached hereto as Exhibit B is a true and correct copy of a fax cover sheet dated 1/9/05, one of the documents collected by my firm from the trash outside of Mick Dubea's house on January 10, 2006.

8. Attached hereto as Exhibit C is a true and correct copy of two fax cover sheets from Donald E. Reid to John W. Johnson, one of the documents collected by my firm from the trash outside of Mick Dubea's house on January 17, 2006.

9. Attached hereto as Exhibit D is a true and correct copy of printouts of Martindale-Hubbel entries for Morris, Nichols, Arsht & Tunnell, two of the documents collected by my firm from the trash outside of Mick Dubea's house on January 17, 2006.

10. Attached hereto as Exhibit E is a true and correct copy of the results of a Westlaw search for "Lewis /3 Lazarus", one of the documents collected by my firm from the trash outside of Mick Dubea's house on January 17, 2006.

11. Attached hereto as Exhibit F is a true and correct copy of the results of a Westlaw search for "employment /5 at-will & compet!", one of the documents collected by my firm from the trash outside of Mick Dubea's house on January 17, 2006.



12. Attached hereto as Exhibit G is a true and correct copy of several cases printed from Westlaw, some of the documents collected by my firm from the trash outside of Mick Dubea's house on January 17, 2006.

13. Attached hereto as Exhibit H is a true and correct copy of three pages of handwritten notes, some of the documents collected by my firm from the trash outside of Mick Dubea's house on January 17, 2006. The last page of Exhibit H was found together with another page of handwritten notes dated "7/8".

14. Attached hereto as Exhibit I is a true and correct copy of two pages of handwritten notes found together in, and collected from, the trash outside Mick Dubea's house on January 17, 2006.

Executed on April 27, 2006

_____
Rob L. Kimmons

-3-

# EXHIBITS A THROUGH I
# REDACTED

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

_____
Alyssa M. Schwartz (#4351)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

_/s/ Alyssa M. Schwartz_
Alyssa M. Schwartz (#4351)