# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Lewis H. Lazarus
(302) 888-6970
llazarus@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

May 5, 2006

VIA EFILING
The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
844 King Street
Lock Box 31
Wilmington, DE  19801

Re:   *Pike Electric Corp. and Pike Electric, Inc. v. M. Dubea*
      D. Del., C.A. No. 05-879-(SLR)

Dear Judge Robinson:

I write in response to the letter to the Court dated May 4, 2006 by counsel for Kimmons Security Services, Inc. The letter is essentially correct except that Mr. Dubea reserved his right to contest the assertion of work-product by Kimmons and Cravath, Swaine & Moore LLP in the event that Mr. Kimmons or any other representative of Kimmons Security Services, Inc. were to testify at trial. Further, we do await a revised Kimmons privilege log but we expect to receive that not later than early next week.

Mr. Dubea appreciates the Court having made itself available to assist the parties in resolving this matter.

Respectfully submitted,

Lewis H. Lazarus (#2374)

LHL/gca
cc:   Clerk of the Court (via efiling)
      Alyssa M. Schwartz, Esquire (via efiling)
      Teri L. Danish, Esquire (via e-mail)
      Sarah E. Paul, Esquire (via e-mail)

1387173
Dover (302) 678-8815          Broom Street (302) 655-2599          Newark (302) 368-4200