## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., | : : : |
| Plaintiffs, | : : |
| v. | : : Civil Action No. 05-879-SLR |
| MICK DUBEA, | : : |
| Defendant. | : : |

## **ORDER**

At Wilmington this **8th** day of **May, 2006**.

IT IS ORDERED that the Court is presently holding the date of August 11, 2006 for a one-day mediation. This matter is also second in line for mediation for the dates August 22 through August 24, 2006. The Court shall advise counsel after June 19, 2006, if any of the August 22 through August 24, 2006 dates become available.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE