### RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M  SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
Schwartz@rlf com

May 9, 2006

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court for Delaware
844 King Street
Wilmington, Delaware 19801

> Re:    **Pike Electric Corporation and Pike Electric, Inc. v. Mick Dubea,**
> **C.A. No. 05-879-SLR**

Dear Chief Judge Robinson:

I write on behalf of plaintiffs Pike Electric Corporation and Pike Electric, Inc. in connection with the above-referenced action. Enclosed please find a copy of a letter from my co-counsel Sarah Paul, which was previously delivered to the Court. As always, should the Court have any questions regarding this matter, the undersigned is available at the Court's convenience.

Respectfully submitted,

Alyssa M. Schwartz (#4351)

AMS/lmg

Enclosure

cc:    Lewis H. Lazarus, Esquire (by electronic filing)
       Michael A. Paskin, Esquire (by electronic mail)
       William J. Wade, Esquire

RLF1-3011792-1