# CRAVATH, SWAINE & MOORE LLP

THOMAS R BROHC
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D TURNER
PHILIP A GELSTON
RORY O. MILLSON
NEIL P WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR
JAMES D. COOPER
STEPHEN L GORDON

DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S WILSON
JAMES C. VARDELL. II
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C ALLEN PARKER
MARC S ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G RAFFERTY
MICHAEL S GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W NEEDHAM
STEPHEN L. BURNS

KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G BROOKS
WILLIAM V. FOGG
FAIZA J SAEED
RICHARD J STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I GREENE
SARKIS JEBEJIAN
JAMES C WOOLERY
DAVID R MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T REYNOLDS
ANTONY L. RYAN
GEORGE E ZOBITZ
GEORGE A. STEPHANAKIS

DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G SKAISTIS
PAUL H ZUMBRO
JOEL F HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J GILLESPIE, III
THOMAS D BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700
————
CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44 20 7453 1000
FACSIMILE: 44 20 7860 1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1674

May 4, 2006

<u>Pike Electric Corp., et. al. v. Mick Dubea</u>
<u>Civil Action No. 05-879(SRL)</u>

Dear Judge Robinson:

We are grateful for the guidance provided by the Court in the teleconference held last Friday during the deposition of Rob Kimmons, the private investigator engaged by Cravath in connection with this litigation.

I am pleased to report that, following the teleconference, the parties were able to reach an agreement as to the documents that were contested at Mr. Kimmons's deposition. Consistent with the Court's direction, we provided Mr. Dubea's counsel, Mr. Lazarus, with a fuller description of the items on the Kimmons privilege log. We have also agreed to produce certain of those items to Mr. Lazarus, and Mr. Lazarus has agreed not to contest our assertion of attorney work product over the remaining items. Mr. Lazarus has indicated that he plans to review the materials that we have now agreed to produce and, following that review, will make a determination as to whether he feels it necessary to reconvene the deposition.

As the parties are currently in agreement, there is no longer any need to burden the Court with a submission of any disputed documents for *in camera* review.

I thank the Court for its time and assistance with this matter.

Respectfully,

Sarah E. Paul

The Honorable Sue L. Robinson
   J. Caleb Boggs Federal Building
      844 N. King Street
         Room 6124
            Lockbox 31
               Wilmington, DE 19801

BY FEDERAL EXPRESS

Copies to:

Lewis H. Lazarus, Esq.
   Morris, James, Hitchens & Williams LLP
      222 Delaware Avenue, 10th Floor
         Wilmington, Delaware 19899-2306

Teri L. Danish, Esq.
   Rodriguez, Colvin, Chaney & Saenz, LLP
      1201 East Van Buren
         Brownsville, Texas 78522

BY FAX