**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2006, I caused to be electronically filed with the Clerk of Court using CM/ECF and caused to be served the following document on the following persons in the manner as indicated below:

1. MICK DUBEA'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER REJECTING DEFENDANT'S CLAIM OF PRIVILEGE AND OF R DISCOVERY SANCTIONS;

2. APPENDIX TO MICK DUBEA'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER REJECTING DEFENDANT'S CLAIM OF PRIVILEGE AND OF R DISCOVERY SANCTIONS; and

3. this Certificate of Service.

BY HAND DELIVERY and E-MAIL:

William J. Wade, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

BY FEDERAL EXPRESS MAIL and E-MAIL

Michael Paskin, Esquire
Sarah Paul, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019

_____
Lewis H. Lazarus (#2374)

1389770/1