IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br>         Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br>         Defendant. | Civil Action No. 05-879 (SLR) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, Plaintiffs Pike Electric Corporation and Pike Electric, Inc. (collectively, "Plaintiffs") respectfully request that Your Honor hear oral argument on Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation Of Evidence. With the filing of Pike's Reply Brief on May 18, 2006, the parties have concluded briefing on the motion. Pike is prepared to address the motion on May 22, 2006, when the parties and the Court are scheduled to meet about outstanding discovery issues or at such other time that is convenient for the Court.

*/s/ William J. Wade*
William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

May 19, 2006

Attorneys for Plaintiffs Pike Electric Corporation and Pike Electric, Inc.

RLF1-3016007-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

_____
William J. Wade (#704)