## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed the following documents with the Clerk of Court using CM/ECF:

1. **Redacted-Public Version Of Mick Dubea's Answering Brief In Opposition To Plaintiffs' Motion For Order Rejecting Defendant's Claim Of Privilege And For Discovery Sanctions;**

2. **Redacted-Public Version Of Appendix In Support Of Mick Dubea's Answering Brief In Opposition To Plaintiffs' Motion For Order Rejecting Defendant's Claim Of Privilege And For Discovery Sanctions**

3. **This Certificate of Service.**

which will send notification of such filing(s) to the following:

> William J. Wade, Esquire
> Alyssa M. Schwartz, Esquire
> **Richards, Layton & Finger**
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> Email: wade@rlf.com
> Email: schwartz@rlf.com

I hereby certify that on May 19, 2006, I have also served the document(s) upon the following non-registered participants as follows:

> **BY FEDERAL EXPRESS**
> Michael Paskin, Esquire
> Sarah Paul, Esquire
> **Cravath, Swaine & Moore LLP**
> Worldwide Plaza, 825 Eighth Avenue
> New York, NY 10019
>
> **BY FEDERAL EXPRESS**
> Teri L. Danish, Esquire
> Rodriguez Colvin Chaney
> 1201 E. Van Buren
> Brownsville, TX 78522

> /s/ Lewis H. Lazarus
> Lewis H. Lazarus (#2374)
> Morris James Hitchens & Williams
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6800
> llazarus@morrisjames.com

1393929/1