IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICK DUBEA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-879-SLR <br> ) <br> ) **REDACTED-** <br> ) **PUBLIC VERSION** <br> ) <br> ) <br> ) |

**APPENDIX IN SUPPORT OF MICK DUBEA'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER REJECTING DEFENDANT'S CLAIM OF PRIVILEGE AND FOR DISCOVERY SANCTIONS**

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
llazarus@morrisjames.com
mlintner@morrisjames.com
jnaylor@morrisjames.com

Attorneys for Mick Dubea

Dated: May 19, 2006

1393963/1

## Table of Contents

Affidavit of Mick Dubea..................................................................................... B1

Affidavit of Matthew F. Lintner in Support of Mick Dubea's Answering
Brief in Opposition to Plaintiffs' Motion for Order Rejecting Defendant's
Claim of Privilege and for Discovery Sanctions......................................................... B5

1389850/1