EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 05-879 (SLR) |
| MICK DUBEA, | ) | |
| Defendant. | ) | |

**UNDERTAKING OF EXPERT OR CONSULTANT**

I hereby certify that: (i) I understand that Confidential Information is being provided to me pursuant to the terms and restrictions of the Confidentiality Agreement and Protective Order (the "Order") entered by the U.S. District Court for the District of Delaware (the "Court") in the above-captioned matter; (ii) I have read the Order; (iii) I am not a provider of consulting services or business advice to any entity that is or intends to be in the electric transmission and distribution services industry in a geographic region served by Pike Electric Corporation (a "Competitor"); (iv) I have no intention of becoming affiliated with or employed by a Competitor; and (v) I have not previously violated the terms of any protective order. I understand the terms of the Order, I agree to be fully bound by the Order, and I hereby submit to the jurisdiction of the Court for purposes of enforcement of the Order. I understand that any violation of the terms of this Order may be punishable by money damages, interim or final injunctive or other equitable relief, sanctions, contempt of court citation or such other or additional relief as deemed appropriate by the Court.

Dated:____________________________ Signature:______________________________