IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PIKE ELECTRIC CORPORATION &
PIKE ELECTRIC, INC.,

                              Plaintiffs, | C.A. No. 05-879 (SLR)

                    v.

MICK DUBEA,

                              Defendant.

## RE-NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Pike Electric Corporation and Pike Electric Inc., by their undersigned counsel, will take the deposition upon oral examination of Mick Dubea on June 27, 2006. The deposition will take place at the offices of Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, Delaware 19899 at 10:00 a.m. Such deposition will continue from day to day until complete.

The deposition shall be taken before an officer authorized to administer oaths and will be videotaped and recorded by stenographic means. You are invited to attend and cross-examine.

_____
William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Of Counsel:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

June 2, 2006

Attorneys for Plaintiffs Pike Electric
Corporation and Pike Electric, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

I HEREBY CERTIFY that on June 2, 2006, I have caused the foregoing to be sent by Federal Express to the following non-registered participant:

Teri L. Danish, Esquire
Rodriquez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78522

Alyssa M. Schwartz  (#4351)

RLF1-2997741-1