IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| |
|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., |
| Plaintiffs, |
| v. |
| MICK DUBEA, |
| Defendant. |

Civil Action No. 05-879 (SLR)

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A MEMORANDUM IN RESPONSE TO DUBEA'S SUPPLEMENTAL BRIEF

Plaintiffs Pike Electric Corporation and Pike Electric, Inc. (collectively "Pike") respectfully submit this Motion for Leave to File a Memorandum in Response to Defendant Mick Dubea's ("Dubea") Supplemental Brief in Opposition to Plaintiffs' Motion for an Order Rejecting Defendant's Claim of Privilege and for Discovery Sanctions and supporting Appendix. In support thereof, Pike states as follows:

1. On May 22, 2006, following its discovery conference, the Court stayed Plaintiffs' Motion for an Order Rejecting Defendant's Claims of Privilege and for Discovery Sanctions Due to Spoliation of Evidence. The Court, however, also directed the parties to make supplemental submissions regarding whether Dubea can assert the attorney-client privilege over the page of handwritten notes bearing identification number PIKE00016834.

2. Pursuant to the Court's direction, on May 31, 2006, Pike filed its Supplemental Memorandum in Further Support of Plaintiffs' Motion for an Order Rejecting Defendant's Claims of Privilege and for Discovery Sanctions Due to Spoliation of Evidence. (D.I. 74).

3. On May 31, 2006, Dubea filed his Supplemental Brief in Opposition to Plaintiffs' Motion for an Order Rejecting Defendant's Claim of Privilege and for Discovery Sanctions. (D.I. 75). In support of the Supplemental Brief, he also submitted an Appendix, which consisted of a supplemental Affidavit of Dubea and Affidavits of third parties Alex H. Graham and Sammy W. Christian. (D.I. 76).

4. In his Supplemental Brief and supporting Appendix, Dubea presents evidence that has not previously been submitted to the Court. This new evidence is directly relevant to the issue the Court directed the parties to address in supplemental briefs which Pike already submitted on May 31. Dubea's submissions include new facts and erroneous legal conclusions based on the new facts presented therein. Without leave to file this memorandum, Pike would be deprived of the opportunity to respond to this new evidence and address the issues it presents. Thus, in order to ensure that the Court has a complete and accurate record on which to base its decision, Pike respectfully requests an opportunity to file the memorandum attached at Exhibit A hereto to respond to the new evidence presented.

WHEREFORE, for the foregoing reasons, Pike respectfully requests this Court grant its motion, permitting Pike to file a memorandum in response to Dubea's supplemental brief in the form of order attached hereto at Exhibit B.

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

Dated: June 6, 2006

William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiffs Pike Electric Corporation and Pike Electric, Inc.

# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICK DUBEA, <br><br> Defendant. | Civil Action No. 05-879 (SLR) |

### PROPOSED ORDER

AND NOW, on this ___ day of _____, 2006, upon review of Plaintiffs Pike Electric Corporation and Pike Electric, Inc.'s (collectively "Pike") Motion for Leave to File a Memorandum in Response to Dubea's Supplemental Brief:

IT IS HEREBY ORDERED that Pike's Motion is GRANTED and Pike's Memorandum in Response to Dubea's Supplemental Brief is deemed filed.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Alyssa M. Schwartz (#4351)