IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-879-SLR ) ) ) ) ) |

### DEFENDANT MICK DUBEA'S NOTICE OF DEPOSITION OF JONATHAN H. MULLINS

TO: Alyssa M. Schwartz, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Jonathan H. Mullins pursuant to the Federal Rules of Civil Procedure, on June 27, 2006, at 9:00 a.m., or at such other date and time as the Court may order or the parties may agree in writing, and continuing from day to day until completed, in the offices of Bell, Davis & Pitt, P.A., Century Plaza, 100 N. Cherry Street, Suite 600, Winston-Salem, NC 27101. The testimony shall be recorded stenographically.

Dated: June 9, 2006                By: _____
                                   Lewis H. Lazarus (#2374)
                                   Matthew F. Lintner (#4371)
                                   Joseph S. Naylor (#3886)
                                   MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                   222 Delaware Avenue, 10th Floor
                                   Wilmington, Delaware 19801
                                   (302) 888-6800
                                   llazarus@morrisjames.com
                                   mlintner@morrisjames.com
                                   jnaylor@morrisjames.com
                                   **Attorneys for Defendant Mick Dubea**

## CERTIFICATE OF SERVICE

I, Joseph S. Naylor, hereby certify that on June 9, 2006, I caused to be filed electronically **Defendant Mick Dubea's Notice of Deposition of Jonathan H. Mullins and this Certificate of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the parties listed below:

> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> Email: schwartz@rlf.com

In addition, I hereby certify that on June 9, 2006, I caused the foregoing documents to be delivered by e-mail upon the following non-registered participants:

> Sarah Paul, Esquire
> Cravath, Swaine & Moore LLP
> Worldwide Plaza, 825 Eighth Avenue
> New York, NY 10019
> Email: spaul@cravath.com
>
> Teri L. Danish, Esquire
> Rodriguez Colvin Chaney
> 1201 E. Van Buren
> Brownsville, TX 78522
> Email: tl.danish@rcclaw.com

/s/ Joseph S. Naylor
_____
Joseph S. Naylor (#3886)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email: jnaylor@morrisjames.com