IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>MICK DUBEA, <br>　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-879-SLR <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT MICK DUBEA'S AMENDED NOTICE OF DEPOSITION OF J. ERIC PIKE

TO:　　Alyssa M. Schwartz, Esq.
　　　　Richards, Layton & Finger
　　　　One Rodney Square
　　　　P.O. Box 551
　　　　Wilmington, DE 19899

　　　　PLEASE TAKE NOTICE that the undersigned will take the oral deposition of J. Eric Pike pursuant to the Federal Rules of Civil Procedure, on June 20, 2006, at 9:00 a.m., or at such other date and time as the Court may order or the parties may agree in writing, and continuing from day to day until completed, in the offices of Fulbright & Jaworski L.L.P., Fulbright Tower, 1301 McKinney, Suite 5100, Houston, Texas 77010. The testimony shall be recorded stenographically and videographically.

Dated: June 12, 2006　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Lewis H. Lazarus (#2374)
　　　　　　　　　　　　　　　　　　　　Matthew F. Lintner (#4371)
　　　　　　　　　　　　　　　　　　　　Joseph S. Naylor (#3886)
　　　　　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　llazarus@morrisjames.com
　　　　　　　　　　　　　　　　　　　　mlintner@morrisjames.com
　　　　　　　　　　　　　　　　　　　　jnaylor@morrisjames.com
　　　　　　　　　　　　　　　　　　　　**Attorneys for Defendant Mick Dubea**

1407456/1

## CERTIFICATE OF SERVICE

I, Lewis H. Lazarus, hereby certify that on June 12, 2006, I caused to be filed electronically **Defendant Mick Dubea's Amended Notice of Deposition of J. Eric Pike and this Certificate of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the parties listed below:

> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899
> Email: schwartz@rlf.com

In addition, I hereby certify that on June 12, 2006, I caused the foregoing documents to be delivered by e-mail upon the following non-registered participants:

> Michael A. Paskin, Esquire
> Sarah E. Paul, Esquire
> J. Wes Earnhardt, Esquire
> Cravath, Swaine & Moore LLP
> Worldwide Plaza, 825 Eighth Avenue
> New York, NY  10019
> Email: mpaskin@cravath.com
> Email: spaul@cravath.com
> Email: wearnhardt@cravath.com
>
> Teri L. Danish, Esquire
> Rodriguez Colvin Chaney
> 1201 E. Van Buren
> Brownsville, TX  78522
> Email: tl.danish@rcclaw.com

> _/s/ Lewis H. Lazarus_
> Lewis H. Lazarus (#2374)
> MORRIS JAMES HITCHENS & WILLIAMS LLP
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6800
> Email:  llazarus@morrisjames.com

1407487/1