## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-879-SLR : |
| MICK DUBEA, | : : |
| Defendant. | : |

### **ORDER**

At Wilmington this **31ˢᵗ** day of **June, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, June 29, 2006 at 10:30 a.m.** with Judge Thynge to discuss the status of this case and the scheduling of a mediation.  **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE