IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICK DUBEA, <br><br> Defendant. | C.A. No. 05-879-SLR |

**MOTION AND ORDER
FOR *PRO HAC VICE* APPEARANCE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Timothy Cameron of Cravath, Swaine & Moore LLP to represent plaintiffs, Pike Electric Corporation and Pike Electric, Inc., in this matter.

                                             /s/ William J. Wade
                                           William J. Wade (#704)
                                           wade@rlf.com
                                           Alyssa M. Schwartz (#4351)

OF COUNSEL:                         schwartz@rlf.com
Michael A. Paskin                   Richards, Layton & Finger
Cravath, Swaine & Moore LLP    One Rodney Square
Worldwide Plaza                     P.O. Box 551
825 Eighth Avenue                 Wilmington, DE 19899
New York, NY 10019-7475       302-651-7700
(212) 474-1000

                                   Attorneys for Plaintiffs Pike Electric
Dated: June 21, 2006              Corporation and Pike Electric, Inc.

        SO ORDERED this _____ day of June, 2006.

                                               _____
                                                        U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the State of New York Bar. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Timothy Cameron
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

Dated: 6/19/06

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

_____
Alyssa M. Schwartz (#4351)