IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br> Defendant. | Civil Action No. 05-879-SLR |

### DEFENDANT MICK DUBEA'S AMENDED NOTICE OF DEPOSITION OF ERNST & YOUNG LLP

TO:  Alyssa M. Schwartz, Esq.
     Richards, Layton & Finger
     One Rodney Square
     P.O. Box 551
     Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Ernst & Young LLP pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on June 30, 2006, at 9:00 a.m., or at such other date and time as the Court may order or the parties may agree, and continuing from day to day until completed, in the offices of Leader & Berkon LLP, 630 Third Avenue, New York, NY 10017.  The testimony shall be recorded stenographically and videographically.  The topics for examination are those set forth on Exhibit A to the initial subpoena.

|  |  |
|---|---|
| Dated: June 22, 2006 | By: /s/ Matthew F. Lintner_____<br>Lewis H. Lazarus (#2374)<br>Matthew F. Lintner (#4371)<br>Joseph S. Naylor (#3886)<br>MORRIS, JAMES, HITCHENS & WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>llazarus@morrisjames.com<br>mlintner@morrisjames.com<br>jnaylor@morrisjames.com<br>**Attorneys for Defendant Mick Dubea** |

## CERTIFICATE OF SERVICE

I, Matthew F. Lintner, hereby certify that on June 22, 2006, I caused to be filed electronically **Defendant Mick Dubea's Amended Notice of Deposition of Ernst & Young LLP and this Certificate of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the parties listed below:

>Alyssa M. Schwartz, Esquire
>Richards, Layton & Finger
>One Rodney Square, P.O. Box 551
>Wilmington, DE 19899
>Email: schwartz@rlf.com

In addition, I hereby certify that on June 22, 2006, I caused the foregoing documents to be delivered by e-mail upon the following non-registered participants:

>Michael A. Paskin, Esquire
>Sarah E. Paul, Esquire
>J. Wes Earnhardt, Esquire
>Cravath, Swaine & Moore LLP
>Worldwide Plaza, 825 Eighth Avenue
>New York, NY 10019
>Email: mpaskin@cravath.com
>Email: spaul@cravath.com
>Email: wearnhardt@cravath.com

>Teri L. Danish, Esquire
>Rodriguez Colvin Chaney
>1201 E. Van Buren
>Brownsville, TX 78522
>Email: tl.danish@rcclaw.com

*/s/ Matthew F. Lintner*
_____
Matthew F. Lintner (#4371)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email: mlintner@morrisjames.com

1407488/1