IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-879-SLR <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT MICK DUBEA'S AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF FRANK BRINKLEY

TO:  Alyssa M. Schwartz, Esq.
    Richards, Layton & Finger
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the oral and videotaped deposition of **Frank Brinkley** pursuant to the Federal Rules of Civil Procedure, on June 28, 2006, at 10 a.m., or at such other date and time as the Court may order or the parties may agree in writing, and continuing from day to day until completed, in the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801. The testimony shall be recorded stenographically and on videotape.

Dated: June 24, 2006

By: /s/ Joseph Naylor
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
llazarus@morrisjames.com
mlintner@morrisjames.com
jnaylor@morrisjames.com
Attorneys for Defendant Mick Dubea

1412169/1

**CERTIFICATE OF SERVICE**

I, Joseph S. Naylor, hereby certify that on June 24, 2006, I caused to be filed electronically **Defendant Mick Dubea's Amended Notice of Oral and Videotaped Deposition of Frank Brinkley and this Certificate of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the parties listed below:

>Alyssa M. Schwartz, Esquire
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899
>Email: schwartz@rlf.com

In addition, I hereby certify that on June 24, 2006, I caused the foregoing document to be delivered by e-mail upon the following non-registered participants:

>Michael A. Paskin, Esquire
>Sarah E. Paul, Esquire
>J. Wes Earnhardt, Esquire
>Cravath, Swaine & Moore LLP
>Worldwide Plaza, 825 Eighth Avenue
>New York, NY  10019
>Email: mpaskin@cravath.com
>Email: spaul@cravath.com
>Email: wearnhardt@cravath.com
>
>Teri L. Danish, Esquire
>Rodriguez Colvin Chaney
>1201 E. Van Buren
>Brownsville, TX  78522
>Email: tl.danish@rcclaw.com

>*/s/ Joseph S. Naylor*
>_____
>Joseph S. Naylor (#3886)
>MORRIS JAMES HITCHENS & WILLIAMS LLP
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE 19899
>(302) 888-6800
>Email:  jnaylor@morrisjames.com