IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and<br><br>PIKE ELECTRIC, INC.,<br><br>       Plaintiffs,<br><br>    vs.<br><br>MICK DUBEA,<br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-879-SLR<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MICK DUBEA'S AMENDED NOTICE OF ORAL
AND VIDEOTAPED DEPOSITION OF JONATHAN H. MULLINS**

TO:    Alyssa M. Schwartz, Esq.
       Richards, Layton & Finger
       One Rodney Square
       P.O. Box 551
       Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the oral and videotaped deposition of

**Jonathan H. Mullins** pursuant to the Federal Rules of Civil Procedure, on **June 28, 2006, at 9:00 a.m.,**

or at such other date and time as the Court may order or the parties may agree in writing, and continuing

from day to day until completed, in the offices of BELL DAVIS & PITT, P.A., Century Plaza, 100 N.

Cherry St., Suite 600, Winston Salem, N.C., 27120-1029, Telephone (336) 722-3700.

The deposition shall be taken before an officer authorized to administer oaths and will be

recorded stenographically and by videotape.  You are invited to attend and cross-examine.

Dated:  June 25, 2006        By: _/s/_____
                             Lewis H. Lazarus (#2374)
                             Matthew F. Lintner (#4371)
                             Joseph S. Naylor (#3886)
                             MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                             222 Delaware Avenue, 10th Floor
                             Wilmington, Delaware  19801
                             (302) 888-6800
                             llazarus@morrisjames.com
                             mlintner@morrisjames.com
                             jnaylor@morrisjames.com
                             Attorneys for Defendant Mick Dubea

## CERTIFICATE OF SERVICE

I, Matthew F. Lintner, hereby certify that on June 25, 2006, I caused to be filed

electronically **Defendant Mick Dubea's Amended Notice of Oral and Videotaped Deposition**

**of Jonathan H. Mullins and this Certificate of Service** with the Clerk of Court using CM/ECF,

which will send notification of such filing(s) to the parties listed below:

> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899
> Email: schwartz@rlf.com

In addition, I hereby certify that on June 25, 2006, I caused the foregoing document to be

delivered by e-mail upon the following non-registered participants:

> Michael A. Paskin, Esquire
> Sarah E. Paul, Esquire
> J. Wes Earnhardt, Esquire
> Cravath, Swaine & Moore LLP
> Worldwide Plaza, 825 Eighth Avenue
> New York, NY  10019
> Email: mpaskin@cravath.com
> Email: spaul@cravath.com
> Email: wearnhardt@cravath.com
>
> Teri L. Danish, Esquire
> Rodriguez Colvin Chaney
> 1201 E. Van Buren
> Brownsville, TX  78522
> Email: tl.danish@rcclaw.com

Matthew F. Lintner (#4371)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email:  mlintner@morrisjames.com