IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., | |
| Plaintiffs, | C.A. No. 05-879 (SLR) |
| v. | |
| MICK DUBEA, | |
| Defendant. | |

TO:  Lewis H. Lazarus, Esquire
     Morris James Hitchens & Williams LLP
     222 Delaware Avenue, 10th Floor
     Wilmington, DE 19899

     Teri L. Danish, Esquire
     Rodriquez, Colvin, Chaney & Saenz, LLP
     1201 E. Van Buren
     P.O. Box 2155
     Brownsville, TX 78522

### NOTICE OF SUBPOENA AND DEPOSITION OF DUBEA INVESTMENTS, LTD.

PLEASE TAKE NOTICE that pursuant to Rules 45 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs Pike Electric Corporation and Pike Electric Inc. (collectively, "Pike"), by their undersigned counsel, will serve the subpoena attached at Exhibit A hereto to take the deposition of Dubea Investments, Ltd. ("Dubea Investments") as to the following topics:

1. The formation of Dubea Investments;

2. The corporate structure of Dubea Investments;

3. The identity of any owners, partners, managers, employees, subsidiaries, and/or affiliates of Dubea Investments;

RLF1-3030985-1

4. Mick Dubea's involvement with Dubea Investments;

5. The operations of Dubea Investments;

6. The location of Dubea Investments, including but not limited to the location of any offices, buildings, or property owned by Dubea Investments or any of its owners, partners, managers, subsidiaries, and/or affiliates;

7. Any loans made to Dubea Investments;

8. Any promissory notes, promises to pay, lending agreements, or other loan agreements of any kind made by Dubea Investments to any other entity, including any notes made payable to the 2003 Mick Dubea Grantor Retained Annuity Trust and the "Value Received" by Dubea Investments in exchange for such notes;

9. Any transactions where Dubea Investments has consented to the assignment or collateralization of any promissory notes, promises to pay, lending agreements, or other loan agreements of any kind;

10. The profits, revenues and expenses of Dubea Investments for the past 10 years;

11. The plans for Dubea Investments for the next five years;

12. Any transactions of any kind between Dubea Investments on the one hand and Chad Dubea, Cory Close, Bob Strother, Alex Graham, Sammy Christian, T&D Solutions Ltd., or T&D Solution Managers LLC on the other hand;

13. Any involvement of Chad Dubea, Cory Close, Bob Strother, Alex Graham, Sammy Christian, T&D Solutions Ltd., or T&D Solution Managers LLC with Dubea Investments;

14. Any transactions of any kind between Dubea Investments and Southern Heritage Bank;

15. Any transactions of any kind between Dubea Investments and Red River Bank;

16. Any transactions of any kind between Dubea Investments and Red Simpson Inc.;

17. The drafting, existence and enforcement of any employment agreements entered into between Dubea Investments and its employees or executives, including but not limited to any non-disclosure and non-competition covenants located therein;

18. The document retention policy of Dubea Investments;

19. The existence, location, and storage of Dubea Investments' electronic and hardcopy documents relating to the aforementioned topics; and

20. Whether the electronic and hardcopy documents belonging to Dubea Investments are under the possession, custody or control of Mick Dubea.

Dubea Investments shall designate the person or persons most knowledgeable about the facts and documents supporting, underlying or relating to the subject matters set forth above. The deposition will commence on June 30, 2006 at 9:30 a.m. at Nell McCallum & Associates, Inc., 2615 Calder Avenue, Suite 111, Beaumont, TX 77702, before a notary public or some other officer authorized by law to administer oaths and will continue from day to day until completed. Please take further notice that the deposition will be videotaped and transcribed by stenographic means.

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Plaintiffs Pike Electric Corporation and Pike Electric, Inc.

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

June 26, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

I HEREBY CERTIFY that on June 26, 2006, I have caused the foregoing to be sent by Federal Express to the following non-registered participant:

Teri L. Danish, Esquire
Rodriquez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78522

Alyssa M. Schwartz (#4351)