IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>MICK DUBEA, <br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-879 (SLR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2006, **Mick Dubea's Objections and Responses to Plaintiffs' Combined Second Set of Requests for Production and Interrogatories** along with this **Notice of Service**, were served upon the following counsel as indicated below:

### VIA HAND DELIVERY

Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### VIA E-MAIL AND FIRST CLASS MAIL

Michael A. Paskin, Esquire
Sarah E. Paul, Esquire
J. Wes Earnhardt, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Email: mpaskin@cravath.com
Email: spaul@cravath.com
Email: wearnhardt@cravath.com

Teri L. Danish, Esquire
Rodriguez Colvin Chaney
1201 E. Van Buren
Brownsville, TX 78522
Email: tl.danish@rcclaw.com

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Attorneys for Defendant Mick Dubea
llazarus@morrisjames.com
mlintner@morrisjames.com
jnaylor@morrisjames.com

## CERTIFICATE OF SERVICE

I, Lewis H. Lazarus, hereby certify that on June 30, 2006, I caused to be filed electronically the foregoing **Notice of Service** of Mick Dubea's Objections and Responses to Plaintiffs' Combined Second Set of Requests for Production and Interrogatories with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the parties listed below:

>Alyssa M. Schwartz, Esquire
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899
>Email: schwartz@rlf.com

In addition, I hereby certify that on June 30, 2006, I caused the foregoing document to be delivered by e-mail upon the following non-registered participants:

>Michael A. Paskin, Esquire
>Sarah E. Paul, Esquire
>J. Wes Earnhardt, Esquire
>Cravath, Swaine & Moore LLP
>Worldwide Plaza, 825 Eighth Avenue
>New York, NY 10019
>Email: mpaskin@cravath.com
>Email: spaul@cravath.com
>Email: wearnhardt@cravath.com

>Teri L. Danish, Esquire
>Rodriguez Colvin Chaney
>1201 E. Van Buren
>Brownsville, TX 78522
>Email: tl.danish@rcclaw.com

_/s/ Lewis H. Lazarus_
Lewis H. Lazarus (#2374)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email: llazarus@morrisjames.com

1412174/1