IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-879-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT MICK DUBEA'S AMENDED NOTICE OF DEPOSITION OF ERNST & YOUNG LLP

TO:  Alyssa M. Schwartz, Esq.
     Richards, Layton & Finger
     One Rodney Square
     P.O. Box 551
     Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Ernst & Young LLP pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on July 19, 2006, at 10:00 a.m., or at such other date and time as the Court may order or the parties may agree, and continuing from day to day until completed, in the offices of Bell, Davis & Pitt, 100 N. Cherry Street, Century Plaza, Suite 600, Winston-Salem, NC. The testimony shall be recorded stenographically. The topics for examination are those set forth on Exhibit A to the initial subpoena.

Dated: July 13, 2006                    By: _____
                                        Lewis H. Lazarus (#2374)
                                        Matthew F. Lintner (#4371)
                                        Joseph S. Naylor (#3886)
                                        MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, Delaware 19801
                                        (302) 888-6800
                                        llazarus@morrisjames.com
                                        mlintner@morrisjames.com
                                        jnaylor@morrisjames.com
                                        **Attorneys for Defendant Mick Dubea**

## CERTIFICATE OF SERVICE

I, Matthew F. Lintner, hereby certify that on July 13, 2006, I caused to be filed electronically **Defendant Mick Dubea's Amended Notice of Deposition of Ernst & Young LLP** and this **Certificate of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the parties listed below:

>   Alyssa M. Schwartz, Esquire
>   Richards, Layton & Finger
>   One Rodney Square, P.O. Box 551
>   Wilmington, DE 19899
>   Email: schwartz@rlf.com

In addition, I hereby certify that on July 13, 2006, I caused the foregoing documents to be delivered by e-mail upon the following non-registered participants:

>   Michael A. Paskin, Esquire
>   Sarah E. Paul, Esquire
>   J. Wes Earnhardt, Esquire
>   Cravath, Swaine & Moore LLP
>   Worldwide Plaza, 825 Eighth Avenue
>   New York, NY 10019
>   Email: mpaskin@cravath.com
>   Email: spaul@cravath.com
>   Email: wearnhardt@cravath.com
>
>   Teri L. Danish, Esquire
>   Rodriguez Colvin Chaney
>   1201 E. Van Buren
>   Brownsville, TX 78522
>   Email: tl.danish@rcclaw.com

_____
Matthew F. Lintner (#4371)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email: mlintner@morrisjames.com

1407488/1