# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7758
SCHWARTZ@RLF.COM

July 24, 2006

**BY ELECTRONIC FILE**

The Honorable Sue L. Robinson
U.S. District Court for Delaware
844 King Street
Wilmington, Delaware 19801

Re: **Pike Electric Corporation and Pike Electric, Inc. v. Mick Dubea, C.A. No. 05-879-SLR**

Dear Chief Judge Robinson:

Enclosed for Your Honor's consideration is the parties' agreed-upon proposed amended scheduling order for this matter. Therein, the parties seek extensions of certain deadlines to conform with the extension of discovery previously granted by the Court. Also enclosed please find a stipulation executed by the parties regarding expert discovery.

If Your Honor has any questions regarding the proposed form of order or stipulation, counsel remains available at the Court's convenience. If you believe another scheduling teleconference would be helpful, we would be pleased to set it up.

Respectfully submitted,

Alyssa M. Schwartz (#4351)

AMS/cma
Enclosure
cc: Clerk of the Court (by electronic file and hand delivery)
Lewis H. Lazarus, Esquire (by electronic file and hand delivery)
Michael A. Paskin, Esquire (by electronic mail)

RLF1-3040324-1