IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 05-879 (SLR) |
| MICK DUBEA, | ) ) ) |
| Defendant. | ) |

### STIPULATION REGARDING EXPERT DISCOVERY

WHEREAS, the parties are likely to retain experts in the above-captioned action;

WHEREAS, the parties agree that draft expert reports and communications between their counsel and their respective experts should not be subject to discovery;

NOW, THEREFORE, the parties, through their counsel, hereby stipulate and agree that (i) communications between their respective counsel and their respective experts and (ii) draft expert reports shall not be subject to discovery in this action, except to the limited extent that an expert expressly relies on a communication of a matter of fact from such counsel in his or her final report.

The parties further agree that all documents relied upon by the expert shall be identified by specific Bates number to the extent produced in discovery in this action, or

1411296/1

if not, then documents relied upon in the report, but not exchanged in discovery, shall be produced with the report, including the expert's work papers.

| MORRIS, JAMES, HITCHENS & WILLIAMS LLP | RICHARDS LAYTON & FINGER |
|---|---|
| /s/ Lewis H. Lazarus | /s/ |
| Lewis H. Lazarus (#2374) | William J. Wade (#704) |
| Matthew F. Lintner (#4371) | Alyssa M. Schwartz (#4351) |
| Joseph S. Naylor (#3886) | One Rodney Square |
| 222 Delaware Avenue | 920 North King Street |
| P.O. Box 2306 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 651-7700 (tel.) |
| (302) 888-6800 (tel.) | (302) 651-7701 (fax) |
| (302) 571-1750 (fax) | Attorneys for Plaintiffs Pike Electric Corp. |
| Attorneys for Defendant Mick Dubea | and Pike Electric Inc. |

Dated: July 21, 2006

1411296/1