IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PIKE ELECTRIC CORPORATION and )
PIKE ELECTRIC, INC., )
                               )
         Plaintiffs, )
                               )
      v. )        C.A. No. 05-879 (SLR)
                               )
MICK DUBEA, )
                               )
         Defendant. )
_____ )

**NOTICE OF SERVICE**

        PLEASE TAKE NOTICE that on July 31, 2006, copies of the **EXPERT REPORT OF**

**KARYL M. VAN TASSEL**, the **EXPERT REPORT OF J.F. MORROW**, and this **Notice of**

**Service** were served upon the following counsel as indicated below:

        **VIA EMAIL AND HAND DELIVERY**

        Alyssa M. Schwartz, Esquire
        **Richards, Layton & Finger**
        One Rodney Square
        P.O. Box 551
        Wilmington, DE 19899
        Email: *schwartz@rlf.com*

        **VIA EMAIL AND FIRST CLASS MAIL**

        Michael A. Paskin, Esquire                Teri L. Danish, Esquire
        Sarah E. Paul, Esquire                   **Rodriguez Colvin Chaney &**
        J. Wes Earnhardt, Esquire              **Saenz LLP**
        **Cravath, Swaine & Moore LLP**      1201 E. Van Buren
        Worldwide Plaza, 825 Eighth Avenue   Brownsville, TX 78522
        New York, NY 10019                Email: *tl.danish@rcclaw.com*
        Email: *mpaskin@cravath.com*
        Email: *spaul@cravath.com*
        Email: *wearnhardt@cravath.com*

1435189/1

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____

Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Joseph S. Naylor (#3886)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Attorneys for Defendant Mick Dubea
*llazarus@morrisjames.com*
*mlintner@morrisjames.com*
*jnaylor@morrisjames.com*

1435189/1

## CERTIFICATE OF SERVICE

I, Matthew F. Lintner, hereby certify that on July 31, 2006, I caused to be filed electronically the foregoing **Notice of Service** and this **Certificate of Service** with the Clerk of Court using CM/ECF and caused the foregoing to be delivered by Hand Delivery and Email to the parties listed below:

>Alyssa M. Schwartz, Esquire
>**Richards, Layton & Finger**
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899
>Email: *schwartz@rlf.com*

In addition, I hereby certify that on July 31, 2006, I caused the foregoing document to be delivered by Email and First Class Mail to the following non-registered participants:

>Michael A. Paskin, Esquire
>Sarah E. Paul, Esquire
>J. Wes Earnhardt, Esquire
>**Cravath, Swaine & Moore LLP**
>Worldwide Plaza, 825 Eighth Avenue
>New York, NY 10019
>Email: *mpaskin@cravath.com*
>Email: *spaul@cravath.com*
>Email: *wearnhardt@cravath.com*
>
>Teri L. Danish, Esquire
>**Rodriguez Colvin Chaney & Saenz LLP**
>1201 E. Van Buren
>Brownsville, TX 78522
>Email: *tl.danish@rcclaw.com*

Matthew F. Lintner (#4371)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email: *mlintner@morrisjames.com*

1435189/1