IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-879-SLR |

**DEFENDANT MICK DUBEA'S
NOTICE OF DEPOSITION OF JONATHAN FALK**

TO:  Alyssa M. Schwartz, Esq.
     Richards, Layton & Finger
     One Rodney Square
     P.O. Box 551
     Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Jonathan Falk** pursuant to the Federal Rules of Civil Procedure, on **August 9, 2006**, at **10:00 a.m.**, or at such other date and time as the Court may order or the parties may agree in writing, and continuing from day to day until completed, in the offices of CRAVATH, SWAINE & MOORE, LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019; Telephone (212) 474-1000.

The deposition shall be taken before an officer authorized to administer oaths and will be recorded stenographically. You are invited to attend and cross-examine.

Dated: August 7, 2006                 By: _____
                                        Lewis H. Lazarus (#2374)
                                        Matthew F. Lintner (#4371)
                                        Joseph S. Naylor (#3886)
                                        MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, Delaware 19801
                                        (302) 888-6800
                                        llazarus@morrisjames.com
                                        mlintner@morrisjames.com
                                        jnaylor@morrisjames.com
                                        **Attorneys for Defendant Mick Dubea**

## CERTIFICATE OF SERVICE

I, Matthew F. Lintner, hereby certify that on August 7, 2006, I caused to be filed electronically **Defendant Mick Dubea's Notice of Deposition of Jonathan Falk** and this **Certificate of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the parties listed below:

    Alyssa M. Schwartz, Esquire
    **Richards, Layton & Finger**
    One Rodney Square, P.O. Box 551
    Wilmington, DE 19899
    Email: schwartz@rlf.com

In addition, I hereby certify that on August 7, 2006, I caused the foregoing documents to be delivered by e-mail upon the following non-registered participants:

    Michael A. Paskin, Esquire
    Sarah E. Paul, Esquire
    J. Wes Earnhardt, Esquire
    **Cravath, Swaine & Moore LLP**
    Worldwide Plaza, 825 Eighth Avenue
    New York, NY 10019
    Email: mpaskin@cravath.com
    Email: spaul@cravath.com
    Email: wearnhardt@cravath.com

    Teri L. Danish, Esquire
    **Rodriguez Colvin Chaney & Saenz LLP**
    1201 E. Van Buren
    Brownsville, TX 78522
    Email: tl.danish@rcclaw.com

    _____
    Matthew F. Lintner (#4371)
    MORRIS JAMES HITCHENS & WILLIAMS LLP
    222 Delaware Avenue, P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6800
    Email: mlintner@morrisjames.com

1407488/1