IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 05-879-SLR ) ) ) ) ) |

**PLAINTIFFS' MOTION *IN LIMINE* NO. 3:
TO EXCLUDE EXTRINSIC EVIDENCE OFFERED BY MICK DUBEA TO VARY THE
UNAMBIGUOUS TERMS OF HIS EMPLOYMENT CONTRACT**

Plaintiffs hereby respectfully move *in limine* for an order excluding extrinsic evidence offered by Defendant Mick Dubea to vary the unambiguous terms of his employment contract. The grounds for this motion are set forth in Plaintiffs' supporting brief and accompanying declaration, which are being served and filed contemporaneously herewith.

Pursuant to Local Rule 7.1.4, Plaintiffs respectfully request oral argument on this motion.

Pursuant to Local Rule 7.1.1, Defendant opposes this motion.

/s/ William J. Wade
William J. Wade (#704)

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

Dated: August 18, 2006

wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
302-651-7700
*Attorneys for Plaintiffs Pike Electric Corporation and Pike Electric, Inc.*

RLF1-3049820-1

CERTIFICATION PURSUANT TO
DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, counsel for plaintiffs Pike Electric Corporation and Pike Electric, Inc. have consulted with counsel for defendant Mick Dubea ("Dubea") and determined that Dubea does not consent to the relief sought in the attached motion.

_____
Alyssa M. Schwartz (#4351)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-879-SLR ) ) ) ) ) |

**ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 3: TO EXCLUDE EXTRINSIC EVIDENCE OFFERED BY MICK DUBEA TO VARY THE <u>UNAMBIGUOUS TERMS OF HIS EMPLOYMENT CONTRACT</u>**

AND NOW, on this ___ day of _____, 2006, upon review of Plaintiffs Pike Electric Corporation and Pike Electric, Inc.'s Motion *in Limine* No. 3: To Exclude Extrinsic Evidence Offered by Mick Dubea to Vary the Unambiguous Terms of His Employment Contract, and the supporting papers thereto:

IT IS HEREBY ORDERED that Plaintiffs' Motion *in Limine* No. 3 is GRANTED.


IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

RLF1-3049824-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Alyssa M. Schwartz (#4351)

RLF1-2966887-1