IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 05-879-SLR ) ) ) ) ) |

**PLAINTIFFS' MOTION *IN LIMINE* NO. 4:
TO EXCLUDE EVIDENCE OF THE TOWERS PERRIN STUDY AND
OTHER EVIDENCE OF THE AVERAGE LENGTH OF NON-COMPETITION
AGREEMENTS FOR EXECUTIVES OUTSIDE OF THE ACQUISITION CONTEXT**

Plaintiffs hereby respectfully move *in limine* for an order excluding evidence of the Towers Perrin study and other evidence of the average length of the non-competition agreements for executives outside of the acquisition context. The grounds for this motion are set forth in Plaintiffs' supporting brief and accompanying declaration, which are being served and filed contemporaneously herewith.

Pursuant to Local Rule 7.1.4, Plaintiffs respectfully request oral argument on this motion.

Pursuant to Local Rule 7.1.1, Defendant opposes this motion.

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

Dated: August 18, 2006

William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Plaintiffs Pike Electric Corporation and Pike Electric, Inc.*

CERTIFICATION PURSUANT TO
<u>DISTRICT OF DELAWARE LOCAL RULE 7.1.1</u>

Pursuant to Local Rule 7.1.1, counsel for plaintiffs Pike Electric Corporation and Pike Electric, Inc. have consulted with counsel for defendant Mick Dubea ("Dubea") and determined that Dubea does not consent to the relief sought in the attached motion.

*[signature]*
Alyssa M. Schwartz (#4351)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PIKE ELECTRIC CORPORATION & )
PIKE ELECTRIC, INC., )
)
)
Plaintiffs, )
)
vs. ) C.A. No. 05-879-SLR
)
MICK DUBEA, )
)
Defendant. )

**ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 4:
TO EXCLUDE EVIDENCE OF THE TOWERS PERRIN STUDY AND OTHER
EVIDENCE OF THE AVERAGE LENGTH OF NON-COMPETITION AGREEMENTS
FOR EXECUTIVES OUTSIDE OF THE ACQUISITION CONTEXT**

AND NOW, on this ___ day of _____, 2006, upon review of Plaintiffs Pike Electric Corporation and Pike Electric, Inc.'s Motion *in Limine* No. 4: To Exclude Evidence of the Towers Perrin Study and Other Evidence of the Average Length of the Non-Competition Agreements for Executives Outside of the Acquisition Context, and the supporting papers thereto:

IT IS HEREBY ORDERED that Plaintiffs' Motion *in Limine* No. 4 is GRANTED.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

RLF1-3049825-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Alyssa M. Schwartz (#4351)