IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | Civil Action No. 05-879 (SLR) <br><br> **REDACTED - PUBLIC VERSION** |

## DECLARATION OF J. WES EARNHARDT IN SUPPORT OF PLAINTIFF PIKE ELECTRIC CORPORATION'S & PIKE ELECTRIC, INC.'S, MOTIONS *IN LIMINE*

I, J. WES EARNHARDT, hereby declare as follows:

1. I am associated with the firm Cravath, Swaine & Moore LLP, counsel for Pike Electric Corporation & Pike Electric, Inc. ("Pike") in this litigation. I submit this Declaration in support of Pike's motions *in limine*.

2. Attached hereto as Exhibit 1 is a true and complete copy of the Employment Contract, Nonqualified Deferred Compensation Agreement and Agreement Not to Compete of Alex H. Graham, dated December 31, 1997, produced by Pike bearing production numbers PIKE 00000336-52.

3. Attached hereto as Exhibit 2 is a true and complete copy of the Stock Option Agreements, produced by Pike bearing production numbers PIKE 50011520-96 and PIKE 50011608-71.

4. Attached hereto as Exhibit 3 is a true and complete copy of the Stock Purchase Agreement, dated May 4, 2004, produced by Dubea bearing production numbers DUBEA001201-82.

5. Attached hereto as Exhibit 4 is a true and complete copy of the Amendment Agreement of Alex Graham, dated May 6, 2004, produced by Pike bearing production numbers PIKE 00000357-68.

6. Attached hereto as Exhibit 5 is a true and complete copy of the document produced by Lindsay Goldberg Bessemer bearing production numbers LGBE 00003056-89.

7. Attached hereto as Exhibit 6 is a true and complete copy of the document produced by Pike bearing production numbers PIKE 50011460-519.

8. Attached hereto as Exhibit 7 is a true and complete copy of the Employment Agreement of Mick J. Dubea, dated July 1, 2004, produced by Pike bearing production numbers PIKE 00003568-91.

9. Attached hereto as Exhibit 8 is a true and complete copy of the Second Amendment Agreement of Alex Graham, dated May 2005, produced by Pike bearing production numbers PIKE 00017090-93.

10. Attached hereto as Exhibit 9 is a true and complete copy of the Amendment Agreement of Mick J. Dubea, dated May 5, 2005, produced by Dubea bearing production numbers DUBEA001328-30.

11. Attached hereto as Exhibit 10 is a true and complete copy of the document produced by Lindsay Goldberg Bessemer bearing production numbers LGBE00008007-36.

12. Attached hereto as Exhibit 11 is a true and complete copy of the document produced by Towers Perrin bearing production numbers TP0393-569.

13. Attached hereto as Exhibit 12 is a true and complete copy of the document produced by Lindsay Goldberg Bessemer bearing production numbers LGBE00008313-72.

14. Attached hereto as Exhibit 13 is a true and complete copy of the document produced by Dubea bearing production numbers DUBEA000063-64.

15. Attached hereto as Exhibit 14 is a true and complete copy of the document produced by Pike bearing production numbers EPIKE00042225-26.

16. Attached hereto as Exhibit 15 is a true and complete copy of the Complaint, dated December 20, 2005.

17. Attached hereto as Exhibit 16 is a true and complete copy of Defendants T&D Solutions, LTD., T&D Solution Managers, L.L.C., Cory Close & Chad Dubea's Response to Plaintiffs' Combined First Set of Request for Production of Documents and Interrogatories.

18. Attached hereto as Exhibit 17 is a true and complete copy of pages 1, 7-9, 74-76, and the certification page, of the transcript of the Deposition of Chad Dubea, dated June 23, 2006.

19. Attached hereto as Exhibit 18 is a true and complete copy of pages 1, 114-17, 276-79, and the certification page, of the transcript of the Deposition of Mark Castaneda, dated June 6, 2006.

20. Attached hereto as Exhibit 19 is a true and complete copy of pages 1, 148-150, and the certification page, of the transcript of the Deposition of Simmy Thibeaux, dated June 8, 2006.

21. Attached hereto as Exhibit 20 is a true and complete copy of pages 1,12-14, 23-30, 54-57, 101-03, 109-16, 205-07, and the certification page, of the transcript of the Deposition of J. Eric Pike, dated June 20, 2006.

22. Attached hereto as Exhibit 21 is a true and complete copy of pages 1, 16-19, 24-26, 31-33, 38-42, 140-44, 149-54, 159-161, and the certification page, of the transcript of the Deposition of Russell Triedman, dated June 23, 2006.

23. Attached hereto as Exhibit 22 is a true and complete copy of a letter from Michael A. Paskin to Lewis H. Lazarus, dated June 24, 2006.

24. Attached hereto as Exhibit 23 is a true and complete copy of pages 1, 10-12, 18-24, and the certification page, of the transcript of the Deposition of Jon Weinstein, dated June 27, 2006.

25. Attached hereto as Exhibit 24 is a true and complete copy of pages 1, 42-44, and the certification page, of the transcript of the Deposition of Reginald L. Banner, dated June 28, 2006.

26. Attached hereto as Exhibit 25 is a true and complete copy of pages 1, 27-30, 39-43, and the certification page, of the transcript of the Deposition of James Briggs, dated July 18, 2006.

27. Attached hereto as Exhibit 26 is a true and complete copy of Defendant Mick Dubea's Amended Answer and Additional Defenses to Complaint and Amended Counterclaim Against Pike Electric Corporation and Pike Electric, Inc., dated July 18, 2006.

28. Attached hereto as Exhibit 27 is a true and complete copy of the Expert Report of Karyl M. Van Tassel, dated July 31, 2006.

29. Attached hereto as Exhibit 28 is a true and complete copy of the Expert Report of J.F. "Chip" Morrow, dated July 31, 2006.

30. Attached hereto as Exhibit 29 is a true and complete copy of pages 1, 7-10, 14-18, 23-26, 31-33, 60-62, 94-96, 107-11, 118-24, 129-31, 133-35, 155-65, 176-84, 208-13,

216-27, and the certification page, of the transcript of the Deposition of J.F. "Chip" Morrow, dated August 11, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 18, 2006.

_____
J. Wes Earnhardt

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

_____
Alyssa M. Schwartz (#4351)