# EXHIBIT 17

REDACTED

**EXHIBIT 18**

REDACTED

**EXHIBIT 19**

REDACTED

EXHIBIT 20

REDACTED

**EXHIBIT 21**

REDACTED

**EXHIBIT 22**

REDACTED

# EXHIBIT 23

REDACTED

**EXHIBIT 24**

REDACTED

**EXHIBIT 25**

# REDACTED

**EXHIBIT 26**

REDACTED

**EXHIBIT 27**

REDACTED

**EXHIBIT 28**

REDACTED

**EXHIBIT 29**

REDACTED