IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PIKE ELECTRIC CORPORATION and PIKE ELECTRIC, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 05-879 (SLR) |
| MICK DUBEA, | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendant. | ) | |

**DECLARATION OF JOSEPH S. NAYLOR IN SUPPORT OF DEFENDANT MICK DUBEA'S BRIEFS IN OPPOSITION TO PIKE ELECTRIC CORPORATION'S & PIKE ELECTRIC, INC.'S MOTIONS *IN LIMINE***

I, JOSEPH S. NAYLOR, hereby declare as follows:

1. I am associated with the firm Morris, James, Hitchens & Williams LLP, counsel for Mick Dubea in this litigation. I submit this Declaration in support of Mr. Dubea's briefs in opposition to Pike's motions *in limine*.

2. Attached hereto as Exhibit 1 is a true and complete copy of Mick Dubea's Amendment to and Restatement of Employment Contract, Nonqualified Deferred Compensation Agreement and Agreement Not to Compete, dated January 7, 2004, produced by Pike bearing production numbers PIKE 00013005-28.

3. Attached hereto as Exhibit 2 is a true and complete copy of an e-mail from Eric Pike to Eric Hilfers, Esq., dated March 18, 2004, produced by Pike bearing production numbers PIKE 70000002-4.

4. Attached hereto as Exhibit 3 is a true and complete copy of the Amendment Agreement, between RSI and Sammy Christian, dated May 6, 2004, produced by Pike bearing production numbers PIKE 00016921-33.

5. Attached hereto as Exhibit 4 is a true and complete copy of RSI's Estimated Purchase Price Calculation as of June 30, 2004, produced by Mr. Dubea bearing production numbers EDUBEA 090733-35.

6. Attached hereto as Exhibit 5 is true and complete copy of Pike Electric, Inc.'s Acquisition of Red Simpson, Inc.; Closing Funds Flow and Fee Information, produced by LGB bearing production numbers LGBE 00002896-2924.

7. Attached hereto as Exhibit 6 is a true and complete copy of the chart captioned "Total Amount Due to Mick Over Time," produced by Mr. Dubea, bearing production numbers DUBEA 000048.

8. Attached hereto as Exhibit 7 is a true and complete copy of an Employment Agreement between Pike Electric and Mick Dubea, dated July 1, 2004, produced by Pike, bearing production numbers PIKE 00017035-57.

9. Attached hereto as Exhibit 8 is a true and complete copy of an e-mail from Russell Triedman to Eric Hilfers, Esq., dated March 12, 2005, produced by Pike, bearing production numbers EPIKE 00014089.

10. Attached hereto as Exhibit 9 is a true and complete copy of an e-mail from Eric Hilfers to David Browne, dated March 16, 2005, produced by Pike, bearing production numbers EPIKE 00079964-75.

11. Attached hereto as Exhibit 10 is a true and complete copy of an e-mail from Eric Pike to Mick Dubea, dated March 31, 2005, produced by Mr. Dubea, bearing production numbers EDUBEA 047151-52.

12. Attached hereto as Exhibit 11 is a true and complete copy of the Towers Perrin Proposal to Pike, dated April 19, 2005, produced by Towers Perrin, bearing production numbers TP 0128-59.

13. Attached hereto as Exhibit 12 is a true and complete copy of the Amendment Agreement between Pike Electric, Inc. and Mick Dubea, dated May 5, 2005, produced by Pike, bearing production numbers PIKE 00005891-93.

14. Attached hereto as Exhibit 13 is a true and complete copy of the Second Amendment Agreement between RSI and Sammy Christian, dated May 31, 2005, produced by Pike, bearing production numbers PIKE 00016935-39.

15. Attached hereto as Exhibit 14 is a true and complete copy of an e-mail from Mark Castaneda to Mick Dubea, dated June 14, 2005, produced by Pike, bearing production numbers EPIKE 00041676-43490.

16. Attached hereto as Exhibit 15 is a true and complete copy of the Towers Perrin Report titled "Executive Compensation Preliminary Recommendations," dated June 14, 2005, produced by LGB, bearing production numbers LGBE00008007-36.

17. Attached hereto as Exhibit 16 is a true and complete copy of the Towers Perrin Proposal to Pike, dated June 23, 2005, produced by Towers Perrin, bearing production numbers TP 0393-69.

18. Attached hereto as Exhibit 17 is a true and complete copy of the Pike IPO Prospectus, dated July 26, 2005.

19. Attached hereto as Exhibit 18 is a true and complete copy of an e-mail from Adam Godfrey to Eric Pike, dated August 12, 2005, produced by LGB, bearing production numbers LGBE 00007373-74.

20. Attached hereto as Exhibit 19 is a true and complete copy of the Verified Complaint of Pike Electric Corporation and Pike Electric, Inc., dated December 20, 2005, filed in this action.

21. Attached hereto as Exhibit 20 is a true and complete copy of excerpts from the Deposition of Eric Pike, taken on June 20, 2006.

22. Attached hereto as Exhibit 21 is a true and complete copy of excerpts from the Deposition of Russell Triedman, taken on June 23, 2006.

