# EXHIBIT 1

## REDACTED IN ITS ENTIRETY

# EXHIBIT 2

## REDACTED IN ITS ENTIRETY

# EXHIBIT 3

## REDACTED IN ITS ENTIRETY

# EXHIBIT 4

## REDACTED IN ITS ENTIRETY

# EXHIBIT 5

## REDACTED IN ITS ENTIRETY

# EXHIBIT 6

## REDACTED IN ITS ENTIRETY

# EXHIBIT 7

## REDACTED IN ITS ENTIRETY

# EXHIBIT 8

## REDACTED IN ITS ENTIRETY

# EXHIBIT 9

## REDACTED IN ITS ENTIRETY

# EXHIBIT 10

## REDACTED IN ITS ENTIRETY

# EXHIBIT 11

## REDACTED IN ITS ENTIRETY

# EXHIBIT 12

## REDACTED IN ITS ENTIRETY

# EXHIBIT 13

## REDACTED IN ITS ENTIRETY

# EXHIBIT 14

## REDACTED IN ITS ENTIRETY

# EXHIBIT 15

## REDACTED IN ITS ENTIRETY

# EXHIBIT 16

## REDACTED IN ITS ENTIRETY