# EXHIBIT 17

# Part 1 of 5

Filed Pursuant to Rule 424(b)(4)
Registration No. 333-124117

**13,500,000 Shares**



# Pike Electric Corporation

## Common Stock

This is the initial public offering of our common stock. We are offering 10,000,000 of the shares to be sold in the offering. The selling stockholders identified in this prospectus are offering an additional 3,500,000 shares. We will not receive any of the proceeds from the sale of the shares being sold by the selling stockholders. The initial public offering price is $14.00 per share.

Prior to this offering, there has been no public market for our common stock. Our common stock has been approved for listing on the New York Stock Exchange under the symbol "PEC".

**Investing in our common stock involves risks. See "Risk Factors" beginning on page 12 to read about factors you should consider before buying shares of our common stock.**

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed on the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.

|  | Initial Public Offering Price | Underwriting Discount | Proceeds, Before Expenses, to Pike Electric Corporation | Proceeds, Before Expenses, to the Selling Stockholders |
|---|---|---|---|---|
| Per Share | $ 14.00 | $ 0.98 | $ 13.02 | $ 13.02 |
| Total | $189,000,000 | $13,230,000 | $ 130,200,000 | $ 45,570,000 |

One of the selling stockholders has granted the underwriters an option to purchase from it up to an additional 2,025,000 shares to cover over-allotments at the initial public offering price less underwriting discounts and commissions.

The underwriters expect to deliver the shares to purchasers on August 1, 2005.

**Citigroup**                                        **JPMorgan**

**Robert W. Baird & Co.**        **Friedman Billings Ramsey**

The date of this prospectus is July 26, 2005.



B 359

## TABLE OF CONTENTS

| | Page |
|---|---|
| Prospectus Summary | 1 |
| Risk Factors | 12 |
| Forward-Looking Statements | 21 |
| Use of Proceeds | 22 |
| Dividend Policy | 22 |
| Capitalization | 23 |
| Dilution | 24 |
| Unaudited Pro Forma Condensed Financial Data | 25 |
| Selected Historical Financial Data | 33 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
| Industry Overview | 57 |
| Business | 60 |
| Management | 71 |
| Related Party Agreements | 87 |
| Principal and Selling Stockholders | 88 |
| Description of Capital Stock | 91 |
| Description of Senior Credit Facility | 95 |
| Shares Eligible for Future Sale | 97 |
| Material United States Federal Tax Consequences for Non-U.S. Stockholders | 99 |
| Certain ERISA Considerations | 102 |
| Underwriting | 103 |
| Legal Matters | 108 |
| Experts | 108 |
| Additional Information | 108 |
| Index to Financial Statements | F-1 |

i

B 360

## PROSPECTUS SUMMARY

The following is a summary of some of the information contained in this prospectus. It may not contain all the information that is important to you. To understand this offering fully, you should read carefully the entire prospectus, including the risk factors and the financial statements.

In this prospectus, the terms "Pike," "we," "us" and "our" refer to Pike Electric Corporation and its subsidiaries and their respective predecessors in interest, unless the context otherwise requires.

In this prospectus, unless we specifically state otherwise, the financial data we present are our actual consolidated historical financial data, which include Red Simpson, Inc., or Red Simpson, only from July 1, 2004, the date we acquired that company; references to our pro forma financial data for the year ended June 30, 2004 are to our pro forma financial data for that year, which include Red Simpson on a pro forma basis as if the acquisition had been consummated on July 1, 2003 for income statement purposes; and the operating data for all periods that we present represent the combined operations of Pike and Red Simpson.

### Business

We are one of the largest third-party providers of outsourced electric distribution and transmission services in the United States. Our core activities consist of the maintenance, upgrade and extension of electric distribution and sub-500 kilovolt, or kV, transmission powerlines for more than 150 electric utilities, cooperatives and municipalities. We service a contiguous 19-state region that stretches from Pennsylvania in the north to Florida in the southeast and to Texas in the southwest. Historically, our growth has been almost entirely organic, driven by the steady addition of new customers and the further expansion of existing customer relationships. Through our fiscal year ended June 30, 2004, our revenues grew at a ten-year compounded annual growth rate, or CAGR, of 10.6%, almost exclusively on an organic basis. On July 1, 2004, we acquired Red Simpson, which significantly expanded our service territory and operating scale and added multiple long-term customer relationships. For the year ended June 30, 2004, our pro forma revenues, after giving effect to the Red Simpson acquisition, were $552.5 million.

We focus on the distribution and sub-500 kV transmission sector of the electric infrastructure services industry, which we believe to be the largest and most attractive sector in the industry. Based on data from Edison Electric Institute, distribution spending represented $11.4 billion of the $15.5 billion of total spending by investor-owned utilities on electric distribution and transmission in 2003. Moreover, expenditures on distribution are generally more stable than those for heavy transmission infrastructure, which tend to be characterized by distinct, large, one-time projects. We derive over 90% of our revenues under master service arrangements, under which we are paid either on an hourly basis or for each unit of work completed, rather than under the competitively-bid, fixed-price contracts typically associated with large-scale transmission construction projects. In addition to our core distribution and transmission services, we also offer storm restoration services and a variety of value-added ancillary services.

The breadth and quality of our service offering, combined with our ability to mobilize and deliver emergency restoration services on a large scale, have resulted in long-standing relationships with many of our customers. We have maintained relationships of 30 years or longer with nine of our top 15 customers.

As of May 15, 2005, we employed a non-union workforce of over 6,700 employees, many of whom occupy highly skilled positions. Our workforce is supported by a large, modern fleet consisting of over 6,000 pieces of specialized vehicles and equipment.

#### Competitive Strengths

We believe our significant competitive strengths are as follows:

• *Leading Pure-Play Provider of Electric Distribution and Transmission Infrastructure Services.* We are one of the largest providers of services to electric utilities, cooperatives and municipalities; and, after the completion of the rebranding of the Red Simpson business to Pike, we will be one of the

1

B 361

few service providers of scale in our industry that operates under a single, well-recognized brand over a contiguous geographic area.

- *Outsourced Services-Based Business Model.* We provide vital services to electric utilities, cooperatives and municipalities, which have increased their reliance on outsourcing the maintenance and improvement of their distribution and transmission systems to third-party service providers. Over 90% of our revenues are derived under master service arrangements. We do not derive a significant portion of our revenues from fixed-price agreements relating to large-scale capital improvement projects.

- *Attractive, Contiguous End Markets.* We operate in a contiguous geographic market that includes the southeastern and south central United States. Our markets have exhibited strong population growth and increases in electricity consumption, which have increased demand for our services. Moreover, the contiguous nature of our service territory provides us with significant benefits by increasing our operating efficiency and our flexibility to respond to our customers' needs.

- *Recognized Leader in Storm Restoration Capabilities.* Our 19-state market includes the prime "storm territories" of the southeastern and south central United States. Throughout our market, we are a leading provider of emergency services for storm restoration.

- *Long-Standing Relationships Across a High-Quality Customer Base.* We have a diverse, well capitalized customer base that includes over 150 electric companies throughout our service territory. We employ a customer-focused philosophy that has resulted in long-standing customer relationships. After giving effect to the Red Simpson acquisition, our relationships with our top 15 customers average approximately 33 years.

- *Experienced Management Team with Demonstrated Operational Excellence.* Our strong management has led us to operational excellence, as demonstrated by our continuing success in effectively growing our business, managing our costs, supervising our workforce, deploying our fleet and integrating Red Simpson. Members of our senior management have been with us for an average of approximately 19 years and obtained significant operating experience prior to being promoted to their current positions.

- *Major Investments in Fleet and Safety.* We have made significant investments in our business to support our continued growth. In addition to investing in our fleet, substantially all of which we own, we have invested in our employee safety and development programs, establishing training and safety programs certified by the Department of Labor.

### Business Strategy

We strive to be our customers' service provider of choice and to expand our leadership position in the outsourced services sector of the electric infrastructure industry, while continuing to increase our revenues and profitability. In order to accomplish these goals, we intend to pursue the following strategies:

- *Increased Penetration Within Our Existing Service Territory.* We intend to continue to increase our penetration and market share within our existing service territory, by expanding our existing customer relationships, attracting new customers and pursuing selective acquisitions. We believe our quality service, modern fleet, regional presence, storm restoration capabilities and strong safety record will enable us to develop our business with both existing and prospective customers as they continue to further outsource their servicing needs.

- *Expand Our Service Territory.* We intend to continue to grow our business by seeking new opportunities from our existing customers that have operations outside our current service territory, capturing new customers in other geographic markets and pursuing selective acquisitions. We also have been successful in acquiring new customers after providing storm restoration services to them.

- *Continued Focus on Distribution and Sub-500 kV Transmission.* We will continue to focus on the maintenance, upgrade and extension of electric distribution and sub-500 kV transmission

2

B 362

powerlines. By focusing on the distribution and sub-500 kV transmission sector of the industry and providing high quality services to our customers, we believe that we will be in a position to capture a significant share of the expected increased amount of work in this market sector.

- *Capitalize on Favorable Long-Term Industry Trends.* We believe that we are well positioned to benefit from expected long-term industry trends, which are described in more detail in "Industry Overview."

  - *Growth in demand for electricity.* We believe that demand for our services will be driven in part by increased demand for electricity due to expected growth in electricity consumption and population in the southeastern and south central United States, which have grown at higher rates in recent years than the rest of the country.

  - *Increased outsourcing of infrastructure services.* We intend to actively pursue opportunities provided by the continuing trend by electric companies to increase their reliance on outsourcing the maintenance and improvement of their electric distribution and transmission systems.

  - *Inadequacy of current electric infrastructure.* To the extent spending on the current electric infrastructure increases as expected, we believe we will have increased opportunities to provide sub-500 kV transmission and distribution upgrade and ongoing maintenance services.

- *Continued Focus on Operating Efficiency and Customer Service.* We intend to use the scale and scope of our capabilities to achieve higher levels of operating efficiency and productivity while further enhancing our customer service. Additionally, we intend to use our modern fleet, repair and maintenance capabilities and skilled workforce to increase our cost competitiveness so that we may profitably win new business.

### Risks Related to Our Business

Although we believe that focusing on the key areas set forth above will provide us with opportunities to reach our goals, you should consider a number of risks and uncertainties that may affect our financial and operating performance that are discussed under "Risk Factors" and elsewhere in this prospectus.

