# EXHIBIT 17

# Part 2 of 5

424(B)(4)36

## PIKE ELECTRIC CORPORATION

### UNAUDITED PRO FORMA CONDENSED STATEMENT OF OPERATIONS
#### For the nine months ended March 31, 2005

| | Actual | Pro Forma 2004 Recapitalization Adjustments | Pro Forma 2004 Recapitalization | Offering Adjustments | Pro Forma As Adjusted(a) |
|---|---|---|---|---|---|
| | | | (in thousands, except per share amounts) | | |
| Revenues | $ 524,247 | $ | 524,247 | $ | 524,247 |
| Cost of operations | 428,073 | | 428,073 | | 428,073 |
| Gross profit | 96,174 | | 96,174 | | 96,174 |
| General and administrative expenses | 33,506 | (4,217)(b) | 29,289 | (1,125)(d) | 28,164 |
| Loss on property and equipment | 256 | | 256 | | 256 |
| Income from operations | 62,412 | 4,217 | 66,629 | 1,125 | 67,754 |
| Other expense (income): | | | | | |
| Interest expense | 34,265 | 2,841(c) | 37,106 | (4,116)(e) | 32,990 |
| Other, net | (94) | | (94) | | (94) |
| Total other expense | 34,171 | (2,841) | 37,012 | (4,116) | 32,896 |
| Income before income taxes | 28,241 | 1,376 | 29,617 | 5,241 | 34,858 |
| Income tax expense | 17,429 | 545 | 17,974 | 2,075 | 20,049 |
| Net income | $ 10,812 | $ 831 | $ 11,643 | $ 3,166 | $ 14,809 |
| Basic earnings per common share: | | | | | |
| Weighted average basic common shares outstanding: | 29,753 | | 21,015 | | 31,363 |
| Net income | $ 0.36 | | $ 0.55 | | $ 0.47 |
| Diluted earnings per common share: | | | | | |
| Weighted average diluted common shares outstanding: | 30,196 | | 21,458 | | 31,806 |
| Net income | $ 0.36 | | $ 0.54 | | $ 0.47 |

(a) The pro forma as adjusted earnings do not reflect the following nonrecurring expenses, net of income tax effects: (i) the $3.0 million write-off of unamortized debt fees related to the prepayment of a portion of our senior credit facility with proceeds of this offering, (ii) $4.0 million related to the termination of our management advisory services agreement in connection with this offering and (iii) a one-time compensation expense of approximately $18.0 million related to the recent amendment of our deferred compensation plan recorded in our fiscal quarter ended June 30, 2005.

(b) The general and administrative expenses adjustment consists of an option buyback expense of $4.2 million arising from the repurchase of common stock options as part of our 2004 recapitalization. This represents a nonrecurring charge directly attributable to the 2004 recapitalization. See "Management's Discussion and Analysis of Financial Condition and Results of Operations — Other Events — 2004 Recapitalization."

31

**B 391**

424(B)(4)37

(c) Includes an incremental $2.8 million in interest expense (calculated at an average rate of 3.8%) as a result of increased debt from the 2004 recapitalization.

(d) Reflects management fees paid to an affiliate of Lindsay Goldberg & Bessemer under our management advisory services agreement. In connection with this offering, we agreed to terminate the management advisory services agreement for aggregate consideration of $4.0 million, to be paid at the closing of this offering.

(e) Reflects a decrease of $4.1 million in interest expense relating to our senior credit facility (calculated at an average rate of 4.5%) due to the use of proceeds of this offering to repay a portion of our senior credit facility and excludes the write-off of unamortized debt fees of $3.0 million related to such repayment.

32

B 392

## SELECTED HISTORICAL FINANCIAL DATA

The table below presents our selected historical financial data for each of the five years in the period ended June 30, 2004 and for the nine-month periods ended March 31, 2004 and 2005. We derived the statement of operations data and other data for the years ended June 30, 2002, 2003 and 2004 and the balance sheet data as of June 30, 2003 and 2004 from our audited consolidated financial statements included elsewhere in this prospectus. We derived the statement of operations data and other data for the years ended June 30, 2000 and 2001 and the balance sheet data as of June 30, 2000, 2001 and 2002 from our audited consolidated financial statements for those years, which are not included in this prospectus. We derived the statement of operations data for the nine-month periods ended March 31, 2004 and 2005 and the balance sheet data as of March 31, 2005 from our unaudited condensed consolidated financial statements included elsewhere in this prospectus.

Our unaudited financial statements have been prepared on the same basis as our audited financial statements and, in our opinion, reflect all adjustments necessary, consisting only of normal and recurring adjustments, for a fair presentation of this data. The results for any interim period are not necessarily indicative of the results that may be expected for a full year.

Amounts for the nine months ended March 31, 2005 include the results of operations of Red Simpson, which was acquired on July 1, 2004. See Note 3 to our unaudited condensed consolidated financial statements for the nine months ended March 31, 2004 and 2005.

The per share numbers included in the pro forma condensed financial data have been adjusted to give effect to the conversion of each of our common shares into 14.76 common shares in connection with our reincorporation in Delaware on July 1, 2005.

**You should read the selected historical financial data in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the financial statements and accompanying notes included elsewhere in this prospectus.**

33

B 393

| | Year Ended June 30, | | | | | Nine Months Ended March 31, | |
|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | 2004 | 2004 | 2005 |
| | | | (audited) | | | (unaudited) | |
| | | | (in thousands, except per share amounts) | | | | |
| **Statement of Operations Data:** | | | | | | | |
| Revenues | $ 263,691 | $ 287,305 | $ 273,235 | $ 297,514 | $ 356,697 | $ 263,058 | $ 524,247 |
| Cost of operations | 214,917 | 241,199 | 225,280 | 247,204 | 300,313 | 223,520 | 428,073 |
| Gross profit | 48,774 | 46,106 | 47,955 | 50,310 | 56,384 | 39,538 | 96,174 |
| General and administrative expenses(1) | 13,251 | 14,881 | 14,176 | 16,783 | 18,812 | 14,050 | 33,506 |
| Recapitalization expenses(2) | — | — | 10,893 | 386 | | | |
| (Gain) loss on sale of property and equipment | (526) | (150) | (4) | 539 | 265 | 105 | 256 |
| Income from operations | 36,049 | 31,375 | 22,890 | 32,602 | 37,307 | 25,383 | 62,412 |
| Other expense (income): | | | | | | | |
| Interest expense(3) | 997 | 1,260 | 2,802 | 11,862 | 9,192 | 6,754 | 34,265 |
| Other, net(4) | (43) | 157 | (267) | (46) | (19) | (17) | (94) |
| Total other expense | 954 | 1,417 | 2,535 | 11,816 | 9,173 | 6,737 | 34,171 |
| Income before income taxes from continuing operations | 35,095 | 29,958 | 20,355 | 20,786 | 28,134 | 18,646 | 28,241 |
| Income tax expense | 13,216 | 11,208 | 9,519 | 8,335 | 11,276 | 7,588 | 17,429 |
| Income from continuing operations | 21,879 | 18,750 | 10,836 | 12,451 | 16,858 | 11,058 | 10,812 |
| Income (loss) from discontinued operations, net of taxes(5) | 222 | 383 | (324) | (621) | (330) | (384) | — |
| Net income | $ 22,101 | $ 19,133 | $ 10,512 | $ 11,830 | $ 16,528 | $ 10,674 | $ 10,812 |
| Decrease in redemption value of mandatorily redeemable preferred stock(6) | — | — | — | 12,071 | | | |
| Net income available to common stockholders | $ 22,101 | $ 19,133 | $ 10,512 | $ 23,901 | $ 16,528 | $ 10,674 | $ 10,812 |
| Basic earnings from continuing operations per common share: | | | | | | | |
| Weighted average basic common shares outstanding | 69,202 | 68,432 | 59,633 | 24,437 | 24,437 | 24,437 | 29,753 |
| Income from continuing operations | $ 0.32 | $ 0.27 | $ 0.18 | $ 0.51 | $ 0.69 | $ 0.45 | $ 0.36 |
| Diluted earnings from continuing operations per common share: | | | | | | | |
| Weighted average diluted common shares outstanding | 69,202 | 68,432 | 59,633 | 24,437 | 24,437 | 24,437 | 30,196 |
| Income from continuing operations | $ 0.32 | $ 0.27 | $ 0.18 | $ 0.51 | $ 0.69 | $ 0.45 | $ 0.36 |

34

B 394

| | 2000 | 2001 | 2002 | 2003 | 2004 | As of March 31, 2005 |
|---|---|---|---|---|---|---|
| | | | | As of June 30, | | |
| | | | (audited) | | | (unaudited) |
| | | | (in thousands) | | | |
| **Balance Sheet Data:** | | | | | | |
| Cash and cash equivalents | $ 1,911 | $ 5,578 | $ 99 | $ 3,637 | $ 4,937 | $ 73 |
| Working capital | 34,795 | 41,819 | 36,048 | 41,372 | 41,497 | 86,747 |
| Property and equipment, net | 164,523 | 176,371 | 174,500 | 171,488 | 190,600 | 282,417 |
| Total assets | 228,620 | 243,975 | 245,032 | 245,248 | 287,096 | 586,356 |
| Total current liabilities | 24,355 | 20,822 | 21,515 | 20,810 | 38,502 | 57,441 |
| Total long-term liabilities | 50,412 | 52,320 | 198,807 | 192,103 | 199,311 | 514,507 |
| Mandatorily redeemable preferred stock | — | — | 17,500 | 5,429 | 5,810 | — |
| Total stockholders' equity | 153,853 | 170,833 | 7,210 | 32,335 | 49,283 | 14,408 |

(1) General and administrative expenses include the management fees paid to an affiliate of Lindsay Goldberg & Bessemer under our management advisory services agreement. In connection with this offering, we agreed to terminate the management advisory services agreement for aggregate consideration of $4.0 million, to be paid at the closing of this offering.

(2) Recapitalization expenses represent costs incurred in connection with the 2002 recapitalization.

(3) Interest expense includes the mark-to-market gains or losses on our interest rate derivatives and amortization of deferred loan costs. In addition, in fiscal 2004 and 2005, interest expense includes the changes in the redemption value of our Series A preferred stock and the write-off of unamortized deferred loan costs resulting from prepayments of debt.

(4) Other, net consists primarily of interest income.

(5) Income (loss) from discontinued operations, net of taxes, represents losses from our industrial division, which ceased operations during the year ended June 30, 2004.

(6) The $12.1 million decrease in the redemption value of our Series A preferred stock during fiscal 2003 occurred because we adjusted the carrying value of the Series A preferred stock to $5.4 million from its original carrying value of $17.5 million at issuance in accordance with the terms of the Series A preferred stock. See "Management's Discussion and Analysis of Financial Condition and Results of Operations — Results of Operations — Year Ended June 30, 2004 Compared to Year Ended June 30, 2003."

35

B 395

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL
## CONDITION AND RESULTS OF OPERATIONS

*You should read the following discussion in conjunction with the audited and unaudited historical financial statements and our unaudited pro forma financial statements included elsewhere in this prospectus. This discussion contains forward-looking statements that involve risks and uncertainties. Our actual results may differ materially from those discussed in the forward-looking statements as a result of various factors, including but not limited to those listed under "Risk Factors" and "Forward-Looking Statements" and those included in other portions of this prospectus.*

### Overview

We are one of the largest third-party providers in the United States of outsourced services for electric distribution and transmission companies. Our core activities consist of the maintenance, upgrade and extension of electric distribution and sub-500 kV transmission powerlines. Our customers include more than 150 electric utilities, cooperatives and municipalities across a contiguous 19-state region that stretches from Pennsylvania in the north to Florida in the southeast and to Texas in the southwest. On July 1, 2004, we acquired Red Simpson, Inc., which expanded our service territory and operating scale. For the fiscal year ended June 30, 2004, our pro forma revenues, after giving effect to the Red Simpson acquisition, were $552.5 million.

### *Business Drivers and Measures*

Industry trends impact our results of operations. In operating our business and monitoring its performance, we also pay attention to a number of performance measures and operational factors. The statements in this section are based on our current expectations. These statements are forward-looking, and actual results may differ materially from our expectations. Please refer to "Risk Factors" and "Forward-Looking Statements" for more information on what may cause our actual results to differ.

