# EXHIBIT 17

# Part 4 of 5

424(B)(4)108

## UNDERWRITING

We and the selling stockholders are offering the shares of common stock described in this prospectus through a number of underwriters. Citigroup Global Markets Inc., or Citigroup, and J.P. Morgan Securities Inc., or JPMorgan, are acting as joint book-running managers of the offering and as representatives of the underwriters. We and the selling stockholders have entered into an underwriting agreement with the underwriters. Subject to the terms and conditions of the underwriting agreement, we and the selling stockholders have agreed to sell to the underwriters, and each underwriter has severally agreed to purchase, at the public offering price less the underwriting discounts and commissions set forth on the cover page of this prospectus, the number of shares of common stock listed next to its name in the following table:

| Name | Number of Shares |
|---|---|
| Citigroup Global Markets Inc. | 4,387,500 |
| J.P. Morgan Securities Inc. | 4,387,500 |
| Robert W. Baird & Co. Incorporated | 2,025,000 |
| Friedman, Billings, Ramsey & Co., Inc. | 2,025,000 |
| CMG Institutional Trading LLC | 191,667 |
| Edward D. Jones & Co., L.P. | 191,667 |
| The Williams Capital Group, L.P. | 191,667 |
| Redwine & Company, Inc. | 99,999 |
| Total | 13,500,000 |

The underwriters are committed to purchase all the common shares offered by us and the selling stockholders if they purchase any shares. The underwriting agreement also provides that if an underwriter defaults, the purchase commitments of non-defaulting underwriters may also be increased or the offering may be terminated.

The underwriters propose to offer the common shares directly to the public at the initial public offering price set forth on the cover page of this prospectus and to certain dealers at that price less a concession not in excess of $0.588 per share. Any such dealers may resell shares to certain other brokers or dealers at a discount of up to $0.10 per share from the initial public offering price. After the initial public offering of the shares, the offering price and other selling terms may be changed by the underwriters. Sales of shares made outside of the United States may be made by affiliates of the underwriters. The representatives have advised us and the selling stockholders that the underwriters do not intend to confirm discretionary sales in excess of 5% of the common shares offered in this offering.

The underwriters have an option to buy up to 2,025,000 additional shares of common stock from LGB Pike II LLC, one of the selling stockholders, to cover sales of shares by the underwriters that exceed the number of shares specified in the table above. The underwriters have 30 days from the date of this prospectus to exercise this over-allotment option. If any shares are purchased with this over-allotment option, the underwriters will purchase shares in approximately the same proportion as shown in the table above. If any additional shares of common stock are purchased, the underwriters will offer the additional shares on the same terms as those on which the shares are being offered.

The underwriting fee is equal to the public offering price per share of common stock less the amount paid by the underwriters to us and the selling stockholders per share of common stock. The underwriting fee is $0.98 per share. The following tables show the per share and total underwriting discounts and

103

B 463

424(B)(4)109

commissions to be paid to the underwriters assuming both no exercise and full exercise of the underwriters' option to purchase additional shares.

### Paid by Us

|  | Without Over-allotment Exercise | With Full Over-allotment Exercise |
|---|---|---|
| Per Share | $ 0.98 | $ 0.98 |
| Total | $ 9,800,000 | $ 9,800,000 |

### Paid by the Selling Stockholders

|  | Without Over-allotment Exercise | With Full Over-allotment Exercise |
|---|---|---|
| Per Share | $ 0.98 | $ 0.98 |
| Total | $ 3,430,000 | $ 5,414,500 |

We estimate that our share of the total expenses of this offering, including registration, filing and listing fees, printing fees and legal and accounting expenses, but excluding the underwriting discounts and commissions, will be approximately $4.25 million.

A prospectus in electronic format may be made available by one or more of the underwriters. The representatives may agree to allocate a number of shares to underwriters for sale to their online brokerage account holders. The representatives will allocate shares to underwriters that may make Internet distributions on the same basis as other allocations. In addition, shares may be sold by the underwriters to securities dealers who resell shares to online brokerage account holders.

Fbr.com, a division of FBR Investment Services Inc., which is an affiliate of Friedman, Billings, Ramsey & Co., Inc., will be facilitating Internet distribution for this offering to certain of its Internet subscription customers. Friedman, Billings, Ramsey intends to allocate a limited number of shares for sale to its online brokerage customers. An electronic prospectus will be available on the Internet website maintained by Friedman, Billings, Ramsey. Other than the prospectus in electronic format, the information on the Friedman, Billings, Ramsey website is not part of this prospectus.

We, the selling stockholders and our directors and executive officers have agreed with the underwriters prior to the commencement of this offering that we and each of these persons or entities, with limited exceptions, for a period of 180 days after the date of this prospectus, may not, without the prior written consent of Citigroup and JPMorgan:

- offer, pledge, announce the intention to sell, sell, contract to sell, sell any option or contract to purchase, purchase any option or contract to sell, grant any option, right or warrant to purchase, or otherwise transfer or dispose of, directly or indirectly, any shares of our common stock or any securities convertible into or exercisable or exchangeable for our common stock (including, without limitation, common stock that may be deemed to be beneficially owned by such persons or entities in accordance with the rules and regulations of the SEC and securities that may be issued upon exercise of a stock option or warrant); or

- enter into any swap or other agreement that transfers, in whole or in part, any of the economic consequences of ownership of the common stock,

whether any such transaction described in the bullet points above is to be settled by delivery of common stock or such other securities, in cash or otherwise.

The restrictions described in the immediately preceding paragraph do not apply to:

- sale of shares to the underwriters;

104

**B 464**

424(B)(4)110

- issuance by us of shares of common stock upon the exercise of an option or a warrant or the conversion of a security outstanding on the date of the prospectus of which the underwriters have been advised in writing, so long as each recipient that has previously signed a lock-up agreement agrees to be subject to the restrictions described in the immediately preceding paragraph;

- issuance by the company of shares or options to purchase shares of our common stock, or the repurchase of unvested shares upon termination of service of an employee, director, consultant or other service provider, pursuant to a stock incentive plan in existence on the date of the prospectus or pursuant to the employee stock purchase plan that we intend to adopt as described in "Management — Stock Incentive Plans — New Employee Stock Purchase Plan";

- transactions by persons other than the company relating to shares of common stock or other securities acquired in open market transactions after the completion of the offering, so long as no filing by any party with the SEC shall be required or voluntarily made in connection with subsequent sales of common stock or other securities acquired in such open market transactions;

- filing by us of any registration statement with the SEC on Form S-8 relating to the offering of securities pursuant to the terms of a stock incentive plan in existence on the date of the prospectus or pursuant to the employee stock purchase plan that we intend to adopt as described in "Management — Stock Incentive Plans — New Employee Stock Purchase Plan";

- issuance by the company of shares in connection with the acquisition of another company, so long as (1) the shares issued do not represent more than 20% of our company's market capitalization after the issuance and (2) each recipient agrees to be subject to the restrictions described in the immediately preceding paragraph;

- transfers by a person other than us of shares of common stock or any security convertible into common stock as a bona fide gift or for no consideration and transfers by a person other than us by will or intestate, so long as (1) each recipient agrees to be subject to the restrictions described in the immediately preceding paragraph and (2) the underwriters have been advised in writing;

- transfers by a person other than us to any trust, partnership or limited liability company for the direct or indirect benefit of such person for estate planning purposes, so long as (1) the trustee, partnership or limited liability company agrees to be subject to the restrictions described in the immediately preceding paragraph, (2) any such transfer shall not involve a disposition for value and (3) no filing by any party with the SEC shall be required or voluntarily made in connection with such transfer; or

- transfers by any corporation, partnership, limited liability company or other entity to an affiliate, provided such affiliate agrees to be subject to the restrictions described in the immediately preceding paragraph.

Citigroup and JPMorgan have no current intent or arrangement to release any of the shares subject to the lock-up agreements prior to the expiration of the 180-day lock-up period. There are no contractually specified conditions for the waiver of lock-up restrictions, and any waiver is at the joint discretion of Citigroup and JPMorgan.

There are no specific criteria for the waiver of lock-up restrictions, and Citigroup and JPMorgan cannot in advance determine the circumstances under which a waiver might be granted. Any waiver will depend on the facts and circumstances existing at the time. Among the factors that Citigroup and JPMorgan may consider in deciding whether to release shares may include the length of time before the lock-up expires, the number of shares involved, the reason for the requested release, market conditions, the trading price of our common stock, historical trading volumes of our common stock and whether the person seeking the release is an officer, director or affiliate of our company. Neither Citigroup nor JPMorgan will consider its own positions in our securities, if any, in determining whether to consent to a waiver of a lock-up agreement.

B 465

424(B)(4)111

We have agreed to indemnify the underwriters against certain liabilities, including liabilities under the Securities Act of 1933.

Our common stock has been approved for listing on the New York Stock Exchange under the symbol "PEC."

In connection with this offering, the underwriters may engage in stabilizing transactions, which involves making bids for, purchasing and selling shares of common stock in the open market for the purpose of preventing or retarding a decline in the market price of the common stock while this offering is in progress. These stabilizing transactions may include making short sales of the common stock, which involves the sale by the underwriters of a greater number of shares of common stock than they are required to purchase in this offering, and purchasing shares of common stock on the open market to cover positions created by short sales. Short sales may be "covered" shorts, which are short positions in an amount not greater than the underwriters' over-allotment option referred to above, or may be "naked" shorts, which are short positions in excess of that amount. The underwriters may close out any covered short position either by exercising their over-allotment option, in whole or in part, or by purchasing shares in the open market. In making this determination, the underwriters will consider, among other things, the price of shares available for purchase in the open market compared to the price at which the underwriters may purchase shares through the over-allotment option. A naked short position is more likely to be created if the underwriters are concerned that there may be downward pressure on the price of the common stock in the open market that could adversely affect investors who purchase in this offering. To the extent that the underwriters create a naked short position, they will purchase shares in the open market to cover the position.

The underwriters have advised us that, pursuant to Regulation M of the Securities Act of 1933, they may also engage in other activities that stabilize, maintain or otherwise affect the price of the common stock, including the imposition of penalty bids. This means that if the representatives of the underwriters purchase common stock in the open market in stabilizing transactions or to cover short sales, the representatives can require the underwriters that sold those shares as part of this offering to repay the underwriting discount received by them.

