# EXHIBIT 18

## REDACTED IN ITS ENTIRETY

# EXHIBIT 19

## REDACTED IN ITS ENTIRETY

# EXHIBIT 20

## REDACTED IN ITS ENTIRETY

# EXHIBIT 21

## REDACTED IN ITS ENTIRETY

# EXHIBIT 22

# REDACTED IN ITS ENTIRETY

# EXHIBIT 23

# REDACTED IN ITS ENTIRETY