# EXHIBIT 24

## REDACTED IN ITS ENTIRETY

# EXHIBIT 25

## REDACTED IN ITS ENTIRETY

# EXHIBIT 26

## REDACTED IN ITS ENTIRETY

# EXHIBIT 27

## REDACTED IN ITS ENTIRETY