# EXHIBIT 29

## REDACTED IN ITS ENTIRETY

# EXHIBIT 30

## REDACTED IN ITS ENTIRETY

# EXHIBIT 31

## REDACTED IN ITS ENTIRETY

# EXHIBIT 32

## REDACTED IN ITS ENTIRETY

# EXHIBIT 33

## REDACTED IN ITS ENTIRETY

# EXHIBIT 34

## REDACTED IN ITS ENTIRETY