IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | Civil Action No. 05-879-SLR <br><br> **REDACTED - PUBLIC VERSION** |

## DECLARATION OF ELIZABETH LASORTE

I, Elizabeth Lasorte, declare as follows:

1. I am an associate at Cravath, Swaine & Moore LLP ("Cravath"), and I respectfully submit this Declaration in support of Plaintiffs Pike Electric Corporation and Pike Electric, Inc.'s (collectively, "Pike") Brief In Opposition to Defendant Mick Dubea's Motion *In Limine* to Preclude Pike from Claiming at Trial that Mick Dubea Improperly Disclosed Purportedly Confidential Pike Information.

2. Attached hereto as Exhibit 1 is a true and correct copy of Graham Ex. 12, the document produced by Dubea bearing the production numbers EDUBEA028516-19.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mick Dubea Ex. 20, the document produced by Dubea bearing the production number EDUBEA028496.

4. Attached hereto as Exhibit 3 is a true and correct copy of Mick Dubea Ex. 21, the document produced by Dubea bearing the production number EDUBEA048650

-2-

5. Attached hereto as Exhibit 4 is a true and correct copy of Mick Dubea Ex. 2, the document produced by Dubea bearing the production numbers EDUBEA019510-21

6. Attached hereto as Exhibit 5 is a true and correct copy of the Verified Complaint, dated 12/20/2005.

7. Attached hereto as Exhibit 6 is a true and correct copy of the January 18, 2006 Telephone Conference Transcript.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Opening Brief In Support of Plaintiffs' Motion for Order Rejecting Defendant's Claims of Privilege and for Discovery Sanctions Due to Spoliation of Evidence, dated April 27, 2006

9. Attached hereto as Exhibit 8 is a true and correct copy of pages 1, 132-134, 138-142 and the certification page, of the transcript of the Deposition of Bradley Lenz, dated 6/13/2006

10. Attached hereto as Exhibit 9 is a true and correct copy of pages 1, 51-53, 144-146 and the certification page, of the transcript of the Deposition of J. Eric Pike, dated 6/20/2006

11. Attached hereto as Exhibit 10 is a true and correct copy of pages 1, 60-63, 75-79, 173-177, 197-200 and the certification page, of the transcript of the Deposition of Mick Dubea, dated 6/27/2006.

12. Attached hereto as Exhibit 11 is a true and correct copy of Mick Dubea Ex. 18, the document produced by Pike bearing the production numbers PIKE 00016833.001.

13.    Attached hereto as Exhibit 12 is a true and correct copy of pages 1, 103-106, 110-112 and the certification page, of the transcript of the Deposition of Frank Brinkley, dated 6/28/2006.

Executed on August 25, 2006

_____
Elizabeth Lasorte

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Alyssa M. Schwartz (#4351)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and have also served the document as noted:

### BY HAND DELIVERY

Lewis H. Lazarus, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

_____
Alyssa M. Schwartz (#4351)