RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

September 5, 2006

**BY ELECTRONIC FILE AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for Delaware
844 King Street
Wilmington, Delaware 19801

Re: **Pike Electric Corporation and Pike Electric, Inc. v. Dubea, C.A. No. 05-879-SLR**

Dear Chief Judge Robinson:

This letter is to advise Your Honor that the parties in the above-captioned matter had a mediation with Magistrate Judge Thynge on August 25, 2006, and at that time reached a settlement in principle, subject to a writing upon which the parties could agree. Since that time, however, the parties have been unable to agree on final terms for a settlement. Accordingly, we now submit the Joint Pre-Trial Order, and apologize for the delay. The parties are continuing to work diligently towards a final agreement, but plan to be ready for trial on September 18, 2006 should the matter not be resolved.

Counsel remains available should Your Honor have any questions.

Respectfully Submitted,

Alyssa M. Schwartz (#4351)

AMS/bw

cc: Clerk of the Court (by electronic file and hand delivery)
Lewis H. Lazarus, Esquire (by electronic file)
Michael A. Paskin, Esquire (by electronic mail)

RLF1-3055027-1