IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIKE ELECTRIC CORPORATION & PIKE ELECTRIC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICK DUBEA, <br><br> Defendant. | C.A. No. 05-879-SLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41. Each party to this action will bear his or its own costs and attorneys' fees.

/s/ Lewis H. Lazarus
Lewis H. Lazarus (#2374)
llazarus@morrisjames.com
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2396
Wilmington, DE 19899
(302) 888-6800

*Attorneys for Defendant*
*Mick Dubea*

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

OF COUNSEL:
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019

*Attorneys for Plaintiffs*
*Pike Electric Corporation and*
*Pike Electric Inc.*

Dated: September 12, 2006

RLF1-3057095-1
1456281/1

SO ORDERED THIS _____ DAY OF _____, 2006.

_____
J.