EXHIBIT 1

REDACTED

EXHIBIT 2

# REDACTED

EXHIBIT 3

## EXHIBIT 3: DUBEA'S STATEMENT OF ISSUES OF FACT
## REMAINING TO BE LITIGATED

1.    Did Mr. Dubea improperly disclose any of Pike's confidential information to T&D or its principals?

2.    Did T&D's principals by virtue of their positions with Pike have access to the confidential information Pike contends Mr. Dubea improperly disclosed?

3.    Did Mr. Dubea engage in competitive activities on behalf of T&D?

4.    Did Mr. Dubea improperly assist in the formation or operation of T&D?

5.    Did Mr. Dubea ever solicit Pike's customers?

6.    Did Mr. Dubea ever solicit Pike's employees to leave Pike and/or join T&D?

7.    Did Pike amend Mr. Dubea's Employment Agreement with the express purpose of eliminating the possibility of forfeiture of his deferred compensation in the event of a noncompete violation?

# EXHIBIT 4

<u>EXHIBIT 4: PIKE'S STATEMENT OF ISSUES OF LAW</u>
<u>REMAINING TO BE LITIGATED</u>

1.      Whether the Employment Agreement is a valid and enforceable contract existing between Pike Inc. and Dubea.

2.      Whether Dubea breached Section 5.03 of the Employment Agreement, *i e*, the non-disclosure covenant, through his conduct in the months of July, August, September and October of 2005.

3.      Whether Dubea breached Section 5.07 of the Employment Agreement, *i.e.*, the non-competition covenant, through his conduct in the months of July, August, September and October of 2005.

4.      Whether the non-competition covenant contained in Section 5.07 of the Employment Agreement is reasonable in time and scope and advances Pike's legitimate economic interests.

5.      Whether the non-competition covenant contained in Section 5.07 of the Employment Agreement is unenforceable only to the extent that it exceeds a reasonable time and scope, and would be narrowed or rewritten if that were the case.

6.      Whether Dubea would be liable for breach of Section 5.07 of the Employment Agreement even if the non-competition covenant were narrowed or rewritten.

7.      Whether Pike has fully performed its obligations under the Employment Agreement and, as such, is entitled specific performance of the Employment Agreement.

8.    Whether Dubea has forfeited his Restricted Shares and right to future cash payments under the Multiplier Amount, pursuant to Section 5.10 of the Employment Agreement.

9.    Whether Pike's employment agreements with Graham, Christian and other former RSI employees are valid and enforceable contracts.

10.    Whether Dubea intentionally, and without justification, interfered with Pike's employment agreements with Graham, Christian and/or other former RSI employees.

11.    Whether Pike had a reasonable and valid expectancy in the continued business of various customers.

12.    Whether Dubea knew that Pike had such a reasonable and valid expectancy.

13.    Whether Dubea intentionally, and without justification, interfered with Pike's reasonable and valid expectancy by participating in conduct designed to result, and which did result, in decisions by its customers to give business to T&D rather than to Pike.

14.    Whether Pike possesses confidential information that derives independent economic value from not being generally known.

15.    Whether Pike took reasonable steps to maintain the secrecy of its confidential information.

16.    Whether Dubea had access to Pike's confidential information during his employment with Pike.

17.     Whether Dubea improperly used and disclosed Pike's confidential information in furtherance of T&D's competing business.

18.     Whether Pike has suffered damages as a result of Dubea's unlawful conduct.

19.     Whether Dubea should be sanctioned for his intentional destruction of evidence.

EXHIBIT 5

## EXHIBIT 5: DUBEA'S STATEMENT OF ISSUES OF LAW
## REMAINING TO BE LITIGATED

1.     Did Pike meet its burden to establish that Mr. Dubea breached the nondisclosure obligation in Section 5.03 of his Employment Agreement?

    a.  Is any of the purported confidential information identified by Pike actually confidential?

