EXHIBIT 18

Pike Electric Corp., et al. vs. Mick Dubea, D. Del., C.A. No. 05-879- SLR

## MICK DUBEA'S
## COUNTER DEPOSITION DESIGNATIONS

### Robert Alexander – 6/30/06

| Page:Line | Objections |
|---|---|
| 65:20 | |
| 67:5–67:21 | |
| 108:2–108:3 | |

<u>Pike Electric Corp., et al. vs. Mick Dubea</u>, D. Del., C.A. No. 05-879- SLR

## MICK DUBEA'S
## COUNTER DEPOSITION DESIGNATIONS

### Reginald L. Banner – 6/28/06

| Page:Line | Objections |
|---|---|
| 11:19-11:24 | |
| 12:18-12:19 | |
| 45:10-47:3 | |
| 48:10-49:21 | |

Pike Electric Corp., et al. vs. Mick Dubea, D. Del., C.A. No. 05-879- SLR

## MICK DUBEA'S
## COUNTER DEPOSITION DESIGNATIONS

### Samuel Christian – 6/15/06

| Page:Line | Objections |
|---|---|
| 10:24-11:1 | |
| 11:22 | |
| 15:10 | |
| 15:12-15-21 | |
| 61:11-61:18 | |
| 62:9-19 | |
| 79:5-79:14 | |
| 88:4 | |
| 88:20 | |
| 90:17 | |
| 92:8 | |
| 94:10 | |
| 94:16-23 | |
| 97:11-97:16 | |
| 97:25 | |
| 100:14 | |
| 100:22 | |
| 118:2-118:6 | |
| 118:25 | |
| 125:15 | |
| 129:24 | |
| 130:2 | |
| 130:5 | |
| 130:12 | |
| 137:10 | |
| 171:9 | |
| 171:21 | |
| 172:3 | |
| 172:14 | |
| 173:14 | |
| 180:24 | |
| 181:8 | |

Pike Electric Corp., et al. vs. Mick Dubea, D. Del., C.A. No. 05-879- SLR

## MICK DUBEA'S
## COUNTER DEPOSITION DESIGNATIONS

### Chad Dubea – 6/23/06

| Page:Line | Objections |
|---|---|
| 20:22-21:3 | |
| 23:3-23:20 | |
| 24:23-25:16 | |
| 28:4-28:13 | |
| 31:6-31:19 | |
| 32:17-32:21 | |
| 47:23-48:3 | |
| 51:10-17 | |
| 52:16-52:19 | |
| 60:6-60:17 | |
| 101:11-101:15 | |
| 101:20-102:15 | |
| 154:24 | |
| 155:12-21 | |
| 157:23 | |
| 159:19-160:17 | |
| 160:25-161:23 | |
| 162:2-162:14 | |
| 163:6-164:5 | |
| 186:7-186:9 | |
| 215:10-215:15 | |
| 217:2-217:21 | |
| 225:19-226:2 | |
| 247:23-247:25 | |

Pike Electric Corp., et al. vs. Mick Dubea, D. Del., C.A. No. 05-879- SLR

**MICK DUBEA'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Mick Dubea - 6/27/06**

| Page:Line | Objections |
|-----------|------------|
| 4:22-5:8 | |
| 5:24-8:2 | |
| 8:13-10:11 | |
| 15:11-16:9 | |
| 20:5-20:16 | |
| 21:3-21:4 | |
| 21:14-21:18 | |
| 21:21-21:23 | |
| 23:11-24:19 | |
| 25:9-25:12 | |
| 25:17 | |
| 25:21 | |
| 26:10-27:4 | |
| 28:3-28:24 | |
| 29:22-30:16 | |
| 32:5-32:15 | |
| 41:16-42:4 | |
| 42:22 | |
| 44:21 | |
| 47:4-47:15 | |
| 51:2-51:3 | |
| 51:14-51:15 | |
| 51:22-51:23 | |
| 52:10 | |
| 53:23 | |
| 56:5-61:23 | |
| 62:9 | |
| 63:14 | |
| 63:19 | |
| 65:9 | |
| 65:23-67:1 | |
| 70:22-71:22 | |