23. Attached hereto as Exhibit 22 is a true and complete copy of excerpts from the Deposition of Jon Weinstein, taken on June 27, 2006.

24. Attached hereto as Exhibit 23 is a true and complete copy of the expert Report of Jonathan Falk, dated July 7, 2006.

25. Attached hereto as Exhibit 24 is the true and complete copy of excerpts from the Deposition of James Briggs, taken on July 18, 2006.

26. Attached hereto as Exhibit 25 is a true and complete copy of the expert Report of Karyl M. Van Tassel, dated July 31, 2006.

27. Attached hereto as Exhibit 26 is a true and complete copy of the expert Report of J. F. "Chip" Morrow, dated July 31, 2006.

28. Attached hereto as Exhibit 27 is a true and complete copy of excerpts from the Deposition of J. F. "Chip" Morrow, taken on August 11, 2006.

29. Attached hereto as Exhibit 28 is a true and complete copy of excerpts from InfraSource Services, Inc.'s Form 10-K SEC Filing: Management's Discussion and Analysis of Financial Condition and Results of Operations.

30. Attached hereto as Exhibit 29 is a true and complete copy of excerpts from the Deposition of Corey Close, taken on June 22, 2006.

31. Attached hereto as Exhibit 30 is a true and complete copy of excerpts from the Deposition of Reginald Banner, taken on June 28, 2006.

32. Attached hereto as Exhibit 31 is a true and complete copy of excerpts from the Deposition of Simmy Thibeaux, taken on June 8, 2006.

33. Attached hereto as Exhibit 32 is a true and complete copy of excerpts from the Deposition of Samuel Christian, taken on June 15, 2006.

34. Attached hereto as Exhibit 33 is a true and complete copy of excerpts from the Deposition of Nancy Christian, taken on June 29, 2006.

35. Attached hereto as Exhibit 34 is a true and complete copy of excerpts from the Deposition of Jonathan Falk, taken on August 9, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Joseph S. Naylor

Executed on August 25, 2006

1449899/1

## CERTIFICATE OF SERVICE

I, Joseph S. Naylor, hereby certify that on August 25, 2006, I caused to be filed electronically the following **SEALED DOCUMENT**: (1) **Declaration of Joseph S. Naylor in Support of Defendant Mick Dubea's Briefs in Opposition to Plaintiffs' Motions** *in Limine* and (2) this **Certificate of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the party listed below. I also certify that I caused the foregoing to be served by hand delivery upon the following counsel of record:

> Alyssa M. Schwartz, Esquire
> **Richards, Layton & Finger**
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> Email: *schwartz@rlf.com*

In addition, I hereby certify that on August 25, 2006, I caused the foregoing document to be delivered by first class mail upon the following non-registered participants:

> Michael A. Paskin, Esquire
> Sarah E. Paul, Esquire
> J. Wes Earnhardt, Esquire
> **Cravath, Swaine & Moore LLP**
> Worldwide Plaza, 825 Eighth Avenue
> New York, NY 10019
> Email: *mpaskin@cravath.com*
> Email: *spaul@cravath.com*
> Email: *wearnhardt@cravath.com*

> Teri L. Danish, Esquire
> **Rodriguez Colvin Chaney & Saenz LLP**
> 1201 E. Van Buren
> Brownsville, TX 78522
> Email: *tl.danish@rcclaw.com*

*/s/ Joseph S. Naylor*
_____
Joseph S. Naylor (#3886)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email: *jnaylor@morrisjames.com*

1450803/1

## CERTIFICATE OF SERVICE

I, Joseph S. Naylor, hereby certify that on September 1, 2006, I caused to be filed electronically the following **REDACTED – PUBLIC VERSION** of: (1) **Declaration of Joseph S. Naylor in Support of Defendant Mick Dubea's Briefs in Opposition to Plaintiffs' Motions** *in Limine* and (2) this **Certificate of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the party listed below.

> Alyssa M. Schwartz, Esquire
> **Richards, Layton & Finger**
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> Email: *schwartz@rlf.com*

In addition, I hereby certify that on September 1, 2006, I caused the foregoing document to be delivered by email upon the following non-registered participants:

> Michael A. Paskin, Esquire
> Sarah E. Paul, Esquire
> J. Wes Earnhardt, Esquire
> **Cravath, Swaine & Moore LLP**
> Worldwide Plaza, 825 Eighth Avenue
> New York, NY 10019
> Email: *mpaskin@cravath.com*
> Email: *spaul@cravath.com*
> Email: *wearnhardt@cravath.com*

> Teri L. Danish, Esquire
> **Rodriguez Colvin Chaney & Saenz LLP**
> 1201 E. Van Buren
> Brownsville, TX 78522
> Email: *tl.danish@rcclaw.com*

> */s/ Joseph S. Naylor*
> _____
> Joseph S. Naylor (#3886)
> MORRIS JAMES HITCHENS & WILLIAMS LLP
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6800
> Email: *jnaylor@morrisjames.com*

1450803/1