### Red Simpson Acquisition

On July 1, 2004, we acquired all of the outstanding stock of Red Simpson. Founded in 1963, Red Simpson was an electric transmission and distribution services provider in the south central United States. The total cash purchase price was $194.2 million, net of cash acquired. We financed the acquisition through the issuance of $71.0 million in new common equity to some of our existing stockholders and $123.2 million of new indebtedness under our senior credit facility, which we refinanced in connection with the transaction.

Our acquisition of Red Simpson represented a significant contiguous expansion for us. Prior to the acquisition, we had a limited presence in Texas and Louisiana. By acquiring Red Simpson, we were able to achieve our strategic goal of expanding into the south central United States. In addition, although our market slightly overlapped with Red Simpson's, only two of our top 10 customers overlapped. Accordingly, the acquisition of Red Simpson not only added new customers but also decreased our combined exposure to our largest customer.

### 2004 Recapitalization

In December 2004, we undertook a recapitalization. As part of this recapitalization, we borrowed an additional $150.0 million under our existing senior credit facility, $127.5 million of which was used to

3

B 363

repurchase shares of our common stock and options in December 2004 and $20.0 million of which was used to redeem all of the outstanding shares of our Series A preferred stock in January 2005. We refer to this transaction as the "2004 recapitalization."

———————————————

We were incorporated in North Carolina in 1968 and reincorporated in Delaware on July 1, 2005. To effect the reincorporation, Pike Holdings, Inc., our predecessor, merged with and into a newly created wholly owned subsidiary, Pike Electric Corporation, which was formed in Delaware for the sole purpose of effecting the reincorporation. Our principal executive offices are located at 100 Pike Way, Mount Airy, NC 27030. Our telephone number is 336-789-2171. Our World Wide Web site address is www.pike.com. Information contained on our Web site or that can be accessed through our Web site is not incorporated by reference in this prospectus. You should not consider information contained on our Web site or that can be accessed through our Web site to be part of this prospectus.

4

B 364

**The Offering**

| | |
|---|---|
| Common stock offered by us | 10,000,000 shares |
| Common stock offered by the selling stockholders | 3,500,000 shares |
| Common stock to be outstanding after the offering | 31,832,864 shares |
| Use of proceeds | We will receive approximately $126.0 million in net proceeds from this offering, after deducting underwriting discounts and commissions and estimated offering expenses payable by us. We intend to use $4.0 million of the net proceeds of the common stock offered by us to terminate the management advisory services agreement described in "Related Party Agreements" and the balance of the net proceeds to ratably repay a portion of the outstanding borrowings under the Tranche B term loan and Tranche C term loan that form a part of our senior credit facility. See "Use of Proceeds" for more information about our use of the proceeds from this offering. |
| | We will not receive any proceeds from the sales of our common stock by the selling stockholders in the offering. |
| New York Stock Exchange symbol | PEC |

The number of shares of common stock to be outstanding after this offering is based on the 21,484,454 shares outstanding as of March 31, 2005, plus 348,410 shares we intend to issue to a selling stockholder upon exercise of options and the 10,000,000 shares offered by us in this offering. In this prospectus, references to the number of shares of common stock offered and to be outstanding after the completion of this offering do not include:

- 2,025,000 additional shares of common stock that the underwriters have a right to purchase from one of the selling stockholders within 30 days after the date of this prospectus to cover over-allotments;

- 1,477,125 shares issuable upon the exercise of stock options granted pursuant to our 2002 Stock Option Plan A and outstanding as of March 31, 2005 and having a weighted average exercise price of $4.85 per share;

- 1,080,406 shares issuable upon the exercise of stock options granted pursuant to our 2002 Stock Option Plan B and outstanding as of March 31, 2005 and having a weighted average exercise price of $4.85 per share; and

- 1,750,000 shares reserved for issuance under our 2005 Omnibus Incentive Compensation Plan, including 161,607 shares of restricted stock and options to purchase 969,643 shares of common stock at the offering price being granted to certain members of our management upon consummation of this offering.

The number of shares of common stock outstanding as of March 31, 2005 and the other share and per share information in this prospectus have been adjusted to give effect to the conversion of each of our shares into 14.76 common shares in connection with our reincorporation.

5

B 365

### Summary Historical and Pro Forma Financial Data

The table below provides a summary of our historical financial data for each of the three years in the period ended June 30, 2004 and for the nine-month periods ended March 31, 2004 and 2005. We derived the statement of operations data and other data for the three years in the period ended June 30, 2004 from our audited financial statements included elsewhere in this prospectus. We derived the statement of operations data and other data for the nine-month periods ended March 31, 2004 and 2005 and the balance sheet data as of March 31, 2005 from our unaudited financial statements included elsewhere in this prospectus.

Our unaudited financial statements have been prepared on the same basis as our audited financial statements and, in our opinion, reflect all adjustments, consisting only of normal and recurring adjustments, necessary for a fair presentation of this data in all material respects. The results for any interim period are not necessarily indicative of the results that may be expected for a full year.

The table below also includes our pro forma as adjusted statement of operations data for the year ended June 30, 2004 and the nine months ended March 31, 2005 and our as adjusted balance sheet data as of March 31, 2005. The information included in the "Pro Forma As Adjusted" column of the statement of operations and other data for the year ended June 30, 2004 has been adjusted to give effect to the following as if they had occurred on July 1, 2003:

- the acquisition of Red Simpson;
- the 2004 recapitalization;
- the sale of 10,000,000 shares of our common stock in this offering and the use of the net proceeds from this offering as described in "Use of Proceeds"; and
- the expected issuance of 348,410 shares to a selling stockholder upon exercise of options.

The information included in the "Pro Forma As Adjusted" column of the statement of operations and other data for the nine months ended March 31, 2005 has been adjusted to give effect to the 2004 recapitalization, the sale of 10,000,000 shares of our common stock in this offering, the 348,410 shares that we expect to issue to a selling stockholder upon exercise of options and the use of the net proceeds from this offering as described in "Use of Proceeds" as if they had occurred on July 1, 2004.

The balance sheet data presented in the "As Adjusted" column of the table below reflect the sale of 10,000,000 shares of our common stock in this offering, the 348,410 shares that we expect to issue to a selling stockholder upon exercise of options and the use of the net proceeds from this offering as described in "Use of Proceeds" as if they had occurred on March 31, 2005.

The unaudited pro forma as adjusted and as adjusted financial data do not purport to present what our actual financial position or results would have been if the events described above had occurred as of the dates indicated and are not necessarily indicative of our future financial position or results.

You should read this summary financial data together with "Use of Proceeds," "Capitalization," "Unaudited Pro Forma Condensed Financial Data," "Selected Historical Financial Data," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and accompanying notes included elsewhere in this prospectus.

6

B 366

| | Year Ended June 30, | | | Pro Forma As Adjusted Year Ended June 30, 2004 | Nine Months Ended March 31, | | Pro Forma As Adjusted Nine Months Ended March 31, 2005(1) |
|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | | 2004 | 2005(1) | |
| | | (audited) | | (unaudited) | (unaudited) | | (unaudited) |
| | | | | (in thousands, except share and per share amounts) | | | |
| **Statement of operations data:** | | | | | | | |
| Revenues | $273,235 | $297,514 | $356,697 | $ 552,495 | $263,058 | $ 524,247 | $ 524,247 |
| Cost of operations | 225,280 | 247,204 | 300,313 | 468,013 | 223,520 | 428,073 | 428,073 |
| Gross profit | 47,955 | 50,310 | 56,384 | 84,482 | 39,538 | 96,174 | 96,174 |
| General and administrative expenses(2) | 14,176 | 16,783 | 18,812 | 32,452 | 14,050 | 33,506 | 28,164 |
| Recapitalization expenses(3) | 10,893 | 386 | — | — | — | — | — |
| (Gain) loss on sale of property and equipment | (4) | 539 | 265 | 265 | 105 | 256 | 256 |
| Income from operations | 22,890 | 32,602 | 37,307 | 51,765 | 25,383 | 62,412 | 67,754 |
| Other expense (income): | | | | | | | |
| Interest expense(4) | 2,802 | 11,862 | 9,192 | 15,533 | 6,754 | 34,265 | 32,990 |
| Other, net(5) | (267) | (46) | (19) | (428) | (17) | (94) | (94) |
| Total other expense | 2,535 | 11,816 | 9,173 | 15,105 | 6,737 | 34,171 | 32,896 |
| Income tax expense | 9,519 | 8,335 | 11,276 | 14,517 | 7,588 | 17,429 | 20,049 |
| Income from continuing operations | 10,836 | 12,451 | 16,858 | $ 22,143 | 11,058 | 10,812 | 14,809 |
| Loss from discontinued operations, net of taxes(6) | 324 | 621 | 330 | | 384 | — | — |
| Net income | $ 10,512 | $ 11,830 | $ 16,528 | | $ 10,674 | $ 10,812 | $ 14,809 |
| Decrease in redemption value of mandatorily redeemable preferred stock(7) | — | 12,071 | — | | — | — | — |
| Net income available to common stockholders | $ 10,512 | $ 23,901 | $ 16,528 | | $ 10,674 | $ 10,812 | $ 14,809 |
| Basic net income per share available to common stockholders(8) | $ 0.18 | $ 0.98 | $ 0.68 | | $ 0.44 | $ 0.36 | $ 0.47 |
| Diluted net income per share available to common stockholders(8) | $ 0.18 | $ 0.98 | $ 0.68 | | $ 0.44 | $ 0.36 | $ 0.47 |
| **Other data:** | | | | | | | |
| Net cash from continuing operations provided by (used in): | | | | | | | |
| Operating activities | $ 33,155 | $ 33,878 | $ 31,460 | | $ 21,763 | $ 50,717 | |
| Investing activities | (15,287) | (15,131) | (41,771) | | (37,011) | (233,393) | |
| Financing activities | (24,742) | (14,258) | 9,985 | | 10,000 | 177,812 | |
| Capital expenditures | 20,184 | 21,227 | 35,678 | | 30,638 | 40,769 | |
| EBITDA from continuing operations(9) | 40,319 | 50,273 | 56,783 | $ 87,815 | 39,742 | 90,706 | $ 96,048 |
| Adjusted EBITDA(9) | 51,412 | 51,659 | 57,783 | 96,126 | 40,492 | 104,291 | 104,291 |
| Employees (at period end) | 3,742 | 3,951 | 4,847 | | 4,512 | 6,397 | |

7

B 367

| | As of March 31, 2005 | |
| | Actual | As Adjusted |
|---|---|---|
| | (unaudited) (in thousands) | |
| **Balance sheet data:** | | |
| Cash and cash equivalents | $ 73 | $ 73 |
| Working capital | 86,747 | 86,747 |
| Property and equipment, net | 282,417 | 282,417 |
| Total assets | 586,356 | 584,526 |
| Total debt, including current portion | 408,000 | 286,050 |
| Total stockholders' equity | 14,408 | 126,865 |

(1) For the nine months ended March 31, 2005, our statement of operations data reflect (i) the acquisition of Red Simpson on July 1, 2004 and (ii) a substantial increase in our storm restoration revenues as compared to historical levels. See "Management's Discussion and Analysis of Financial Condition and Results of Operation — Overview — Services."