*Industry Trends.* Our performance is impacted by maintenance, upgrade and extension spending on distribution and transmission powerlines by our customers. Distribution and transmission spending is impacted by several important trends affecting our industry, including the following:

- *Growth in demand for electricity.* Electricity demand is a direct driver of maintenance, upgrade and extension spending on the distribution and transmission infrastructure, and electricity demand has historically been a function of population growth and increases in electricity consumption. We believe that continued demand for our services will be driven in part by expected growth in electricity consumption and population in the southeastern and south central regions of the United States, which have grown at higher rates in recent years than the rest of the country.

- *Increased outsourcing of infrastructure services.* There has been an increase in outsourcing of electrical infrastructure maintenance and system improvements by electric companies over the last decade as they have increasingly focused on their core competencies. We believe outsourcing enables electric companies to manage their labor costs more flexibly, improve the reliability of their systems and deploy their capital more efficiently, and we expect the outsourcing trend to continue.

- *Inadequacy of current electric infrastructure.* The current electric infrastructure is increasingly viewed as inadequate, as more electricity is being transported over longer distances utilizing a system that was designed for limited power sharing among neighboring utilities. We expect spending on electrical transmission infrastructure to increase in order to cure historical underinvestment, and we expect this increase to drive further work for us.

*Operational Factors.* Although we benefit from several industry trends, we are subject to various factors that can affect our results of operations. To mitigate these factors, we focus on elements of the business we can control, including excellent customer service, safety and employee development, cost

36

B 396

control and return on invested capital. The operational factors that affect our business include the following:

- When we add new customers and contracts, we generally experience an increase in start-up costs, including the costs of training and outfitting our crews and spending on equipment and vehicles, resulting in lower gross margins and higher capital expenditures at the beginning of a contract's term. We added approximately 300 employees to our operating crews in the six-month period ended June 30, 2005, for example. Once the crews and equipment are fully utilized, our margins generally increase over the life of the contract.

- Industry-wide insurance costs for workmen's compensation, medical and general liability have risen in the past several years and are expected to continue to rise at a rate faster than our revenues. We have implemented several safety initiatives designed to reduce incident rates and corresponding insurance costs as well as introduced an insurance bonus in 2005 that has initially increased our costs.

- There are a limited number of skilled workers that can perform our work, and during historic periods of increased demand, labor rates have tended to increase. We have been experiencing an improved economic cycle, and we are currently experiencing shortages of skilled personnel in certain markets. These shortages have caused our labor costs to increase, although we historically have been able to obtain increases when we renegotiate rates to offset these cost increases.

- We expect an increase in our general and administrative expenses related to the cost of operating as a public company of $2.0 million to $3.0 million per year and additional implementation costs in fiscal 2007 relating to compliance with Section 404 of the Sarbanes-Oxley Act of 2002 of $1.0 million to $2.0 million.

- Fuel costs have risen in the past several years, with significant increases as of late, and are expected to continue to rise at a rate faster than our revenues. We have a large fleet of vehicles and equipment that primarily use diesel fuel. We have implemented bulk purchasing in certain areas and may seek other alternatives to hedge fuel costs.

*Other Factors.* Other factors that will affect our results of operations in future periods include the following:

- In connection with our acquisition of Red Simpson, we allocated a portion of the purchase price to definite-lived intangible assets that will be amortized over their estimated lives of 3 to 30 years, resulting in annual amortization charges of $5.7 million and $4.9 million in fiscal 2005 and 2006, respectively.

- In connection with our adoption of Statement of Financial Accounting Standards ("SFAS") No. 123(R), *Share-Based Payment,* as of July 1, 2005, we will be required to account for share-based payments, including grants of employee stock options, based on fair values, which means that we will begin to recognize compensation expenses in connection with employee stock options. We expect to incur such costs in the amount of approximately $2.9 million to $4.2 million in fiscal 2006. This includes our estimate of the fiscal 2006 portion of the expense relating to the restricted stock and stock options we will grant upon consummation of this offering, as described in "— Other Events — IPO Grants" below. We cannot precisely predict future expenses because they depend on employee stock options we may grant in the future. See "— Recent Accounting Pronouncements."

### Services

We monitor our revenues by the two categories of services we provide: powerline and storm restoration. We use this breakdown because powerline services represent our ongoing service revenues, most of which are generated by our customers' recurring maintenance needs. Storm restoration revenues represent additional revenue opportunities that depend on weather conditions.

37

B 397

Our powerline services are our core business because these services generate more stable revenues than storm restoration work. These powerline services have benefited from the industry trends described above. Although storm restoration services can generate significant revenues, their unpredictability is demonstrated by comparing our revenues from those services in the nine months ended March 31, 2005 and 2004. During August and September of 2004, we experienced the largest storm restoration activity in our history as four hurricanes hit Florida and the surrounding Gulf states, resulting in storm revenues of $146.9 million for the nine months ended March 31, 2005 compared to $36.1 million for the nine months ended March 31, 2004. We cannot predict what our future revenues from storm restoration work will be.

The following table sets forth our revenues by category of service for the periods indicated:

| | Year Ended June 30, | | | | | | Nine Months Ended March 31, | | | |
| | 2002 | | 2003 | | 2004 | | 2004 | | 2005(1) | |
| | (in millions, except percentages) | | | | | | | | | |
| Powerline services | $ 266.2 | 97.4% | $ 250.9 | 84.3% | $ 313.7 | 87.9% | $ 226.9 | 86.3% | $ 377.3 | 72.0% |
| Storm restoration services | 7.0 | 2.6 | 46.6 | 15.7 | 43.0 | 12.1 | 36.1 | 13.7 | 146.9 | 28.0 |
| Total | $ 273.2 | 100.0% | $ 297.5 | 100.0% | $ 356.7 | 100.0% | $ 263.0 | 100.0% | $ 524.2 | 100.0% |

(1)  Our revenues for the nine months ended March 31, 2005 reflect our acquisition of Red Simpson.

### Integration of Red Simpson

We acquired Red Simpson on July 1, 2004. Since then, we have incorporated the entire Red Simpson fleet into our tracking systems and rebranded substantially all of the Red Simpson fleet with the "Pike" emblem. In addition, we have accelerated our integration of Red Simpson's crews and as of June 30, 2005, we completed the transition to reporting Red Simpson's transactions through our financial systems. We expect the total integration costs for fiscal 2005 to be approximately $3.0 to $4.0 million. We expect to incur an additional estimated $1.0 million in integration costs in fiscal 2006 for the completion of the fleet transition and continued training of the Red Simpson crews.

### Seasonality; Fluctuations of Results

Our services are performed outdoors, causing our results of operations to be subject to seasonal variations due to weather conditions. These seasonal variations affect both our powerline and storm restoration services. Extended periods of rain affect the deployment of our powerline crews, particularly with respect to underground work. In April 2005, we experienced significant rainfall in many parts of our service territory. During the winter months, demand for powerline work is generally lower due to inclement weather, while demand for electrical repairs is generally higher due to damage caused by such weather conditions. In addition, demand for powerline work generally increases during the spring months due to improved weather conditions and is typically the highest during the summer due to better weather conditions. Demand for electrical repairs is generally higher during the fall months due to damage caused by weather conditions, such as hurricanes. In addition, our results of operations are subject to significant variations related to storm restoration services. Due to the unpredictable nature of storms, the level of our storm restoration revenues fluctuates from period to period. See "Risk Factors — Risks Related to Our Business — Our storm restoration services are highly volatile and unpredictable, which could result in substantial variations in, and uncertainties regarding, the levels of our financial results from period to period."

### Basis of Reporting

*Revenues.* We derive our revenues from one reportable segment through two service categories — powerline and storm restoration. Our core powerline services consist of the maintenance, upgrade and extension of electric distribution and transmission power lines and various ancillary services. Our storm restoration services involve the rapid deployment of our highly trained crews and related equipment to

38

B 398

restore power on distribution and transmission systems during crisis situations, such as hurricanes or ice or wind storms.

Over 90% of our services, including substantially all of our powerline and a majority of our storm restoration services, are provided under master service arrangements, or MSAs, which are based on a price per hour worked or a price per unit of service. Less than 5% of our annual revenues are from fixed-price agreements. In addition, we do not derive significant revenues from large-scale capital projects, which typically involve competitive bidding, fixed price agreements and substantial performance bond requirements. The mix of hourly and per unit revenues changes during periods of high storm restoration services, as these services are all billed on an hourly basis. We determine our revenue generated on an hourly basis based on actual labor and equipment time completed and on materials billed to our customers. Revenue based on hours worked is recognized as hours are completed. We recognize revenue on unit-based services as the units are completed.

The terms of our MSAs are typically between one to three years for cooperatives and municipalities and three to five years for investor-owned utilities, with periodic pricing reviews. Our customers typically designate geographic regions for us to perform necessary services but are not required to use us exclusively and do not guarantee service volumes. Most of our customer arrangements, including MSAs, may be terminated by our customers on short notice. Initial contract awards usually are made on a competitive bid basis, but often are renewed on a negotiated basis. As a result of our track record of quality work and customer service, we estimate that a majority of our MSAs are renewed at or before the expiration of their terms.

*Cost of Operations.* Our cost of operations consists primarily of compensation and benefits to employees, insurance, fuel, rental, operating and maintenance expenses relating to vehicles and equipment, materials and parts and supplies. Our cost of operations also includes depreciation, primarily relating to our vehicles and heavy equipment.

*General and Administrative Expenses.* General and administrative expenses include costs not directly associated with performing work for our customers. These costs consist primarily of compensation and related benefits of management and administrative personnel, facilities expenses, management fees, professional fees and administrative overhead. We paid management fees under an agreement with an affiliate of Lindsay Goldberg & Bessemer for advisory services that is described in "Related Party Agreements." We agreed to terminate this management advisory services agreement in connection with this offering.

*Other Expense.* Other expense primarily includes interest expense, recapitalization expenses and other nonoperating expenses. In addition to cash interest expense, interest expense includes amortization of deferred loan costs and mark-to-market gains and losses on interest rate derivatives. In addition, in fiscal 2004 and 2005, interest expense includes the changes in the redemption value of our Series A preferred stock and the write-off of unamortized deferred loan costs resulting from prepayments of debt. The recapitalization expenses consist of nonrecurring expenses relating to our 2002 and 2004 recapitalizations.

*Discontinued Operations.* Discontinued operations include our operations associated with our industrial division, which ceased operations during the year ended June 30, 2004. Our industrial division primarily focused on installation of electrical wiring and the manufacture and installation of air conditioning units and ductwork in industrial and commercial properties. This business was not a material contributor to earnings, and we do not expect to incur any material costs or liabilities related to these operations in the future.

**Critical Accounting Policies**

The discussion and analysis of our financial condition and results of operations is based on our consolidated financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States, or GAAP. The preparation of these consolidated financial statements requires the use of estimates, assumptions, judgments and subjective interpretations of accounting

39

B 399

principles that have an impact on the assets, liabilities, revenues and expenses reported. We believe our uses of estimates and underlying accounting assumptions adhere to GAAP and are consistently applied. Valuations based on estimates are reviewed for reasonableness on a consistent basis. Actual results may differ materially from these estimates. We believe the following to be our most important accounting policies, including those that use significant judgments and estimates in the preparation of our consolidated financial statements.

*Revenue Recognition.* Revenues from service arrangements are recognized when services are performed. Over 90% of our services are provided under master service arrangements, which are based on a price per hour worked or a price per unit of service. We recognize revenue from hourly services based on actual labor and equipment time completed and on materials billed to our customers. We recognize revenue on unit-based services as the units are completed, and the price for each unit is determined under the service arrangement. For unit-based services, any estimated loss is recognized when the actual costs to complete each unit exceed original estimates. Costs typically include both direct labor and material costs and indirect costs related to performance, such as indirect labor, supplies, tools, repairs and depreciation costs. We immediately recognize the full amount of any estimated loss on these projects if estimated costs to complete the remaining units for the project exceed the revenue to be received from such units. For each of the periods presented, we did not have a material amount of loss accruals.

Work completed and not billed represents service revenues earned under hourly and unit service arrangements and recognized in the period performed but not billed until a subsequent period and work performed under certain unit service arrangements and not yet billed to customers in accordance with individual terms regarding the timing of billing.

*Accounts Receivable.* Historically, due to the high credit quality of our customers, we have not incurred material bad debts. We evaluate the collectibility of our trade accounts receivable based on analysis of specific customers, historical experience and current economic trends. Accounts are written off after all means of collectibility, including legal action, are exhausted. In some instances, a portion of the total revenues billed under the customer arrangement are held by the customer as a "retainage" until the job is complete, and we record these amounts as accounts receivable.