These activities may have the effect of raising or maintaining the market price of the common stock or preventing or retarding a decline in the market price of the common stock, and, as a result, the price of the common stock may be higher than the price that otherwise might exist in the open market. If the underwriters commence these activities, they may discontinue them at any time. The underwriters may carry out these transactions on the New York Stock Exchange, in the over-the-counter market or otherwise.

At our request, the underwriters have reserved for sale as part of the underwritten offering, at the initial offering price, up to 675,000 shares, or approximately 5.0% of the total number of shares offered in this prospectus, for our employees and directors, selected business associates and certain related persons. If purchased by these persons, these shares will be subject to a 25-day lock-up restriction. The number of shares of common stock available for sale to the general public will be reduced to the extent such persons purchase such reserved shares. Any reserved shares which are not so purchased will be offered by the underwriters to the general public on the same basis as the other shares offered in this prospectus.

Prior to this offering, there has been no public market for our common stock. The initial public offering price was determined by negotiations among us, the selling stockholders and the representatives of the underwriters. In determining the initial public offering price, we, the selling stockholders and the representatives of the underwriters considered a number of factors including:

• the information set forth in this prospectus and otherwise available to the representatives;

• our prospects and the history and prospects for the industry in which we compete;

• an assessment of our management;

• the capital structure of our company;

• our prospects for future earnings;

106

B 466

424(B)(4)112

- the general condition of the securities markets, and the initial public offering market in particular, at the time of this offering;

- the recent market prices of, and demand for, publicly traded common stock of generally comparable companies; and

- other factors deemed relevant by the underwriters, the selling stockholders and us.

Neither we nor the selling stockholders or the underwriters can assure investors that an active trading market will develop for our common shares, or that the shares will trade in the public market at or above the initial public offering price.

In relation to each Member State of the European Economic Area which has implemented the Prospectus Directive (each, a "Relevant Member State"), with effect from and including the date on which the Prospectus Directive is implemented in that Relevant Member State (the "Relevant Implementation Date"), no offer of shares of our common stock to the public in that Relevant Member State may be made prior to the publication of a prospectus in relation to our common shares which has been approved by the competent authority in that Relevant Member State or, where appropriate, approved in another Relevant Member State and notified to the competent authority in that Relevant Member State, all in accordance with the Prospectus Directive, except that, with effect from and including the Relevant Implementation Date, an offer of our common shares may be made to the public in that Relevant Member State at any time:

- to legal entities which are authorized or regulated to operate in the financial markets or, if not so authorized or regulated, whose corporate purpose is solely to invest in securities;

- to any legal entity which has two or more of (1) an average of at least 250 employees during the last financial year; (2) a total balance sheet of more than €43,000,000 and (3) an annual net turnover of more than €50,000,000, as shown in its last annual or consolidated accounts; or

- in any other circumstances which do not require the publication by the issuer of a prospectus pursuant to Article 3 of the Prospectus Directive.

For the purposes of this provision, the expression an "offer of shares to the public" in relation to any common shares in any Relevant Member State means the communication in any form and by any means of sufficient information on the terms of the offer and the common shares to be offered so as to enable an investor to decide to purchase or subscribe the common shares, as the same may be varied in that Relevant Member State by any measure implementing the Prospectus Directive in that Relevant Member State, and the expression "Prospectus Directive" means Directive 2003/71/ EC and includes any relevant implementing measure in each Relevant Member State.

Each underwriter represents that:

- it has not made and will not make an offer of the shares to the public in the United Kingdom prior to the publication of a prospectus in relation to the shares of our common stock and the offer that has been approved by the Financial Services Authority ("FSA") or, where appropriate, approved in another Member State and notified to the FSA, all in accordance with the Prospectus Directive, except that it may make an offer of the shares to persons who fall within the definition of "qualified investor" as that term is defined in Section 86(1) of the Financial Services and Markets Act 2000 ("FSMA") or otherwise in circumstances which do not result in an offer of transferable securities to the public in the United Kingdom within the meaning of the FSMA;

- it has only communicated or caused to be communicated and will only communicate or cause to be communicated any invitation or inducement to engage in investment activity (within the meaning of Section 21 of the Financial Services and Markets Act 2000) received by it in connection with the issue or sale of any shares in circumstances in which Section 21(1) of the Financial Services and Markets Act 2000 does not apply to us; and

107

B 467

- it has complied and will comply with all applicable provisions of the Financial Services and Markets Act 2000 with respect to anything done by it in relation to the shares in, from or otherwise involving the United Kingdom.

Certain of the underwriters and their affiliates have provided in the past to us and our affiliates and to Lindsay Goldberg & Bessemer and its affiliates and may provide from time to time in the future certain commercial banking, financial advisory, investment banking and other services for us, Lindsay Goldberg & Bessemer and such affiliates in the ordinary course of their business, for which they have received and may continue to receive customary fees and commissions. For example, an affiliate of JPMorgan is a lender under our senior credit facilities, and affiliates of Citigroup and JPMorgan are lenders to certain of Lindsay Goldberg & Bessemer's other portfolio companies. In addition, from time to time, certain of the underwriters and their affiliates may effect transactions for their own account or the account of customers, and hold on behalf of themselves or their customers, long or short positions in our debt or equity securities or loans, and may do so in the future.

## LEGAL MATTERS

The validity of our common stock offered hereby will be passed upon for us by Cravath, Swaine & Moore LLP, New York, New York. The validity of the common stock offered hereby will be passed upon for the underwriters by Simpson Thacher & Bartlett LLP, New York, New York.

## EXPERTS

The consolidated financial statements of Pike Electric Corporation and subsidiaries as of June 30, 2003 and 2004, and for each of the two years in the period ended June 30, 2004 appearing in this prospectus and registration statement have been audited by Ernst & Young LLP, independent registered public accounting firm, as set forth in their report thereon appearing elsewhere herein, and are included in reliance upon such report given on the authority of such firm as experts in accounting and auditing.

The consolidated financial statements of Pike Electric Corporation and subsidiaries for the year ended June 30, 2002 included in this prospectus have been audited by Dixon Hughes PLLC, an independent registered public accounting firm, as stated in their report, and are included elsewhere in this prospectus, and have been so included in reliance upon the report of such firm given upon their authority as experts in auditing and accounting.

The consolidated financial statements of Red Simpson, Inc. and subsidiaries as of December 31, 2003 and 2002, and for each of the three years in the period ended December 31, 2003 and as of June 30, 2004 and 2003 and for the six-month periods ended June 30, 2004 and 2003, included in this prospectus have been audited by Grant Thornton LLP, an independent registered public accounting firm, as indicated in their report with respect thereto, and are included elsewhere in this prospectus in reliance upon the report of such firm given upon their authority as experts in auditing and accounting.

## ADDITIONAL INFORMATION

We have not previously been subject to the reporting requirements of the Securities Exchange Act of 1934, as amended. We filed with the SEC a registration statement on Form S-1 under the Securities Act, with respect to the offer and sale of common stock pursuant to this prospectus. This prospectus, filed as a part of the registration statement, does not contain all of the information set forth in the registration statement or the exhibits and schedules thereto in accordance with the rules and regulations of the SEC and no reference is hereby made to such omitted information. Statements made in this prospectus concerning the contents of any contract, agreement or other document filed as an exhibit to the registration statement are summaries of the terms of such contracts, agreements or documents and are not necessarily complete.

108

424(B)(4)114

   The registration statement and the exhibits and schedules thereto filed with the SEC may be inspected, without charge, and copies may be obtained at prescribed rates, at the Public Reference Room maintained by the SEC at its principal office at 100 F Street, N.E., Washington, D.C. 20549. You may also receive copies of these documents upon payment of a duplicating fee by writing to the SEC's Public Reference Room. Please call the SEC at 1-800-SEC-0330 for further information on the Public Reference Room in Washington, D.C. and other locations. The SEC also maintains a website (http://www.sec.gov) available to the public that contains reports, proxy and information statements and other information regarding registrants that file electronically with the SEC. The registration statement of which this prospectus forms a part and the exhibits thereto may be obtained through the SEC's website. For further information pertaining to our company and the common stock offered by this prospectus, reference is made to the registration statement.

   Upon completion of this offering, we will become subject to the information and periodic reporting requirements of the Securities Exchange Act of 1934, as amended, and will file periodic reports and other information with the SEC. These periodic reports and other information will be available for inspection and copying at the SEC's public reference facilities and the website of the SEC referred to above.

109

B 469

## INDEX TO FINANCIAL STATEMENTS

PIKE ELECTRIC CORPORATION AUDITED CONSOLIDATED FINANCIAL STATEMENTS
   Reports of Independent Registered Public Accounting Firms    F-2
   Consolidated Balance Sheets as of June 30, 2003 and 2004    F-4
   Consolidated Statements of Income for the Years Ended 2002, 2003 and 2004    F-5
   Consolidated Statements of Stockholders' Equity for Years Ended June 30, 2002, 2003 and 2004    F-6
   Consolidated Statements of Cash Flows for the Years Ended June 30, 2002, 2003 and 2004    F-7
   Notes to Consolidated Financial Statements    F-8
PIKE ELECTRIC CORPORATION CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)
   Condensed Consolidated Balance Sheets as of March 31, 2004 and 2005    F-25
   Condensed Consolidated Statements of Income for the Nine Months Ended March 31, 2004 and 2005    F-26
   Condensed Consolidated Statements of Cash Flows for the Nine Months Ended March 31, 2004 and 2005    F-27
   Notes to Condensed Consolidated Financial Statements    F-28
RED SIMPSON, INC. AUDITED CONSOLIDATED FINANCIAL STATEMENTS
   Report of Independent Registered Public Accounting Firm    F-39
   Consolidated Balance Sheets as of December 31, 2002 and 2003    F-40
   Consolidated Statements of Income for the Years Ended December 31, 2001, 2002 and 2003    F-41
   Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2001, 2002 and 2003    F-42
   Consolidated Statements of Cash Flows for the Years Ended December 31, 2001, 2002 and 2003    F-43
   Notes to Consolidated Financial Statements    F-44
RED SIMPSON, INC. AUDITED CONSOLIDATED FINANCIAL STATEMENTS
   Report of Independent Registered Public Accounting Firm    F-53
   Consolidated Balance Sheets as of June 30, 2003 and 2004    F-54
   Consolidated Statements of Income for the Six Months Ended June 30, 2003 and 2004    F-55
   Consolidated Statements of Stockholders' Equity for the Six Months Ended June 30, 2003 and 2004    F-56
   Consolidated Statements of Cash Flows for the Six Months Ended June 30, 2003 and 2004    F-58
   Notes to Consolidated Financial Statements    F-59

F-1

B 470

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Stockholders and Board of Directors
Pike Electric Corporation and Subsidiaries

We have audited the accompanying consolidated balance sheets of Pike Electric Corporation, formerly Pike Holdings, Inc., and subsidiaries as of June 30, 2004 and 2003, and the related consolidated statements of income, stockholders' equity and cash flows for the two years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audit included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Pike Electric Corporation and subsidiaries at June 30, 2004 and 2003, and the consolidated results of their operations and their cash flows for the years then ended, in conformity with U.S. generally accepted accounting principles.