2.     Did Pike meet its burden to establish that Mr. Dubea breached the noncompete obligation in Section 5.07 of his Employment Agreement?

    a.  Did Mr. Dubea's noncompete obligation prohibit him from providing financial assistance to his son? If so, did Mr. Dubea's resignation as trustee of a Grantor Retained Annuity Trust ("GRAT") established by Mr. Dubea in December of 2003 with his son as the sole beneficiary constitute a violation of the Employment Agreement?

    b.  Did Pike meet its burden to establish that Mr. Dubea provided material assistance to T&D in violation of his Employment Agreement?

3.     Did Pike meet its burden to establish that Mr. Dubea tortiously interfered with the employment agreements of any Pike employee?

4.     Did Pike meet its burden to establish that Mr. Dubea tortiously interfered with any of Pike's customer relationships?

5.     Did Pike meet its burden to establish that it possessed any trade secrets that Mr. Dubea misappropriated?

6.    Did Pike meet its burden to establish damages caused by a wrongful act of Mr. Dubea?

7.    Even if Pike were able to establish a breach of Section 5.07 of the Employment Agreement, is Mr. Dubea entitled to payment of his unpaid but vested deferred compensation?

a.  To what extent did the forfeiture language in Section 5.10 of the Employment Agreement in connection with Mr. Dubea's entitlement to the Multiplier Amount survive the May 2005 amendment to the Employment Agreement for a violation of Section 5.07?

b.  Is the forfeiture language in Section 5.10 of the Employment Agreement (to the extent that language survived the amendment) enforceable as a matter of contract law and/or public policy?

8.    Has Pike claimed in bad faith that Mr. Dubea forfeited his deferred compensation?

9.    Has Pike's repudiation of its obligation to make future deferred compensation payments to Mr. Dubea eliminated Mr. Dubea's noncompetition covenant or otherwise excused him from that obligation?

10.    Is Pike potentially entitled to both forfeiture and actual damages?

11.    Even if Pike were able to establish a breach of the Employment Agreement and damages, did Pike fail to act appropriately to mitigate its damages?

12.    Is the scope of Mr. Dubea's Employment Agreement overbroad and unreasonable?

13.    Is a five-year noncompete enforceable under Delaware law?

14.    Is Mr. Dubea entitled to payment of some or all of his attorneys' fees because of Pike's failure to issue a litigation hold until March 30, 2006 or otherwise to preserve documents in connection with this action?

EXHIBIT 6

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX 1 | PIKE00016891-00016903 | Christian 10 | |
| PX 2 | PIKE00020358-00020443 | | |
| PX 3 | PIKE00000336-00000352 | | |
| PX 4 | PIKE00016904-00016920 | Christian 11 | |
| PX 5 | PIKE00017061-00017077 | Graham 17, Close 3 | |
| PX 6 | PIKE00017002-00017018 | | |
| PX 7 | PIKE50005222-50005238 | | |
| PX 8 | DUBEA002057-002057 | M. Dubea 11 | |
| PX 9 | PIKE00016859-00016874 | | |
| PX 10 | DUBEA001828-001831 | M. Dubea 4 | |
| PX 11 | PIKE00016970-00016985 | | |
| PX 12 | PIKE50011520-50011530 | | |
| PX 13 | PIKE50011531-50011541 | | |
| PX 14 | PIKE50011542-50011552 | | |
| PX 15 | PIKE50011553-50011563 | | |
| PX 16 | PIKE50011564-50011574 | | |
| PX 17 | PIKE50011575-50011585 | | |
| PX 18 | PIKE50011586-50011596 | | |
| PX 19 | PIKE50011608-50011618 | | |
| PX 20 | PIKE50011623-50011633 | | |
| PX 21 | EPIKE00011851-00011853 | | |
| PX 22 | PIKE00013635-00013666 | | |
| PX 23 | PIKE50011619-50011622 | | |
| PX 24 | PIKE50011597-50011607 | | |
| PX 25 | EDUBEA012830-012836 | Close 1 | |
| PX 26 | EDUBEA009801-009801 | Styslinger 4 | |
| PX 27 | PIKE00012455-00012481 | | |
| PX 28 | DUBEA000171-000193 | M. Dubea 35, Alexander 3 | |
| PX 29 | TD596-618 | Close 19 | |

# EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX 30 | DUBEA000287-000337 | M. Dubea 7 | |
| PX 31 | PIKE00002677-00002679 | | |
| PX 32 | LGBE00020767-00020772 | | |
| PX 33 | DEAN00000820-00000836 | | |
| PX 34 | PIKE00002681-00002689 | | |
| PX 35 | PIKE00000390-00000633 | | |
| PX 36 | PIKE00000391-00000420 (selected pages) | Christian 4 | |
| PX 37 | DEAN00003137-00003161 | | |
| PX 38 | EDUBEA034109-034111 | M. Dubea 1 | |
| PX 39 | DEAN00000805-00000807 | | |
| PX 40 | EDUBEA034223-034223 | Graham 2 | |
| PX 41 | EDUBEA057749-057774 | | |
| PX 42 | EPIKE00067876-00067878 | | |
| PX 43 | LGB00001648-00001651 | | |
| PX 44 | LGBE00017903-00018045 | | |
| PX 45 | EDUBEA034782-034785 | | |
| PX 46 | LGBE00010283-00010291 | | |
| PX 47 | DUBEA000546-000589 | | |
| PX 48 | DUBEA003959-003978 | | |
| PX 49 | LGBE00004616-00004620 | | |
| PX 50 | EDUBEA086876-086876 | | |
| PX 51 | DEAN00003113-00003131 | | |
| PX 52 | DEAN00004064-00004069 | | |
| PX 53 | DEAN00003308-00003307 | | |
| PX 54 | EPIKE00012105-00012111 | | |
| PX 55 | LGBE00003793-00003832 | | |
| PX 56 | DEAN00000865-00000914 | | |
| PX 57 | LGBE00006058-00006065 | | |