**Mick Dubea - 6/27/06**
**-continued-**

| Page:Line | Objections |
|---|---|
| 72:4-72:9 | |
| 73:2-73:3 | |
| 73:10-74:8 | |
| 75:17-76:18 | |
| 77:8-77:9 | |
| 78:4 | |
| 78:13 | |
| 78:16-79:5 | |
| 81:1-81:2 | |
| 81:12 | |
| 81:18 | |
| 83:11 | |
| 83:17-83:18 | |
| 96:23-97:12 | |
| 98:20-99:2 | |
| 99:24-100:4 | |
| 101:9-101:21 | |
| 109:2-109:22 | |
| 110:10-110:13 | |
| 111:6-111:10 | |
| 112:15 | |
| 113:3 | |
| 113:13-113:16 | |
| 113:21-114:17 | |
| 115:11:115:15 | |
| 115:19-115:21 | |
| 120:29-121:1 | |
| 121:16-121:21 | |
| 122:13-123:7 | |
| 125:13 | |
| 126:3 | |
| 126:10-126:13 | |
| 126:24-127:20 | |
| 131:9-135:1 | |
| 140:15-140:18 | |
| 143:22 | |
| 144:2-144:7 | |
| 147:5-147:6 | |

**Mick Dubea - 6/27/06**
**-continued-**

| Page:Line | Objections |
|---|---|
| 148:9-148:10 | |
| 148:12-149:23 | |
| 150:9-150:17 | |
| 151:5-151:6 | |
| 151:14 | |
| 152:21-153:14 | |
| 153:21-157:24 | |
| 159:5-160:7 | |
| 170:7-170:9 | |
| 170:13 | |
| 173:4-173:12 | |
| 174:6 | |
| 175:18-176:5 | |
| 176:22-177:1 | |
| 177:8-177:9 | |
| 178:5-178:17 | |
| 179:9-179:10 | |
| 180:9-180:19 | |
| 184:3-185:6 | |
| 185:13-186:6 | |
| 189:16-189:23 | |
| 190:19-191:5 | |
| 192:13-192:17 | |
| 193:11-193:22 | |
| 194:17-196:5 | |
| 198:17-198:18 | |
| 199:8-200:11 | |
| 203:4-203:5 | |
| 203:8-203:9 | |
| 203:13-203:14 | |
| 204:11-204:17 | |
| 205:3-205:20 | |
| 206:14-206:20 | |
| 208:7-208:8 | |
| 214:15-216:5 | |
| 218:5-218:12 | |
| 218:24-219:3 | |
| 220:19-221-8 | |

**Mick Dubea - 6/27/06**
**-continued-**

| Page:Line | Objections |
|---|---|
| 225:19-225:23 | |
| 228:10-228:11 | |
| 231:8-231:9 | |
| 234:18-234:19 | |
| 235:23-236:15 | |
| 237:10-237:15 | |
| 243:5-244:20 | |
| 249:7-249:10 | |
| 250:17-250:22 | |
| 251:1-251:20 | |
| 253:1-253:24 | |

<u>Pike Electric Corp., et al. vs. Mick Dubea</u>, D. Del., C.A. No. 05-879- SLR

**MICK DUBEA'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Alex Graham - 6/14/06**

| Page:Line | Objections |
|:---:|:---|
| 41:25 | |
| 43:13 | |
| 43:18 | |
| 51:10 | |
| 51:15 | |
| 53:25-54:4 | |
| 57:4-57:19 | |
| 57:23 | |
| 80:25-81:18 | |
| 91:10 | |
| 91:20 | |
| 92:11 | |
| 101:16-102:2 | |
| 104:24-106:23 | |
| 107:9-13 | |
| 110:1 | |
| 110:4 | |
| 112:22 | |
| 113:4 | |
| 113:12 | |
| 113:18-115:13 | |
| 116:7-116:8 | |
| 116:12 | |
| 117:5 | |
| 117:24-118:1 | |
| 120:18-121-14 | |
| 146:17-146:21 | |
| 149:15 | |
| 151:3 | |
| 161:3-161:14 | |
| 174:5 | |
| 174:7-175:3 | |
| 178:14-178:15 | |