(2) General and administrative expenses include the management fees paid to an affiliate of Lindsay Goldberg & Bessemer L.P. under our management advisory services agreement. In connection with this offering, we agreed to terminate the management advisory services agreement for aggregate consideration of $4.0 million, to be paid at the closing of this offering.

(3) Recapitalization expenses represent costs incurred in connection with the 2002 sale of approximately 88% of the equity ownership in our company to Lindsay Goldberg & Bessemer and its affiliates. We refer to this transaction as the "2002 recapitalization."

(4) Interest expense includes the mark-to-market gains or losses on our interest rate derivatives and amortization of deferred loan costs. In addition, in fiscal 2004 and 2005, interest expense includes the changes in the redemption value of our Series A preferred stock and the write-off of unamortized deferred loan costs resulting from prepayments of debt.

(5) Other, net consists primarily of interest income.

(6) Loss from discontinued operations, net of taxes, represents losses from our industrial division, which ceased operations during the year ended June 30, 2004.

(7) The $12.1 million decrease in the redemption value of our Series A preferred stock during fiscal 2003 occurred because we adjusted the carrying value of the Series A preferred stock to $5.4 million from its original carrying value of $17.5 million at issuance in accordance with the terms of the Series A preferred stock. See "Management's Discussion and Analysis of Financial Condition and Results of Operations — Results of Operations — Year Ended June 30, 2004 Compared to Year Ended June 30, 2003."

(8) Per share numbers have been adjusted to give effect to the conversion of each of our common shares into 14.76 common shares in connection with our reincorporation in Delaware on July 1, 2005.

(9) "EBITDA from continuing operations" represents net income before interest, taxes, depreciation, amortization and loss from discontinued operations, net of taxes. "Adjusted EBITDA" represents EBITDA from continuing operations before other unusual and/or nonrecurring charges. The majority of these charges relate to our acquisition of Red Simpson or our 2004 recapitalization. The charges are described in more detail in the footnotes below. EBITDA from continuing operations and Adjusted EBITDA do not represent and should not be considered as alternatives to net income or cash flow from operations, as determined under U.S. generally accepted accounting principles, or GAAP. We use EBITDA from continuing operations and Adjusted EBITDA to facilitate operating performance comparisons from period to period. We believe EBITDA from continuing operations facilitates company to company operating performance comparisons by backing out potential differences caused by variations in capital structures (affecting net interest expense), taxation and the age and book depreciation of facilities and equipment (affecting relative depreciation expense), which

8

B 368

may vary for different companies for reasons unrelated to operating performance. We further believe that EBITDA from continuing operations is frequently used by securities analysts, investors and other interested parties in their evaluation of companies, many of which present an EBITDA measure when reporting their results. We use Adjusted EBITDA as a supplemental measure to assess our performance because it excludes unusual and/or nonrecurring charges that are included in EBITDA. We present Adjusted EBITDA because we believe that it is useful for investors to analyze disclosures of our operating results on the same basis as that used by our management. EBITDA from continuing operations and Adjusted EBITDA are not necessarily comparable to other similarly titled financial measures of other companies due to the potential inconsistencies in the method of calculation. In addition, EBITDA, as defined under our senior credit facility, is not calculated in the same manner as the EBITDA from continuing operations and Adjusted EBITDA figures presented in this table. For a description of our senior credit facility, see "Description of Senior Credit Facility."

EBITDA from continuing operations and Adjusted EBITDA have limitations as analytical tools, and you should not consider them either in isolation or as substitutes for analyzing our results as reported under GAAP. Some of these limitations are:

- EBITDA from continuing operations and Adjusted EBITDA do not reflect historical cash expenditures or future requirements for capital expenditures or contractual commitments;

- EBITDA from continuing operations and Adjusted EBITDA do not reflect changes in, or cash requirements for, our working capital needs;

- EBITDA from continuing operations and Adjusted EBITDA do not reflect our interest expense, or the cash requirements necessary to service interest or principal payments, on our debt;

- EBITDA from continuing operations and Adjusted EBITDA do not reflect our tax expense or the cash requirements to pay our taxes;

- although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future, and EBITDA from continuing operations and Adjusted EBITDA do not reflect any cash requirements for such replacements;

- as described above, Adjusted EBITDA does not reflect certain charges related to our acquisition of Red Simpson or our 2004 recapitalization, including discontinued deferred compensation, discontinued performance bonuses, recapitalization expenses, option buyback expense and restricted stock expense. It is possible, however, that we could incur similar charges in the future if we were to complete future acquisitions or recapitalizations. In addition, the management fees that we exclude from our calculation of Adjusted EBITDA have been incurred in each of the periods presented; and

- other companies in our industry may calculate EBITDA from continuing operations and Adjusted EBITDA differently, limiting their usefulness as comparative measures.

9

B 369

Because of these limitations, EBITDA from continuing operations and Adjusted EBITDA should not be considered as the primary measures of our operating performance or as measures of discretionary cash available to us to invest in the growth of our business. The following is a reconciliation of EBITDA from continuing operations and Adjusted EBITDA to net income, the most directly comparable GAAP performance measure:

| | Year Ended June 30, | | | Pro Forma As Adjusted Year Ended June 30, 2004 | Nine Months Ended March 31, | | Pro Forma As Adjusted Nine Months Ended March 31, 2005 |
|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | | 2004 | 2005 | |
| | | | | (in thousands) | | | |
| Net income | $10,512 | $11,830 | $16,528 | $ 21,813 | $ 10,674 | $ 10,812 | $ 14,809 |
| Add: | | | | | | | |
| Interest expense | 2,802 | 11,862 | 9,192 | 15,533 | 6,754 | 34,265 | 32,990 |
| Income tax expense | 9,519 | 8,335 | 11,276 | 14,517 | 7,588 | 17,429 | 20,049 |
| Depreciation and amortization(a) | 17,162 | 17,625 | 19,457 | 35,622 | 14,342 | 28,200 | 28,200 |
| Loss from discontinued operations, net of taxes | 324 | 621 | 330 | 330 | 384 | — | — |
| EBITDA from continuing operations | 40,319 | 50,273 | 56,783 | 87,815 | 39,742 | 90,706 | 96,048 |
| Add: | | | | | | | |
| Discontinued deferred compensation(b) | — | — | — | 6,629 | — | 4,768 | 4,768 |
| Discontinued performance bonus (c) | — | — | — | 1,682 | — | 1,116 | 1,116 |
| Discontinued management fees(d) | 200 | 1,000 | 1,000 | — | 750 | 1,125 | — |
| Recapitalization expenses(e) | 10,893 | 386 | — | — | — | — | — |
| Option buyback expense(f) | — | — | — | — | — | 4,217 | — |
| Restricted stock expense(g) | — | — | — | — | — | 2,359 | 2,359 |
| Adjusted EBITDA | $51,412 | $51,659 | $57,783 | $ 96,126 | $ 40,492 | $ 104,291 | $ 104,291 |

(a) Amortization represents the amortization of intangible assets (for example, customer contracts, customer relationships and non-compete agreements) acquired through our purchase of Red Simpson. This amortization is included in both cost of operations and general and administrative expenses.

(b) Discontinued deferred compensation represents amounts accrued for deferred compensation we agreed to pay certain Red Simpson supervisors and managers in connection with the Red Simpson acquisition. We recently amended the agreements regarding these deferred compensation payments and, as a result, we will record a one-time compensation expense of approximately $18.0 million in the fourth quarter of the year ended June 30, 2005 and will not accrue deferred compensation charges in future periods. See "Management's Discussion and Analysis of Financial Condition and Results of Operations — Other Events — Deferred Compensation in Connection with Our Acquisition of Red Simpson."

(c) Discontinued performance bonus reflects bonuses that were paid to certain members of Red Simpson's management and were discontinued in connection with the Red Simpson acquisition.

(d) Reflects the management fees paid to an affiliate of Lindsay Goldberg & Bessemer under our management advisory services agreement. In connection with this offering, we agreed to terminate the management advisory services agreement for aggregate consideration of $4.0 million, to be paid at the closing of this offering.

(e) Recapitalization expenses refers to transaction costs incurred in 2002 and 2003 in connection with the 2002 recapitalization.

(f) Option buyback expense refers to a $4.2 million charge recorded in the nine months ended March 31, 2005 arising from the repurchase of common stock options as part of our 2004

10

B 370

recapitalization. See "Management's Discussion and Analysis of Financial Condition and Results of Operations — Other Events — 2004 Recapitalization."

(g) In connection with the acquisition of Red Simpson, we agreed to permit two members of Red Simpson's management to convert an aggregate of approximately $3.3 million of unvested deferred compensation into shares of restricted common stock valued at approximately $2.0 million. In connection with this transaction, we recognized compensation expense of approximately $1.3 million in the nine-month period ending March 31, 2005 equal to the excess of the accelerated deferred compensation amount over the fair value of the stock acquired by those persons. We accelerated an amount of deferred compensation in excess of the value of the restricted stock purchased by such individuals to pay the individuals' income taxes arising from such transaction. The restricted stock expense adjustment consists of this $1.3 million of compensation expense, a $0.8 million charge arising from the repurchase of a portion of this restricted stock as a part of our 2004 recapitalization and a $0.3 million non-cash compensation expense resulting from the vesting of a portion of the remaining restricted stock.