*Impairment of Long-Lived Assets.* We review our long-lived assets for impairment when events or changes in business conditions indicate the carrying value of the assets may not be recoverable, as required by SFAS No. 144, *Accounting for the Impairment or Disposal of Long-Lived Assets.* An impairment on assets classified as "held and used" exists if the sum of the undiscounted estimated cash flows expected is less than the carrying value of the assets. If this measurement indicates a possible impairment, we compare the estimated fair value of the asset to the net book value to measure the impairment charge, if any. If the criteria for classifying an asset as "held for sale" have been met, we record the asset at the lower of carrying value or fair value, less selling costs.

*Valuation of Goodwill and Other Intangible Assets.* In accordance with SFAS 141, *Business Combinations,* we identify and value intangible assets that we acquire in business combinations, such as customer arrangements, customer relationships and non-compete agreements, that arise from contractual or other legal rights or that are capable of being separated or divided from the acquired entity and sold, transferred, licensed, rented or exchanged. The fair value of identified intangible assets is based upon an estimate of the future economic benefits expected to result from ownership, which represents the amount at which the assets could be bought or sold in a current transaction between willing parties, that is, other than in a forced or liquidation sale. For customers with whom we have an existing relationship prior to the date of the transaction, we utilize assumptions that a marketplace participant would consider in estimating the fair value of customer relationships that an acquired entity had with our pre-existing customers in accordance with EITF 02-17, *Recognition of Customer Relationship Intangible Assets Acquired in a Business Combination.*

In accordance with SFAS No. 142, *Goodwill and Other Intangible Assets,* we test our goodwill and indefinite-lived intangibles for impairment annually or more frequently if events or circumstances indicate impairment may exist. Examples of such events or circumstances could include a significant change in business climate or a loss of significant customers. We generally complete our annual analysis of our

40

B 400

reporting unit on the first day of our fourth fiscal quarter. We apply a two-step fair value-based test to assess goodwill for impairment. The first step compares the fair value of a reporting unit to its carrying amount, including goodwill. If the carrying amount of the reporting unit exceeds its fair value, the second step is then performed. The second step compares the carrying amount of the reporting unit's goodwill to the fair value of the goodwill. If the fair value of the goodwill is less than the carrying amount, an impairment loss would be recorded in our income from operations. Intangible assets with definite lives are amortized over their estimated useful lives and are also reviewed for impairment if events or changes in circumstances indicate that their carrying amount may not be realizable.

Our management makes certain estimates and assumptions in order to determine the fair value of net assets and liabilities, including, among other things, an assessment of market conditions, projected cash flows, cost of capital and growth rates, which could significantly impact the reported value of goodwill and other intangible assets. Estimating future cash flows requires significant judgment, and our projections may vary from cash flows eventually realized. When necessary, we engage third-party specialists to assist us with our valuations. The valuations employ a combination of present value techniques to measure fair value, corroborated by comparisons to estimated market multiples. These valuations are based on a discount rate determined by our management to be consistent with industry discount rates and the risks inherent in our current business model.

We cannot predict the occurrence of certain future events that might adversely affect the reported value of goodwill and other intangible assets that totaled $146.2 million at March 31, 2005. Such events include strategic decisions made in response to economic and competitive conditions, the impact of the economic environment on our customer base or material negative changes in our relationships with material customers.

*Insurance and Claim Accruals.* In the ordinary course of our business, we are subject to workers' compensation, vehicle, general liability and health insurance claims. We maintain insurance for individual workers' compensation and vehicle and general liability claims exceeding $1,000,000 for claims subsequent to October 1, 2004 and $500,000 for claims prior to October 1, 2004. We also maintain insurance for health insurance claims exceeding $225,000 per person on an annual basis. We determine the amount of our loss reserves and loss adjustment expenses based on third-party actuarial analyses prepared semi-annually that use both company-specific and industry data, as well as general economic information. Our estimates for insurance loss exposures require us to monitor and evaluate our insurance claims throughout their life cycles. Using this data and our assumptions about the emerging trends, we estimate the size of ultimate claims. Our most significant assumptions in forming our estimates include the trend in loss costs, the expected consistency with prior year claims of the frequency and severity of claims incurred but not yet reported, changes in the timing of the reporting of losses from the loss date to the notification date, and expected costs to settle unpaid claims. We also monitor the reasonableness of the judgments made in the prior year's estimates and adjust current year assumptions based on that analysis. See Note 2 to our audited consolidated financial statements.

While the final outcome of claims may vary from estimates due to the type and severity of the injury, costs of medical claims and uncertainties surrounding the litigation process, we believe that none of these items, when finally resolved, will have a material adverse effect on our financial condition or liquidity. However, should a number of these items occur in the same period, it could have a material adverse effect on the results of operations in a particular quarter or fiscal year.

*Stock-Based Compensation.* Prior to July 1, 2005, we accounted for employee stock-based compensation in accordance with the provisions of Accounting Principles Board Opinion No. 25, *Accounting for Stock Issued to Employees* (APB 25) and related interpretations, which require us to recognize compensation cost for the excess of the fair value of the stock at the grant date over the exercise price, if any. No stock-based employee compensation cost resulting from the granting of stock options has been recorded in net income, as all options granted under the plans had an exercise price equal to the market value of the underlying common stock on the date of grant. The share, exercise price and fair

41

**B 401**

value information below have been adjusted to give effect to the conversion of each of our common shares into 14.76 common shares in connection with our reincorporation in Delaware on July 1, 2005.

Given the lack of an active public market for our common stock, we determined the fair value for our common stock as well as for options to acquire shares of our common stock using the market approach described below. Information on stock option grants is as follows:

| Grant Date | Number of Options Granted | Exercise Price | Fair Value of Common Stock | Intrinsic Value (1) |
|---|---|---|---|---|
| April 18, 2002 | 2,565,819 | $ 3.80 | $ 3.80 | — |
| April 18, 2003 | 253,400 | $ 3.80 | $ 3.80 | — |
| October 21, 2004 | 1,503,483 | $ 6.51 | $ 6.51 | — |

(1) Intrinsic value reflects the amount by which the value of the shares as of the grant date exceeds the exercise price of the options.

Members of our board of directors possessing the requisite experience in stock valuation estimated the fair value of common stock underlying the options granted at the time of each grant date noted above. The determinations of fair value were primarily based on a market approach, under which we compare ourselves to a peer group and develop an estimated value for our common stock based principally on consummated transactions that were negotiated with third parties, as well as on estimates of revenues, earnings and enterprise values.

*Stock Options Granted in 2002*

The fair value of the common stock underlying the options granted to employees on April 18, 2002 was determined to be $3.80 per share. This value was determined under the market approach contemporaneously with the 2002 recapitalization. See Note 1 to our audited consolidated financial statements included elsewhere in this prospectus. This value was the same as the price at which Lindsay Goldberg & Bessemer purchased shares in the 2002 recapitalization, which was the result of an arms'-length negotiation with our company.

*Stock Options Granted in 2003*

The fair value of our common stock underlying the options granted to employees in April 2003 was determined by our board of directors to be $3.80 per share. The board of directors evaluated a number of factors and determined that there was no change in the fair value of our common stock since the 2002 recapitalization. These factors included the following:

• the price per share paid in the 2002 recapitalization for our common stock in an arms'-length transaction;

• the trailing revenues, gross profit, cost structure and earnings;

• the total amount of debt;

• the earnings before interest, taxes, depreciation and amortization (EBITDA) from continuing operations, as adjusted;

• the management team; and

• the prospects for continuing and improving the above factors.

*Stock Options Granted in 2004*

The fair value of the common stock underlying the options granted to employees in October 2004 was determined to be $6.51 per share. The value was the same as that at which certain shareholders of Red Simpson and our company purchased shares of our common stock in connection with the Red Simpson acquisition, which value was determined based on arms'-length negotiations with a third party. No stock

42

## PRINCIPAL AND SELLING STOCKHOLDERS

The following table sets forth certain information regarding the beneficial ownership of our common stock (1) immediately prior to the consummation of the offering and (2) as adjusted to reflect the sale of the shares of common stock in this offering. The percentage of beneficial ownership before the offering is based on 21,484,454 shares of our common stock issued and outstanding as of June 30, 2005. The table sets forth stockholder information with respect to:

- each of our current directors;

- each of the executive officers listed in the Summary Compensation table above;

- our directors, director appointees and named executive officers as a group;

- each person known by us to beneficially own more than 5% of our common stock; and

- each of our selling stockholders.

Beneficial ownership is determined in accordance with the rules of the SEC. In computing the number of shares beneficially owned by a person and the percentage ownership of that person, shares of common stock subject to options held by that person that are currently exercisable or exercisable within 60 days of June 30, 2005 are deemed outstanding. These shares, however, are not deemed outstanding for the purposes of computing the percentage ownership of any other person. Except as indicated in the footnotes to this table and as provided pursuant to applicable community property laws, the stockholders named in the table have sole voting and investment power with respect to the shares set forth opposite each stockholder's name. Unless otherwise indicated, the address for each of the individuals listed below is: c/o Pike Electric, Inc., 100 Pike Way, Mount Airy, NC 27030.

| Name of Beneficial Owner | Shares Beneficially Owned Prior to this Offering | | Shares Offered | Shares Beneficially Owned After this Offering(1) | |
|---|---|---|---|---|---|
| | Number of Shares | Percentage | | Number of Shares | Percentage |
| J. Eric Pike(2) | 2,231,902 | 10.2% | — | 2,231,902 | 6.7% |
| Robert Ratliff, Jr.(3) | 364,305 | 1.7% | — | 364,305 | 1.1% |
| John H. Merritt(4) | 347,554 | 1.6% | — | 347,554 | 1.1% |
| Jeffery L. Collins(5) | 345,369 | 1.6% | — | 345,369 | 1.0% |
| Mark Castaneda(6) | 132,309 | * | — | 132,309 | * |
| Alan E. Goldberg(7) | 18,155,891 | 84.5% | 3,019,798 | 15,136,093 | 47.5% |
| Robert D. Lindsay(7) | 18,155,891 | 84.5% | 3,019,798 | 15,136,093 | 47.5% |
| Stuart S. Janney | — | * | — | — | — |
| Adam P. Godfrey(8) | — | * | — | — | — |
| J. Russell Triedman(8) | — | * | — | — | — |
| Directors, director appointees and executive officers as a group (10 persons) | 21,577,330 | 95.3% | 3,019,798 | 18,557,532 | 58.3% |
| Reginald L. Banner(9) | 480,202 | 2.2% | 480,202 | — | — |
| Lindsay Goldberg & Bessemer(7) | 18,155,891 | 84.5% | 3,019,798 | 15,136,093 | 47.5% |

88

B 448

options have been issued since October 2004. See Note 3 to our unaudited condensed consolidated financial statements included elsewhere in this prospectus.

*Intrinsic Value of Stock Options*

Based on our initial public offering price of $14.00 per share, the intrinsic value of the options outstanding at May 29, 2005 was $26.7 million, of which $18.5 million related to vested options and $8.2 million related to unvested options.