As discussed in Note 2 to the consolidated financial statements, in 2004, the Company adopted Statement of Financial Accounting Standards No. 150, "Accounting for Certain Financial Instruments with Characteristics of both Liabilities and Equity" and changed its method of accounting for mandatorily redeemable preferred stock.

/s/ ERNST & YOUNG LLP

August 13, 2004, except for Note 17,
as to which the date is July 1, 2005
Greensboro, North Carolina

F-2

424(B)(4)117

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors
Pike Electric Corporation and Subsidiaries
Mount Airy, North Carolina

We have audited the accompanying consolidated statements of income, stockholders' equity and cash flows of Pike Electric Corporation and subsidiaries, formerly Pike Holdings, Inc., for the year ended June 30, 2002. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audit included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly we express no such opinion. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audit of the financial statements provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the results of the operations and cash flows of Pike Electric Corporation and subsidiaries for the year ended June 30, 2002, in conformity with accounting principles generally accepted in the United States of America.

/s/ DIXON HUGHES PLLC

April 4, 2005 except for Note 17,
as to which the date is July 1, 2005
Greensboro, North Carolina

F-3

B 472

424(B)(4)118

## PIKE ELECTRIC CORPORATION AND SUBSIDIARIES
### CONSOLIDATED BALANCE SHEETS
(in thousands)

|  | June 30, | |
|---|---|---|
|  | 2003 | 2004 |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 3,637 | $ 4,937 |
| Accounts receivable, net | 21,491 | 29,297 |
| Work completed not billed | 23,119 | 35,801 |
| Inventories | 5,766 | 6,162 |
| Prepaid and other | 4,040 | 1,167 |
| Deferred income taxes | 4,129 | 2,635 |
| Total current assets | 62,182 | 79,999 |
| Property and equipment, net | 171,488 | 190,600 |
| Goodwill | — | 3,000 |
| Deferred loan costs, net | 7,548 | 5,583 |
| Other assets | 4,030 | 7,914 |
| Total assets | $ 245,248 | $ 287,096 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,840 | $ 4,741 |
| Accrued compensation | 11,795 | 15,865 |
| Accrued expenses and other | 2,731 | 3,009 |
| Current portion of insurance claim accruals | 2,444 | 1,887 |
| Revolving credit facility | — | 13,000 |
| Total current liabilities | 20,810 | 38,502 |
| Long-term debt, net of current portion | 140,000 | 137,000 |
| Insurance and claim accruals, net of current portion | 3,656 | 5,614 |
| Deferred income taxes | 39,904 | 43,980 |
| Mandatorily redeemable preferred stock | — | 5,810 |
| Other liabilities | 3,114 | 6,907 |
| Commitments and contingencies | | |
| Mandatorily redeemable preferred stock | 5,429 | — |
| Stockholders' equity: | | |
| Common stock, par value $0.001 per share; 100,000 authorized shares; 24,437 shares issued and outstanding at June 30, 2003 and 2004 | 1,656 | 1,656 |
| Additional paid-in capital | 508 | 928 |
| Retained earnings | 30,171 | 46,699 |
| Total stockholders' equity | 32,335 | 49,283 |
| Total liabilities and stockholders' equity | $ 245,248 | $ 287,096 |

The accompanying notes are an integral part of these consolidated financial statements

F-4

B 473

424(B)(4)119

## PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

### CONSOLIDATED STATEMENTS OF INCOME
**(in thousands, except per share amounts)**

| | Years Ended June 30, | | |
|---|---|---|---|
| | 2002 | 2003 | 2004 |
| Revenues | $ 273,235 | $ 297,514 | $ 356,697 |
| Cost of operations | 225,280 | 247,204 | 300,313 |
| Gross profit | 47,955 | 50,310 | 56,384 |
| General and administrative expenses | 14,176 | 16,783 | 18,812 |
| Recapitalization expenses | 10,893 | 386 | — |
| (Gain) loss on sale of property and equipment | (4) | 539 | 265 |
| Income from operations | 22,890 | 32,602 | 37,307 |
| Other expense (income): | | | |
| Interest expense | 2,802 | 11,862 | 9,192 |
| Other, net | (267) | (46) | (19) |
| Total other expense | 2,535 | 11,816 | 9,173 |
| Income before income taxes from continuing operations | 20,355 | 20,786 | 28,134 |
| Income tax expense | 9,519 | 8,335 | 11,276 |
| Income from continuing operations | 10,836 | 12,451 | 16,858 |
| Loss from discontinued operations, net of taxes | (324) | (621) | (330) |
| Net income | 10,512 | 11,830 | 16,528 |
| Decrease in redemption value of mandatorily redeemable preferred stock | — | 12,071 | |
| Net income available to common stockholders | $ 10,512 | $ 23,901 | $ 16,528 |
| Basic and diluted earnings (loss) per share available to common stockholders: | | | |
| Income from continuing operations available to common stockholders | $ 0.18 | $ 1.00 | $ 0.69 |
| Loss from discontinued operations, net | — | (0.02) | (0.01) |
| Net income available to common stockholders | $ 0.18 | $ 0.98 | $ 0.68 |
| Weighted average basic and diluted common shares outstanding | 59,633 | 24,437 | 24,437 |

The accompanying notes are an integral part of these consolidated financial statements

F-5

**B 474**

424(B)(4)120

## PIKE ELECTRIC CORPORATION AND SUBSIDIARIES
### CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY
#### (in thousands)

| | Common Stock Shares | Common Stock | Class A Convertible Common Stock | Class B Common Stock | Class C Common Stock | Class D Common Stock | Class E Common Stock | Additional Paid-In Capital | Retained Earnings | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance July 1, 2001 | 48,466 | $ 3,284 | $ 1,353 | $ — | $ — | $ — | $ — | $ — | $ 166,196 | $ 170,833 |
| Net income for year | — | — | — | | | | | | 10,512 | 10,512 |
| Proceeds from sale of 21,646 shares of common stock | 21,646 | 7 | — | 1,146 | 313 | — | — | 75,804 | — | 77,270 |
| Recapitalization of common stock | (4,471) | (860) | — | 197 | 313 | 99 | 251 | — | — | — |
| Cost of 65,692 shares of common stock purchased and exchanged for 1,000,000 shares of mandatorily redeemable preferred stock | (65,642) | (2,431) | (1,353) | — | (313) | (99) | (251) | (75,804) | (171,242) | (251,493) |
| Exchange of common stock | 24,437 | 1,656 | — | (1,343) | (313) | | | | | |
| Equity compensation expense | — | — | — | — | — | — | — | 88 | — | 88 |
| Balance June 30, 2002 | 24,437 | 1,656 | — | — | — | — | — | 88 | 5,466 | 7,210 |
| Net income for year | — | — | — | — | — | — | — | — | 23,901 | 23,901 |
| Equity compensation expense | — | — | — | — | — | — | — | 420 | — | 420 |
| Decrease in redemption value of preferred stock | — | — | — | — | — | — | — | — | — | — |
| Final settlement of recapitalization | — | — | — | — | — | — | — | — | 804 | 804 |
| Balance June 30, 2003 | 24,437 | 1,656 | — | — | — | — | — | 508 | 30,171 | 32,335 |
| Net income for year | — | — | — | — | — | — | — | — | 16,528 | 16,528 |
| Equity compensation expense | — | — | — | — | — | — | — | 420 | — | 420 |
| Balance June 30, 2004 | 24,437 | $ 1,656 | $ — | $ — | $ — | $ — | $ — | $ 928 | $ 46,699 | $ 49,283 |

The accompanying notes are an integral part of these consolidated financial statements.