**EXHIBIT A**
**PIKE'S INTENDED TRIAL EXHIBITS**

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX 58 | DUBEA001201-001282 | | |
| PX 59 | PIKE00000357-00000368 | | |
| PX 60 | PIKE00002518-00002528 | | |
| PX 61 | PIKE00007488-00007500 | | |
| PX 62 | PIKE00016875-00016884 | | |
| PX 63 | PIKE00016921-00016934 | | |
| PX 64 | PIKE00016921-00016933 | Christian 12 | |
| PX 65 | PIKE00016986-00016996 | | |
| PX 66 | PIKE00017019-00017029 | | |
| PX 67 | PIKE00017287-00017293 | Graham 19 | |
| PX 68 | PIKE0017078-0017089 | Graham 18, Close 4 | |
| PX 69 | PIKE00016885-00016890 | | |
| PX 70 | LGB00000272-00000275 | | |
| PX 71 | LGB00002604-00002604 | | |
| PX 72 | EPIKE00018400-00018419 | | |
| PX 73 | | Close 9 | |
| PX 74 | LGBE00003052-00003053 | | |
| PX 75 | PIKE00003568-00003591 | | |
| PX 76 | PIKE00003592-00003613 | | |
| PX 77 | PIKE00003634-00003649 | | |
| PX 78 | PIKE00017035-00017060 | M. Dubea 14 | |
| PX 79 | EPIKE00022370-00022370 | | |
| PX 80 | DUBEA001194-001200 | | |
| PX 81 | PIKE50011460-50011519 | | |
| PX 82 | EPIKE00003614-00003633 | | |
| PX 83 | EPIKE00012642-00012662 | Close 2 | |
| PX 84 | PIKE00002587-00002587 | | |
| PX 85 | PIKE00014914-00014920 | | |
| PX 86 | EPIKE00049902-00049902 | Christian 9, Graham 14 | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX 87 | PIKE00015303-00015308 | | |
| PX 88 | EDUBEA059714-059721 | | |
| PX 89 | EPIKE00007096-00007103 | Christian 2 | |
| PX 90 | EDUBEA017399-017407 | Graham 8 | |
| PX 91 | EPIKE00013546-00013548 | | |
| PX 92 | LGBE0007710-00007744 | | |
| PX 93 | EPIKE00013712-00013720 | | |
| PX 94 | PIKE50011634-50011642 | | |
| PX 95 | PIKE50011643-50011652 | | |
| PX 96 | PIKE50011653-50011662 | | |
| PX 97 | PIKE50011663-50011671 | | |
| PX 98 | EPIKE00077205-00077205 | Close 6 | |
| PX 99 | PIKE00001318-00001386 | | |
| PX100 | LGBE00003466-00003527 | M. Dubea 8 | |
| PX101 | DUBEA003387-003389 | M. Dubea 9 | |
| PX102 | EDUBEA093402-093490 | | |
| PX103 | PIKE00000101-00000146 | Christian 5 | |
| PX104 | ETD01500000452-015000004 65 | Close 12 | |
| PX105 | EPIKE00050303-0050304 | Graham 4 | |
| PX106 | EPIKE00035191-00035192 | | |
| PX107 | PIKE00001311-00001313 | | |
| PX108 | EDUBEA061745-061746 | | |
| PX109 | EDUBEA061941-061941 | | |
| PX110 | | Close 10 | |
| PX111 | EPIKE00014057-00014058 | Mullins 1 | |
| PX112 | EPIKE00022613-00022614 | | |
| PX113 | EPIKE00026869-00026871 | Close 7 | |
| PX114 | EPIKE00077642-00077644 | | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX115 | EPIKE00077645-00077646 | Close 8 | |