**Alex Graham - 6/14/06**
**-continued-**

| | |
|---|---|
| 178:20–179:3 | |
| 179:16 | |
| 179:23–180:16 | |
| 199:11 | |
| 199:17 | |
| 199:19–199:24 | |
| 230:8 | |
| 230:15 | |
| 231:10 | |

<u>Pike Electric Corp., et al. vs. Mick Dubea</u>, D. Del., C.A. No. 05-879- SLR

**MICK DUBEA'S**
**COUNTER DEPOSITION DESIGNATIONS**

**Bradley Lenz -- Vol. I**
**6/13/06**

| Page:Line | Objections |
|---|---|
| 56:22-57:20 | |

<u>Pike Electric Corp., et al. vs. Mick Dubea</u>, D. Del., C.A. No. 05-879- SLR

## MICK DUBEA'S
## COUNTER DEPOSITION DESIGNATIONS

### Bradley Lenz – Vol. II
### 6/27/06

| Page:Line | Objections |
|---|---|
| 53:18 | |
| 54:3 | |
| 54:20-54:21 | |
| 99:11-99:12 | |
| 99:24-100:4 | |
| 100:13-100:14 | |
| 105:18-105:22 | |

<u>Pike Electric Corp., et al. vs. Mick Dubea</u>, D. Del., C.A. No. 05-879- SLR

## MICK DUBEA'S
## COUNTER DEPOSITION DESIGNATIONS

### Robert Strother – 6/16/06

| Page:Line | Objections |
|---|---|
| 179:18-179:22 | |

<u>Pike Electric Corp., et al. vs. Mick Dubea</u>, D. Del., C.A. No. 05-879- SLR

## MICK DUBEA'S
## COUNTER DEPOSITION DESIGNATIONS

### Mark Styslinger – 5/10/06

| Page:Line | Objections |
|---|---|
| 20:16–20:20 | |
| 32:20–33:7 | |
| 34:7–34:19 | |
| 34:22–34:23 | |
| 35:7–36:18 | |
| 39:7–39:16 | |
| 41:18–42:5 | |
| 52:5–52:8 | |
| 57:14–57:20 | |
| 87:21–88:8 | |
| 135:13–136:15 | |
| 141:23–142:3 | |
| 142:17–143:8 | |
| 144:8–144:12 | |
| 144:20–144:23 | |
| 145:11–145:18 | |
| 146:7–147:22 | |
| 168:17–168:18 | |
| 169:10–169:21 | |
| 171:6–171:7 | |

<u>Pike Electric Corp., et al. vs. Mick Dubea</u>, D. Del., C.A. No. 05-879- SLR

## MICK DUBEA'S
## <u>COUNTER DEPOSITION DESIGNATIONS</u>

### Simmy Thibeaux – 6/8/06

| Page:Line | Objections |
|-----------|------------|
| 10:2–11:17 | |
| 25:14–26:5 | |

<u>Pike Electric Corp., et al. vs. Mick Dubea</u>, D. Del., C.A. No. 05-879- SLR

## MICK DUBEA'S
## <u>COUNTER DEPOSITION DESIGNATIONS</u>

### Russell Triedman -- 6/23/06

| Page:Line | Objections |
|-----------|------------|
| 9:15-9:20 |            |
|           |            |
|           |            |
|           |            |
|           |            |
|           |            |
|           |            |
|           |            |
|           |            |

EXHIBIT 19

# EXHIBIT A
## PIKE'S COUNTER-DESIGNATIONS

| DEPONENT | DEPOSITION DATE | BEGINNING PAGE:LINE | ENDING PAGE:LINE |
|----------|-----------------|---------------------|-------------------|