11

B 371

## RISK FACTORS

*You should carefully consider the following risks and other information in this prospectus before deciding to invest in shares of our common stock. The following risks and uncertainties could materially adversely affect our business, financial condition or operating results. In this event, the trading price of our common stock could decline and you could lose part or all of your investment.*

## Risks Related to Our Business

*We derive a significant portion of our revenues from a small group of customers. The loss of one or more of these customers could negatively impact our business and results of operations.*

Our customer base is highly concentrated. Our top ten customers accounted for approximately 56.8% and 47.4% of our revenues for the nine months ended March 31, 2005 and the year ended June 30, 2004, respectively, and approximately 49.9% of our total revenues for the year ended June 30, 2004 on a pro forma basis after giving effect to the acquisition of Red Simpson. Sales to Duke Power Company, our largest customer, accounted for approximately 19.5% of our total revenues for the year ended June 30, 2004 and approximately 12.6% of our total revenues for the year ended June 30, 2004 on a pro forma basis after giving effect to the acquisition of Red Simpson. For the nine months ended March 31, 2005, sales to Duke Power accounted for 11.3% of our total revenues. However, the decline in the percentage of our total revenues attributable to Duke Power for the nine months ended March 31, 2005 as compared to the year ended June 30, 2004 on a pro forma basis was due to our unusually high level of storm restoration revenue in the nine months ended March 31, 2005.

We believe that we will continue to rely on a relatively small group of customers, including Duke Power, for a substantial portion of our revenues for the foreseeable future. We may not be able to maintain our relationships with our significant customers. The loss of, or reduction of our sales to, any of our major customers could materially and adversely affect our business and results of operations.

*Our customers often have no obligation to assign work to us and many of our arrangements may be terminated on short notice. As a result, we are at risk of losing significant business on short notice.*

Most of our customers assign work to us under master service arrangements. Under these arrangements, our customers generally have no obligation to assign work to us and do not guarantee service volumes. Most of our customer arrangements, including our master service arrangements, may be terminated by our customers on short notice. In addition, many of our customer arrangements, including our master service arrangements, are open to competitive bidding at the expiration of their terms. As a result, we may be displaced on these arrangements by competitors from time to time. Our business and results of operations could be materially and adversely affected if our customers do not assign work to us or if they cancel a number of significant arrangements and we cannot replace them with similar work.

*We may not be able to successfully integrate Red Simpson with our operations or to realize the anticipated benefits of the acquisition.*

We acquired Red Simpson on July 1, 2004. This was a significant acquisition for us and substantially expanded our business, service territory, workforce and scope of operations. We are in the process of integrating the operations of Red Simpson into our business, including rebranding Red Simpson's business under the Pike Electric brand and transitioning Red Simpson's operations into our accounting and information systems. We may not be able to complete the integration of Red Simpson successfully or institute the necessary systems and procedures, including accounting and information systems, to manage the combined enterprise on a profitable basis. In addition, our management may not be able to successfully manage the combined entity and effectively implement our operating or growth strategies. Furthermore, the future operations of the combined company may pose different and greater challenges than our management has experienced in the past and may require substantial attention from our management, which may limit the amount of time available to be devoted to our day-to-day operations or to the execution of our business strategy. Our pro forma financial results included in this prospectus cover periods

12

B 372

during which Red Simpson and Pike were not under common control or management and, therefore, may not be indicative of our future consolidated financial or operating results. Any failure to successfully complete the integration of Red Simpson or to realize the anticipated benefits of the acquisition could have a material adverse effect on our business, results of operations and financial condition.

***Our storm restoration services are highly volatile and unpredictable, which could result in substantial variations in, and uncertainties regarding, the levels of our financial results from period to period.***

Our storm restoration services are highly volatile and uncertain due to the unpredictable nature of weather-related events. For the years ended June 30, 2000, 2001, 2002, 2003 and 2004, our revenues generated from storm restoration services were $21.6 million, $25.3 million, $7.0 million, $46.6 million and $43.0 million, respectively, and our average annual storm restoration service revenues for the five years ended June 30, 2004 were $28.7 million. For the nine months ended March 31, 2005, our storm restoration revenues increased substantially to $146.9 million due to the extraordinary Florida hurricane season. This unusually high level of storm restoration revenues in the nine months ended March 31, 2005 is not indicative of the amount of storm restoration revenue that we can be expected to earn in any future period. Our historical results of operations have varied between periods due to the volatility of our storm restoration revenues. The levels of our future revenues and net income may be subject to significant variations and uncertainties from period to period due to the volatility of our storm restoration revenues. In addition, our storm revenues are offset in part by declines in our core powerline services because we staff storm restoration mobilizations in large part by diverting resources from our powerline services.

***Our business is subject to numerous hazards that could subject us to substantial monetary and other liabilities. If accidents occur, they could materially and adversely affect our business and results of operations.***

Our business is subject to numerous hazards, including electrocutions, fires, natural gas explosions, mechanical failures, weather-related incidents, transportation accidents and damage to equipment we work on. These hazards can cause personal injury and loss of life, severe damage to or destruction of property and equipment and other consequential damages and could lead to suspension of operations, large damage claims and, in extreme cases, criminal liability.

Our safety record is an important consideration for our customers. If serious accidents or fatalities occur, we may be ineligible to bid on certain work, and existing service arrangements could be terminated. In addition, if our safety record were to deteriorate, our ability to bid on certain work could be adversely impacted. Further, regulatory changes implemented by the Occupational Safety and Health Administration, or OSHA, could impose additional costs on us. Adverse experience with hazards and claims could have a negative effect on our reputation with our existing or potential new customers and our prospects for future work.

***Our current insurance coverage may not be adequate, and we may not be able to obtain insurance at acceptable rates, or at all.***

We maintain various insurance policies, including general liability, automotive liability and workers' compensation. We are partially self-insured under all of our policies, and our insurance does not cover all types or amounts of liabilities. Our insurance policies are subject to substantial deductibles of $1,000,000 per occurrence. We are not required to, and do not, specifically set aside funds for our self-insurance programs. At any given time, we are subject to multiple workers' compensation and personal injury claims. We maintain substantial loss accruals for workers' compensation claims, and our workers' compensation and insurance costs have been rising for several years notwithstanding our emphasis on safety. Our insurance policies may not be adequate to protect us from liabilities that we incur in our business.

In addition, due to a variety of factors such as increases in claims, a weak economy and projected significant increases in medical costs and wages, insurance carriers may be unwilling to provide the current levels of coverage without a significant increase in collateral requirements to cover our deductible

13

B 373

obligations. Furthermore, our insurance premiums may increase in the future and we may not be able to obtain similar levels of insurance on reasonable terms, or at all. Any such inadequacy of, or inability to obtain, insurance coverage at acceptable rates, or at all, could have a material adverse effect on our business, financial condition and results of operations.

*Demand for some of our services is cyclical and vulnerable to industry and economic downturns, which could materially and adversely affect our business and results of operations.*

The demand for infrastructure services has been, and will likely continue to be, cyclical in nature and vulnerable to general downturns in the U.S. economy. If the general level of economic activity deteriorates, our customers may delay or cancel expansions, upgrades, maintenance and repairs to their systems. A number of other factors, including the financial condition of the industry, could adversely affect our customers and their ability or willingness to fund capital expenditures in the future. We are also dependent on the amount of work that our customers outsource. During downturns in the economy, our customers may determine to outsource less work resulting in decreased demand for our services. Furthermore, the historical trend toward outsourcing of infrastructure services may not continue as we expect. In addition, consolidation, competition or capital constraints in the electric power industry may result in reduced spending by, or the loss of, one or more of our customers. These fluctuations in demand for our services could materially and adversely affect our business and results of operations, particularly during economic downturns. Economic downturns may also adversely affect the pricing of our services.

*In March 2004, Grant Thornton LLP, or Grant Thornton, Red Simpson's independent registered public accounting firm, reported a material weakness in Red Simpson's internal control over financial reporting that, if not remedied, could adversely affect our internal controls and have a negative effect on the trading price of our stock.*

In March 2004, in connection with the audit of Red Simpson's financial statements for the year ended December 31, 2003, Grant Thornton, the independent registered public accounting firm for Red Simpson, reported to Red Simpson's management a matter that is a "significant deficiency" and a "material weakness" in Red Simpson's internal control over financial reporting. Under the current standards of the Public Company Accounting Oversight Board, a significant deficiency is a control deficiency, or combination of control deficiencies, that adversely affects the company's ability to initiate, authorize, record, process or report external financial data reliably in accordance with generally accepted accounting principles such that there is more than a remote likelihood that a misstatement of the company's annual or interim financial statements that is more than inconsequential will not be prevented or detected. A material weakness in internal control is a significant deficiency, or combination of significant deficiencies, that results in more than a remote likelihood that a material misstatement of the annual or interim financial statements will not be prevented or detected.

The material weakness reported by Grant Thornton in March 2004 is the difficulty Red Simpson's management experienced in applying accounting principles and recording journal entries, as well as preparing its financial statements and financial disclosure related to its annual report. Specifically, Red Simpson's management experienced difficulty in providing accurate, timely and sufficient disclosure and/or documentation of the following: accrued insurance claim liabilities, amortization of goodwill and intangible assets, deferred compensation liability, income tax accruals and financial statement footnote disclosure. As a result, Red Simpson recorded numerous prior period and current year adjustments to properly state current year activity and balances. Grant Thornton recommended that greater emphasis be placed on reviewing and assessing the issues that may arise in connection with applicable accounting and financial reporting, and encouraged management to understand applicable accounting principles and review all disclosures that are included in Red Simpson's financial statements to ensure proper understanding of the accounting issues and disclosures.

As described in "Management's Discussion and Analysis of Financial Condition and Results of Operations — Other Events — Internal Control Over Financial Reporting at Red Simpson," since the acquisition, we have begun to augment our controls over the Red Simpson business, and we have

14

implemented procedures for monthly account reconciliations and reviews of accounting estimates at Red Simpson. However, upon the completion of this offering, we will have had only limited operating experience with the improvements we have made to date. Although we believe we have addressed the material weakness with the remedial measures we have implemented, the measures we have taken to date and any future measures may not remediate the material weakness reported by Grant Thornton, and we may not be able to implement and maintain effective internal control over financial reporting in the future. Ernst & Young LLP, our independent registered public accounting firm, has not evaluated the measures we have taken to address the material weakness described above and has not evaluated the effectiveness of our internal controls. In addition, additional material weaknesses or significant deficiencies in our internal controls may be discovered in the future.