*Employee Stock Purchase Plan*

In January 2005, we sold common stock to various members of management and other employees through our Employee Stock Purchase Plan. See Note 5 to our unaudited condensed consolidated financial statements included elsewhere in this prospectus. The fair value was determined to be $8.35 per share based upon applying the market approach. The increase in value was primarily due to the increase in operating results from the significant storm revenue for the six months ended December 31, 2004 and significant debt prepayments using the cash generated by that storm work. In addition, the positive operating results from the recent acquisition of Red Simpson contributed to the increase in value. In May 2005, we received a third-party valuation as of January 2005, which confirmed a value substantially similar to the value at which the common stock was sold in January 2005. Our board of directors has historically used consummated transactions, combined with their knowledge of the value of other similar companies, as principal indicators of the value of our common stock. Members of our board of directors possessing the requisite experience in stock valuation estimated the fair value of our common stock sold in January 2005. Our board of directors did not obtain a third-party valuation in January 2005 because we completed our 2004 recapitalization in January 2005, and, therefore, our board of directors decided to use the same equity valuation used in that recapitalization. We decided to obtain the additional valuation (which was completed in May 2005 but valued our company as of January 2005) due to our progress in our initial public offering process at a value that would be greater than the value of our common stock originally determined by our board of directors. The third-party valuation used a combination of three approaches to arrive at the fair value of our stock. The first approach, a guideline company market approach, relies upon using the stock prices of publicly traded companies to develop valuation multiples. In the second method, the guideline transaction method, purchase prices paid in the acquisition of guideline companies are used to develop an indication of value through the development of relationships between the purchase price paid and a financial measure of the company, usually revenue, earnings, or a measure of cash flow such as EBITDA, which was used in our valuation. The final method used was a discounted future cash flow model, under which our future cash flows were projected and then discounted to present value. In determining the initial public offering price range, we, the selling stockholders and the representatives of the underwriters considered a number of factors, including valuations of generally comparable publicly traded companies, the history and prospects for the industry in which we compete, the capital structure of our company and the general condition of the securities markets, and of the initial public offering market in particular, at the time of this offering. See "Underwriting." We believe that the differences in value between our third-party valuation as of January 2005 and the initial offering price range principally resulted from the developments described below relating to the period between January and the end of June 2005 and the higher multiples that would apply to our financial measures as a public company. Our January 2005 valuation used an Adjusted EBITDA multiple of approximately 6.0 times. In determining the initial offering price range, we estimated that the comparable multiple for public companies would generally range from 7.0 to 11.0 times.

Management believes that the difference between the estimated fair value of our common stock as of January 2005, the date we sold stock through our Employee Stock Purchase Plan, and the value of our common stock based on the midpoint of the estimated price range of this offering of $14.00 to $16.00 which was set forth on the cover page of the preliminary prospectus for this offering, is attributable to the following events that occurred after January 2005:

• Our debt payments continued to have a positive effect on our equity value. We reduced our debt by approximately $13 million from January 2005 to March 31, 2005 and will further reduce our debt

43

through the application of the net proceeds of this offering. These debt reductions have the impact of improving the equity value of our common stock.

- We continued to expand our operations by adding approximately 300 employees to our operating crews and by continuing our successful integration of Red Simpson, and our revenues for the six-month period ended June 30, 2005 were strong (with strong powerline revenues offsetting lower storm revenues than in the comparable period in 2004). We also hired certain management personnel with public company experience, including a new Chief Financial Officer, a new Controller, a new Vice President of Information Systems and a new Investor Relations Manager.

- Although we began discussions with our underwriters in the second half of 2004, our first organizational meeting for this offering was in January 2005. Since that time, we have made significant progress in the initial public offering process, creating an increase in the value of our common stock arising from the expectation of becoming a public company.

- The redemption of our preferred stock in January 2005 simplified our capital structure and eliminated the effect on future earnings from annual adjustments to the redemption value of the preferred stock.

## Other Events

*Red Simpson Acquisition.* On July 1, 2004, we acquired all of the outstanding stock of Red Simpson. The total cash purchase price was $194.2 million, net of cash acquired. We also assumed existing net liabilities in the amount of $17.2 million. We financed the acquisition through the issuance of $71.0 million in new common equity to some of our existing stockholders and $123.2 million of new indebtedness under our senior credit facility, which we refinanced in connection with the transaction. The acquisition was accounted for as a purchase in accordance with SFAS No. 141, *Business Combinations*. See Note 3 to our unaudited condensed consolidated financial statements for additional information regarding the allocation of the purchase price we paid for Red Simpson.

*2004 Recapitalization.* In December 2004, we undertook a recapitalization in which we borrowed an additional $150.0 million under our existing senior credit facility, which we used as follows: (i) $123.3 million to repurchase shares of our common stock in December 2004; (ii) $4.2 million to repurchase employee options to purchase 1,185,981 shares of common stock in December 2004; and (iii) $20.0 million to redeem all of the outstanding shares of our Series A preferred stock in January 2005. In connection with the repurchased stock options, we incurred compensation expense of $4.2 million during the nine months ended March 31, 2005. In addition, we incurred a charge of approximately $14.0 million in the nine months ended March 31, 2005 related to the redemption of the Series A preferred stock. The 2004 recapitalization did not affect the percentage of outstanding shares of common stock owned by any of our existing shareholders. We negotiated the redemption value of the Series A preferred stock with the Series A preferred stockholders in an arms'-length transaction. This transaction allowed us to simplify our capital structure and eliminate the effect on future earnings from annual adjustments to the redemption value of the preferred stock. The preferred stock agreement provided for increases in the redemption value based on our future performance plus a 7% accretion. The original valuation of the preferred stock was $17.5 million, as determined by a third party. Based on that original valuation and the potential negative impact on net income due to annual adjustments to the redemption value, we determined that the $20 million redemption value was fair and reasonable.

*Employee Stock Purchase Plan.* In January 2005, we adopted an employee stock purchase plan. Pursuant to this plan, we sold approximately $5.0 million of common stock to various employees and members of management.

*Deferred Compensation in Connection with Our Acquisition of Red Simpson.* In connection with our acquisition of Red Simpson, we have entered into certain transactions involving employee compensation expenses that have impacted and, in some cases, will continue to impact our results of operations.

44

Prior to our acquisition of Red Simpson, certain Red Simpson supervisors and managers were entitled to payments of deferred compensation. In connection with our acquisition of Red Simpson, we agreed to pay $26.0 million in base deferred compensation, which was fully vested, as part of the purchase price over two years. In addition, we agreed to pay $29.1 million in bonus deferred compensation, which originally vested over four years if the employees continued their employment with us. However, we recently amended the agreements regarding deferred compensation so that if any employee is not employed by us on a payment date for certain reasons, as described in the amendments, he no longer forfeits the unpaid deferred compensation. Instead, the employee will receive the payment plus accrued interest in 2020. Prior to the amendment, we would have recognized the deferred compensation expense as earned over a four-year period. As a result of these amendments, we recorded a one-time compensation expense of approximately $18.0 million in the fourth quarter of the fiscal year ended June 30, 2005. This amount reflects the accrual of the present value of the portion of deferred compensation not already paid or accrued as of May 2005.

For the nine months ended March 31, 2005, we recognized $4.8 million of deferred compensation expense related to the vesting of the bonus deferred compensation. Going forward, as a result of the amendments, we will no longer record an accrual for deferred compensation. Instead, we will recognize interest expense over the next four years related to the accretion of this liability from its present value of $23.0 million to its face value of $25.4 million.

The following table sets forth the activity in the deferred compensation liability account for the base and bonus deferred compensation for the nine months ended March 31, 2005:

| | Base Deferred Compensation | Bonus Deferred Compensation | Total |
|---|---|---|---|
| | | (in millions) | |
| Amounts payable in connection with the acquisition of Red Simpson | $    26.0 | $    29.1 | $ 55.1 |
| Payments | (13.9) | (3.0) | (16.9) |
| Forfeitures | — | (0.7) | (0.7) |
| Face value at March 31, 2005 | $    12.1 | $    25.4 | $ 37.5 |

The following table sets forth the total amount of base and bonus deferred compensation remaining to be paid in cash for the fourth quarter ended June 30, 2005 and each of the four fiscal years ended June 30, 2009, based upon the recent amendment.

| | Base Deferred Compensation | Bonus Deferred Compensation | Total |
|---|---|---|---|
| | | (in millions) | |
| 2005 | $    4.7 | $    1.5 | $ 6.2 |
| 2006 | 7.4 | 5.0 | 12.4 |
| 2007 | — | 7.2 | 7.2 |
| 2008 | — | 6.3 | 6.3 |
| 2009 | — | 5.4 | 5.4 |
| Total | $    12.1 | $    25.4 | $ 37.5 |

Last year, Congress enacted tax legislation regarding deferred compensation that became effective on January 1, 2005. We expect that the Internal Revenue Service will issue regulations on this legislation in 2005. However, we do not anticipate that these regulations will have adverse tax consequences for the employees to be paid deferred compensation.

In connection with our acquisition of Red Simpson, we also agreed to permit two members of Red Simpson's management to accelerate an aggregate of $3.3 million of deferred compensation and to apply

45

B 405

the proceeds to acquire shares of our restricted common stock that we valued at $2.0 million. In connection with this transaction, we recognized compensation expense of $1.3 million in the nine months ended March 31, 2005 equal to the excess of the deferred compensation amount over the fair value of the stock acquired by those persons.

*Internal Control Over Financial Reporting at Red Simpson.* In connection with the audit of Red Simpson's financial statements for the year ended December 31, 2003, in March 2004, Grant Thornton, Red Simpson's independent registered public accounting firm, reported to Red Simpson's management a "significant deficiency" and a "material weakness" in Red Simpson's internal control over financial reporting. Under the current standards of the Public Company Accounting Oversight Board, a significant deficiency is a control deficiency, or combination of control deficiencies, that adversely affects the company's ability to initiate, authorize, record, process or report external financial data reliably in accordance with generally accepted accounting principles such that there is more than a remote likelihood that a misstatement of the company's annual or interim financial statements that is more than inconsequential will not be prevented or detected. A material weakness in internal control is a significant deficiency, or combination of significant deficiencies, that results in more than a remote likelihood that a material misstatement of the annual or interim financial statements will not be prevented or detected.

The material weakness reported by Grant Thornton was the difficulty that Red Simpson's management experienced in applying accounting principles and recording journal entries, as well as preparing its financial statements and financial disclosures related to its annual report. Specifically, management experienced difficulty in providing accurate, timely and sufficient disclosure and/or documentation of the following: accrued insurance claim liabilities, amortization of goodwill and intangible assets, deferred compensation liability, income tax accruals and financial statement footnote disclosure. As a result, Red Simpson recorded numerous prior period and current year adjustments to properly state current year activity and balances. Grant Thornton recommended that greater emphasis be placed on reviewing and assessing the issues that may arise in connection with applicable accounting and financial reporting.

Since the acquisition, we have begun to augment systems and controls over the Red Simpson business, and we have implemented procedures for monthly account reconciliations and reviews of accounting estimates at Red Simpson. While we are still using Red Simpson's accounting system, we increasingly record transactions in the Red Simpson business on our own systems, and we expect to complete the transition of Red Simpson's accounting into our systems during calendar 2005. In addition, Pike personnel already have assumed direct responsibility for recording accrued insurance claim liabilities, amortization of intangible assets, deferred compensation liabilities and income tax accruals relating to the Red Simpson business, as well as for preparing financial statement footnote disclosures. For a description of risks associated with the issues identified by Grant Thornton, see "Risk Factors — Risks Related to Our Business — In March 2004, Grant Thornton LLP, or Grant Thornton, Red Simpson's independent registered public accounting firm, reported a material weakness in Red Simpson's internal control over financial reporting that, if not remedied, could adversely affect our internal controls and have a negative effect on the trading price of our stock."

*IPO Grants.* Upon consummation of this offering, we will grant restricted stock and stock options to certain members of our management, as described in "Management — IPO Grants." The value of these grants will be calculated in accordance with SFAS No. 123 (revised 2004), *Share-Based Payment.* See "— Recent Accounting Pronouncements." We currently estimate that the value of these grants will be approximately $7.0 million to $11.0 million, which will be expensed over five years.

46

B 406

## Results of Operations

The following table sets forth selected statement of operations data as percentages of revenues for the periods indicated:

### Pike Electric Corporation and Subsidiaries
### Consolidated Statements of Income

|  | Year Ended June 30, | | | Nine Months Ended March 31, | |
|  | 2002 | 2003 | 2004 | 2004 | 2005 |
|---|---|---|---|---|---|
| Revenues: | | | | | |
| Powerline services | 97.4% | 84.3% | 87.9% | 86.3% | 72.0% |
| Storm restoration services | 2.6 | 15.7 | 12.1 | 13.7 | 28.0 |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of operations | 82.4 | 83.1 | 84.2 | 85.0 | 81.7 |
| Gross profit | 17.6 | 16.9 | 15.8 | 15.0 | 18.3 |
| General and administrative expenses | 5.2 | 5.6 | 5.3 | 5.3 | 6.4 |
| Other operating expense, net | 4.0 | 0.3 | — | — | — |
| Income from operations | 8.4 | 11.0% | 10.5% | 9.7% | 11.9% |
| Other expense: | | | | | |
| Interest expense, net | 1.0 | 4.0 | 2.6 | 2.6 | 6.5 |
| Other nonoperating (gain) expense, net | (0.1) | — | — | — | — |
| Income tax expense | 3.5 | 2.8 | 3.2 | 2.9 | 3.3 |
| Income from continuing operations | 4.0 | 4.2 | 4.7 | 4.2 | 2.1 |
| Loss from discontinued operations, net of taxes | (0.1) | (0.2) | (0.1) | (0.1) | — |
| Net income | 3.9% | 4.0% | 4.6% | 4.1% | 2.1% |

### Nine Months Ended March 31, 2005 Compared to Nine Months Ended March 31, 2004

*Revenues.* Revenues increased $261.1 million to $524.2 million for the nine months ended March 31, 2005 from $263.1 million for the nine months ended March 31, 2004. This increase was primarily attributable to the acquisition of Red Simpson in July 2004. Red Simpson contributed $167.0 million of incremental revenue while Pike accounted for the remaining $94.1 million of the increase.