F-6

B 475

## PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

### CONSOLIDATED STATEMENTS OF CASH FLOWS
#### (in thousands)

| | Years Ended June 30, | | |
| | 2002 | 2003 | 2004 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Income from continuing operations | $ 10,836 | $ 12,451 | $ 16,858 |
| Adjustments to reconcile income from continuing operations to net cash provided by operating activities from continuing operations: | | | |
| Depreciation | 17,162 | 17,625 | 19,457 |
| Recapitalization expenses | 10,893 | 386 | — |
| Non-cash interest expense | 291 | 2,927 | 922 |
| Deferred income taxes | 7 | 3,256 | 5,570 |
| Unrealized (gain) loss on investments | 342 | 55 | (465) |
| (Gain) loss on sale of property and equipment | (4) | 540 | 265 |
| Equity compensation expense | 88 | 420 | 420 |
| Changes in assets and liabilities arising from continuing operations: | | | |
| Accounts receivable and work completed not billed | 1,094 | (2,139) | (20,488) |
| Inventories, prepaids and other | (2,038) | 1,334 | 2,132 |
| Other assets | 847 | (1,175) | 313 |
| Insurance and claim accruals | 5,429 | (3,284) | 1,401 |
| Recapitalization expenses | (10,893) | (386) | — |
| Accounts payable and other | (899) | 1,868 | 5,075 |
| Net cash provided by operating activities from continuing operations | 33,155 | 33,878 | 31,460 |
| Cash flows from investing activities from continuing operations: | | | |
| Purchases of property and equipment | (20,184) | (21,227) | (35,678) |
| Business acquisitions, net of cash acquired | — | — | (6,994) |
| Proceeds from sale of property and equipment | 4,897 | 6,096 | 901 |
| Net cash used in investing activities from continuing operations | (15,287) | (15,131) | (41,771) |
| Cash flows from financing activities from continuing operations: | | | |
| Principal payments on long-term debt | (28,494) | (15,000) | (3,000) |
| Proceeds from long-term debt | 170,000 | — | — |
| Proceeds from revolving credit facility, net | — | — | 13,000 |
| Deferred loan costs | (9,173) | (47) | — |
| Proceeds from sale of common stock | 77,259 | 804 | — |
| Repurchase of common stock | (233,982) | — | — |
| Dividends paid | (337) | — | — |
| Other | (15) | (15) | (15) |
| Net cash provided by (used in) financing activities from continuing operations | (24,742) | (14,258) | 9,985 |
| Net cash provided by (used in) discontinued operations | 1,395 | (951) | 1,626 |
| Net increase (decrease) in cash and cash equivalents | (5,479) | 3,538 | 1,300 |
| Cash and cash equivalents beginning of year | 5,578 | 99 | 3,637 |
| Cash and cash equivalents end of year | $ 99 | $ 3,637 | $ 4,937 |

The accompanying notes are an integral part of these consolidated financial statements

F-7

424(B)(4)122

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
For the years ended June 30, 2002, 2003 and 2004
(in thousands, except per share amounts)

1.    **Organization and Business**

*Organization*

The consolidated financial statements of Pike Electric Corporation and subsidiaries include the accounts of Pike Holdings, Inc., which was merged with and into Pike Electric Corporation to effect the reincorporation as discussed in Note 17, and was formerly known as Pike Equipment and Supply Company (the "Company"), and its wholly owned subsidiaries, Pike Electric, Inc. ("Pike Electric"), Pike Equipment and Supply Company, formerly known as Pike Equipment and Supply Company of North Carolina, Inc., and Red Simpson, Inc. ("Red Simpson"), which was acquired on July 1, 2004. The Company is a provider of outsourced electric distribution and transmission services in the United States and is headquartered in Mount Airy, North Carolina.

As a result of the transactions consummated in 2002 in accordance with the recapitalization and investment agreement discussed below: (1) Pike Electric's Articles of Incorporation were amended and restated to authorize four additional classes of common stock; (2) certain holders of Pike Electric ordinary common stock and Class A convertible common stock (including certain members of management) exchanged their shares for such newly authorized shares; (3) LGB Acquisition Corp. was merged with and into Pike Electric, with Pike Electric as the surviving corporation; (4) Pike Merger Sub, Inc., a wholly owned subsidiary of the Company, was merged with and into Pike Electric, with Pike Electric as the surviving corporation; (5) Pike Electric became a wholly owned subsidiary of its previously owned subsidiary, the Company; (6) the accounts of the Company were transferred to a newly created wholly owned subsidiary of the Company, Pike Equipment and Supply Company and, (7) the newly created Pike Equipment and Supply Company became a wholly owned subsidiary of Pike Electric.

*Recapitalization and Nonrecurring Charges*

On April 18, 2002, a recapitalization of Pike Electric and its subsidiary was completed, as contemplated by the recapitalization agreement (the "April 2002 Recapitalization Agreement"), dated as of March 15, 2002, as amended on April 11, 2002, by and among LGB Pike LLC ("LGB Pike"), the Company, Pike Merger Sub, Inc., then a wholly owned subsidiary of the Company, Pike Electric and certain stockholders of Pike Electric named therein.

Pursuant to the terms of the April 2002 Recapitalization Agreement, holders of Pike Electric ordinary common stock and Class A convertible common stock received cash and mandatorily redeemable preferred stock. Certain of the stockholders, including certain executive officers, retained and "rolled over" certain of the shares of stock held by them rather than receive the cash consideration corresponding to the shares held prior to the exchange described above. As a result of the merger of Pike Merger Sub, Inc. with and into Pike Electric, as discussed above, all shares of Pike Electric held by management and LGB Pike were exchanged for the common stock of the Company.

Due to the significant "rollover" of equity interests by a number of stockholders who owned common stock of Pike Electric prior to the April 2002 Recapitalization Agreement, the transaction has been accounted for as a leveraged recapitalization. Accordingly, the Company has retained its historical cost basis of accounting. The shares repurchased by the Company have been cancelled.

Upon completion of the April 2002 Recapitalization Agreement, LGB Pike owned common stock representing approximately 88% of the equity ownership of the Company and members of management owned common stock representing approximately 12%. The Company's common stockholders maintain the same rights as the common stockholders prior to the transaction.

F-8

B 477

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

The Company incurred approximately $9,200 in debt issuance costs related to the April 2002 transactions, of which approximately $1,900 was paid to a related party affiliated with LGB Pike, Goldberg Lindsay & Co. LLC. These costs have been capitalized as long-term assets and are being amortized over the term of the indebtedness. In addition, the Company also incurred transaction costs of approximately $11,200, comprised of bonus payments of approximately $3,000 and professional service fees of approximately $8,200, of which approximately $1,900 was paid to Goldberg Lindsay & Co. LLC. In conjunction with the recapitalization, Pike Electric entered into a management advisory services agreement with Goldberg Lindsay & Co. LLC, under which the Company is required to pay $1,000 annually in quarterly installments of $250. The Company incurred $200, $1,000 and $1,000 in management fee expense under this agreement for the years ended June 30, 2002, 2003 and 2004, respectively.

*Business*

The Company operates in one reportable segment as a provider of outsourced electric distribution and transmission services. The Company's customers include more than 150 electric utilities, cooperatives and municipalities across a contiguous 19-state region that stretches from Pennsylvania in the north to Florida in the southeast and to Texas in the southwest. The Company's core services consist of the maintenance, upgrade and extension of electric distribution and sub-500 kV transmission power lines. Additionally, the Company provides storm restoration services and a variety of ancillary services. The Company does not have any operations or assets outside the United States.

The Company monitors revenues by two categories of services: powerline and storm restoration. The Company uses this breakdown because powerline services represents its ongoing service revenues, most of which are generated by its customers' recurring maintenance needs. Storm restoration revenues represent additional revenue opportunities that depend on weather conditions.

The following table sets forth our revenues by category of service for the periods indicated:

|  | For the Year Ended June 30, | | | | | |
|---|---|---|---|---|---|---|
|  | 2002 | | 2003 | | 2004 | |
| Powerline services | $ 266,215 | 97.4% | $ 250,944 | 84.3% | $ 313,705 | 87.9% |
| Storm restoration services | 7,020 | 2.6 | 46,570 | 15.7 | 42,992 | 12.1 |
| Total | $ 273,235 | 100.0% | $ 297,514 | 100.0% | $ 356,697 | 100.0% |

**2.   Significant Accounting Policies**

*Principles of Consolidation*

The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries. All intercompany amounts and transactions have been eliminated in consolidation.

*Use of Estimates*

The preparation of financial statements in conformity with U.S. generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

F-9

B 478

424(B)(4)124

## PIKE ELECTRIC CORPORATION AND SUBSIDIARIES
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

*Cash and Cash Equivalents*

The Company considers all highly liquid investments with an original maturity of three months or less at the date of purchase to be cash equivalents.

*Investments*

The Company accounts for investments in equity securities in accordance with Statement of Financial Accounting Standards ("SFAS") No. 115, *Accounting for Certain Investments in Debt and Equity Securities.* Management determines the appropriate classification of its investments in equity securities at the time of purchase and reevaluates such determinations at each balance sheet date.

In accordance with SFAS No. 115, the Company has designated certain of its marketable securities as trading securities. Trading securities are held for resale in anticipation of short-term market movements. Under SFAS No. 115, marketable securities classified as trading securities are stated at the quoted market prices at each balance sheet date. Gains and losses (realized and unrealized) related to trading securities as well as interest on such securities are included as financial income or expenses, as appropriate.

*Revenue Recognition*

Revenues from service arrangements are recognized when services are performed. The Company generates substantially all of its revenues from service arrangements based on a price per hour worked or a price per unit of service. Revenue on hourly based services is determined based on actual labor and equipment time completed and for materials billed to customers. Revenue on unit-based services is recognized as the units are completed, and the price for each unit is determined under the service arrangement. For unit-based services any estimated loss is recognized when the actual costs to complete each unit exceed original estimates. Costs typically include all direct labor and material costs and those indirect costs related to performance, such as indirect labor, supplies, tools, repairs and depreciation costs. The Company immediately recognizes the full amount of any estimated loss on these projects if estimated costs to complete the remaining units for the project exceed the revenue to be received from such units. As of each of the periods presented, the Company did not have a material amount of loss accruals.

Work completed and not billed represents revenues earned on hourly service arrangements and recognized in the period performed but not billed until a subsequent period and work performed on certain unit-based service arrangements and not yet billed to customers in accordance with individual terms regarding the timing of billing.

*Accounts Receivable*

All trade accounts receivable are due from customers located within the United States. Historically, due to the high credit quality of its customers, the Company has not incurred material bad debts. The Company's evaluation of the collectibility of its trade accounts receivable is based on analysis of specific customers, historical experience and current economic trends. Accounts are written off after all means of collectibility, including legal action, are exhausted. In some instances, a portion of the total revenues billed under the customer arrangement are held by the customer as a "retainage" until the job is complete.

*Inventories*

Inventories consist of machine parts, supplies, small tools and other materials used in the ordinary course of business and are stated at the lower of average cost or market.

**B 479**

424(B)(4)125

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

*Property and Equipment*

Property and equipment is stated at cost. Depreciation is calculated using cost, reduced by its estimated salvage value, using the straight-line method over the estimated useful lives. Expenditures for repairs and maintenance are expensed as incurred.

The Company reviews its long-lived assets for impairment when events or changes in business conditions indicate the carrying value of the asset may not be recoverable, as required by SFAS No. 144, *Accounting for the Impairment or Disposal of Long-Lived Assets*. Impairment on assets classified as "held and used" is evaluated when the sum of the undiscounted estimated cash flows expected is less than the carrying value of the assets. If such measurement indicates a possible impairment, the estimated fair value of the asset is compared to the net book value to measure the impairment charge, if any. When the criteria for classifying assets as "held for sale" has been met, the assets are recorded at the lower of carrying value or fair value, less selling costs.