| PX116 | ALTEC00000028-00000028 | Graham 28 | |
| PX117 | SHB00000517-00000520 | | |
| PX118 | DUBEA000167-000170 | M. Dubea 38, Alexander 9 | |
| PX119 | EDUBEA062093-062096 | M. Dubea 10 | |
| PX120 | EPPIKE00035913-00035914 | Graham 20, Christian 13 | |
| PX121 | EPIKE00014104-00014104 | | |
| PX122 | EDUBEA019510-019521 | M. Dubea 2, Graham 3 | |
| PX123 | EPIKE00014113-00014114 | | |
| PX124 | EDUBEA063607-063608 | | |
| PX125 | EDUBEA063609-063609 | M. Dubea 13 | |
| PX126 | EPIKE00015909-00015964 | M. Dubea 3 | |
| PX127 | EDUBEA105052-105055 | | |
| PX128 | EPIKE00022782-00022782 | Christian 7, Graham 10 | |
| PX129 | PIKE00002268-00002269 | Graham 1 | |
| PX130 | PIKE00000353-00000356 | | |
| PX131 | PIKE00017090-00017093 | Graham 21, Close 5 | |
| PX132 | PIKE00006047-00006050 | | |
| PX133 | DUBEA001328-001330 | | |
| PX134 | EDUBEA106241-106243 | | |
| PX135 | EDUBEA106432-106436 | | |
| PX136 | PTD00000004078-000000040 93 | | |
| PX137 | DUBEA002836-002945 | | |
| PX138 | PIKE00016935-00016939 | Christian 14 | |
| PX139 | PIKE00016997-00017001 | | |
| PX140 | PIKE00017030-00017034 | | |
| PX141 | PIKE00017090-00017093 | | |
| PX142 | EPIKE00040180-00040180 | | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX143 | EPIKE00052312-00052313 | | |
| PX144 | EPIKE00052316-00052317 | | |
| PX145 | EPIKE00052318-00052319 | | |
| PX146 | EPIKE00052320-00052321 | | |
| PX147 | EDUBEA108771-108772 | | |
| PX148 | EDUBEA048300-048308 | Strother 2 | |
| PX149 | PIKE00000147-00000147 | C. Dubea 4 | |
| PX150 | EPIKE00041658-00041659 | | |
| PX151 | EPIKE00041670-00041672 | | |
| PX152 | EDUBEA000039-000041 | | |
| PX153 | EPIKE00023202-00023205 | | |
| PX154 | EDUBEA109937-109940 | | |
| PX155 | EPIKE00000880-00000882 | Graham 23 | |
| PX156 | EPIKE00016591-00016594 | | |
| PX157 | STB-PIKE02251-02263 | | |
| PX158 | EPIKE00009652-00009662 | Graham 11 | |
| PX159 | STB-PIKE02303-02304 | | |
| PX160 | EDUBEA110081-110097 | | |
| PX161 | EPIKE00041727-00041728 | Graham 22 | |
| PX162 | EPIKE00014747-00014748 | Christian 15 | |
| PX163 | EPIKE00017075-00017075 | | |
| PX164 | EPIKE00023381-00023382 | | |
| PX165 | EPIKE00052838-00052842 | | |
| PX166 | EPIKE00052853-00052867 | Graham 9 | |
| PX167 | EPIKE00052853-00052867 | M. Dubea 5 | |
| PX168 | EDUBEA110158-110170 | M. Dubea 6 | |
| PX169 | EDUBEA110202-110226 | | |
| PX170 | EDUBEA110271-110275 | | |
| PX171 | EDUBEA028496-028496 | M. Dubea 20 | |

# EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX172 | EDUBEA028516-028519 | Graham 12 | |
| PX173 | EDUBEA048650-048650 | M. Dubea 21, Graham 5 | |
| PX174 | EPIKE00023484-00023484 | C. Dubea 5 | |
| PX175 | EPIKE00017085-00017085 | C. Dubea 6 | |
| PX176 | EPIKE00043539-00043540 | | |
| PX177 | EPIKE00014813-00014813 | | |
| PX178 | PIKE50011430-50011439 | | |
| PX179 | EPIKE00014890-00014891 | Christian 16, Castaneda 8 | |
| PX180 | EPIKE00017528-00017528 | | |
| PX181 | PIKE00001934-00001934 | Graham 6 | |
| PX182 | EPIKE00054112-00054114 | Strother 3 | |
| PX183 | TD68-75 | Close 17 | |
| PX184 | DUBEA000063-000064 | M. Dubea 23 | |
| PX185 | EPIKE00014906-00014906 | | |
| PX186 | TD76-93 | C. Dubea 22, Close 16 | |
| PX187 | EPIKE00009782-00009782 | | |
| PX188 | EPIKE00054752-00054752 | Graham 15 | |
| PX189 | EPIKE00054193-00054194 | Christian 23 | |
| PX190 | EPIKE00013405-00013424 | | |
| PX191 | PTD00000004685-000000046 99 | Close 14 | |
| PX192 | CHASE00000282-00000335 | Close 21 | |
| PX193 | EDUBEA022054-022099 | Close 15 | |
| PX194 | EPIKE00054903-00054905 | C. Dubea 8 | |
| PX195 | EPIKE00002919-00002920 | C. Dubea 7 | |
| PX196 | EPIKE00002921-00002922 | | |
| PX197 | | M. Dubea 24 | |
| PX198 | EPIKE00003031-00003032 | Graham 29 | |
| PX199 | PIKE50011457-50011459 | | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX200 | SHB00000160-00000160 | | |
| PX201 | SHB00000185-00000185 | | |
| PX202 | SHB00000840-00000841 | | |
| PX203 | SHB00000850-00000850 | | |
| PX204 | EPIKE000003930-00003934 | Close 22 | |
| PX205 | SHB00000161-00000161 | Alexander 18 | |
| PX206 | DUBEA003124-003124 | M. Dubea 39 | |
| PX207 | TD1-16 | C. Dubea 9 | |
| PX208 | EPIKE00054944-00054945 | C. Dubea 11 | |
| PX209 | EPIKE00054946-00054946 | C. Dubea 12 | |
| PX210 | EDUBEA022121-022122 | Appelbee 3 | |
| PX211 | SHB00000154-00000154 | Close 23, Alexander 5 | |
| PX212 | SHB00000217-00000217 | | |
| PX213 | EPIKE00003845-00003845 | C. Dubea 13, Graham 30 | |
| PX214 | EDUBEA028184-028184 | C. Dubea 26 | |
| PX215 | DUBEA003129-003131 | M. Dubea 26 | |
| PX216 | EDUBEA022125-022125 | | |
| PX217 | EDUBEA022127-022128 | M. Dubea 28 | |
| PX218 | EDUBEA022129-022132 | M. Dubea 29 | |
| PX219 | EDUBEA022133-022136 | M. Dubea 30 | |
| PX220 | EDUBEA028176-028178 | C. Dubea 28 | |
| PX221 | EDUBEA028179-028180 | C. Dubea 27 | |
| PX222 | EDUBEA048682-048683 | M. Dubea 27, C. Dubea 29 | |
| PX223 | EDUBEA048684-048685 | C. Dubea 30 | |
| PX224 | EDUBEA048686-048689 | M. Dubea 31 | |
| PX225 | EDUBEA048690-048693 | M. Dubea 32 | |
| PX226 | SHB00000481-00000481 | Alexander 6 | |
| PX227 | SHB00000489-00000493 | M. Dubea 40, Alexander 4, Close 24 | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX228 | SHB00000501-00000501 | Alexander 7, Close 25 | |
| PX229 | SHB00000696-00000696 | | |
| PX230 | EPIKE00014984-00014985 | | |
| PX231 | EPIKE00071960-00071960 | Collins 4 | |
| PX232 | EPIKE00014989-00014989 | | |
| PX233 | EPIKE00023930-00023930 | | |
| PX234 | EPIKE00023947-00023948 | Christian 24, Appelbee 10 | |
| PX235 | EPIKE00055013-00055014 | | |
| PX236 | TD318-339 | C. Dubea 20 | |
| PX237 | SHB00000497-00000500 | Alexander 11, Close 27 | |
| PX238 | TD00000620-00000820 | | |
| PX239 | TD00000621-00000621 | | |
| PX240 | EPIKE00055042-00055042 | | |
| PX241 | EPIKE00015197-00015197 | | |
| PX242 | SHB00000503-00000510 | M. Dubea 41, Alexander 8, Close 29 | |
| PX243 | SHB00000848-00000849 | Alexander 13 | |
| PX244 | DUBEA000218-000218 | | |
| PX245 | EPIKE00055043-00055044 | Appelbee 12 | |
| PX246 | EPIKE00055046-00055047 | Brinkley 2 | |
| PX247 | SHB00000836-00000836 | | |
| PX248 | DUBEA000219-000223 | M. Dubea 42 | |
| PX249 | DUBEA003014-003092 | | |
| PX250 | EPIKE00018300-00018301 | Christian 25 | |
| PX251 | TD00000627-00000627 | | |
| PX252 | SHB00000842-00000842 | | |
| PX253 | EPIKE00018353-00018355 | | |
| PX254 | EPIKE00018356-00018356 | | |
| PX255 | SHB00000120-00000121 | | |