**Appelbee, Ronnie**    **6/12/06**

| | |
|-------|-------|
| 13:6 | 13:10 |
| 13:18 | 14:1 |
| 20:23 | 21:4 |
| 34:12 | 34:13 |
| 37:3 | 37:7 |
| 47:9 | 47:17 |
| 47:22 | 49:2 |
| 49:12 | 49:16 |
| 50:5 | 50:7 |
| 50:17 | 50:21 |
| 51:23 | 52:2 |
| 52:8 | 52:19 |
| 54:18 | 54:20 |
| 56:25 | 57:1 |
| 60:14 | 60:18 |
| 60:22 | 60:25 |
| 65:15 | 65:19 |
| 66:1 | 66:4 |
| 67:8 | 67:8 |
| 67:22 | 67:23 |
| 72:3 | 72:4 |
| 72:16 | 73:2 |
| 75:15 | 75:18 |
| 77:3 | 77:8 |
| 90:12 | 90:12 |
| 92:1 | 92:3 |
| 94:10 | 94:14 |
| 94:24 | 95:2 |
| 96:17 | 96:17 |
| 97:10 | 97:13 |
| 100:23 | 100:25 |
| 104:12 | 104:15 |
| 105:9 | 105:17 |
| 120:20 | 120:23 |
| 121:1 | 121:9 |
| 123:17 | 125:6 |
| 125:20 | 125:23 |
| 126:21 | 126:24 |
| 130:15 | 131:8 |
| 139:8 | 139:15 |
| 152:13 | 152:15 |
| 165:13 | 165:20 |

# EXHIBIT A
## PIKE'S COUNTER-DESIGNATIONS

| DEPONENT | DEPOSITION DATE | BEGINNING PAGE:LINE | ENDING PAGE:LINE |
|---|---|---|---|
| | | 167:16 | 167:19 |
| | | 188:3 | 188:17 |
| | | 191:20 | 192:4 |
| | | 204:23 | 205:1 |
| | | 239:22 | 240:9 |
| | | 258:1 | 258:5 |
| | | 281:18 | 282:6 |
| | | 283:3 | 283:8 |
| | | 311:10 | 311:10 |
| | | 312:23 | 313:8 |
| | | 316:22 | 317:6 |
| | | 321:16 | 322:14 |
| | | 322:16 | 322:18 |
| | | 333:12 | 333:15 |
| | | 333:18 | 333:22 |
| | | 333:25 | 334:10 |
| | | 334:13 | 334:17 |
| | | 335:23 | 336:4 |
| | | 336:7 | 338:5 |
| | | 338:8 | 338:12 |
| | | 338:22 | 339:16 |
| | | 341:19 | 341:22 |
| | | 342:3 | 343:22 |
| | | 345:23 | 346:22 |
| | | 346:25 | 347:4 |
| | | 347:7 | 347:8 |
| | | 349:14 | 349:15 |
| | | 350:15 | 350:16 |
| | | 354:7 | 354:8 |
| | | 356:17 | 356:22 |
| | | 357:22 | 357:23 |
| | | 358:19 | 358:20 |
| | | 366:25 | 367:1 |
| | | 367:21 | 368:6 |
| | | 368:13 | 368:17 |
| | | 368:20 | 370:16 |
| | | 370:20 | 371:4 |
| | | 371:7 | 371:22 |
| | | 371:25 | 371:25 |
| | | 372:7 | 373:2 |
| | | 373:6 | 373:10 |

## EXHIBIT A
## PIKE'S COUNTER-DESIGNATIONS

| DEPONENT | DEPOSITION DATE | BEGINNING PAGE:LINE | ENDING PAGE:LINE |
|---|---|---|---|

**Brinkley, Frank**    6/28/06

| | | | |
|---|---|---|---|
| | | 93:19 | 83:21 |
| | | 83:23 | 84:2 |
| | | 84:4 | 84:24 |
| | | 92:5 | 93:22 |
| | | 95:10 | 98:8 |
| | | 98:13 | 101:2 |
| | | 101:10 | 101:24 |
| | | 103:11 | 104:11 |
| | | 104:17 | 106:11 |
| | | 111:3 | 111:21 |

**Castaneda, Mark**    6/6/06

| | | | |
|---|---|---|---|
| | | 165:24 | 166:2 |
| | | 180:2 | 180:17 |
| | | 194:25 | 195:12 |
| | | 264:4 | 264:24 |