Any failure to remediate the material weakness reported by Grant Thornton or to implement required new or improved controls, or difficulties encountered in their implementation, could harm our operating results, cause us to fail to meet our reporting obligations or result in material misstatements in our financial statements. Any such failure also could affect the ability of our management to certify that our internal controls are effective when it provides an assessment of our internal control over financial reporting pursuant to rules of the Securities and Exchange Commission, or the SEC, under Section 404 of the Sarbanes-Oxley Act of 2002, when they become applicable to us beginning with our Annual Report on Form 10-K for the year ending June 30, 2007, and could affect the results of our independent registered public accounting firm's attestation report regarding our management's assessment pursuant to those rules. Inferior internal controls could also cause investors to lose confidence in our reported financial information, which could have a negative effect on the trading price of our stock.

### *Failure to establish and maintain effective internal control over financial reporting could have a material adverse effect on our business, operating results and stock price.*

Maintaining effective internal control over financial reporting is necessary for us to produce reliable financial reports and is important in helping to prevent financial fraud. If we are unable to achieve and maintain adequate internal controls, our business and operating results could be harmed. We are also beginning to evaluate how to document and test our internal control procedures to satisfy the requirements of Section 404 of the Sarbanes-Oxley Act of 2002 and the related rules of the SEC, which require, among other things, our management to assess annually the effectiveness of our internal control over financial reporting and our independent registered public accounting firm to issue a report on that assessment beginning with our Annual Report on Form 10-K for the year ending June 30, 2007. During the course of this documentation and testing, we may identify significant deficiencies or material weaknesses that we may be unable to remediate before the requisite deadline for those reports. If our management or our independent registered public accounting firm were to conclude in their reports that our internal control over financial reporting was not effective, investors could lose confidence in our reported financial information and the trading price of our stock could drop significantly.

### *To be successful, we need to attract and retain qualified personnel, and any inability to do so would adversely affect our business.*

Our ability to provide high-quality services on a timely basis requires an adequate supply of skilled electricians, linemen and managers. Accordingly, our ability to increase our productivity and profitability will be limited by our ability to employ, train and retain skilled personnel necessary to meet our requirements. Many companies in our industry are currently experiencing shortages of qualified personnel, and we may not be able to maintain an adequate skilled labor force necessary to operate efficiently. Our labor expenses may also increase as a result of a shortage in the supply of skilled personnel, or we may have to curtail our planned internal growth as a result of labor shortages. We may also spend considerable resources training employees who may then be hired by our competitors, forcing us to spend additional funds to attract personnel to fill those positions. If we are unable to hire and retain qualified personnel in the future, there could be a material adverse effect on our business, operating results or financial condition.

15

*We are dependent on our senior management and other key personnel, the loss of which could have a material adverse effect on our business.*

Our operations, including our customer relationships, are dependent on the continued efforts of our senior management and other key personnel including, in particular, our chief executive officer, J. Eric Pike. Although we have entered into or intend to enter into employment agreements with our chief executive officer and certain other key employees, we cannot be certain that any individual will continue in such capacity for any particular period of time. We do not maintain key person life insurance policies on any of our employees. The loss of any member of our senior management or other key personnel, or the inability to hire and retain qualified management and other key personnel, could have a material adverse effect on our business, financial condition and results of operations.

*Our industry is highly competitive and we may be unable to compete effectively, retain our customers or win new customers, which could result in reduced profitability and loss of market share.*

We face intense competition from subsidiaries or divisions of five national companies, approximately eight regional companies and numerous small, owner-operated private companies. We also face competition from the in-house service organizations of our existing or prospective customers, some of which employ personnel who perform some of the same types of services we provide. We compete primarily on the basis of our reputation and relationships with customers, safety and execution record, geographic presence and the breadth of service offerings, pricing and the availability of qualified personnel. Certain of our competitors may have lower cost structures and may, therefore, be able to provide their services at lower rates than we can provide. Many of our current and potential competitors, especially our competitors with national scope, also may have significantly greater financial, technical and marketing resources than we do. In addition, our competitors may succeed in developing the expertise, experience and resources to compete successfully and in marketing and selling new services better than we can. Furthermore, our existing or prospective customers may not continue to outsource services in the future or we may not be able to retain our existing customers or win new customers. The loss of existing customers to our competitors or the failure to win new customers could materially and adversely affect our results of operations, margins and cash flow.

*We may be unsuccessful at acquiring companies or at integrating companies that we may acquire, and as a result, we may not achieve the expected benefits and our profitability could materially suffer.*

One of our growth strategies is to consider acquisitions of additional electrical distribution and transmission services providers, both within and outside of our current service territory, when attractive opportunities arise. We expect to face competition for acquisition candidates, which may limit the number of acquisition opportunities and may lead to higher acquisition prices. We may not be able to identify, acquire or profitably manage additional businesses or to integrate successfully any acquired businesses without substantial costs, delays or other operational or financial problems. Further, acquisitions involve a number of special risks, including failure of the acquired business to achieve expected results, diversion of management's attention, failure to retain key personnel of the acquired business and risks associated with unanticipated events or liabilities, some or all of which could have a material adverse effect on our business, financial condition and results of operations. In addition, we may not be able to obtain the necessary acquisition financing or we may have to increase our indebtedness in order to finance an acquisition. If we finance acquisitions by issuing convertible debt or equity securities, our existing stockholders may be diluted, which could affect the market price of our stock. Our future business, results of operations and financial condition could suffer if we fail to implement successfully our acquisition strategy.

*We have a substantial amount of indebtedness incurred under a senior credit facility, which may restrict our business and operations, adversely affect our cash flow and restrict our future access to sufficient funding to finance desired growth.*

As of March 31, 2005, after giving effect to this offering and the intended use of proceeds, we would have had outstanding indebtedness of approximately $286.1 million, which would have represented

16

B 376

approximately 69.3% of our total capitalization. As of March 31, 2005, we also had availability of $46.9 million under the $70.0 million revolving portion of our senior credit facility (after giving effect to outstanding standby letters of credit of approximately $23.1 million). We estimate that our debt service will be $15.8 million for the year ended June 30, 2006, consisting solely of interest payments. After giving effect to this offering and our existing interest rate swap and cap agreements, a hypothetical change in the interest rate of 100 basis points on our indebtedness as of March 31, 2005 would have changed annual cash interest expense by approximately $2.4 million.

Having this substantial amount of indebtedness (i) makes us more vulnerable to adverse changes in general economic, industry and competitive conditions, (ii) limits our ability to borrow additional amounts for working capital, capital expenditures, acquisitions, debt service requirements, execution of our strategy or other purposes and (iii) places us at a disadvantage compared to our competitors who have less debt. Furthermore, our interest expense could increase if interest rates rise because our debt under our senior credit facility bears interest at floating rates. We dedicate a substantial portion of our cash flow to pay principal and interest on our debt. If we do not have sufficient earnings to service our debt, we would need to refinance all or part of our existing debt, sell assets, borrow more money or sell securities, which we may not be able to do on commercially reasonable terms or at all.

As of March 31, 2005, all of our total indebtedness consisted of a senior credit facility with a group of financial institutions secured by substantially all of our assets. The terms of the credit facility include customary events of default and covenants that limit us from taking certain actions without obtaining the consent of the lenders. In addition, our credit facility requires us to maintain certain financial ratios, as described in "Description of Senior Credit Facility," and restricts our ability to incur additional indebtedness. These restrictions and covenants limit our ability to respond to changing business and economic conditions and may prevent us from engaging in transactions that might otherwise be considered beneficial to us, including strategic acquisitions.

A breach of our senior credit facility, including any inability to comply with the required financial ratios, could result in a default under that credit facility. In the event of any default under our credit facility, the lenders thereunder would be entitled to accelerate the repayment of amounts outstanding, plus accrued and unpaid interest. Moreover, these lenders would have the option to terminate any obligation to make further extensions of credit under our credit facility. In the event of a default under our credit facility, the lenders thereunder could also proceed to foreclose against the assets securing such obligations. In the event of a foreclosure on all or substantially all of our assets, we may not be able to continue to operate as a going concern.

*During the ordinary course of our business, we may become subject to lawsuits or indemnity claims, which could materially and adversely affect our business and results of operations.*

We have in the past been, and may in the future be, named as a defendant in lawsuits, claims and other legal proceedings during the ordinary course of our business. These actions may seek, among other things, compensation for alleged personal injury, workers' compensation, employment discrimination, breach of contract, property damage, punitive damages, civil penalties or other losses, consequential damages or injunctive or declaratory relief. In addition, pursuant to our service arrangements, we generally indemnify our customers for claims related to the services we provide thereunder. Furthermore, our services are integral to the operation and performance of the electric distribution and transmission infrastructure. As a result, we may become subject to lawsuits or claims for any failure of the systems on which we work, even if our services are not the cause for such failures. In addition, we may incur civil and criminal liabilities to the extent our services contributed to any property damage or blackout. With respect to such lawsuits, claims, proceedings and indemnities, we have and will accrue reserves in accordance with generally accepted accounting principles. In the event that such actions or indemnities are ultimately resolved unfavorably at amounts exceeding our accrued reserves, or at material amounts, the outcome could materially and adversely affect our reputation, business and results of operations. In addition, payments of significant amounts, even if reserved, could adversely affect our liquidity position.