Our powerline services revenue increased $150.4 million, or 66.3%, to $377.3 million in the nine months ended March 31, 2005 from $226.9 million in the nine months ended March 31, 2004. The Red Simpson acquisition accounted for approximately $128.2 million of this increase while Pike accounted for the remaining growth. Excluding the Red Simpson acquisition, total powerline man-hours increased, due primarily to an increased workload from our existing customers, while revenue per man-hour increased slightly.

Additionally, storm restoration revenues increased $110.8 million to $146.9 million for the nine months ended March 31, 2005 from $36.1 million for the nine months ended March 31, 2004. This increase in storm restoration revenue included $38.8 million in storm restoration revenue from Red Simpson and $72.0 million of additional storm restoration revenue from Pike, excluding Red Simpson. The increase was primarily the result of the largest storm restoration event in our history when four hurricanes affected Florida and the surrounding Gulf states during August and September of 2004.

47

424(B)(4)53

*Gross Profit.* Gross profit increased $56.6 million to $96.2 million for the nine months ended March 31, 2005 from $39.5 million for the nine months ended March 31, 2004, primarily due to the increase in revenues described above. As a percentage of revenues, gross profit increased to 18.3% in the nine months ended March 31, 2005 from 15.0% in the nine months ended March 31, 2004. This increase in gross margin was primarily attributable to an increase in higher margin storm restoration services as a percentage of total revenues to 28.0% in the nine months ended March 31, 2005 from 13.7% in the nine months ended March 31, 2004. We expect our storm restoration revenues to return to historical levels in future periods.

*General and Administrative Expenses.* General and administrative expenses increased $19.5 million to $33.5 million for the nine months ended March 31, 2005 from $14.1 million for the nine months ended March 31, 2004. This increase was primarily attributable to $8.6 million in additional ongoing expenses as a result of our acquisition of Red Simpson on July 1, 2004, a $4.2 million compensation expense for common stock options repurchased from our management in connection with our 2004 recapitalization and a compensation charge of $2.6 million related to the purchase by members of Red Simpson's management of restricted shares of common stock in connection with the acquisition of Red Simpson, due to the acceleration of deferred compensation benefits and the subsequent repurchase of a portion of that restricted stock in the 2004 recapitalization. The remaining increase in general and administrative expenses of $4.1 million was primarily due to increased administrative costs related to the increase in revenues in the nine months ended March 31, 2005 as compared to the nine months ended March 31, 2004.

*Other Expense.* Other expense increased $27.5 million to $34.2 million for the nine months ended March 31, 2005 from $6.7 million for the nine months ended March 31, 2004. This increase was due to an increase of $27.5 million in interest expense. The increase in interest expense was due to: (i) a $14.0 million charge to interest expense resulting from the redemption of our Series A preferred stock at a redemption price greater than its carrying value, (ii) a write-off of $5.6 million in deferred loan costs in connection with the refinancing of our then-existing credit facility in July 2004, (iii) a $6.5 million increase in interest expense primarily as a result of increased borrowings related to the acquisition of Red Simpson and the 2004 recapitalization, (iv) a $0.7 million increase in the amortization of deferred loan costs compared to the prior period and (v) a $0.7 million decrease in the mark-to-market gains on interest rate derivatives.

*Income Tax Expense.* Income tax expense increased $9.8 million to $17.4 million for the nine months ended March 31, 2005 from $7.6 million for the nine months ended March 31, 2004, primarily due to the increase in income before income taxes. The effective tax rates for the two periods were 40.7% and 61.7% for the nine month periods ended March 31, 2004 and 2005, respectively. The increase in the effective tax rate is primarily due to the $14.0 million charge to interest expense resulting from the redemption of the Series A preferred stock, which is not deductible for income tax purposes.

*Discontinued Operations.* Our industrial division ceased operations in the prior fiscal year and did not record any expenses attributable to discontinued operations in the current fiscal period. In the nine months ending March 31, 2004, we recognized a loss, net of taxes, of $0.4 million for discontinued operations.

*Net Income.* As a result of the factors discussed above, net income increased $0.1 million to $10.8 million for the nine months ended March 31, 2005 from $10.7 million for the nine months ended March 31, 2004.

### Year Ended June 30, 2004 Compared to Year Ended June 30, 2003

*Revenues.* Revenues increased $59.2 million, or 19.9%, to $356.7 million for the year ended June 30, 2004 from $297.5 million for the year ended June 30, 2003. This increase was attributable to growth in our powerline services. Powerline revenues increased $62.8 million, or 25.0%, to $313.6 million in fiscal 2004 from $250.9 million in fiscal 2003. Total powerline man-hours increased, due primarily to an increased workload from our existing customers, while revenue per man-hour remained nearly identical. The results for fiscal 2004 also include nine months of revenues from a small service provider in Tennessee, which we acquired on September 26, 2003. This acquisition accounted for $6.5 million of the increase in powerline

48

B 408

revenues. Slightly offsetting this increase in the powerline services was a decrease in storm restoration revenues to $43.0 million in fiscal 2004 from $46.6 million in fiscal 2003.

*Gross Profit.* Gross profit increased $6.1 million, or 12.1%, to $56.4 million for the year ended June 30, 2004 from $50.3 million for the year ended June 30, 2003, primarily due to the increase in revenues described above. As a percentage of revenues, gross profit decreased to 15.8% in fiscal 2004 from 16.9% in fiscal 2003. This decrease in gross margin was attributable in part to a decrease in revenues from storm restoration services as a percentage of total revenues to 12.1% in fiscal 2004 from 15.7% in fiscal 2003. Other contributing factors included increases in equipment rental and tool expenses, which increased to 3.0% of revenues in fiscal 2004 from 0.7% of revenues in fiscal 2003. This increase was due to start-up costs related to outfitting and training crews that were added as a result of new customers and contract additions with existing customers.

*General and Administrative Expenses.* General and administrative expenses increased $2.0 million, or 12.1%, to $18.8 million for the year ended June 30, 2004 from $16.8 million for the year ended June 30, 2003. As a percentage of revenues, these expenses decreased to 5.3% in fiscal 2004 from 5.6% in fiscal 2003 due to revenue growth. The most significant factor in this increase was an increase of $1.4 million for additional administrative staff and other costs to support growth.

*Other Expense.* Other expense decreased $2.6 million, or 22.4%, to $9.2 million for the year ended June 30, 2004 from $11.8 million for the year ended June 30, 2003. The decrease in expense was primarily due to interest rate derivatives related to our senior credit facility that resulted in a gain of $1.4 million in fiscal 2004 as compared to a loss of $1.5 million in fiscal 2003. This improvement is related to market changes and is not expected to recur.

*Income Tax Expense.* Income tax expense increased $3.0 million, or 35.3%, to $11.3 million for the year ended June 30, 2004 from $8.3 million for the year ended June 30, 2003, primarily due to the increase in income before income taxes. The effective tax rate for both periods was 40.1%.

*Discontinued Operations.* We recognized a loss, net of taxes, of $0.3 million for fiscal 2004 as compared to a loss, net of taxes, of $0.6 million for fiscal 2003 attributable to our industrial division, which ceased operations during the year ended June 30, 2004.

*Net Income.* As a result of the factors discussed above, net income increased $4.7 million, or 39.7%, to $16.5 million for the year ended June 30, 2004 from $11.8 million for the year ended June 30, 2003.

*Net Income Available to Common Stockholders.* Net income available to common stockholders for the year ended June 30, 2004 decreased to $16.5 million from $23.9 million from the year ended June 30, 2003. This decrease occurred primarily because net income available to common stockholders in fiscal 2003 was higher due to a $12.1 million decrease in the redemption value of our Series A preferred stock during that year. This decrease in the redemption value occurred because we adjusted the carrying value of the Series A preferred stock to $5.4 million from its original carrying value of $17.5 million at issuance in accordance with the terms of the Series A preferred stock.

### Year Ended June 30, 2003 Compared to Year Ended June 30, 2002

*Revenues.* Revenues increased $24.3 million, or 8.9%, to $297.5 million for the year ended June 30, 2003 from $273.2 million for the year ended June 30, 2002. Storm restoration revenues increased to $46.6 million in fiscal 2003 from $7.0 million in fiscal 2002, primarily as a result of an increase in storm activity. This increase offset a decrease of $15.3 million, or 5.7%, in our powerline services, which resulted from reduced utility spending and the reallocation of crews to storm restoration services in response to sharply increased storm activity. The reduced utility spending resulted from a decrease in spending by several of our significant customers due to an industry-wide downturn. In spite of a decrease in total powerline man-hours, total man-hours and revenue per man-hour increased slightly due to the increased storm restoration work, primarily because our storm service work yields higher revenue per man-hour than our powerline work.

49

B 409

***Gross Profit.*** Gross profit increased $2.3 million, or 4.9%, to $50.3 million for the year ended June 30, 2003 from $48.0 million for the year ended June 30, 2002. The increase was primarily attributable to the revenue improvement described above but was largely offset by a decrease in gross margins to 16.9% in fiscal 2003 from 17.6% in fiscal 2002. This change in gross margins was primarily attributable to an increase in payroll expenses to 40.7% of revenues in fiscal 2003 from 39.2% of revenues in fiscal 2002. Our payroll expenses as a percentage of revenues increased primarily because we maintained our core skilled labor force in spite of a decrease in powerline man-hours, which, in turn, resulted in greater labor costs per dollar of revenue and a corresponding reduction in gross margins.

***General and Administrative Expenses.*** General and administrative expenses increased $2.6 million, or 18.4%, to $16.8 million for the year ended June 30, 2003 from $14.2 million for the year ended June 30, 2002, primarily due to the inclusion of management fees paid to an affiliate of Lindsay Goldberg & Bessemer for the full fiscal year and increased administrative costs related to increased total revenues. As a percentage of revenues, these expenses slightly increased to 5.6% in fiscal 2003 from 5.2% in fiscal 2002.

***Recapitalization Expenses.*** Recapitalization expenses incurred in connection with our 2002 recapitalization decreased $10.5 million to $0.4 million for the year ended June 30, 2003 from $10.9 million for the year ended June 30, 2002. For a description of our 2002 recapitalization, see Note 1 to our audited consolidated financial statements.

***Other Expense.*** Other expense increased to $11.8 million for the year ended June 30, 2003 from $2.5 million for the year ended June 30, 2002. Interest expense increased $9.1 million to $11.9 million in fiscal 2003 from $2.8 million in fiscal 2002. The increase resulted from a $6.5 million increase in cash interest expense due to the addition of our senior credit facility in late 2002, a $1.1 million increase in the amortization of deferred loan costs and a $1.5 million increase resulting from the mark-to-market loss on our interest rate derivatives.

***Income Tax Expense.*** Income tax expense decreased $1.2 million, or 12.4%, to $8.3 million for the year ended June 30, 2003 from $9.5 million for the year ended June 30, 2002, primarily due to the non-deductibility of a portion of our recapitalization expenses in fiscal 2002. The effective tax rates for fiscal 2003 and 2002 were 40.1% and 46.8%, respectively.

***Discontinued Operations.*** We recognized a loss, net of taxes, of $0.6 million for the year ended June 30, 2003 as compared to a loss, net of taxes, of $0.3 million for the year ended June 30, 2002 attributable to our plan to cease operations of our industrial division in the year ended June 30, 2004.

***Net Income.*** As a result of the factors discussed above, net income increased $1.3 million, or 12.5%, to $11.8 million for the year ended June 30, 2003 from $10.5 million for the year ended June 30, 2002.

***Net Income Available to Common Stockholders.*** Net income available to common stockholders for the year ended June 30, 2003 increased to $23.9 million in the year ended June 30, 2003 from $10.5 million from the year ended June 30, 2002 primarily due to a $12.1 million decrease in the redemption value of our Series A preferred stock.