*Goodwill*

In accordance with SFAS 141, *Business Combinations*, the Company identifies and values, separate from goodwill, those intangible assets, such as customer arrangements, customer relationships, and non-compete agreements, that arise from contractual or other legal rights or that are capable of being separated or divided from the acquired entity and sold, transferred, licensed, rented, or exchanged. The fair value of identified intangible assets is based upon an estimate of the future economic benefits expected to result from ownership, which represents the amount at which it could be bought or sold in a current transaction between willing parties, that is, other than in a forced or liquidation sale. For customers with whom we have an existing relationship prior to the date of the transaction, we utilize assumptions that a marketplace participant would consider to estimate the fair value of customer relationships that an acquired entity had with pre-existing customers of the Company in accordance with EITF 02-17, *Recognition of Customer Relationship Intangible Assets Acquired in a Business Combination*.

In accordance with SFAS No. 142, *Goodwill and Other Intangible Assets*, the Company tests goodwill and indefinite lived intangible assets for impairment at least annually, or more frequently if events or circumstances exist which indicate impairment may exist. Examples of such events or circumstances may include a significant change in business climate or a loss of a significant customer, among others. The Company generally completes its annual analysis of the reporting unit on the first day of its fourth fiscal quarter. A two-step fair value-based test is applied to assess goodwill for impairment. The first step compares the fair value of a reporting unit to its carrying amount, including goodwill. If the carrying amount of the reporting unit exceeds its fair value, the second step is then performed. The second step compares the carrying amount of the reporting unit's goodwill to the fair value of the goodwill. If the fair value of the goodwill is less than the carrying amount, an impairment loss would be recorded in income from operations. Intangible assets with definite lives are amortized over their estimated useful lives and are also reviewed for impairment if events or changes in circumstances indicate that their carrying amount may not be realizable.

The Company makes certain estimates and assumptions in order to determine the fair value of net assets and liabilities, including, among other things, an assessment of market conditions, projected cash flows, cost of capital and growth rates, which could significantly impact the reported value of goodwill and other intangible assets. Estimating future cash flows requires significant judgment and the projections may vary from cash flows eventually realized. When necessary, the Company utilizes third-party specialists in the preparation of valuations. The valuations employ a combination of present value techniques to measure fair value, corroborated by comparisons to estimated market multiples. These valuations are based on a discount rate determined by management to be consistent with industry discount rates and the risks inherent in their current business model.

F-11

B 480

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

*Insurance and Claim Accruals*

The Company is subject to workers' compensation, vehicle and general liability, and health insurance claims. To mitigate a portion of these risks, the Company maintains insurance for individual workers' compensation, vehicle and general liability claims exceeding $500, and health insurance claims of $225 per person on an annual basis. The amount of loss reserves and loss adjustment expenses is determined based on an estimation process that uses information obtained from both company-specific and industry data, as well as general economic information. The estimation process for insurance loss exposure requires management to monitor and evaluate the life cycle of claims. Using data obtained from this monitoring and the Company's assumptions about the emerging trends, management develops information about the size of ultimate claims based on its historical experience, third-party actuarial estimates and other available market information. The most significant assumptions used in the estimation process include determining the trend in loss costs, the expected consistency in the frequency and severity of claims incurred but not yet reported to prior year claims, changes in the timing of the reporting of losses from the loss date to the notification date, and expected costs to settle unpaid claims. Management also monitors the reasonableness of the judgments made in the prior year's estimation process (referred to as a hindsight analysis) and adjusts current year assumptions based on the hindsight analysis. Additionally, beginning in 2003, the Company utilizes an actuary to evaluate open claims and estimate the ongoing development exposure.

For the years ended June 30, 2002, 2003 and 2004, insurance and claims expense was $24,564, $24,291 and $29,718, respectively.

*Stock-Based Compensation*

In December 2002, the Financial Accounting Standards Board ("FASB") issued SFAS No. 148, *Accounting for Stock-Based Compensation — Transition and Disclosure.* SFAS No. 148 amends SFAS No. 123 to provide alternative methods of transition for a voluntary change to the fair value based method of accounting for stock-based employee compensation. In addition, SFAS No. 148 amends the disclosure provisions of SFAS No. 123 and Accounting Principles Board ("APB") Opinion No. 28, *Interim Financial Reporting,* to require more prominent disclosure in the summary of significant accounting policies about the method of accounting for the effects of an entity's accounting policy with respect to stock-based employee stock compensation and the effect of the method used on reported net income results.

The Company has elected to continue to account for stock options granted to employees using the intrinsic value method as prescribed by APB Opinion No. 25, *Accounting for Stock Issued to Employees ("APB 25"),* and thus recognizes no compensation expense for options granted with exercise prices equal to the fair market value of the Company's common stock on the date of grant. The pro forma information regarding net income as required by SFAS No. 123 has been determined as if the Company had accounted for its employee stock options under the fair value method of that Statement.

The following table illustrates the assumptions for the Black-Scholes model used in determining the fair value of options granted to employees for the years ended June 30, 2002, 2003 and 2004:

| | |
|---|---|
| Dividend yield | — |
| Risk-free interest rate | 5.02% |
| Volatility | 0.45 |
| Expected life | 6 years |

For purposes of disclosures pursuant to SFAS No. 123, as amended by SFAS No. 148, the estimated fair value of the options is amortized to expense over the options' vesting period using the straight line

F-12

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

method. The following table illustrates the effect on net income available to common stockholders if the Company had applied the fair value recognition provisions of SFAS No. 123:

| | Years Ended June 30, | | |
| --- | --- | --- | --- |
| | 2002 | 2003 | 2004 |
| Net income available to common stockholders, as reported | $ 10,512 | $ 23,901 | $ 16,528 |
| Add: Stock-based employee compensation expense included in reported net income, net of related income tax effects | 88 | 420 | 420 |
| Less: Stock-based employee compensation expense determined under fair value based method of all awards, net of related income tax effects | (211) | (1,010) | (1,010) |
| Pro forma net income available to common stockholders | $ 10,389 | $ 23,311 | $ 15,938 |
| Net income available to common stockholders per share — basic and diluted, as reported | $ 0.18 | $ 0.98 | $ 0.68 |
| Net income available to common stockholders per share — basic and diluted, pro forma | $ 0.17 | $ 0.95 | $ 0.65 |

*Earnings Per Share*

Basic earnings per common share available to common stockholders is computed by dividing income available to common stockholders by the weighted average number of common shares outstanding for the period. Diluted earnings per common share include the potential dilution that could occur if securities or other contracts to issue common stock were exercised and has been computed after giving consideration to the weighted average dilutive effect of the Company's stock options, if any, using the treasury stock method.

*Deferred Loan Costs*

Deferred loan costs are being amortized over the term of the related debt using the effective interest method. Accumulated amortization amounted to approximately $2,438 and $3,507 at June 30, 2003 and 2004, respectively. Amortization expense was $291, $1,401 and $1,965 for the years ended June 30, 2002, 2003 and 2004.

*Income Taxes*

The liability method is used in accounting for income taxes as required by SFAS No. 109, *Accounting for Income Taxes*. Under this method, deferred tax assets and liabilities are recognized for operating income and tax credit carryforwards and for the future tax consequences attributable to the differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in the results of operations in the period that includes the enactment date.

*Adoption of Recent Accounting Pronouncement*

In May 2003, the FASB issued SFAS No. 150, *Accounting for Certain Financial Instruments with Characteristics of Both Liabilities and Equity*. SFAS No. 150 requires issuers to classify as liabilities (or assets in some circumstances) three classes of freestanding financial instruments that embody obligations

F-13

B 482

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

for the issuer. SFAS No. 150 is effective for financial instruments entered into or modified after May 31, 2003, and is otherwise effective at the beginning of the first interim period beginning after June 15, 2003.

Effective July 1, 2003, the Company adopted SFAS No. 150. Upon the adoption of SFAS No. 150, the Company's mandatorily redeemable preferred stock ("Preferred Stock") totaling $5,810 as of June 30, 2004 has been classified as a long-term liability in the Company's consolidated balance sheet as it is redeemable at a fixed and determinable date (April 18, 2022). Changes in the redemption value related to the Preferred Stock, which previously had been recorded below net income as a charge in determining net income available to common stockholders have been charged to interest expense in the accompanying consolidated statement of income since adoption of this standard on July 1, 2003 and amounted to $381 during the year ended June 30, 2004. In accordance with SFAS No. 150, changes in the redemption value of the Preferred Stock recorded prior to July 1, 2003 have not been reclassified to interest expense. Prior to the adoption of SFAS No. 150, changes in the redemption value of the Preferred Stock were accounted for as a direct reduction to stockholders' equity, and the Preferred Stock was presented between liabilities and stockholders' equity in the Company's consolidated balance sheet.

*Reclassifications*

Certain reclassifications have been made to the prior year financial statements to conform to the current year presentation. These reclassifications had no impact on net income or stockholders' equity.

3.    **Property and Equipment**

Property and equipment is comprised of the following:

| | Estimated Useful Lives in Years | June 30, | |
| --- | --- | --- | --- |
| | | 2003 | 2004 |
| Land | — | $    2,995 | $    3,315 |
| Buildings | 15-39 | 25,153 | 25,295 |
| Vehicles | 5-12 | 177,154 | 197,852 |
| Machinery and equipment | 3-19 | 58,189 | 72,187 |
| Office equipment and furniture | 3-7 | 4,710 | 5,142 |
| Total | | 268,201 | 303,791 |
| Less: accumulated depreciation | | 96,713 | 113,191 |
| Property and equipment, net | | $ 171,488 | $ 190,600 |

Expenses for maintenance and repairs of property and equipment amounted to $26,171, $25,138, and $26,407 for the years ended June 30 2002, 2003 and 2004, respectively.

4.    **Investments**

Investments consist of the following:

| | June 30, | | | |
| --- | --- | --- | --- | --- |
| | 2003 | | 2004 | |
| | Fair Value | Cost | Fair Value | Cost |
| Trading securities | $    3,108 | $ 3,863 | $    4,268 | $ 4,558 |

Trading securities are included in "Other assets" at fair value.