**EXHIBIT A**
**PIKE'S INTENDED TRIAL EXHIBITS**

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX256 | SHB00000179-00000179 | | |
| PX257 | SHB00000736-00000740 | | |
| PX258 | DUBEA000207-000207 | M. Dubea 44 | |
| PX259 | DUBEA000212-000213 | | |
| PX260 | DUBEA000214-000215 | M. Dubea 43 | |
| PX261 | SHB00000119-00000119 | Close 30, Alexander 14 | |
| PX262 | DUBEA000216-000217 | | |
| PX263 | DUBEA000200-000200 | M. Dubea 45 | |
| PX264 | EPIKE00055063-00055063 | Lenz 9 | |
| PX265 | SHB00000125-00000126 | Alexander 15 | |
| PX266 | DUBEA000201-000202 | M. Dubea 46 | |
| PX267 | PTD00000004894-000000049 00 | Close 36 | |
| PX268 | SHB00000026-00000036 | Close 28, Alexander 12 | |
| PX269 | SHB00000125-00000126 | Close 31 | |
| PX270 | SHB00000135-00000137 | Alexander 16 | |
| PX271 | SHB00000203-00000204 | | |
| PX272 | TD00000670-00000670 | | |
| PX273 | TD00001581-00001584 | | |
| PX274 | EPIKE00015219-00015220 | | |
| PX275 | SHB00000153-00000153 | | |
| PX276 | TD00000668-00000668 | | |
| PX277 | TD00000669-00000669 | | |
| PX278 | DUBEA003697-003709 | M. Dubea 22 | |
| PX279 | PTD00000007402-000000074 04 | | |
| PX280 | TD00000705-00000705 | | |
| PX281 | TD00000718-00000718 | | |
| PX282 | TD00000739-00000739 | | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX283 | SHB00000131-00000134 | Alexander 17, Close 33 | |
| PX284 | SHB00000174-00000175 | | |
| PX285 | TD477-479 | C. Dubea 15 | |
| PX286 | TD483-485 | C. Dubea 16 | |
| PX287 | TD489-491 | C. Dubea 17 | |
| PX288 | TD506-508 | C. Dubea 14 | |
| PX289 | EPIKE00018901-00018901 | | |
| PX290 | EPIKE00024010-00024010 | | |
| PX291 | PTD00000004904-00000004948 | | |
| PX292 | ALTEC00000028-00000028 | Styslinger 15 | |
| PX293 | PTD00000004401-00000004403 | | |
| PX294 | DUBEA000167-000170 | | |
| PX295 | TD466-475 | C. Dubea 18 | |
| PX296 | PTD00000005049-00000005079 | | |
| PX297 | TD00001141-00001141 | | |
| PX298 | VERIZON00000833-00000866 | Styslinger 13 | |
| PX299 | PIKE00000385-00000386 | Christian 17 | |
| PX300 | EPIKE00020879-00020879 | | |
| PX301 | EPIKE00055243-00055243 | | |
| PX302 | PTD00000004720-00000004766 | | |
| PX303 | EPIKE00020920-00020924 | | |
| PX304 | TD17-42 | C. Dubea 10 | |
| PX305 | | M. Dubea 25; Styslinger 14 | |
| PX306 | | Mick Dubea's Objections and Responses to Plaintiffs' First Set of Requests for Production and First Set of Interrogatories | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX307 | | Affidavit of T. Gray | |
| PX308 | | Affidavit of D. Carlson | |
| PX309 | PTD00000004041-00000004077 | | |
| PX310 | | Affidavit of J. Sanem | |
| PX311 | | Affidavit of N. Kammer | |
| PX312 | | M. Dubea 17 | |
| PX313 | | Defendants' Second Supplemental Answers, Responses and Objections to Plaintiffs' Combined 1st Set of Req. for Prod. of Documents and Interrogatories | |
| PX314 | | Defendants' First Supplemental Answers, Responses and Objections to Plaintiffs' Combined 1st Set of Req. for Prod. of Documents and Interrogatories | |
| PX315 | PTD00000004767-00000004785 | | |
| PX316 | | Defendants' Answers, Responses and Objections to Plaintiffs' Combined Second Set of Requests for Production of Documents and Interrogatories | |