**Christian, Samuel**    6/15/06

| | | | |
|---|---|---|---|
| | | 159:10 | 159:24 |

**Close, Cory**    6/22/06

| | | | |
|---|---|---|---|
| | | 66:19 | 66:23 |
| | | 66:25 | 67:8 |
| | | 163:16 | 163:22 |
| | | 176:16 | 176:20 |
| | | 176:22 | 177:5 |
| | | 177:7 | 177:10 |
| | | 177:12 | 177:12 |
| | | 182:7 | 182:9 |
| | | 182:11 | 182:17 |
| | | 182:20 | 183:8 |
| | | 233:23 | 234:5 |
| | | 242:19 | 243:14 |
| | | 250:13 | 251:6 |
| | | 255:4 | 255:9 |
| | | 279:24 | 283:2 |
| | | 307:6 | 307:8 |
| | | 308:25 | 309:3 |
| | | 316:3 | 316:18 |

# EXHIBIT A
## PIKE'S COUNTER-DESIGNATIONS

| DEPONENT | DEPOSITION DATE | BEGINNING PAGE:LINE | ENDING PAGE:LINE |
|---|---|---|---|
| | | 319:6 | 319:12 |
| | | 319:14 | 319:23 |
| | | 320:1 | 320:8 |
| Collins, Jeffery | 6/21/06 | | |
| | | 25:25 | 27:7 |
| | | 50:23 | 53:8 |
| | | 96:10 | 96:19 |
| | | 108:17 | 110:1 |
| | | 155:16 | 155:25 |
| | | 179:14 | 180:3 |
| | | 227:16 | 228:21 |
| | | 265:14 | 265:24 |
| | | 280:19 | 281:4 |
| | | 310:21 | 312:24 |
| Dubea, Chad | 6/23/06 | | |
| | | 40:20 | 40:25 |
| | | 136:8 | 136:10 |
| | | 136:13 | 136:20 |
| | | 138:3 | 138:12 |
| | | 138:15 | 138:23 |
| | | 140:13 | 140:20 |
| | | 141:4 | 141:20 |
| | | 142:14 | 143:8 |
| | | 197:9 | 197:12 |
| Graham, Alex | 6/14/06 | | |
| | | 60:9 | 60:16 |
| | | 160:10 | 161:2 |
| | | 195:16 | 195:23 |
| | | 196:13 | 196:21 |
| | | 196:24 | 197:19 |
| | | 229:19 | 229:21 |
| | | 251:5 | 252:10 |
| Lenz, Bradley | 6/13/06 | | |
| | | 74:8 | 75:3 |
| Lenz, Bradley | 6/27/06 | | |

# EXHIBIT A
## PIKE'S COUNTER-DESIGNATIONS

| DEPONENT | DEPOSITION DATE | BEGINNING PAGE:LINE | ENDING PAGE:LINE |
|---|---|---|---|
| | | 61:11 | 62:3 |
| **Mullins, Jonathan** | **6/28/06** | | |
| | | 39:15 | 41:12 |
| | | 69:17 | 69:20 |
| | | 71:3 | 74:18 |
| **Pike, J. Eric** | **6/20/06** | | |
| | | 29:14 | 29:19 |
| | | 45:11 | 46:6 |
| | | 53:15 | 54:1 |
| | | 59:5 | 59:17 |
| | | 63:7 | 63:17 |
| | | 66:8 | 66:13 |
| | | 71:18 | 72:2 |
| | | 95:15 | 96:7 |
| | | 96:15 | 96:25 |
| | | 108:12 | 108:18 |
| | | 132:10 | 133:4 |
| | | 133:17 | 134:6 |
| | | 139:11 | 139:19 |
| | | 141:4 | 142:12 |
| | | 144:18 | 144:24 |
| | | 145:14 | 145:22 |
| | | 161:17 | 162:2 |
| | | 162:7 | 162:24 |
| | | 164:14 | 165:5 |
| | | 169:7 | 169:13 |
| | | 169:19 | 169:22 |
| | | 172:17 | 172:25 |
| | | 173:4 | 173:18 |
| | | 174:10 | 174:23 |
| | | 175:10 | 175:22 |
| | | 176:6 | 176:8 |
| | | 176:10 | 176:22 |
| | | 177:20 | 178:2 |
| | | 180:15 | 180:23 |
| | | 182:13 | 182:14 |
| | | 192:11 | 193:1 |
| | | 194:24 | 195:10 |
| | | 207:25 | 208:2 |