17

B 377

***Our failure to comply with, or the imposition of liability under, environmental laws and regulations could result in significant costs.***

Our facilities and operations, including fueling and truck maintenance, repair, washing and final-stage manufacturing, are subject to various environmental laws and regulations relating principally to the use, storage and disposal of solid and hazardous wastes and the discharge of pollutants into the air, water and land. Violations of these requirements, or of any permits required for our operations, could result in significant fines or penalties. We are also subject to laws and regulations that can impose liability, sometimes without regard to fault, for investigating or cleaning up contamination, as well as for damages to property or natural resources and for personal injury arising out of such contamination. Such liabilities may also be joint and several, meaning that we could be held responsible for more than our share of the liability involved, or even the entire amount. The presence of environmental contamination could also interfere with ongoing operations or adversely affect our ability to sell or lease our properties. In addition, we perform work in wetlands and other environmentally sensitive areas, as well as in different types of underground environments. In the event we fail to obtain or comply with any permits required for such activities, or such activities cause any environmental damage, we could incur significant liability. We have incurred costs in connection with environmental compliance, remediation and/or monitoring, and we anticipate that we will continue to do so. Discovery of additional contamination for which we are responsible, the enactment of new laws and regulations, or changes in how existing requirements are enforced, could require us to incur additional costs for compliance or subject us to unexpected liabilities.

***The electric infrastructure servicing business is subject to seasonal variations, which may cause our operating results to vary significantly from period to period and could cause the market price of our stock to fall.***

.    Due to the fact that a significant portion of our business is performed outdoors, our results of operations are subject to seasonal variations. These seasonal variations affect our core activities of maintaining, upgrading and extending electrical distribution powerlines and not only our storm restoration services. Generally, during the winter months, demand for new work and maintenance services may be lower due to reduced construction activity during inclement weather, while demand for electrical service and repairs may be higher due to damage caused by such weather conditions. As a result, operating results may vary significantly from period to period. If our operating results fall below the public's or analysts' expectations in some future period or periods, the market price of our common stock will likely fall in such period or periods.

***We will incur increased costs as a result of being a public company.***

As a public company, we will incur significant legal, accounting and other expenses that we did not incur as a private company. In addition, the Sarbanes-Oxley Act of 2002, as well as related rules adopted by the SEC and the New York Stock Exchange, have imposed substantial requirements on public companies, including requiring changes in corporate governance practices and requirements relating to internal control over financial reporting under Section 404 of the Sarbanes-Oxley Act. We expect these rules and regulations to increase our legal and financial compliance costs and to make some activities more time-consuming and costly.

### Risks Related to Investing in Our Stock

***No market currently exists for our common stock, and an active trading market for our common stock may not develop.***

Prior to this offering, there has been no public market for shares of our common stock. We cannot predict the extent to which investor interest in our company will lead to the development of a trading market on the New York Stock Exchange or otherwise or how liquid that market might become. The initial public offering price for the shares of our common stock is or will be determined by negotiations among us, the selling stockholders and the underwriters and may not be indicative of prices that will prevail in the open market following this offering.

18

B 378

*If our stock price fluctuates after this offering, you could lose a significant part of your investment.*

The market price of our stock may be influenced by many factors, some of which are beyond our control, including those described above under "— Risks Related to Our Business" and the following:

- the failure of securities analysts to cover our common stock after this offering or changes in financial estimates by analysts;

- announcements by us or our competitors of significant contracts, acquisitions or capital commitments;

- changes in market valuation or earnings of our competitors;

- variations in quarterly operating results;

- availability of capital;

- general economic conditions;

- terrorist acts;

- legislation;

- future sales of our common stock; and

- investor perception of us and the electric utility industry.

As a result of these factors, investors in our common stock may not be able to resell their shares at or above the initial offering price. Even factors that do not specifically relate to our company may materially reduce the market price of our common stock, regardless of our operating performance.

*Shares eligible for future sale may cause the market price of our common stock to drop significantly, even if our business is doing well.*

The market price of our common stock could decline as a result of sales of a large number of shares of our common stock in the market after this offering or the perception that these sales could occur. These sales, or the possibility that these sales may occur, also might make it more difficult for us to sell equity securities in the future at a time and at a price that we deem appropriate.

After the consummation of this offering, there will be 31,832,864 shares of our common stock outstanding, excluding 161,607 shares of restricted stock to be granted to certain members of our management at the time of consummation of this offering. The 13,500,000 shares of common stock sold in this offering (15,525,000 shares if the underwriters exercise their over-allotment option in full) will be freely tradeable without restriction or further registration under the Securities Act of 1933, as amended, by persons other than our affiliates within the meaning of Rule 144 under the Securities Act.

Certain selling stockholders or entities controlled by them or their permitted transferees will, subject to the lock-up agreements described below, be able to sell their shares in the public market from time to time without registering them, subject to certain limitations on the timing, amount and method of those sales imposed by regulations promulgated by the SEC. Lindsay Goldberg & Bessemer, our principal stockholder, and certain of its affiliates will also have the right to cause us to register the sale of shares of common stock beneficially owned by them. In addition, certain selling stockholders on the closing date will have the right to include shares of common stock beneficially owned by them in certain future registration statements relating to our securities. If any of these selling stockholders, the affiliated entities controlled by them or their respective permitted transferees were to sell a large number of their shares, the market price of our common stock could decline significantly. In addition, the perception in the public markets that sales by them might occur could also adversely affect the market price of our common stock.

We, the selling stockholders, our directors and our executive officers have agreed to lock-up agreements that restrict us, these stockholders and our directors and executive officers, subject to specified exceptions, from selling or otherwise disposing of any shares for a minimum period of 180 days after the date of this prospectus without the prior consent of Citigroup Global Markets Inc. and J.P. Morgan Securities Inc. on behalf of the underwriters. Although there is no present intention to do so, the underwriters may, in their sole discretion and without notice, release all or any portion of the shares from

B 379

the restrictions in any of the lock-up agreements described above. In addition, these lock-up agreements are subject to the exceptions described in "Underwriting."

Also, in the future, we may issue our securities in connection with investments and acquisitions. The amount of our common stock issued in connection with an investment or acquisition could constitute a material portion of our then outstanding common stock.

***A significant stockholder controls the direction of our business. The concentrated ownership of our common stock will prevent you and other stockholders from influencing significant corporate decisions.***

Following completion of this offering:

- Lindsay Goldberg & Bessemer and its affiliates will own 47.5% of the outstanding shares of our common stock, which represents 47.5% of the total voting power of our voting stock, or 41.2% of the total voting power of our voting stock if the underwriters exercise their over-allotment option in full; and

- Management and their affiliates, excluding Lindsay Goldberg & Bessemer and its affiliates, will own 10.7% of the outstanding shares of our common stock, which represents 10.7% of the total voting power of our voting stock. Management and their affiliates, excluding Lindsay Goldberg & Bessemer and its affiliates, will also own 10.7% of the outstanding shares of our common stock if the underwriters exercise their over-allotment option.

As a result, Lindsay Goldberg & Bessemer, or entities controlled by it, have the ability to effectively control all matters requiring stockholder approval, including the nomination and election of directors, the determination of our corporate and management policies and the determination of the outcome of any corporate transaction or other matter submitted to our stockholders for approval, including potential mergers or acquisitions, asset sales and other significant corporate transactions.

The interests of Lindsay Goldberg & Bessemer, or entities controlled by it, may not coincide with the interests of the holders of our common stock. In addition, you will not be able to prevent Lindsay Goldberg & Bessemer, or entities controlled by it, from selling shares, including all of the shares of our common stock it holds. For example, Lindsay Goldberg & Bessemer, or entities controlled by it, could cause us to make acquisitions that increase the amount of our indebtedness or outstanding shares of common stock or sell revenue-generating assets. Lindsay Goldberg & Bessemer or entities controlled by it may also pursue acquisition opportunities that may be complementary to our business, and as a result, those acquisition opportunities may not be available to us. So long as Lindsay Goldberg & Bessemer, or entities controlled by it, continue to own a substantial number of shares of common stock, Lindsay Goldberg & Bessemer, or entities controlled by it, will effectively control all our corporate decisions.

***As a new investor, you will experience immediate and substantial dilution in the net tangible book value of your shares.***

The initial public offering price of our common stock is considerably more than the net tangible book value per share of our outstanding common stock. Accordingly, investors purchasing shares of common stock in this offering will:

- pay a price per share that substantially exceeds the value of our tangible assets after subtracting liabilities; and

- contribute 74.0% of the total amount invested to fund our company, but will own only 31.4% of the shares of common stock outstanding after this offering.

If the underwriters exercise their over-allotment option, there will be further dilution to new investors. See "Dilution" for more information.

20

B 380

*We currently do not intend to pay dividends on our common stock and, consequently, your only opportunity to achieve a return on your investment is if the price of our common stock appreciates.*

We currently do not plan to declare dividends on shares of our common stock in the foreseeable future. Further, the payment of dividends by us is restricted by our senior credit facility. See "Dividend Policy" for more information. Consequently, your only opportunity to achieve a return on your investment in our company will be if the market price of our common stock appreciates and you sell your shares at a profit.

*Anti-takeover provisions of our charter and bylaws may reduce the likelihood of any potential change of control or unsolicited acquisition proposal that you might consider favorable.*

The anti-takeover provisions of Delaware law create various impediments to the ability of a third party to acquire control of us, even if a change in control would be beneficial to our existing stockholders. Additionally, provisions of our charter and bylaws could deter, delay or prevent a third-party from acquiring us, even if doing so would benefit our stockholders. These provisions include:

- the authority of the board to issue preferred stock with terms as the board may determine;
- the absence of cumulative voting in the election of directors;
- limitations on who may call special meetings of stockholders; and
- advance notice requirements for stockholder proposals.

## FORWARD-LOOKING STATEMENTS

This prospectus contains forward-looking statements that are based on current expectations, estimates, forecasts and projections about the industry in which we operate and management's beliefs and assumptions. Such statements include, in particular, statements about our plans, strategies and prospects under the headings "Prospectus Summary," "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Business." Words such as "expect," "anticipate," "intend," "plan," "believe," "seek," "estimate," variations of such words and similar expressions are intended to identify such forward-looking statements. These statements are not guarantees of future performance and involve risks, uncertainties and assumptions which are difficult to predict. Therefore, actual outcomes and results may differ materially from what is expressed or forecasted in such forward-looking statements. These forward-looking statements include, but are not limited to, statements relating to:

- our ability to retain customers and win new customers in a highly competitive industry;
- our integration of Red Simpson's business; and
- our beliefs about future trends in population and electricity consumption in our market, outsourcing to companies like our company and investment in electrical distribution and transmission.

Except as required under the federal securities laws and the rules and regulations of the SEC, we do not have any intention or obligation to update publicly any forward-looking statements after we distribute this prospectus, whether as a result of new information, future events or otherwise.