## Liquidity and Capital Resources

Our primary cash needs have been capital expenditures, working capital, payments under our senior credit facility, our acquisition of Red Simpson and the redemption of our Series A preferred stock. Our primary sources of cash have been borrowings under our senior credit facility, issuances of stock and cash flow from operations. As of March 31, 2005, our cash totaled $73,000 and we had $46.9 million available under the $70.0 million revolving portion of our senior credit facility (after giving effect to outstanding standby letters of credit of approximately $23.1 million).

We believe that our cash flow from operations, available cash and cash equivalents, and borrowings available under our senior credit facility will be adequate to meet our future liquidity needs through at least the year ended June 30, 2006. However, our ability to make scheduled payments of principal, to pay the interest on or refinance our indebtedness, or to fund planned capital expenditures will depend on our future

50

B 410

performance, which, to a certain extent, is subject to general economic, financial, competitive, legislative, regulatory and other factors that are beyond our control.

We need working capital to support seasonal variations in our business, primarily due to the impact of weather conditions on the electric infrastructure, and the corresponding spending by our customers on electric service and repairs. We may experience seasonal working capital needs from approximately August through February in connection with our storm restoration services. The increased service activity causes an excess of customer billings over customer collections, leading to increased accounts receivable during those periods. In the past, we have utilized borrowings under the revolving portion of our senior credit facility to satisfy normal operating costs during these periods.

We evaluate fluctuations in our accounts receivable by comparing revenue days outstanding between periods. Due to the seasonality of our business, we calculate revenue days outstanding as of the end of any period by utilizing the preceding three months of revenues to determine revenue per day. We then divide accounts receivable at the end of the period by revenue per day to calculate revenue days outstanding.

For the years ended June 30, 2003 and 2004, our revenue days outstanding in billed accounts receivable were 27 and 28 days, respectively, and our revenue days outstanding in work completed not billed increased from 30 to 35 days. The increase in revenue days outstanding in work completed not billed is a result of an increase in work completed not billed in June 2004 as compared to June 2003, which caused an increase in unbilled services. For the nine months ended March 31, 2004 and 2005, the revenue days outstanding in billed accounts receivable increased from 30 to 40 days, and the revenue days outstanding in work completed not billed decreased from 29 to 27 days, primarily as a result of the acquisition of Red Simpson, which generally experienced longer customer payment cycles and had shorter unbilled cycles.

Although we have no specific current plans to do so, to the extent we decide to pursue one or more significant strategic acquisitions, we will likely need to incur additional debt or sell additional equity to finance the purchase of those businesses.

*Changes in Cash Flows: Nine Months Ended March 31, 2005 Compared to Nine Months Ended March 31, 2004*

| | Nine Months Ended March 31, | |
| --- | --- | --- |
| | 2004 | 2005 |
| | (in millions) | |
| Net cash provided by operating activities from continuing operations | $ 21.8 | $ 50.7 |
| Net cash used in investing activities from continuing operations | $ (37.0) | $ (233.4) |
| Net cash provided by financing activities from continuing operations | $ 10.0 | $ 177.8 |

Net cash provided by operating activities from continuing operations increased $28.9 million to $50.7 million for the nine months ended March 31, 2005 from $21.8 million for the nine months ended March 31, 2004. For the nine months ended March 31, 2005, the net cash provided by operating activities primarily consisted of income from continuing operations of $10.8 million, depreciation expense of $23.9 million, amortization expense related to intangible assets of $4.3 million, non-cash interest expense of $21.6 million and deferred income tax expense of $10.4 million, offset in part by an increase in accounts receivable and work completed not billed of $7.9 million and a decrease in deferred compensation of $12.1 million. The non-cash interest expense of $21.6 million is primarily due to the $14.0 million charge resulting from the redemption of the Series A preferred stock and $7.6 million in amortization of deferred loan costs. For the nine months ended March 31, 2004, net cash provided by operating activities primarily consisted of income from continuing operations of $11.1 million, depreciation expense of $14.3 million and deferred income tax expense of $6.7 million, offset in part by an increase in accounts receivable and work completed not billed of $13.3 million.

51

B 411

Net cash used in investing activities from continuing operations in the nine months ended March 31, 2005 consisted primarily of $194.2 million for the acquisition of Red Simpson and $40.8 million for capital expenditures. Net cash used in investing activities in the nine months ended March 31, 2004 consisted primarily of capital expenditures of $30.6 million. Capital expenditures for both periods consisted primarily of purchases of vehicles and equipment used to service our customers.

Net cash provided by financing activities from continuing operations in the nine months ended March 31, 2005 primarily reflected cash borrowings and the proceeds of a stock placement to finance the Red Simpson acquisition and our 2004 recapitalization. In connection with the Red Simpson acquisition, we borrowed $300.0 million under our senior credit facility. We funded the Red Simpson acquisition with $71.0 million from a stock placement and $123.2 million from borrowings under our senior credit facility. Of the remaining $176.8 million of borrowings, we used $150.0 million to refinance then-existing indebtedness, $12.9 million to pre-fund the first payment under our deferred compensation obligations and the balance to pay transaction fees and expenses. The 2004 recapitalization was financed with a $150.0 million term loan issued under our senior credit facility, which was used to repurchase $127.5 million in shares of common stock and options ($123.3 million of which was paid in cash to the holders of common stock and $4.2 million of which was used to repurchase options) and to pay the redemption price of our Series A preferred stock of $20.0 million. We incurred approximately $12.3 million in 2005 in deferred loan costs in connection with obtaining this indebtedness. Net cash used in financing activities in the nine months ended March 31, 2004 reflects the borrowing of $13.0 million under the revolving portion of our senior credit facility and a $3.0 million repayment of debt.

### Changes in Cash Flows: 2004 Compared to 2003

| | Year Ended June 30, | | |
|---|---|---|---|
| | 2003 | | 2004 |
| | (in millions) | | |
| Net cash provided by operating activities from continuing operations | $ 33.9 | $ | 31.5 |
| Net cash used in investing activities from continuing operations | $ (15.1) | $ | (41.8) |
| Net cash provided by (used in) financing activities from continuing operations | $ (14.3) | $ | 10.0 |

Net cash provided by operating activities from continuing operations decreased $2.4 million to $31.5 million for the year ended June 30, 2004 from $33.9 million for the year ended June 30, 2003. For the year ended June 30, 2004, net cash provided by operating activities primarily consisted of income from continuing operations of $16.9 million, depreciation expense of $19.5 million, deferred income tax expense of $5.6 million and an increase in accounts payable and other liabilities of $5.1 million, offset in part by an increase in accounts receivable and work completed not billed of $20.5 million. For the year ended June 30, 2003, the net cash provided by operating activities primarily consisted of income from continuing operations of $12.5 million, depreciation expense of $17.6 million and deferred income tax expense of $3.3 million, offset in part by a decrease in insurance and claim accruals of $3.3 million.

Net cash used in investing activities from continuing operations was $41.8 million for the year ended June 30, 2004 and $15.1 million for the year ended June 30, 2003. Net cash used in investing activities in 2004 consisted primarily of capital expenditures of $35.7 million for purchases of vehicles and equipment and the acquisition of a small service provider in Tennessee for $7.0 million. Net cash used in investing activities in 2003 consisted primarily of capital expenditures of $21.2 million consisting of purchases of vehicles and equipment, partially offset by proceeds from the sale of property and equipment of $6.1 million consisting of sales of specialty vehicles and equipment retired from our fleet.

Net cash provided by (used in) financing activities of continuing operations was $10.0 million for fiscal 2004 and $(14.3) million for fiscal 2003. Net cash provided by financing activities in 2004 reflected borrowings of $13.0 million under the revolving portion of our senior credit facility, offset in part by principal payments on long-term debt of $3.0 million related to our senior credit facility. Net cash used in financing activities in 2003 primarily reflected payments of long-term debt of $15.0 million relating to our senior credit facility.

52

B 412

### Capital Expenditures

We routinely invest in vehicles, equipment and technology. The timing and volume of such capital expenditures in the future will be affected by the addition of new customers or expansion of existing customer relationships. We expect capital expenditures to range from $40.0 million to $60.0 million in the years ended June 30, 2005 and 2006, which could vary depending on the addition of new customers or increased work on existing customer relationships. We intend to fund those expenditures primarily from operating cash flow. Our capital expenditures in the nine months ended March 31, 2005 were $40.8 million. As of March 31, 2005, we had outstanding commitments for capital expenditures of $3.3 million.

### Senior Credit Facility

On July 1, 2004, in connection with our acquisition of Red Simpson, we refinanced our senior credit facility. On December 10, 2004, in connection with our 2004 recapitalization, we amended our senior credit facility to permit the recapitalization and obtain additional liquidity and operating flexibility. As of March 31, 2005, we had $408.0 million of term loan indebtedness outstanding under our senior credit facility. As of March 31, 2005, our borrowing availability under the revolving portion of our senior credit facility was $46.9 million (after giving effect to $23.1 million of outstanding standby letters of credit). The obligations under our senior credit facility are unconditionally guaranteed by us and each of our existing and subsequently acquired or organized subsidiaries (other than Pike Electric, Inc., which is the borrower under the facility) and secured on a first-priority basis by security interests (subject to permitted liens) in substantially all assets owned by us, Pike Electric, Inc. and each of our other domestic subsidiaries, subject to limited exceptions.

Our credit agreement contains a number of affirmative and restrictive covenants including limitations on mergers, consolidations and dissolutions, sales of assets, investments and acquisitions, indebtedness and liens, and dividends and other restricted payments. Under the credit agreement, we are permitted to incur maximum capital expenditures of $60.0 million in each of the fiscal years ending June 30, 2005, 2006 and 2007 and $70.0 million in any fiscal year thereafter, subject to a one year carry-forward of 50% of the unused amount from the previous fiscal year. In addition, the credit agreement provides that we are required to meet the following financial covenants, which are tested quarterly:

- a minimum cash interest coverage ratio, based upon the ratio of consolidated EBITDA to consolidated cash interest expense, which will require us to maintain a ratio of 3.50 to 1.00; and

- a maximum leverage ratio, based upon the ratio of consolidated funded debt to consolidated EBITDA, of 4.75 to 1.00 through the quarter ending March 31, 2006, and declining ratios thereafter.

Our senior credit facility, including the definition of EBITDA, is described in more detail under "Description of Senior Credit Facility." For a description of risks associated with our senior credit facility, see "Risk Factors — Risks Related to Our Business — We have a substantial amount of indebtedness incurred under a senior credit facility, which may restrict our business and operations, adversely affect our cash flow, and restrict our future access to sufficient funding to finance desired growth."

We intend to use proceeds from this offering to repay approximately $122.0 million of term loans outstanding under our senior credit facility. See "Use of Proceeds."

### Preferred Stock

In January 2005, in connection with the 2004 recapitalization, we redeemed all outstanding shares of Series A preferred stock for $20 per share for an aggregate amount of $20.0 million. See "— Other Events — 2004 Recapitalization."

53

B 413

**Contractual Obligations and Other Commitments**

As of June 30, 2004, our contractual obligations and other commitments were as follows:

| | | Payments Due by Period | | | |
| | Total | Less Than 1 Year | 1-3 Years | 3-5 Years | More Than 5 Years |
|---|---|---|---|---|---|
| | | | (in millions) | | |
| Long-term debt obligations(1) | $ 138.9 | $ — | $ — | $ — | $ 138.9 |
| Interest payment obligations(2) | 51.9 | 6.9 | 15.8 | 16.6 | 12.6 |
| Operating lease obligations | 6.4 | 1.1 | 1.6 | 1.1 | 2.6 |
| Purchase obligations(3) | 2.8 | 2.8 | — | — | — |
| Employment agreements | 0.6 | 0.6 | — | — | — |
| Total | $ 200.6 | $ 11.4 | $17.4 | $17.7 | $ 154.1 |

(1) Includes only obligations to pay principal not interest expense.

(2) Represents estimated interest payments to be made on our variable rate debt. All interest payments assume that principal payments are made as originally scheduled. Interest rates utilized to determine interest payments for variable rate debt are based upon our estimate of future interest rates.

(3) Consists of obligations to purchase trucks and other equipment.