F-14

B 483

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

### 5.  Debt

Debt consists of the following:

|  | June 30, | |
|---|---|---|
|  | 2003 | 2004 |
| Revolving credit facility | $       — | $      13,000 |
| $170,000 term loan | $  140,000 | $    137,000 |
| Less: current portion of long-term debt |  |  |
|  | $  140,000 | $    137,000 |

On April 18, 2002, in connection with the recapitalization discussed in Note 1, the Company entered into a secured bank credit agreement ("Credit Agreement") consisting of: (i) a $170,000 term facility ("Term Loan") due April 18, 2010 bearing interest at a variable rate based on the Company's leverage ratio (LIBOR plus a margin of 3.25% and 3.25% at June 30, 2003 and 2004 respectively), with interest payable monthly and principal payments payable quarterly beginning on September 30, 2002; and, (ii) a $40,000 revolving facility ("Revolver"), which matures April 18, 2008 and bears interest at a variable rate based on the Company's leverage ratio (LIBOR plus a margin of 2.75% and 2.75% at June 30, 2003 and 2004, respectively), with interest on the outstanding balance payable monthly. The proceeds of the Term Loan were used to pay the merger consideration to the former stockholders, to retire approximately $12,000 of the then outstanding 7.125% note due October 1, 2013, to pay transaction fees and expenses of approximately $12,100 and to provide the Company with working capital for operations.

The amount available under the Revolver is reduced by letters of credit outstanding and was approximately $18,000 at June 30, 2004. Outstanding letters of credit, primarily for insurance purposes, totaled $11,662 and $8,950 at June 30, 2003 and 2004, respectively.

The Credit Agreement is secured by substantially all of the assets of the Company and contains a number of affirmative and restrictive covenants including limitations on mergers, consolidations and dissolutions; sales of assets; investments and acquisitions; indebtedness and liens; dividends and other restricted payments; and the maintenance of certain financial ratios.

Pursuant to the terms of the Credit Agreement, the Company may prepay any loans under the agreement in whole or in part, without penalty. The Company has made payments on the Term Loan in an aggregate amount of $15,000 and $3,000 in 2003 and 2004, respectively. In accordance with the Credit Agreement, no scheduled payments are due on the Term Loan through December 31, 2009.

Subsequent to year-end on July 1, 2004, the Company obtained a new secured bank credit agreement ("2004 Credit Agreement") in connection with the business acquisition discussed in Note 16. The 2004 Credit Agreement consists of: (i) a $300,000 term facility due July 1, 2012 bearing interest at a variable rate based on the Company's leverage ratio at either LIBOR plus a margin of ranging from 2.00% to 2.25% or the Alternate Base Rate, defined as the greater of the Prime Rate or the Federal Funds Effective Rate plus 0.50%, plus a margin ranging from 1.00% to 1.25%; interest is payable monthly and principal payments are payable quarterly beginning on September 30, 2004; and (ii) a $70,000 revolving facility which matures July 1, 2010 and bears interest at a variable rate based on the Company's leverage ratio at either LIBOR plus a margin ranging from 2.00% to 2.50% or the Alternate Base Rate, defined as the greater of the Prime Rate or the Federal Funds Effective Rate plus 0.50%, plus a margin ranging from 1.00% to 1.50%; interest on the outstanding balance is payable monthly. The proceeds of the term loan were used to pay the acquisition consideration discussed in Note 16, to retire approximately $137,000 of the outstanding amounts under the Credit Agreement, to pay loan issuance costs of approximately $10,200 and acquisition transaction fees and expenses of approximately $4,200, and to provide the Company with working capital for operations. Approximately $1,200 in loan costs were incurred during the year ended

F-15

B 484

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

June 30, 2004 related to the 2004 Credit Agreement and were included in capitalized transaction costs and accrued as transaction liabilities in the Company's Consolidated Balance Sheets at June 30, 2004. In connection with the 2004 Credit Agreement, the Company wrote off the remaining unamortized portion of deferred loan costs related to the previous Credit Agreement totaling approximately $5,583, which will be recorded in the Company's Statement of Income for the year ended June 30, 2005.

Cash paid for interest expense totaled $2,341, $8,882 and $8,190 for the years ended June 30, 2002, 2003 and 2004, respectively.

6.    **Mandatorily Redeemable Preferred Stock**

The Company's Preferred Stock consists of Series A preferred stock issued in connection with the April 2002 Recapitalization Agreement discussed in Note 1. At June 30, 2003 and 2004, 1,000,000 shares, no par value, were authorized, issued and outstanding. The holders of shares of the Preferred Stock are not entitled to receive any dividends. The Preferred Stock is not puttable at the option of the holder or callable at the option of the Company prior to the stated redemption date except upon certain limited events, such as certain change of control transactions or the sale of substantially all of the Company's assets. The Preferred Stock is mandatorily convertible upon an initial public offering at the liquidation value at the date of the offering. The shares of the Preferred Stock, in accordance with the terms of the preferred stock agreement, are mandatorily redeemable on April 18, 2022, the twentieth anniversary of their date of issue. The Preferred Stock was issued with a base value of $45 per share and was initially recorded at a fair value of $17,500, as determined by the company.

The liquidation value of a share of Preferred Stock will accrete at a rate equal to 7% per annum (such accretion will be calculated using compounding on an annual basis on December 31 of each year and will equal the adjusted base value plus the aggregate of all accretion). The base value will be subject to adjustment based on targeted levels of adjusted earnings before income taxes, depreciation and amortization ("Adjusted EBITDA") and average Adjusted EBITDA, as defined in the preferred stock agreement, beginning with the fiscal year ending June 30, 2002 and ending with fiscal year ending June 30, 2006. It is the Company's policy to recognize changes in the redemption value immediately as they occur and adjust the carrying value of the preferred stock to equal the redemption value at the end of each reporting period as if the end of the reporting period was the redemption date of the security. If average Adjusted EBITDA did not meet minimum levels prescribed in the preferred stock agreement for the fiscal years ending June 30, 2002 and 2003, the adjusted base value would be zero. Because of the uncertainty of redemption, the Company did not adjust the initial carrying amount until redemption was deemed to be probable. Based upon sufficient levels of Adjusted EBITDA and average Adjusted EBITDA levels for fiscal years ending June 30, 2002 and 2003, the Company determined that redemption was probable. Accordingly, the carrying value of the preferred stock was reduced to $5,429 at June 30, 2003, with the offsetting adjustment reflected as an increase in net income available to common stockholders of $12,071 in the Consolidated Statements of Income.

As discussed in Note 2, beginning in fiscal 2004, the Company adopted SFAS No. 150. The carrying value of the Preferred Stock was $5,810 at June 30, 2004, with the $381 increase in carrying value reflected as interest expense for the fiscal year ended June 30, 2004.

F-16

B 485

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

7.  **Income Taxes**

Income taxes from continuing operations consisted of the following:

|  | Years Ended June 30, | | |
|  | 2002 | 2003 | 2004 |
|---|---|---|---|
| Current | $ 9,512 | $ 5,079 | $ 5,706 |
| Deferred | 7 | 3,256 | 5,570 |
| Total | $ 9,519 | $ 8,335 | $ 11,276 |

Deferred income taxes reflect the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. Significant components of the Company's deferred tax liabilities and assets are as follows:

|  | June 30, | |
|  | 2003 | 2004 |
|---|---|---|
| Deferred tax liabilities: | | |
| Tax over book depreciation | $ 42,876 | $ 48,885 |
| Other | 828 | 621 |
| Total deferred tax liabilities | 43,704 | 49,506 |
| Deferred tax assets: | | |
| Deferred compensation | 1,527 | 1,802 |
| Workers compensation | 3,200 | 3,492 |
| Recapitalization expenses | 1,214 | 894 |
| Accrued vacation | 1,401 | 1,569 |
| Other | 587 | 404 |
| Total deferred tax assets | 7,929 | 8,161 |
| Net deferred tax liabilities | $ 35,775 | $ 41,345 |

The balance sheet classification of deferred income taxes is as follows:

|  | June 30, | |
|  | 2003 | 2004 |
|---|---|---|
| Current assets | $ 4,129 | $ 2,635 |
| Non-current liabilities | 39,904 | 43,980 |
| Net deferred tax liabilities | $ 35,775 | $ 41,345 |

F-17

B 486

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

The differences between the income tax expense and the amounts computed by applying the statutory federal income tax rates to earnings before income taxes are as follows:

| | 2002 | | 2003 | | 2004 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Years Ended June 30, | | | |
| Computed tax at federal statutory rate | $ 7,124 | 35.0% | $ 7,275 | 35.0% | $ 9,847 | 35.0% |
| State income taxes, net of federal benefit | 1,025 | 5.0% | 890 | 4.3% | 1,316 | 4.7% |
| Recapitalization expenses | 1,591 | 7.8% | 129 | 0.6% | — | 0.0% |
| Permanent differences | 193 | 0.9% | 221 | 1.1% | 96 | 0.3% |
| Credits and other | (414) | (2.1)% | (180) | (0.9)% | 17 | 0.1% |
| Net income tax expense | $ 9,519 | 46.8% | $ 8,335 | 40.1% | $ 11,276 | 40.1% |

Cash paid for income taxes totaled $9,595, $5,049 and $2,796 for the years ended June 30, 2002, 2003 and 2004, respectively.

### 8. Employee Benefit Plans

The Company sponsors a defined contribution plan that covers all full-time employees of the Company. Contributions relating to the defined contribution plan will be made based upon the plan's provisions. In November 2003, the Company amended the defined contribution plan whereby the Company's matching contributions were suspended. In July 2004, the Company's matching contributions were resumed. Additional amounts may be contributed at the option of the Company's board of directors. The Company contributions were $1,327, $1,425 and $572 for the years ended June 30, 2002, 2003 and 2004, respectively.