| PX317 | TD00000619-00000619 | Graham 32, C. Dubea 19 | |
| PX318 | | M. Dubea 19 | |
| PX319 | | Affidavit of Sammy W. Christian | |
| PX320 | | Affidavit of Alex H. Graham | |
| PX321 | TD00001711-00001734 | | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX322 | | Defendants' Answers, Responses and Objections to Plaintiffs' Combined Second [sic] Set of Requests for Production of Documents and Interrogatories | |
| PX323 | TD00002025-00002026 | | |
| PX324 | | Mick Dubea's Objections and Responses to Plaintiffs' Combined Second Set of Requests for Production and Interrogatories | |
| PX325 | | Defendants' Answers, Responses and Objections to Plaintiffs' Combined Fourth Sets of Requests for Production of Documents and Interrogatories | |
| PX326 | DUBEA004154-004161 | | |
| PX327 | | J. Falk – NERA expert witness report | |
| PX328 | | Defendants' First Supplemental Answers, Responses and Objections to Plaintiffs' Combined Second [sic] Set of Req. for Prod. of Documents and Interrog. | |
| PX329 | | M. Dubea 33 | |
| PX330 | | M. Dubea 47 | |
| PX331 | | Alexander 10 | |
| PX332 | | Christian 18 | |
| PX333 | | Graham 26 | |
| PX334 | | Close 35 | |
| PX335 | SHB00000164-00000164 | | |
| PX336 | SHB00000233-00000233 | Close 34, Alexander 2, Christian 19, Graham 27 | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX337 | PIKE00000414-00000414 | C. Dubea 3, Close 11 | |
| PX338 | VERIZON00000615-00000866 | M. Dubea 34 | |
| PX339 | PIKE00000677-00000677 | M. Dubea 12 | |
| PX340 | AE0000073-0000085 | Banner 8 | |
| PX341 | PIKE00001408-00001410 | | |
| PX342 | PIKE00001417-00001418 | | |
| PX343 | TD00001659-00001659 | | |
| PX344 | LGBE00002896-00002924 | M. Dubea 37 | |
| PX345 | LGB00003009-00003012 | | |
| PX346 | LGBE00003056-00003089 | | |
| PX347 | DUBEA000048, 001460-000048,001460 | M. Dubea 16 | |
| PX348 | LGBE00009602-00009602 | Christian 6 | |
| PX349 | EPIKE00014372-00014389 | | |
| PX350 | PIKE00016831-00016831 | | |
| PX351 | PIKE00016832-00016832 | | |
| PX352 | PIKE00016833.001-00016833.001 | M. Dubea 18, Christian 22, Graham 24 | |
| PX353 | PIKE00016834-00016834 | | |
| PX354 | PIKE00020853-00020853 | | |
| PX355 | EPIKE00052311-00052311 | | |
| PX356 | EPIKE00052777-00052777 | Graham 7 | |
| PX357 | EPIKE00082308-00082360 | | |
| PX358 | DUBEA003505-003508 | M. Dubea 15 | |
| PX359 | DUBEA003775-003775 | M. Dubea 36 | |
| PX360 | DUBEA004148-004153 | | |
| PX361 | ETD01400005465-01400005480 | | |
| PX362 | ETD01400005539-01400005554 | | |

## EXHIBIT A
## PIKE'S INTENDED TRIAL EXHIBITS

| Trial Ex. No. | Bates Range | Deponent/Title | Trial Objections |
|---|---|---|---|
| PX363 | ETD01500006332-015000006337 | Christian 20 | |
| PX364 | ETD01500006334-015000006336 | | |
| PX365 | ETD0150006253-0150006254 | Close 13 | |
| PX366 | EDUBEA089824-089824 | | |
| PX367 | PIKE50000538-50000539 | | |
| PX368 | TD57-68 | Close 37 | |
| PX369 | TD71-71 | Christian 8, Graham 13 | |
| PX370 | TD77-79, 88 | | |
| PX371 | EDUBEA022082-022099 | Graham 33 | |
| PX372 | TD122-124 | Graham 34 | |
| PX373 | TD43-54 | C. Dubea 23, Close 18, Alexander 1 | |
| PX374 | TD43-51 | Graham 31 | |
| PX375 | TD57-67 | C. Dubea 24 | |