## EXHIBIT A
## PIKE'S COUNTER-DESIGNATIONS

| DEPONENT | DEPOSITION DATE | BEGINNING PAGE:LINE | ENDING PAGE:LINE |
|----------|-----------------|---------------------|------------------|
| | | 212:21 | 213:2 |
| | | 213:13 | 213:15 |
| | | 229:5 | 229:9 |
| | | 229:23 | 230:6 |
| | | 234:5 | 234:21 |
| | | 241:17 | 242:3 |
| | | 242:7 | 242:11 |
| | | 247:13 | 247:22 |
| | | 253:17 | 254:9 |
| | | 258:12 | 258:24 |
| | | 261:19 | 263:9 |
| | | 272:2 | 272:25 |
| | | 294:17 | 295:4 |
| | | 313:15 | 313:22 |
| | | 314:11 | 314:16 |
| | | 322:8 | 324:12 |
| | | 351:21 | 352:7 |
| | | 352:10 | 352:23 |
| | | 353:4 | 353:9 |
| | | 353:16 | 353:22 |
| | | 353:24 | 354:1 |
| **Strother, Robert** | **6/16/06** | | |
| | | 110:17 | 110:20 |
| | | 175:4 | 175:12 |
| | | 176:17 | 176:19 |
| | | 176:24 | 177:13 |
| | | 179:18 | 179:22 |
| | | 185:3 | 185:16 |
| | | 185:18 | 185:18 |
| | | 186:1 | 186:4 |
| | | 195:20 | 196:1 |
| | | 266:3 | 266:11 |
| **Thibeaux, Simmy** | **6/8/06** | | |
| | | 34:7 | 34:25 |
| | | 61:21 | 62:12 |
| | | 157:10 | 157:25 |
| | | 177:18 | 178:14 |
| | | 182:10 | 182:22 |

EXHIBIT 20

## EXHIBIT A
## PIKE'S OBJECTIONS TO DUBEA'S COUNTER DESIGNATIONS

**BANNER, REGINALD**                                    06/28/06

| Dubea's Designations | | Pike's Objections |
|---|---|---|
| 49:5 | 49:21 | Foundation/Lack of Personal Knowledge |
| | | Speculation/Opinion |

**DUBEA, CHAD**                                    6/23/2006

| Dubea's Designations | | Pike's Objections |
|---|---|---|
| 160:16 | 160:17 | Relevance |
| 186:7 | 186:9 | Speculation/Opinion |

**DUBEA, MICK**                                    6/27/2006

| Dubea's Designations | | Pike's Objections |
|---|---|---|
| 7:1 | 8:2 | Improper counter designation |
| | | Hearsay |
| 8:13 | 10:11 | Improper counter designation |
| | | Hearsay |
| 152:21 | 153:14 | Improper counter designation |
| | | Hearsay |
| 153:21 | 154:4 | Hearsay |
| 154:17 | 155:8 | Hearsay |
| 155:16 | 155:23 | Hearsay |
| 156:10 | 157:24 | Hearsay |
| 159:20 | 160:7 | Hearsay |
| 199:8 | 199:16 | Hearsay |
| 204:11 | 204:17 | Relevance |
| | | Not Testimony |
| 253:1 | 253:24 | Improper counter designation |
| | | Hearsay |

**GRAHAM, ALEX**                                    6/14/06

| Dubea's Designations | | Pike's Objections |
|---|---|---|
| 161:3 | 161:14 | Foundation/Lack of Personal Knowledge |

**STYSLINGER, MARK**                                    5/10/06

| Dubea's Designations | | Pike's Objections |
|---|---|---|
| 87:21 | 88:8 | Speculation/Opinion |
| 135:13 | 136:15 | Relevance |