21

## USE OF PROCEEDS

We estimate that we will receive approximately $126.0 million in net proceeds from this offering, after deducting underwriting discounts and commissions and estimated offering expenses. We will not receive any proceeds from shares of our common stock sold by the selling stockholders.

We intend to use $4.0 million of the net proceeds from the common stock offered by us to terminate the management advisory services agreement described in "Related Party Agreements" and the balance of the net proceeds to ratably repay a portion of the outstanding borrowings under the Tranche B term loan and Tranche C term loan that form part of our senior credit facility. We estimate that we will repay approximately $77.7 million and $44.3 million of principal under the Tranche B term loan and the Tranche C term loan, respectively. As of March 31, 2005, we had outstanding indebtedness of approximately $260.0 million under the Tranche B term loan and $148.0 million under the Tranche C term loan. The borrowings under the Tranche B term loan mature on July 1, 2012 and the borrowings under the Tranche C term loan mature on December 10, 2012. The borrowings under both Tranche B and C currently bear interest at LIBOR plus 2.25% per annum (5.37% as of March 31, 2005). The borrowings under the Tranche B term loan were used to finance our acquisition of Red Simpson, to refinance our then-existing indebtedness, to pre-fund some of our deferred compensation obligations and pay related transaction fees and expenses. The borrowings under the Tranche C term loan were used to finance our 2004 recapitalization and pay related transaction fees and expenses.

## DIVIDEND POLICY

We currently intend to retain all of our earnings to finance the growth and development of our business. We do not anticipate paying any dividends on our common stock in the foreseeable future. Any future change in our dividend policy will be made at the discretion of our board of directors and will depend on contractual restrictions contained in our senior credit facility or other agreements, our financial condition, results of operations, capital requirements and other factors considered relevant by our board of directors.

22

B 382

## CAPITALIZATION

The following table sets forth our cash and cash equivalents and capitalization as of March 31, 2005:

- on an actual basis; and
- on an adjusted basis to give effect to the completion of this offering and our receipt and application of the estimated net proceeds.

See "Use of Proceeds." You should read this table together with our financial statements and the accompanying notes include elsewhere in this prospectus. All the information in the table below gives effect to our reincorporation in Delaware on July 1, 200 and the related conversion of each of our common shares into 14.76 common shares.

| | As of March 31, 2005 | |
| | Actual | As Adjusted |
| | (in thousands) | |
|---|---|---|
| Cash and cash equivalents | $ 73 | $ 73 |
| Total debt(1) | $ 408,000 | $ 286,050 |
| Stockholders' equity: | | |
| Common stock, par value $0.001 per share, 100,000,000 shares authorized; 21,484,454 shares issued and outstanding, actual; 31,832,864 shares issued and outstanding, as adjusted(2) | 6,415 | 6,425 |
| Additional paid-in capital | 105 | 127,582 |
| Unearned compensation — restricted stock(3) | (952) | (952) |
| Retained earnings(4) | 8,840 | (6,190) |
| Total stockholders' equity | 14,408 | 126,865 |
| Total capitalization | $ 422,408 | $ 412,915 |

(1) As of March 31, 2005, we have no outstanding borrowings under the $70.0 million revolving portion of our senior credit facility. We currently have availability of $46.9 million under the revolving portion of our senior credit facility (after givin effect to outstanding standby letters of credit of approximately $23.1 million).

(2) Shares issued and outstanding, as adjusted, excludes a grant of 161,607 shares of restricted stock to be granted at the time consummation of this offering.

(3) Represents the unvested portion of restricted stock granted prior to the consummation of this offering.

(4) The as adjusted retained earnings reflects the impact of the following nonrecurring expenses, net of income tax effects: (i) $3.0 million write-off of unamortized debt fees related to the prepayment of a portion of our senior credit facility with proceeds of this offering, (ii) $4.0 million related to the termination of our management advisory services agreement in connection with this offering and (iii) a one-time compensation expense of approximately $18.0 million related to the rece amendment of our deferred compensation plan recorded in our fiscal quarter ended June 30, 2005.

23

## DILUTION

Your interest in our common stock will be diluted to the extent of the difference between the initial public offering price per share of our common stock in the offering and the net tangible book value per share of our common stock after the offering.

Our net tangible book value at March 31, 2005 was approximately $(131.8) million, or $(6.13) per share of common stock. We determined net tangible book value per share at March 31, 2005 by dividing our net tangible book value (total book value of tangible assets less total liabilities) by 21,484,454, which is the number of shares of common stock outstanding at March 31, 2005 after giving effect to the conversion of each of our common shares into 14.76 common shares in connection with our reincorporation.

After giving effect to (1) the sale of 10,000,000 shares of our common stock at $14.00 per share, (2) the expected issuance of 348,410 shares of our common stock to a selling stockholder upon exercise of options and (3) the use of the net proceeds of the offering as set forth in "Use of Proceeds," after deducting underwriting discounts and commissions and estimated offering expenses payable by us in connection with the offering, our net tangible book value at March 31, 2005 would have been $(23.3) million, or $(0.73) per share. This represents an immediate increase in net tangible book value per share of $5.40 to existing stockholders and immediate dilution in net tangible book value per share of $14.73 to new stockholders who receive shares in the offering. The following table illustrates this per share dilution:

| | | | | |
|---|---|---|---|---|
| Initial public offering price per share | | | $ | 14.00 |
| Net tangible book value per share at March 31, 2005 | $ | (6.13) | | |
| Increase in net tangible book value per share attributable to this offering | $ | 5.40 | | |
| Net tangible book value per share after giving effect to this offering | | | $ | (0.73) |
| Dilution per share to new investors | | | $ | 14.73 |

The following table sets forth on an adjusted basis as of March 31, 2005 the number of shares of our common stock purchased from us, the total consideration paid to us, and the average price per share paid to us by existing stockholders and to be paid by new investors purchasing shares of our common stock in this offering, after giving effect to the conversion of each of our common shares into 14.76 common shares in connection with our reincorporation and before deducting underwriting discounts and commissions and estimated offering expenses related to the offering.

| | Shares Purchased | | Total Consideration | | Average Price Per Share |
|---|---|---|---|---|---|
| | Number | Percent | Amount | Percent | |
| Existing stockholders(1) | 21,832,864 | 68.6% | $ 49,166,457 | 26.0% | $ 2.25 |
| New investors | 10,000,000 | 31.4 | 140,000,000 | 74.0 | 14.00 |
| Total | 31,832,864 | 100.0% | $ 189,166,457 | 100.0% | |

(1) Shares purchased by the existing stockholders give effect to the expected issuance of 348,410 shares of our common stock to a selling stockholder upon exercise of options. Total consideration and average price per share paid by the existing stockholders give effect to the $123.3 million cash payment that was paid to the existing stockholders for the repurchase of shares of common stock pursuant to our 2004 recapitalization.

The discussion and tables in this section assume no exercise of outstanding stock options other than the 348,410 shares we expect to issue to a selling stockholder upon exercise of options. As of March 31, 2005, there were options outstanding to purchase a total of 2,557,531 shares of our common stock at a weighted average price of $4.85 per share. To the extent that these options are exercised, there will be dilution to new investors of $14.32 per share. See "Management — Stock Incentive Plans."

24

**B 384**

## UNAUDITED PRO FORMA CONDENSED FINANCIAL DATA

The following unaudited pro forma condensed consolidated financial data are based on our historical financial statements included elsewhere in this prospectus.

The information included in the "Actual" column of the unaudited pro forma condensed consolidated financial data below sets forth our historical financial data for the year ended June 30, 2004, which is derived from our audited consolidated financial statements included elsewhere in this prospectus.

The information included in the "Red Simpson, Inc." column of the unaudited pro forma condensed consolidated financial data below sets forth Red Simpson's historical financial data for the twelve-month period ended June 30, 2004, which are derived from Red Simpson's audited consolidated financial statements included elsewhere in this prospectus.

The information included in the "Pro Forma Acquisition" column of the unaudited pro forma condensed consolidated statement of operations for the year ended June 30, 2004 has been adjusted to give effect to our acquisition of Red Simpson as if it had occurred on July 1, 2003. The information included in the "Pro Forma 2004 Recapitalization" column of the unaudited pro forma condensed consolidated statement of operations for the year ended June 30, 2004 has been adjusted to give effect to the following as if they had occurred on July 1, 2003:

- our acquisition of Red Simpson; and

- our 2004 recapitalization.

The information in the "Pro Forma as Adjusted" column of the unaudited pro forma condensed consolidated statement of operations for the year ended June 30, 2004 has been adjusted to give effect to the following as if they had occurred on July 1, 2003:

- our acquisition of Red Simpson;

- our 2004 recapitalization;

- the sale of 10,000,000 shares of our common stock in this offering and the use of the net proceeds from this offering as described in "Use of Proceeds"; and

- the expected issuance of 348,410 shares to a selling stockholder upon exercise of options.

The information included in the "Pro Forma 2004 Recapitalization" column of the unaudited pro forma condensed consolidated statement of operations for the nine months ended March 31, 2005 has been adjusted to give effect to our 2004 recapitalization as if it had occurred on July 1, 2004. The information included in the "Pro Forma As Adjusted" column of the unaudited pro forma condensed consolidated statement of operations for the nine months ended March 31, 2005 has been adjusted to give effect to our 2004 recapitalization, the sale of 10,000,000 shares of our common stock in this offering, the 348,410 shares that we expect to issue to a selling stockholder upon exercise of options and the use of the net proceeds from this offering as described in "Use of Proceeds" as if they had occurred on July 1, 2004.

The unaudited pro forma and pro forma as adjusted financial data do not purport to present what our actual financial position or results would have been if the events described above had occurred as of the dates indicated and are not necessarily indicative of our future financial position or results.

The allocation of the purchase price for the acquisition of Red Simpson reflected in the unaudited pro forma condensed financial data is still preliminary. In connection with the continuing integration of Red Simpson, we are still in the process of determining the value of certain other current assets and evaluating estimates of certain accrued expense liabilities that could affect the allocation of the purchase price through an adjustment to the valuation of goodwill. We believe that any adjustment will not have a

25

material impact on our net income. See Note 3 to our unaudited condensed consolidated financial statements included elsewhere in this prospectus.