As of March 31, 2005, our contractual obligations and other commitments were as follows:

| | | Payments Due by Period | | | |
| | Total | Less Than 1 Year | 1-3 Years | 3-5 Years | More Than 5 Years |
|---|---|---|---|---|---|
| | | | (in millions) | | |
| Long-term debt obligations(1) | $ 408.0 | $ — | $ 2.5 | $ 3.0 | $ 402.5 |
| Interest payment obligations(2) | 164.3 | 22.6 | 47.9 | 48.5 | 45.3 |
| Operating lease obligations | 6.1 | 1.0 | 1.6 | 1.0 | 2.5 |
| Purchase obligations(3) | 3.3 | 3.3 | — | — | — |
| Deferred compensation(4) | 37.5 | 15.0 | 22.5 | — | — |
| Employment agreements | 0.6 | 0.6 | — | — | — |
| Total | $ 619.8 | $ 42.5 | $74.5 | $52.5 | $ 450.3 |

(1) Includes only obligations to pay principal not interest expense.

(2) Represents estimated interest payments to be made on our variable rate debt. All interest payments assume that principal payments are made as originally scheduled. Interest rates utilized to determine interest payments for variable rate debt are based upon our estimate of future interest rates. Interest payment obligations for the periods shown above, after giving effect to the reduction in interest expense due to the use of proceeds of this offering to repay a portion of our senior credit facility, would be $15.8 million, $33.5 million, $33.8 million and $22.8 million, respectively, for a total of $105.9 million.

(3) Consists of obligations to purchase trucks and other equipment.

(4) For a description of the deferred compensation obligation, see "— Other Events — Deferred Compensation in Connection with Our Acquisition of Red Simpson."

**Off-Balance Sheet Arrangements**

Other than letters of credit issued under the $70.0 million revolving portion of our senior credit facility and our obligations under the surety and performance bonds described below, we do not have any other transactions, obligations or relationships that could be considered material off-balance sheet arrangements.

54

**B 414**

As of March 31, 2005, we had $23.1 million of standby letters of credit issued under our senior credit facility primarily for insurance and bonding purposes.

In the ordinary course of business, we occasionally are required by our customers to post surety or performance bonds in connection with services that we provide to them. These bonds have face amounts ranging from $48,000 to $5.4 million. As of March 31, 2005, we have approximately $26.5 million in surety bonds outstanding. In addition, we have provided collateral in the form of a letter of credit to sureties in the amount of $3.0 million, which is included in the total letters of credit outstanding above.

## Recent Accounting Pronouncements

In May 2003, the Financial Accounting Standards Board ("FASB") issued SFAS No. 150, *Accounting for Certain Financial Instruments with Characteristics of Both Liabilities and Equity*. SFAS No. 150 requires issuers to classify as liabilities (or assets in some circumstances) three classes of financial instruments that represent obligations for the issuer. SFAS No. 150 is effective for financial instruments entered into or modified after May 31, 2003 and is otherwise effective at the beginning of the first interim period beginning after June 15, 2003.

We adopted SFAS No. 150, effective July 1, 2003. Upon the adoption of SFAS No. 150, we reclassified our Series A preferred stock, with a carrying value of $5.4 million as of July 1, 2003 ($5.8 million as of June 30, 2004), as a long-term liability on our consolidated balance sheet because it is redeemable on a fixed and determinable date, April 18, 2022. Changes in the redemption value related to the Series A preferred stock, which previously had been recorded after net income as a charge in determining net income available to common stockholders, are reflected in interest expense in the consolidated statement of income for the year ended June 30, 2004 and amounted to $0.4 million for the 2004 fiscal year and $14.2 million for the nine months ended March 31, 2005. In accordance with SFAS No. 150, changes in the redemption value the Series A preferred stock recorded prior to July 1, 2003 have not been reclassified to interest expense. Prior to the adoption of SFAS No. 150, accretion on the Series A preferred stock was accounted for as a direct reduction to stockholders' equity, and the Series A preferred stock was presented between liabilities and stockholders' equity on our consolidated balance sheet.

On December 16, 2004, the FASB issued SFAS No. 123 (revised 2004), *Share-Based Payment*, which is a revision of SFAS No. 123, *Accounting for Stock-Based Compensation*. SFAS No. 123(R) supersedes APB 25, *Accounting for Stock Issued to Employees*, and amends SFAS No. 95, *Statement of Cash Flows*. However, SFAS No. 123(R) requires all share-based payments to employees, including grants of employee stock options, to be recognized in the income statement based on their fair values. Pro forma disclosure is no longer an alternative.

We adopted SFAS No. 123(R) on July 1, 2005. SFAS No. 123(R) permits public companies to adopt its requirements using one of two methods:

- A "modified prospective" method in which compensation cost is recognized beginning with the effective date (1) based on the requirements of SFAS No. 123(R) for all share-based payments granted after the effective date and (2) based on the requirements of SFAS No. 123 for all awards granted to employees prior to the effective date of SFAS No. 123(R) that remain unvested on the effective date.

- A "modified retrospective" method that includes the requirements of the modified prospective method described above but also permits entities to restate based on the amounts previously recognized under SFAS No. 123 for purposes of pro forma disclosures either (1) all prior periods presented or (2) prior interim periods of the year of adoption.

We adopted SFAS No. 123(R) using the modified prospective method. Prior to adopting SFAS No. 123(R), we accounted for share-based payments to employees using the intrinsic value method and therefore generally recognize no compensation cost for employee stock options, as permitted by SFAS No. 123. Accordingly, the adoption of SFAS No. 123(R)'s fair value method will have a significant impact on our results of operations, although it will have no impact on our overall financial position. We

55

B 415

cannot predict the impact of adoption of SFAS No. 123(R) at this time because it will depend in part on levels of share-based payments granted in the future. However, had we adopted SFAS No. 123(R) in prior periods, the impact of that standard would have approximated the impact of SFAS No. 123 as described in the disclosure of pro forma net income and earnings per share in Note 2 to our audited consolidated financial statements. SFAS No. 123(R) also requires the benefits of tax deductions in excess of recognized compensation cost to be reported as cash flow from financing activities, rather than as cash flow from operating activities as required under current accounting literature. This requirement will reduce our net cash flows from operating activities and increase our net cash flows from financing activities in periods after adoption.

**Quantitative and Qualitative Disclosures about Market Risk**

As of March 31, 2005, all of the outstanding debt under our senior credit facility was subject to floating interest rate risk. In January 2005, we entered into an interest rate swap agreement covering $50.0 million of our indebtedness and an interest rate cap agreement covering $45.0 million of our indebtedness, each with a term of two years, to manage our interest rate risk. For further information on these agreements, see Note 8 to our unaudited consolidated financial statements. Even after giving effect to these agreements, we are exposed to risks due to fluctuations in the market value of these agreements and changes in interest rates with respect to the portion of our senior credit facility that is not covered by these agreements. A hypothetical change in the interest rate of 100 basis points would have changed annual cash interest expense by approximately $3.6 million (or, after giving effect to this offering, $2.4 million).

56

## INDUSTRY OVERVIEW

The electric power market in the United States is an over $250 billion industry with electricity consumption having grown at an average compound annual growth rate, or CAGR, of 2.5% from 1975 to 2004, according to the Energy Information Administration, or EIA. The industry is comprised of investor-owned utilities, municipal utilities, cooperatives, federally-owned utilities, independent power producers and independent transmission companies with three distinct functions: generation, distribution and transmission. The electric distribution and transmission infrastructure is the critical network that connects power from generators to residential, commercial and industrial end users. Electric transmission refers to powerlines through which electricity is transmitted over long distances at high voltages (over 230 kilovolts, or kV) and the lower voltage lines that connect the high voltage transmission infrastructure to local distribution networks. Electric distribution refers to the local municipal, cooperative or utility distribution network, including associated substations, that provides electricity to end users over shorter distances. Within this electric network, there are over a million miles of distribution lines, more than 150,000 miles of high-voltage transmission lines and an estimated 60,000 high-voltage substations that monitor, control, stabilize and modify voltage levels throughout the network.

**Overview of Distribution & Transmission Infrastructure**



Electric distribution and transmission infrastructure requires ongoing maintenance, upgrades and extensions to manage powerline congestion, avoid delivery failures and connect distribution lines to new end users. It further requires emergency repairs whenever unexpected power outages or damage to infrastructure occur. The required maintenance, upgrades and extensions, as well as the emergency repairs, are performed by the utility companies that own the relevant powerlines and by third-party service providers, such as our company, to which utilities, cooperatives and municipalities outsource some of their needs.

We provide maintenance, upgrade and extension services for electrical distribution and sub-500 kV transmission powerlines. We believe these two areas of focus are the most attractive sector within the electric infrastructure industry for several reasons. First, distribution and sub-500 kV transmission work generally do not involve large, fixed-price contracts subject to one-time competitive bids and large performance bonding requirements. Instead, substantially all our distribution work and most of our sub-500 kV transmission work is performed under master service arrangements, under which we are paid either for each hour or each unit of work completed. Our sub-500kV transmission work performed under fixed price bids represents relatively small jobs (typically less than $5.0 million) with modest (i.e., approximately $500,000 on average) bonding requirements.

Second, we believe distribution and sub-500 kV transmission work is a highly attractive area because demand for these services is relatively stable. As compared to large, high voltage transmission projects, distribution and sub-500 kV transmission work is primarily driven by population growth and increased power usage, and it cannot be deferred as easily as larger transmission projects, as effective distribution is crucial to service reliability and customer satisfaction. In addition, decisions regarding spending on the services we perform are generally controlled by our customers, in contrast to larger transmission construction projects, which often span multiple service areas and may involve multiple parties. As a result, unlike larger transmission construction projects, our services generally involve less uncertainty concerning ownership and regulation. Also, many of our customers are regulated utilities and seek to recover the costs of our services through regulated rates. Amounts our customers spend on these services are typically included in their operating budgets and are therefore subject to less regulatory uncertainty regarding cost recovery than large, one-time transmission construction projects.

Finally, distribution and sub-500 kV transmission services represent the largest segment of the overall distribution and transmission market. Due to the larger size of the distribution network and constantly changing end user connectivity demands, spending on the electric power distribution infrastructure is significantly higher than spending on the transmission infrastructure. According to the Edison Electric Institute, or EEI, distribution spending represented $11.4 billion of the $15.5 billion of spending by investor-owned utilities on electric distribution and transmission in 2003.

**Industry Trends**

Long-term demand for infrastructure services is primarily driven by the continuous need to maintain the electric distribution and transmission infrastructure. In addition, future growth in demand for infrastructure services will generally be driven by increased demand for electricity, increased outsourcing by power suppliers and the need to correct the inadequacy of the current electric infrastructure.

*Growth in Demand for Electricity.* Demand for electricity is a direct driver of spending on electric distribution and transmission infrastructure. According to the EIA, electricity consumption in the United States increased 103% between 1975 and 2004, driven by population growth, economic expansion and the proliferation of electrical devices. In addition, electricity consumption is expected to continue to increase by an additional 43% between 2005 and 2025 according to the EIA. The southeastern and south central regions of the United States, which form the largest part of our market, have exhibited greater population growth than the rest of the country, driving both increased investment in the distribution and transmission infrastructure and the related increase in maintenance requirements. According to the EIA, electric power consumption in the south central and southeastern United States is projected to grow 36% and 53%, respectively, from 2005 to 2025. We believe that demand for our services by electric utilities will be driven by these favorable factors in the southeastern and south central United States over the next several years.

*Increased Outsourcing of Infrastructure Services.* As a result of an increased focus on profitability within the power industry, utilities, cooperatives and municipalities are continuously seeking ways to improve cost efficiencies. Over the last decade, electric utilities and cooperatives have increased their reliance on outsourcing the maintenance and improvement of their electric distribution and transmission systems to third-party service providers. Outsourcing benefits utilities by enabling them to focus on their core competencies, more flexibly manage their labor costs and more efficiently deploy their capital. We

58

B 418

424(B)(4)64

estimate, based on third-party industry inquiries, that utilities and cooperatives outsource approximately one-third of their total infrastructure servicing needs, providing room for continued growth for third-party service providers such as our company.

*Inadequacy of Current Electric Infrastructure.* Today, significantly more electricity is being transported over longer distances utilizing a system that was initially designed for limited power sharing among neighboring utilities. Despite changes in the wholesale electricity market, however, transmission investment has not kept pace with the growth in electricity consumption, which, according to the EIA, has nearly doubled since 1975. Such underinvestment, coupled with ever-increasing load demand, has led to critical congestion problems within the national power grid, which resulted in the rolling blackouts in California in 2001, the August 2003 blackout (which left 50 million people in the midwest and northeast United States and Canada without electricity) and the dramatic increase over the past several years in emergency relief procedures needed to avoid overloading lines. We believe that our business will benefit from any increase in spending in the transmission infrastructure due to the associated increases in maintenance, extension and upgrade of distribution and sub-500 kV transmission lines.