### 9. Stockholders' Equity

*Earnings Per Share*

The following table sets forth a reconciliation of the numerators and denominators in computing earnings per share available to common stockholders in accordance with SFAS No. 128.

| | 2002 | 2003 | 2004 |
| --- | --- | --- | --- |
| | | Years Ended June 30, | |
| Income from continuing operations | $ 10,836 | $ 12,451 | $ 16,858 |
| Decrease in redemption value of Preferred Stock | — | 12,071 | — |
| Income from continuing operations available to common stockholders | 10,836 | 24,522 | 16,858 |
| Loss from discontinued operations, net | (324) | (621) | (330) |
| Net income available to common stockholders | $ 10,512 | $ 23,901 | $ 16,528 |
| Weighted average basic and diluted common shares outstanding: | 59,633 | 24,437 | 24,437 |

F-18

B 487

## PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

Common stock options listed below for the years ended June 30, 2002, 2003 and 2004 were not included in the computation of diluted earnings per share. Common stock options issued under the Stock Option Plan B include contingencies which have not been satisfied at the end of the periods presented, and therefore are not exercisable and are not included in the fully diluted computation in accordance with SFAS No. 128. Common stock options under Plan A are not included in the computation for the years ended June 30, 2002, 2003 and 2004 as the weighted-average exercise price and fair value are equal such that the effect on the computation is neutral.

|  | June 30, | | |
|  | 2002 | 2003 | 2004 |
|---|---|---|---|
| Common stock option Plan B | 770 | 776 | 776 |
| Common stock option Plan A | 1,796 | 1,812 | 1,812 |
|  | 2,566 | 2,588 | 2,588 |

### *LGB Pike Membership Units*

Certain members of the Company's management were granted profit participation units at LGB Pike in connection with the April 2002 Recapitalization Agreement. The fair value of the units was $1,260 and generally vest over three years, which is being amortized as compensation expense.

### *Stock Option Plans*

Effective April 18, 2002, the Company implemented the 2002 Stock Option Plan A ("Stock Plan A"). Stock Plan A authorizes the Board of Directors to grant nonqualified stock options to employees, officers, and directors of the Company. As of June 30, 2003 and 2004, there were 1,901 shares of common stock reserved for issuance, of which 89 were available for grant. Under Stock Plan A, stock options must be granted at a price not less than the fair market value at the date of grant. Options granted under the Stock Plan A have a term of up to ten years. Stock options issued under Stock Plan A generally, vest over a four-year period beginning on the date of the grant.

Effective April 18, 2002, the Company implemented the 2002 Stock Option Plan B ("Stock Plan B"). Stock Plan B authorizes the Board of Directors to grant nonqualified stock options to employees, officers, and directors of the Company. As of June 30, 2003 and 2004, there were 815 shares of common stock reserved for issuance, of which 38 were available for grant. Under Stock Plan B, stock options must be granted at a price not less than the fair market value at the date of grant. Options granted under the Stock Plan B have a term of up to ten years. Stock options issued under Stock Plan B generally, vest over a four-year period beginning on the date of the grant. Exercise of stock options issued under Stock Plan B is contingent upon certain specified events occurring as described in the plan agreement, primarily regarding one of the Company's owners liquidating its position and receiving a stated return on its original investment. Because of this contingency, the Stock Plan B options are considered a target stock price award, and the Company has appropriately factored in the contingency in determining a value for the options in accordance with SFAS No. 123.

F-19

B 488

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

A summary of the Company's stock option plans at June 30, 2002, 2003 and 2004 and changes during each of the years then ended is presented in the table below:

| | Options Available | Options Outstanding | Exercise Price | Weighted Average Exercise Price |
|---|---|---|---|---|
| Balance at July 1, 2001 | — | — | $ — | $ — |
| Exercised | — | — | | |
| Granted | — | 2,566 | 3.80 | 3.80 |
| Balance at June 30, 2002 | 149 | 2,566 | 3.80 | 3.80 |
| Exercised | — | — | | |
| Cancelled | — | (231) | 3.80 | 3.80 |
| Granted | — | 253 | 3.80 | 3.80 |
| Balance at June 30, 2003 | 127 | 2,588 | 3.80 | 3.80 |
| Exercised | — | — | | |
| Granted | — | — | | |
| Balance at June 30, 2004 | 127 | 2,588 | $ 3.80 | $ 3.80 |

As of June 30, 2003 and 2004, respectively, options to purchase 453 and 906 shares of common stock outstanding were exercisable. The weighted average remaining contractual life of options outstanding at June 30, 2003 and 2004 was 8.8 and 7.8 years, respectively.

*Fair Value of Option Grants*

The fair value of the common stock underlying the options granted to employees in April 2002 was determined to be $3.80 per share. This value was determined under the market approach contemporaneously with the April 2002 Recapitalization Agreement as discussed in Note 1. This value was the same as the price at which Lindsay Goldberg & Bessemer purchased shares pursuant to the April 2002 Recapitalization Agreement, which was the result of an arms'-length negotiation with the Company.

The fair value of the common stock underlying the options granted to employees in April 2003 was determined to be $3.80 per share. The board of directors evaluated a number of factors and determined that there was no change in the fair value of the common stock since the April 2002 recapitalization. These factors included the following:

• the price per share paid in April 2002 recapitalization for the common stock in an arms'-length transaction;

• the trailing revenues, gross profit, cost structure and earnings;

• the total amount of debt;

• the earnings before interest, taxes depreciation and amortization (EBITDA) from continuing operations, as adjusted;

• the management team; and

• the prospects for continuing and improving the above factors.

F-20

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

**10.    Leases**

The Company leases various technology hardware, real estate used as satellite offices and storage facilities, and an airplane under operating leases with terms ranging from one to ten years. The Company also rents various vehicles and equipment on short-term, month-to-month leases. At June 30, 2004, the future minimum lease payments under the operating leases are as follows:

| | |
|---|---:|
| 2005 | $  1,122 |
| 2006 | 843 |
| 2007 | 707 |
| 2008 | 557 |
| 2009 | 525 |
| Thereafter | 2,608 |
| | $  6,362 |

Rent expense related to operating leases was approximately $86, $289 and $845 for the years ended June 30, 2002, 2003 and 2004, respectively. The Company does not have any leases that are classified as capital leases for any of the periods represented by these financial statements.

**11.    Discontinued Operations**

During the year ended June 30, 2004, the Company discontinued the operations of its industrial division due to decreasing market share and poor profitability. The assets disposed of included approximately $640 of equipment, net of accumulated depreciation of $494. The results of operations and statement of financial position have been reported as a discontinued operation for the year ended June 30, 2004 and for all prior years presented herein.

The following summarizes the operating results from discontinued operations for the industrial division in the Consolidated Statements of Income:

| | Years Ended June 30, | | |
|---|---:|---:|---:|
| | **2002** | **2003** | **2004** |
| Revenue | $  9,458 | $  8,379 | $  1,933 |
| Operating loss | (523) | (1,009) | (544) |
| Income tax benefit | 199 | 388 | 214 |
| Loss from discontinued operations | $  (324) | $  (621) | $  (330) |

**12.    Financial Instruments**

*Concentrations of Credit Risk*

Financial instruments, which potentially subject the Company to concentrations of credit risk, consist primarily of accounts receivable. The Company had accounts receivable from one customer of $6,254 and $6,048 at June 30, 2003 and 2004. The Company had sales to the same customer, which comprised 26%, 26% and 20% of the Company's consolidated net sales for the years ended June 30, 2002, 2003 and 2004. The Company performs periodic credit evaluations of its customers' financial condition, but generally does not require collateral. Credit losses have generally been within management's estimates. At June 30, 2003 and 2004, the Company had cash in excess of federally insured limits with a financial institution of approximately $3,500 and $4,800, respectively.

F-21

## PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

*Off-Balance Sheet Risk*

At June 30, 2003 and 2004, the Company had letters of credit outstanding totaling $11,622 and $8,950, respectively as required by its workers' compensation, vehicle liability insurance providers and to the surety bond holder.

*Fair Value of Financial Instruments*

The following methods and assumptions were used by the Company in estimating its fair value disclosures for financial instruments: i) investments classified as trading securities are reported in the consolidated balance sheet at fair market value; ii) accounts receivable and accounts payable carrying amounts reported in the balance sheet approximate their fair value; iii) long and short-term debt carrying amounts approximate their fair value due to the market-determined, variable interest rates; and iv) Preferred Stock is stated in accordance with SFAS No. 150, see Note 6.

*Derivatives*

During the year ended June 30, 2003, the Company entered into interest rate swap agreements with two banks to manage its interest rate risk. In accordance with the provisions of SFAS No. 133, *Accounting for Derivatives and Hedging Activities*, these agreements did not meet the criteria to qualify for hedge accounting and are marked to market and are included in other current liabilities on the balance sheet at fair value in the amount of $1,526 and $102 at June 30, 2003 and 2004, respectively. The Company recognized a gain (loss) on the change in fair value of the derivatives of $(1,526) and $1,424, included in interest expense in the income statement, for the years ended June 30, 2003 and 2004, respectively.

13. **Related Party Transactions and Agreements**

*Stockholders Agreement*

The Company, LGB Pike and certain other stockholders are parties to a stockholders agreement. The stockholders agreement covers matters of restrictions on transfers of common stock, corporate governance and registration rights, as described below.

*Restrictions on Transfer of Shares.* Under the terms of the stockholders agreement, each stockholder agreed not to transfer or sell any shares of common stock unless such transfer or sale is pursuant to an effective registration statement or unless consented to by the company.

*Corporate Governance.* The stockholders agreement provides that the current President and Chief Executive Officer ("CEO") will have the right to occupy one seat on the board of directors so long as he is the CEO and, controls at least 1,322 shares. So long as the CEO has the right to a seat on the board of directors, then LGB Pike and any affiliate of LGB Pike, agrees to vote in favor of the election of the CEO.

*Registration Rights.* The stockholders agreement provides that LGB Pike and its affiliates and the other stockholders party to the stockholders agreement have registration rights with respect to its stock. LGB Pike and its affiliates have the right to require the Company to effect additional registration statements, or "demand registrations." In addition to its rights with respect to demand registrations, each of LGB Pike and its affiliates and the other stockholders party to the stockholders agreement have "piggyback" registration rights. If the Company proposes to register any of its securities, other than a registration in connection with an employee benefit or similar plan or an exchange offer, the Company will be required to give each party to the stockholders agreement the opportunity to participate in such registration.