EXHIBIT 21

## MICK DUBEA'S OBJECTIONS TO PIKE'S DEPOSITION
## COUNTER-DESIGNATIONS

| Deponent | Deposition Date | Beginning Page Line | Ending Page Line | Objection |
|---|---|---|---|---|
| Apelbee, Ronnie | 6/12/06 | | | |
| | | 13:6 | 13:10 | Rule 32 of Fed.R.Civ.P. ("Rule 32"); 402; 403; foundation |
| | | 13:18 | 14:1 | Rule 32, 402; 403; foundation |
| | | 37:3 | 37:7 | Non-responsive |
| | | 47:9 | 47:17 | Rule 32 |
| | | 47:22 | 49:2 | Rule 32 |
| | | 49:12 | 49:16 | Rule 32 |
| | | 50:5 | 50:7 | Rule 32 |
| | | 50:17 | 50:21 | Rule 32 |
| | | 51:23 | 52:2 | Rule 32, 402; 403; 404 |
| | | 52:8 | 52:19 | Rule 32, 801; 802 |
| | | 60:14 | 60:18 | Rule 32 |
| | | 60:22 | 60:25 | Rule 32 |
| | | 65:15 | 65:19 | Rule 32 |
| | | 104:12 | 104:15 | Rule 32 |
| | | 126:21 | 126:24 | Rule 32 |
| | | 166:13 | 166:20 | 801; 802 |
| | | 167:16 | 167:19 | Rule32; 801; 802; Foundation |
| | | 188:3 | 188:17 | 801; 802 |
| | | 192:2 | 192:4 | 801; 802 |
| | | 204:23 | 205:1 | 402; 403; Rule 32 |
| | | 239:22 | 240:9 | 402; 403; 404; 608 |
| | | 281:18 | 282:6 | 402; 403; 801; 802 |
| | | 283:3 | 283:8 | 402; 403 |
| | | 311:10 | | Basis for objection as to form? |
| | | 312:23 | 313:8 | Rule 32 |
| | | 317:22 | 318:6 | Rule 32 |
| | | 321:22 | 322:18 | Rule 32 |
| | | 335:23 | 337:12 | Rule 32 |
| | | 338:12 | 339:16 | 801; 802 |

| Deponent | Deposition Date | Beginning Page Line | Ending Page Line | Objection |
|---|---|---|---|---|
| | | 341:19 | 341:20 | Rule 32 |
| | | 342:3 | 344:22 | Rule 32; 801; 802 |
| | | 346:25 | 347:8 | 402; 403; 801; 802 |
| | | 356:17 | 356:22 | Rule 32; 402; 403 |
| | | 357:22 | 357:23 | 402; 403; 404; 801; 802 |
| | | 368:13 | 370:10 | Rule 32; Foundation; 611 |
| | | 370:20 | 371:4 | Rule 32; 611 |
| | | 372:7 | 373:2 | Rule 32; 611 |
| | | 372:7 | 373:2 | Rule 32; 611 |
| | | 374:6 | 374:10 | Rule 32; 611 |
| Brinkley, Frank | 6/28/06 | 92:5 | 93:22 | Rule 32; foundation |
| | | 95:10 | 98:8 | Rule 32; foundation |
| | | 98:13 | 101:2 | Rule 32; foundation |
| | | 101:10 | 101:24 | Rule 32; foundation |
| | | 103:11 | 104:11 | Rule 32; foundation |
| | | 104:17 | 106:11 | Rule 32; foundation |
| | | 111:3 | 111:21 | Rule 32; foundation |
| Castaneda, Mark | 6/6/06 | | | |
| | | 180:8 | 180:14 | 801; 802 |
| | | 264:4 | 264:24 | Rule 32; 801; 802 |
| Close, Corey | 6/22/06 | | | |
| | | 182:7 | 182:17 | 402; 403 |
| | | 182:20 | 183:8 | 402; 403 |
| | | 255:4 | 255:9 | 801; 802 |
| | | 316:3 | 316:18 | 801; 802 |
| | | 319:6 | 320:8 | 402; 403; 404 |
| Collins, Jeffery | 6/21/06 | | | |
| | | 25:26 | 27:7 | Rule 32; 602 |
| | | 50:23 | 53:8 | Rule 32; 602 |
| | | 179:21 | 180:3 | Foundation |
| | | 227:16 | 228:21 | Rule 32 |
| | | 280:19 | 281:4 | Rule 32 |
| | | 310:21 | 311:24 | Rule 32; 602 |
| Dubea, Chad | 6/23/06 | | | |
| | | 138:15 | 138:23 | 801; 802; 602 |