The pro forma condensed financial data do not include estimated integration costs of approximately $3.0 to $4.0 million relating to our acquisition of Red Simpson incurred in the year ended June 30, 2005 and an additional estimated $1.0 million to be incurred in the year ending June 30, 2006. In addition, the pro forma condensed financial data do not include the additional costs of operating as a public company or certain nonrecurring expenses described in note (b) to the unaudited pro forma condensed consolidated statement of operations for the year ended June 30, 2004 and note (a) to the unaudited pro forma condensed consolidated statement of operations for the nine months ended March 31, 2005.

The per share numbers included in the pro forma condensed financial data have been adjusted to give effect to the conversion of each of our common shares into 14.76 common shares in connection with our reincorporation in Delaware on July 1, 2005.

You should read this summary financial data together with "Prospectus Summary — Summary Historical and Pro Forma Financial Data," "Use of Proceeds," "Capitalization," "Selected Historical Financial Data," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and accompanying notes included elsewhere in this prospectus.

26

B 386

424(B)(4)32

## PIKE ELECTRIC CORPORATION

### UNAUDITED PRO FORMA CONDENSED STATEMENT OF OPERATIONS
### For the year ended June 30, 2004

(in thousands, except per share amounts)

| | Actual(a) | Red Simpson, Inc.(a) | Pro Forma Acquisition Adjustments | Pro Forma Acquisition | Pro Forma 2004 Recapitalization Adjustments | Pro Forma 2004 Recapitalization | Offering Adjustments | Pro Forma As Adjusted(b) |
|---|---|---|---|---|---|---|---|---|
| Revenues | $356,697 | $ 195,798 | | $ 552,495 | | $ 552,495 | | $ 552,… |
| Cost of operations | 300,313 | 171,498 | $ (3,798)(c) | 468,013 | | 468,013 | | 468,… |
| Gross profit | 56,384 | 24,300 | 3,798 | 84,482 | | 84,482 | | 84,… |
| General and administrative expenses | 18,812 | 14,063 | 577 (c) | 33,452 | | 33,452 | $ (1,000)(i) | 32,… |
| Transaction expenses | | 5,573 | (5,573)(d) | | | | | |
| Loss on sale of property and equipment | 265 | | | 265 | | 265 | | 2… |
| Income from operations | 37,307 | 4,664 | 8,794 | 50,765 | | 50,765 | 1,000 | 51,7 |
| Other expense (income): | | | | | | | | |
| Interest expense | 9,192 | 222 | 5,244 (e) | 14,658 | $ 4,969 (h) | 19,627 | (4,094)(j) | 15,5 |
| Other, net | (19) | (409) | | (428) | | (428) | | (4 |
| Total other expense | 9,173 | (187) | 5,244 | 14,230 | 4,969 | 19,199 | (4,094) | 15,1 |
| Income before income taxes from continuing operations | 28,134 | 4,851 | 3,550 | 36,535 | (4,969) | 31,566 | 5,094 | 36,6 |
| Income tax expense (benefit) | 11,276 | 318 | 2,874 (f) | 14,468 | (1,968)(f) | 12,500 | 2,017 | 14,5 |
| Income from continuing operations (a) | $ 16,858 | $ 4,533 | $ 676 | $ 22,067 | $ (3,001) | $ 19,066 | $ 3,077 | $ 22,1 |
| Basic and diluted earnings (loss) per common share: | | | | | | | | |
| Weighted average basic and diluted common shares outstanding: | 24,437 | | 11,207 | 35,644(g) | (14,758) | 20,886 | 10,348 | 31,2 |
| Income from continuing operations | $ 0.69 | | | $ 0.62 | | $ 0.91 | | $ 0. |

27

B 387

(a)  Historical financial data for Pike Electric Corporation for the year ended June 30, 2004 are derived from our audited
    consolidated financial statements. The historical financial data for Red Simpson are derived from adding the amounts in the
    audited consolidated financial statements for the six months ended June 30, 2004 to the amounts in the audited consolidated
    financial statements for the year ended December 31, 2003 and subtracting the amounts in the audited consolidated financial
    statements for the six months ended June 30, 2003 included elsewhere in this prospectus.

    The income from continuing operations data does not include the results of our industrial division that ceased operations in
    the year ended June 30, 2004.

(b)  The pro forma as adjusted earnings do not reflect the following nonrecurring expenses, net of income tax effects: (i) the
    $3.0 million write-off of unamortized debt fees related to the prepayment of a portion of our senior credit facility with
    proceeds of this offering, (ii) $4.0 million related to the termination of our management advisory services agreement in
    connection with this offering and (iii) a one-time compensation expense of approximately $18.0 million related to the recent
    amendment of our deferred compensation plan recorded in our fiscal quarter ended June 30, 2005.

(c)  Reflects the following:

    • Cost of operations adjustments consist of the following (in millions):

| | |
|---|---:|
| Depreciation expense | $  (10.6) |
| Amortization of customer relationships and customer arrangements | 4.5 |
| Deferred compensation | 5.5 |
| Red Simpson discontinued deferred compensation plan | (3.2) |
| Total pro forma cost of operations adjustments | $   (3.8) |

    • The following table presents data related to the depreciation expense adjustment, in millions:

| | Red Simpson, Inc. June 30, 2004 Historical | As Adjusted for Acquisition | Pro Forma Depreciation Adjustments |
|---|---:|---:|---:|
| Asset cost | $      176.5 | $      76.6 | |
| Net book value | $       56.0 | $      76.6 | |
| Annual depreciation expense | $       21.1 | $      10.5 | $   (10.6) |
| Weighted average useful life | 5.7 years | 7.2 years | |

    The decrease in depreciation expense results when we apply purchase accounting to the assets of Red Simpson and apply
our depreciation policies to the fair value and the estimated remaining useful lives of Red Simpson's vehicles, machinery
and equipment. We determined the fair value of the fixed assets acquired from Red Simpson in accordance with our
accounting policies. As a result, we adjusted the acquired assets to their fair value of $76.6 million and recorded an
increase of $20.6 million from historical net book value of $56.0 million. We calculated the remaining useful life of each
individual asset by comparing the age and condition of each asset to the useful life we use for similar assets, which resulted
in an increase of the weighted average useful life of the acquired fixed assets to 7.2 years as compared to Red Simpson's
historical weighted average useful life of 5.7 years. Finally, we increased the average salvage value of the assets acquired
to approximately 20%, which is based upon our historical experience in the disposal of similar assets, as compared to Red
Simpson's historical salvage values, which ranged from 0% to 10%.

    • The amortization of customer relationships valued at $43.2 million and customer arrangements valued at $7.0 million
arises from the application of purchase accounting to the assets of Red Simpson, which results in an annual increase in
amortization of $4.5 million in fiscal 2005.

B 388

424(B)(4)34

Annual amortization expense will decrease in fiscal 2006 and thereafter as these intangible assets are amortized over their estimated useful lives.

- The deferred compensation expense relates to $29.1 million of deferred compensation payable to certain Red Simpson supervisors and managers in connection with the Red Simpson acquisition. Prior to the April 2005 amendment, this amount was to be expensed as earned over four years. The annual expense would have been $6.6 million, of which $5.5 million was allocated to cost of operations. As a result of the amendment, we instead recorded a one-time compensation expense of approximately $18.0 million in the fourth quarter of the year ended June 30, 2005. See "Management's Discussion and Analysis of Financial Condition and Results of Operations — Other Events — Deferred Compensation in Connection with Our Acquisition of Red Simpson."

- The $3.2 million of Red Simpson discontinued deferred compensation expense relates to a Red Simpson plan that was terminated as a result of our acquisition of Red Simpson. See "Management's Discussion and Analysis of Financial Condition and Results of Operations — Other Events — Deferred Compensation in Connection with Our Acquisition of Red Simpson."

- General and administrative expenses adjustments consist of the following (in millions):

| | |
|---|---:|
| Amortization of non-compete agreements | $   1.2 |
| Deferred compensation | 1.1 |
| Red Simpson discontinued deferred compensation plan | (0.2) |
| Prior owner compensation | (1.5) |
| Total pro forma general and administrative expenses adjustments | $   0.6 |

- The amortization adjustment relates to the amortization of non-compete agreements acquired in the Red Simpson transaction. The non-compete agreements are valued at $10.6 million and create $1.2 million in annual amortization.

- The deferred compensation expense represents the difference between the total $6.6 million deferred compensation expense described above and the $5.5 million allocated to the cost of operations. See the discussion above regarding the amendment to these deferred compensation obligations.

- The $0.2 million of Red Simpson discontinued deferred compensation expense relates to a Red Simpson plan that was terminated as a result of our acquisition of Red Simpson.

- Prior owner compensation represents amounts paid to Red Simpson's prior owner before the Red Simpson acquisition.

(d)  Reflects transaction expenses of $5.6 million incurred by Red Simpson as a result of our acquisition of Red Simpson in July 2004. The expenses are comprised primarily of a $4.5 million transaction bonus to the prior owner and $1.0 million in legal and accounting fees.

(e)  Reflects interest expense (calculated at an average rate of 3.4%) associated with borrowings under our senior credit facility of $156.2 million. The incremental interest expense is $5.2 million.

(f)  Reflects the application of an effective tax rate of 39.6% to the Red Simpson earnings as well as to the aforementioned adjustments. Red Simpson was an S-corporation prior to the acquisition and was subject to minimal income taxes. As a result of the acquisition, earnings from Red Simpson will be subject to an effective tax rate of 39.6%.

29

424(B)(4)35

(g)  The weighted average basic and diluted common shares outstanding increased because we sold shares of our common stock to partially fund our acquisition of Red Simpson.

(h)  Reflects incremental interest expense (calculated at an average rate of 3.3%) under our senior credit facility as a result of $150.0 million of additional borrowings in connection with our recapitalization.

(i)  Reflects management fees paid to an affiliate of Lindsay Goldberg & Bessemer under our management advisory services agreement. In connection with this offering, we agreed to terminate the management advisory services agreement for aggregate consideration of $4.0 million, to be paid at the closing of this offering.

(j)  Reflects a decrease of $4.0 million in interest expense relating to our senior credit facility (calculated at an average rate of 3.4%), due to the use of proceeds of this offering to repay a portion of our senior credit facility. This amount does not reflect the write-off of unamortized debt fees of $3.0 million related to such repayment.

30

B 390