59

B 419

## BUSINESS

### Overview

We are one of the largest third-party providers of outsourced electric distribution and transmission services in the United States. Our core activities consist of the maintenance, upgrade and extension of electric distribution and sub-500 kV transmission powerlines for more than 150 electric utilities, cooperatives and municipalities. We service a contiguous 19-state region that stretches from Pennsylvania in the north to Florida in the southeast and to Texas in the southwest. Historically, our growth has been almost entirely organic, driven by the steady addition of new customers and the further expansion of existing customer relationships. We have maintained relationships of 30 years or longer with nine of our top 15 customers. Through our fiscal year ended June 30, 2004, our revenues grew at a ten-year compounded annual growth rate, or CAGR, of 10.6%, almost exclusively on an organic basis. On July 1, 2004, we acquired Red Simpson, which significantly expanded our service territory and operating scale and added multiple long-term customer relationships. For the year ended June 30, 2004, our pro forma revenues, after giving effect to the Red Simpson acquisition, were $552.5 million.

**Pike's Service Territory**



■ Pike territory

We focus on the distribution and sub-500 kV transmission sector of the electric infrastructure services industry, which we believe is the largest and most attractive sector in the industry. Based on data from EEI, distribution spending represented $11.4 billion of the $15.5 billion of total spending by investor-owned utilities on electric distribution and transmission in 2003. Moreover, expenditures on distribution are generally more stable than those for heavy transmission infrastructure, which tend to be characterized by large, one-time projects. We also provide over 90% of our services under master service arrangements, whereby we are paid either on an hourly basis or for each unit of work completed, rather than under the competitively-bid, fixed-price contracts typically associated with large-scale transmission construction projects. In addition to our core distribution and transmission services, we also offer storm restoration services and a variety of value-added ancillary services.

The breadth and quality of our service offering, combined with the ability to mobilize and deliver emergency restoration services on a large scale, has resulted in a loyal customer base. Over our 59-year history, we have developed strong and long-standing relationships with our customers, which include major electric cooperatives, municipalities and utilities, such as American Electric Power Company, Inc., Cobb EMC, Duke Power Company, Entergy Corporation, Florida Power & Light Company, Georgia Power Company and TXU Corp., a Red Simpson customer.

As of May 15, 2005, we employed a non-union workforce of over 6,700 employees, many of whom occupy highly skilled positions. Our workforce is supported by a large, modern fleet of specialty vehicles

60

**B 420**

and equipment. Our fleet, substantially all of which we own, consists of over 6,000 pieces of specialized equipment with an average age of approximately five years (measured as of May 2005) as compared to their average useful lives of eight to 12 years. We utilize our own skilled mechanics and garage facilities to service and maintain the majority of our fleet.

**History**

We were founded by Floyd S. Pike in 1945 with a single truck salvaged from the bottom of an inland waterway. Over our 59-year history, we have grown from six employees servicing one customer in North Carolina to over 6,700 employees servicing over 150 customers spread across a 19-state region at May 15, 2005. On July 1, 2004, we acquired Red Simpson. Founded in 1963, Red Simpson was an electric distribution and transmission services provider in the south central United States prior to the acquisition. Our service territory was contiguous with Red Simpson's, and the acquisition added new customers and diversified our customer base, as demonstrated by the fact that only two of our top 10 customers overlapped with Red Simpson's customer base. The acquisition of Red Simpson also substantially increased our operating scale and resources, which enhanced our flexibility in serving our customers' critical needs. We are now one of the largest third-party providers of outsourced distribution and sub-500 kV transmission services in the United States.

Many members of our senior management team, including our chief executive officer, J. Eric Pike, have spent their entire careers with us, beginning as linemen and occupying various other jobs prior to their current positions. We believe that our management continuity provides our company with several benefits, including customer relationships that span three generations of our management and an organizational culture marked by operational excellence.

**Competitive Strengths**

We believe our significant competitive strengths are as follows:

*Leading Pure-Play Provider of Electric Distribution and Transmission Infrastructure Services.* We are one of the largest providers of services to electric utilities, cooperatives and municipalities. In addition, after the completion of the rebranding of the Red Simpson business to Pike, we will be one of the few service providers of scale in our industry that operates under a single, well-recognized brand over a contiguous geographic area. We do not provide services to telecommunications, natural gas or fiber optics companies, except for incidental work in connection with our core powerline services. Over the past 59 years, our business has grown almost entirely on an organic basis with the exception of our acquisition of Red Simpson, which itself grew primarily on an organic basis.

*Outsourced Services-Based Business Model.* We provide vital services to electric utilities, cooperatives and municipalities, which have increased their reliance on outsourcing the maintenance and improvement of their distribution and transmission systems to third-party service providers. In addition, we enable our customers to react to short-term changes in demand without significant capital expenditures or changes in the size of their workforces.

Over 90% of our services are provided under master service arrangements. We do not derive a significant portion of our revenues from fixed-price agreements relating to large-scale capital improvement projects, which generally involve competitive bidding and substantial performance bond requirements. Under our master service arrangements, we typically perform services based on a price per hour worked or per unit of service. The terms of the majority of our service arrangements range from three to five years. As a result of our track record of quality work and services, we estimate that a majority of our arrangements are renewed at or before the expiration of their terms.

*Attractive, Contiguous End Markets.* We operate in a contiguous geographic market that includes the southeastern and south central areas of the United States. Since 1990, the southeastern and south central regions have exhibited strong population growth which we believe, when combined with increased electricity consumption, have driven both increased investment in electric distribution and transmission

61

424(B)(4)67

infrastructure and the need for increased maintenance and upgrading of existing systems. From 1990 through 2003, for example, electricity consumption in the United States as a whole increased 29% according to the EIA, while electricity consumption in our geographic market increased 34%. Moreover, the contiguous nature of our service territory provides us with significant benefits by increasing our operating efficiency and our flexibility to respond to our customers' needs.

*Recognized Leader in Storm Restoration Capabilities.* Our 19-state market includes the prime "storm territories" of the southeastern and south central United States. Throughout our market, we are a leading provider of emergency services for storm restoration. We maintain a dedicated 24-hour Storm Center that acts as the single hub of command prior to and during crisis situations, such as hurricanes or ice or wind storms. We have deployed more than 2,000 employees within 24 hours to respond to weather crises in one or more affected regions.

Our storm restoration services can generate significant revenues. In addition, these services provide us with opportunities to attract new customers for our core electric distribution and transmission infrastructure services. We also have been successful in acquiring new customers after providing storm restoration services to them.

*Long-Standing Relationships Across a High-Quality Customer Base.* We focus on developing strong, long-term relationships with major electric utilities, cooperatives and municipalities. We have a diverse, well-capitalized customer base that includes over 150 electric companies throughout our service territory. We maintain our customer relationships through multiple points of contact between our company and our customers, from senior management to field crews. We have employed a customer-focused philosophy that has resulted in long-standing customer relationships, as exemplified by our 59-year relationship with our first customer, Duke Power Company, our 48-year relationship with American Electric Power Company, Inc. and Red Simpson's 30-year relationship with TXU Corp. After giving effect to the Red Simpson acquisition, our relationships with our top 15 customers average approximately 33 years. We believe that these long-term customer relationships are a distinct competitive advantage for our company.

*Experienced Management Team with Demonstrated Operational Excellence.* Our strong management has led us to operational excellence, as demonstrated by our continuing success in effectively growing our business, managing our costs, supervising our workforce, deploying our fleet and integrating Red Simpson. Our chief executive officer, J. Eric Pike, began his career with us 18 years ago as a lineman installing and repairing powerlines. In addition, the other members of our senior management have been with us for an average of approximately 19 years, and almost all of them began their careers with us as linemen and obtained significant operating experience prior to being promoted to their current positions. Due to firsthand experience at different levels of our corporate structure, members of our management team have a deep understanding of our employees' needs and strive to maintain good relations with our employees. Our management has fostered a culture of corporate loyalty, which in turn has given rise to high employee retention rates.

*Major Investments in Fleet and Safety.* We have made significant investments in our business to support our continued growth. During the five years ended June 30, 2004, pro forma for the Red Simpson acquisition, we invested approximately $250 million in our fleet and centralized garage and maintenance facilities, resulting in a large, modern fleet. Our fleet, substantially all of which we own, currently consists of over 6,000 pieces of specialized equipment with an average age of approximately five years (measured as of May 2005) as compared to their average useful lives of eight to 12 years. We service the majority of our fleet and are a final-stage manufacturer for several configurations of our specialty vehicles. In addition to investing in our fleet, we have invested in our employee safety and development programs, establishing training and safety programs certified by the Department of Labor, or the DOL, and 28 training facilities located in 11 states. Our continued focus on safety and workforce development has resulted in year-over-year improvements in our recordable and lost-time incidence rates, which we calculated in accordance with methodologies prescribed by the Occupational Safety and Health Administration, at Pike stand-alone in each of the five years ended June 30, 2004.

## Business Strategy

We strive to be our customers' service provider of choice and to expand our leadership position in the outsourced services sector of the electric infrastructure industry, while continuing to increase our revenues and profitability. In order to accomplish these goals, we intend to pursue the following strategies:

*Increased Penetration Within Our Existing Service Territory.* We intend to continue to increase our penetration and market share within our existing service territory by expanding our existing customer relationships, attracting new customers and pursuing selective acquisitions. We estimate, based on third-party customer inquiries, that electric companies currently outsource approximately one-third of their distribution and transmission infrastructure service requirements. We believe our modern fleet, quality service, regional presence, storm restoration capabilities and strong safety record will enable us to develop our business with both existing and prospective customers as they continue to further outsource their servicing needs. Furthermore, our acquisition of Red Simpson provides us with an opportunity to market additional Pike services, including underground distribution services and storm restoration services, to existing customers that primarily obtained overhead distribution services from Red Simpson.

*Expand Our Service Territory.* We intend to continue to grow our business by seeking new opportunities from our existing customers that have operations outside our current service territory, capturing new customers in other geographic markets and pursuing selective acquisitions. In the last several years, we have successfully expanded our services into Mississippi, Pennsylvania, Louisiana and Texas. In addition, our acquisition of Red Simpson enabled us to achieve our strategic objective of penetrating the south central market, which includes Texas and Louisiana. We also have been successful in acquiring new customers after providing storm restoration services to them.

*Continued Focus on Distribution and Sub-500 kV Transmission.* We focus on the maintenance, upgrade and extension of electric distribution and sub-500 kV transmission powerlines. We believe that the distribution sector will continue to be the most attractive sector of the electric infrastructure services industry because expenditures on distribution are significantly greater and are generally more stable than those for transmission, and the transmission services that we provide typically tend to be more recurring than those for heavy transmission infrastructure due to the necessary maintenance and service requirements of sub-500 kV transmission lines. The south central and southeastern United States have a growing population and, according to the EIA, electric power consumption in those regions is projected to grow 36% and 53%, respectively, from 2005 to 2025. By focusing on the distribution and sub-500 kV transmission sectors of the industry and providing high quality services to our customers, we believe that we will be in a position to capture a significant share of the expected increased amount of work in this market sector.

*Capitalize on Favorable Long-Term Industry Trends.* We believe that we are well positioned to benefit from expected long-term industry trends, which are described in more detail in "Industry Overview."

- *Growth in demand for electricity.* We believe that demand for our services will be driven in part by increased demand for electricity due to expected growth in population and electricity consumption in the southeastern and south central United States, which have grown at higher rates in recent years than the rest of the country.

- *Increased outsourcing of infrastructure services.* We intend to actively pursue opportunities provided by the continuing trend by electric companies to increase their reliance on outsourcing the maintenance and improvement of their electric distribution and transmission systems.

- *Inadequacy of current electric infrastructure.* To the extent spending on the current electric infrastructure increases as expected, we believe we will have increased opportunities to provide distribution and sub-500 kV transmission upgrade and ongoing maintenance services.

*Continued Focus on Operating Efficiency and Customer Service.* We intend to use the scale and scope of our capabilities to achieve higher levels of operating efficiency and productivity while further

B 423