F-22

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

*Management Agreement*

On April 18, 2002, Pike Electric entered into a management advisory services agreement with Goldberg Lindsay & Co. LLC, an affiliate of Lindsay Goldberg & Bessemer, for ongoing management advisory services. The agreement was amended and restated on July 1, 2004 increasing the management fee to $375 per quarter from $250 per quarter. Pursuant to the agreement, the Company also agreed to indemnify Goldberg Lindsay & Co. LLC and its members, partners and affiliates, and their respective directors, officers, agents and employees against losses arising out of or in connection with the agreement, any activities contemplated by the agreement or any services rendered under the agreement.

**14.  Business Acquisitions**

On September 26, 2003, the Company completed the purchase of the assets of Eden Electric, Inc., an electrical contractor based in Springfield, Tennessee. The acquisition was accounted for as a purchase in accordance with SFAS No. 141, *Business Combinations*. The aggregate purchase price was $6,994 of which $3,000 was allocated to goodwill. The net assets acquired consisted primarily of equipment. The purchase price was made in cash from existing cash balances. The pro forma results of operations taking into account this acquisition, as if it occurred at and the beginning of the period, are not materially different from the historical results presented.

**15.  Commitments and Contingencies**

**Litigation**

The Company is from time to time party to various lawsuits, claims and other legal proceedings that arise in the ordinary course of business. These actions typically seek, among other things, compensation for alleged personal injury, workers' compensation, employment discrimination, breach of contract, property damage, punitive damages, civil penalties or other losses, or injunctive or declaratory relief. With respect to all such lawsuits, claims and proceedings, the Company accrues reserves when it is probable that a liability has been incurred and the amount of loss can be reasonably estimated. The Company does not believe that any of these proceedings, separately or in the aggregate, would be expected to have a material adverse effect on the Company's results of operations or financial position.

**Performance Bonds**

In certain circumstances the Company is required to provide performance bonds in connection with its contractual commitments. The Company has indemnified the surety for any expenses that may be paid out under these performance bonds. At June 30, 2004, the Company had an outstanding letter of credit of $3,000 to provide collateral to the surety. At June 30, 2004 the total amount of outstanding performance bonds was approximately $22,800.

**16.  Subsequent Event**

*Acquisition of Red Simpson*

On July 1, 2004, the Company acquired all of the outstanding stock of Red Simpson Inc., an electric transmission and distribution service provider headquartered in Alexandria, Louisiana. The total cash purchase price was approximately $194,000, net of cash acquired of approximately $2,200. The acquisition was financed through the issuance of $71,000 in new common equity to some of our existing stockholders and approximately $123,000 of new indebtedness under the credit agreement, which was refinanced in connection with the transaction, see Note 6. The acquisition was accounted for as a purchase in accordance with SFAS No. 141, *Business Combinations*. The Company is in the process of evaluating the valuation of the assets acquired and related allocation of the purchase price. In addition, Goldberg

F-23

424(B)(4)138

## PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (continued)

Lindsay & Co. LLC received a one-time transaction fee for the structuring of the transactions and the related financing of $3,125.

**17.  Reincorporation**

On July 1, 2005, the Company's Board of Directors approved the reincorporation and merger of Pike Holdings, Inc., a North Carolina corporation, with and into a newly created wholly owned subsidiary, Pike Electric Corporation, which was formed in Delaware for the sole purpose of effecting the reincorporation. Each share of Pike Holdings, Inc. common stock was converted to 14.76 shares of Pike Electric Corporation common stock with a par value of $0.001 per share. Pike Electric Corporation has 100,000 authorized shares. All common stock and per share amounts for all periods presented in the accompanying financial statements have been restated to reflect the effect of this conversion as a result of the reincorporation.

F-24

**B 493**

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS
(Unaudited)
(in thousands)

|  | March 31, | |
|---|---|---|
|  | 2004 | 2005 |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 37 | $ 73 |
| Accounts receivable, net | 29,028 | 68,830 |
| Work completed not billed | 28,882 | 46,276 |
| Inventories | 5,061 | 7,556 |
| Prepaid and other | 4,674 | 4,085 |
| Deferred income taxes | 4,129 | 17,368 |
| Total current assets | 71,811 | 144,188 |
| Property and equipment, net | 191,116 | 282,417 |
| Goodwill | 3,000 | 89,640 |
| Other intangibles, net | — | 56,549 |
| Deferred income taxes | — | 1,434 |
| Deferred loan costs, net | 6,074 | 10,205 |
| Other assets | 4,639 | 1,923 |
| Total assets | $ 276,640 | $ 586,356 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 6,146 | $ 15,556 |
| Accrued compensation | 11,620 | 15,095 |
| Accrued expenses and other | 3,167 | 7,918 |
| Deferred compensation | 110 | 14,967 |
| Current portion of insurance claims accruals | 2,708 | 3,905 |
| Revolving credit facility | 13,000 | — |
| Total current liabilities | 36,751 | 57,441 |
| Long-term debt | 137,000 | 408,000 |
| Deferred income taxes | 46,570 | 90,168 |
| Insurance and claim accruals, net of current portion | 3,656 | 14,421 |
| Mandatorily redeemable preferred stock | 5,712 | — |
| Deferred compensation, net of current portion | 3,551 | 1,858 |
| Other liabilities | 75 | 60 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Common stock, par value $0.001 per share; 100,000 shares authorized; 24,437 and 21,484 shares issued and outstanding at March 31, 2004 and 2005, respectively | 1,656 | 6,415 |
| Additional paid-in capital | 823 | 105 |
| Unearned compensation—restricted stock | — | (952) |
| Retained earnings | 40,846 | 8,840 |
| Total stockholders' equity | 43,325 | 14,408 |
| Total liabilities and stockholders' equity | $ 276,640 | $ 586,356 |

The accompanying notes are an integral part of these condensed consolidated financial statements

F-25

424(B)(4)140

# PIKE ELECTRIC CORPORATION AND SUBSIDIARIES
## CONDENSED CONSOLIDATED STATEMENTS OF INCOME
### (Unaudited)
### (in thousands, except per share amounts)

| | Nine Months Ended March 31, | |
| --- | --- | --- |
| | 2004 | 2005 |
| Revenues | $ 263,058 | $ 524,247 |
| Cost of operations | 223,520 | 428,073 |
| Gross profit | 39,538 | 96,174 |
| General and administrative expenses | 14,050 | 33,506 |
| Loss on sale of property and equipment | 105 | 256 |
| Income from operations | 25,383 | 62,412 |
| Other expense: | | |
| Interest expense | 6,754 | 34,265 |
| Other, net | (17) | (94) |
| Total other expense | 6,737 | 34,171 |
| Income before income taxes from continuing operations | 18,646 | 28,241 |
| Income tax expense | 7,588 | 17,429 |
| Income from continuing operations | 11,058 | 10,812 |
| Loss from discontinued operations, net of taxes | (384) | — |
| Net income | $ 10,674 | $ 10,812 |
| Basic earnings per share: | | |
| Income from continuing operations | $ 0.45 | $ 0.36 |
| Loss from discontinued operations, net | (0.01) | — |
| Net income per share | $ 0.44 | $ 0.36 |
| Weighted average basic common shares outstanding: | 24,437 | 29,753 |
| Diluted earnings per share: | | |
| Income from continuing operations | $ 0.45 | $ 0.36 |
| Loss from discontinued operations, net | (0.01) | — |
| Net income per share | $ 0.44 | $ 0.36 |
| Weighted average diluted common shares outstanding: | 24,437 | 30,196 |

The accompanying notes are an integral part of these condensed consolidated financial statements

F-26

B 495

PIKE ELECTRIC CORPORATION AND SUBSIDIARIES

CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS

(Unaudited)

(in thousands)

| | Nine Months Ended March 31, | |
|---|---|---|
| | 2004 | 2005 |
| Cash flows from operating activities: | | |
| Income from continuing operations | $   11,058 | $   10,812 |
| Adjustments to reconcile net income from continuing operations to net cash provided by operating activities from continuing operations: | | |
| Depreciation | 14,342 | 23,939 |
| Amortization | — | 4,261 |
| Non-cash interest expense | 661 | 21,618 |
| Provision for deferred income taxes | 6,666 | 10,411 |
| Unrealized (loss) gain on investments | 411 | (566) |
| Loss on sale of property and equipment | 41 | 256 |
| Equity compensation expense | 315 | 1,597 |
| Changes in assets and liabilities arising from continuing operations: | | |
| Accounts receivable and work completed not billed | (13,299) | (7,939) |
| Inventories, prepaids and other | (2,224) | (1,670) |
| Deferred compensation | 527 | (12,123) |
| Other assets | (1,096) | 1,209 |
| Insurance and claim accruals | 263 | (1,530) |
| Accounts payable and other | 4,098 | 442 |
| Net cash provided by operating activities from continuing operations | 21,763 | 50,717 |
| Cash flows from investing activities from continuing operations: | | |
| Purchases of property and equipment | (30,638) | (40,769) |
| Business acquisitions, net of cash acquired | (6,994) | (194,222) |
| Proceeds from sale of property and equipment | 621 | 1,598 |
| Net cash used in investing activities from continuing operations | (37,011) | (233,393) |
| Cash flows from financing activities of continuing operations: | | |
| Principal payments on long-term debt | (3,000) | (179,000) |
| Proceeds from long-term debt | — | 450,000 |
| Borrowings (payments) on revolving credit facility, net | 13,000 | (13,000) |
| Redemption of mandatorily redeemable preferred stock | — | (20,000) |
| Repurchase of stock | — | (123,283) |
| Proceeds from sale of common stock | — | 76,000 |
| Deferred loan costs | — | (12,254) |
| Stock issuance cost | — | (651) |
| Net cash provided by financing activities from continuing operations | 10,000 | 177,812 |
| Net cash provided by discontinued operations | 1,648 | — |
| Net decrease in cash and cash equivalents | (3,600) | (4,864) |
| Cash and cash equivalents beginning of period | 3,637 | 4,937 |
| Cash and cash equivalents end of period | $        37 | $        73 |

The accompanying notes are an integral part of these condensed consolidated financial statements

F-27