| Deponent | Deposition Date | Beginning Page Line | Ending Page Line | Objection |
|---|---|---|---|---|
| | | 142:14 | 143:8 | 801; 802; 602 |
| | | 197:9 | 197:12 | 602 |

| Mullins, Jonathan | | | | |
|---|---|---|---|---|
| | | 39:15 | 41:12 | Rule 32 |
| | | 72:1 | 73:16 | 801; 802; 402; 403 |
| | | 73:22 | 73:25 | 801; 802; 402; 403 |
| | | 74:13 | 74:18 | Speculation |

| Pike, Eric J. | 6/20/06 | | | |
|---|---|---|---|---|
| | | 29:14 | 29:19 | Rule 32; Speculation; 402; 403; 404 |
| | | 45:11 | 46:6 | Rule 32 |
| | | 59:5 | 59:17 | Rule 32 |
| | | 141:14 | 142.12 | Rule 32; 801; 802 |
| | | 145:14 | 145:22 | Rule 32; 602 |
| | | 162:7 | 162:24 | Rule 32; 608 |
| | | 172:17 | 172:25 | Rule 32; 602 |
| | | 173:4 | 173:18 | Rule 32; 602 |
| | | 174:17 | 174:23 | 801; 802; 602 |
| | | 176:6 | 176:8 | Rule 32 |
| | | 176:10 | 176:22 | Rule 32 |
| | | 177:20 | 178:2 | Rule 32; 801; 802 |
| | | 213:13 | 213:15 | Rule 32 |
| | | 229:23 | 230:6 | Rule 32 |
| | | 241:17 | 242:3 | Rule 32; 801; 802 |
| | | 242:7 | 242:11 | Rule 32 |
| | | 261:19 | 263:9 | Rule 32; 801; 802 |
| | | 294:17 | 295:4 | Rule 32; never produced settlement agreement |
| | | 313:15 | 313:22 | 801; 802; 602 |
| | | 322:5 | 324:12 | Foundation |
| | | 351:21 | 352:7 | 611 |
| | | 352:10 | 352:23 | 611 |
| | | 353:4 | 353:9 | Speculation |
| | | 353:16 | 353:22 | Speculation |
| | | 353:24 | 354:1 | 801; 802 |

| Deponent | Deposition Date | Beginning Page Line | Ending Page Line | Objection |
|---|---|---|---|---|

| Strother, Robert | 6/16/06 | | | |
|---|---|---|---|---|
| | | 110:17 | 110:20 | Rule 32 |
| | | 175:4 | 175:12 | 402; 403 |
| | | 185:3 | 185:16 | 801; 802; 402; 403; 404 |
| | | 185:18 | 185:18 | 801; 802; 402; 403; 404 |
| | | 186:1 | 186:4 | 402; 403; 404 |
| | | 195:20 | 196:1 | 402; 403 |
| | | 266:3 | 266:11 | Rule 32 |

| Thibeaux, Simmy | 6/8/06 | | | |
|---|---|---|---|---|
| | | 157:20 | 157:25 | 402; 403; Foundation |
| | | 182:10 | 182:22 | 801; 802 |

EXHIBIT 22

EXHIBIT 22: PIKE'S LIST OF MISCELLANEOUS ISSUES

       1.     Pike seeks a ruling on its Motion for an Order Rejecting Defendant's Claims of Privilege.

       2.     Pike seeks rulings on its four motions *in limine*: (a) Pike's Motion to Exclude the Proffered Expert Testimony of J. F. Morrow; (b) Pike's Motion to Exclude the Proffered Expert Testimony of Karyl Van Tassel; (c) Pike's Motion to Exclude Extrinsic Evidence Offered By Mick Dubea to Vary the Unambiguous Terms of His Employment Contract; and (d) Pike's Motion to Exclude Evidence of the Towers Perrin Study and Other Evidence of the Average Length of Non-Competition Agreements for Executives Outside of the Acquisition Context.

EXHIBIT 23

## EXHIBIT 23: DUBEA'S LIST OF MISCELLANEOUS ISSUES

      1.    Dubea seeks a ruling that that Pike be prohibited from submitting evidence at trial on its claim that Dubea improperly disclosed Pike's confidential information or trade secrets for the reasons set forth in Dubea's motion *in limine*.