**REVIEWED**
*By Larisha Davis at 12:10 pm, Jun 26, 2007*

CLOSED, MEDIATION, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00879-SLR
#### Internal Use Only

| | |
|---|---|
| Pike Electric Corporation et al v. Dubea | Date Filed: 12/20/2005 |
| Assigned to: Honorable Sue L. Robinson | Date Terminated: 09/13/2006 |
| Cause: 28:1332 Diversity-Breach of Contract | Jury Demand: None |
| | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Pike Electric Corporation**     represented by     **William J. Wade**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7718
Email: wade@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa M. Schwartz**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: schwartz@rlf.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pike Electric Inc.**     represented by     **William J. Wade**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa M. Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mick Dubea**     represented by     **Lewis H. Lazarus**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: llazarus@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Mick Dubea**

V.

**Counter Defendant**

Pike Electric Corporation

**Counter Defendant**

Pike Electric Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2005 | 1 | COMPLAINT filed against Mick Dubea - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 141590.) - filed by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(exit KAJ) (els, ) (Entered: 12/22/2005) |
| 12/20/2005 | 2 | Disclosure Statement pursuant to Rule 7.1 filed by Pike Electric Corporation, Pike Electric Inc. identifying Pike Inc. as Corporate Parent. (els, ) (Entered: 12/22/2005) |
| 12/20/2005 |  | Summons Issued as to Mick Dubea on 12/20/2005. (els, ) (Entered: 12/22/2005) |
| 12/20/2005 | 3 | MOTION for Preliminary Injunction And For Expedited Discovery - filed by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Proposed Order Expediting Discovery# 2 Proposed Order Preliminary Injunction)(exit KAJ)(els, ) (Entered: 12/22/2005) |
| 12/20/2005 | 4 | OPENING BRIEF in Support re 3 MOTION for Preliminary Injunction filed by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Exhibit A part 1# 2 Exhibit A part 2)(exit KAJ)(els, ) (Entered: 12/22/2005) |
| 12/20/2005 | 5 | DECLARATION OF ERIC PIKE by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C part 1# 4 Exhibit C part 2# 5 Exhibit D & E# 6 Exhibit F & G# 7 Exhibit H & I# 8 Exhibit J, K & L# 9 Exhibit M, N & O)(exit KAJ)(els, ) (Entered: 12/22/2005) |
| 12/20/2005 | 6 | Letter dated 12/20/05 to Clerk from William J. Wade, Esq., regarding enclosed copies of Complaint, Motion for Preliminary Injunction, and related documents, requesting expedited handling. (rwc, ) (Entered: 12/22/2005) |
| 12/20/2005 |  | Minute Entry for proceedings held before Judge Kent A. Jordan (Duty Judge): Status Teleconference held on 12/20/2005. Case shall be placed for normal case assignment. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 12/22/2005) |
| 12/21/2005 VOID | 7 | STENO NOTES for 12/20/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 12/22/2005) |
| 12/27/2005 | 8 | TRANSCRIPT of teleconference held on 12/20/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 12/27/2005) |
| 12/28/2005 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 12/28/2005) |
| 12/30/2005 | 9 | Letter to The Honorable Sue L. Robinson from William J. Wade regarding request that the Court set a time for Pike to present its Motion for Expedited Discovery regarding Pike's Motion for Preliminary Injunction. - re 3 MOTION for Preliminary Injunction. (Wade, William) (Entered: 12/30/2005) |
| 01/09/2006 | 10 | MOTION for Pro Hac Vice Appearance of Attorney Michael A. Paskin and J. Wesley Earnhardt of Cravath, Swaine & Moore LLP - filed by Pike Electric Corporation, Pike |

|  |  |  |
|---|---|---|
|  | 36 | Responses and Objections to Defendant Mick Dubea's First Requests for the Production of Documents and Responses and Objections to Defendant Mick Dubea's First Set of Interrogatories re 22 Notice of Service, by Pike Electric Corporation, Pike Electric Inc.. Related document: 22 Notice of Service, filed by Mick Dubea,.(Schwartz, Alyssa) (Entered: 04/17/2006) |
| 04/17/2006 | 37 | Second NOTICE of Subpoena of Mark Styslinger by Pike Electric Corporation, Pike Electric Inc. (Schwartz, Alyssa) (Entered: 04/17/2006) |
| 04/18/2006 | 38 | MOTION for Pro Hac Vice Appearance of Attorney Elizabeth Lasorte - filed by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 04/18/2006) |
| 04/19/2006 | 39 | NOTICE to Take Deposition of Pike Electric Corporation on April 25, 2006 at 10:00am by Mick Dubea.(Naylor, Joseph) (Entered: 04/19/2006) |
| 04/21/2006 | 40 | NOTICE of Service of Subpoena Under Federal Rule of Civil Procedure 45(b)(1) by Mick Dubea (Lazarus, Lewis) (Entered: 04/21/2006) |
| 04/24/2006 |  | SO ORDERED, re 38 MOTION for Pro Hac Vice Appearance of Attorney Elizabeth Lasorte filed by Pike Electric Corporation,, Pike Electric Inc.,. Signed by Judge Sue L. Robinson on 4/24/06. (rld, ) (Entered: 04/24/2006) |
| 04/26/2006 | 41 | MOTION to Amend/Correct 21 Scheduling Order,, *Scheduling Order On an Expedited Basis* - filed by Mick Dubea. (Lazarus, Lewis) (Entered: 04/26/2006) |
| 04/27/2006 | 42 | MOTION for Discovery *Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation Of Evidence* - filed by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Schwartz, Alyssa) (Entered: 04/27/2006) |
| 04/27/2006 | 43 | SEALED OPENING BRIEF in Support re 42 MOTION for Discovery *Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation Of Evidence Opening Brief In Support of Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation of Evidence* filed by Pike Electric Corporation, Pike Electric Inc..Answering Brief/Response due date per Local Rules is 5/11/2006. (Schwartz, Alyssa) (Entered: 04/27/2006) |
| 04/27/2006 | 44 | SEALED DECLARATION re 43 Opening Brief in Support,, *Declaration of Sarah E. Paul In Support Of Opening Brief In Support Of Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoliation Of Evidence* by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 04/27/2006) |
| 04/27/2006 | 45 | SEALED DECLARATION re 43 Opening Brief in Support,, *Declaration of Rob L. Kimmons In Support Of Opening Brief In Support Of Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoliation Of Evidence* by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 04/27/2006) |
| 04/28/2006 |  | Minute Entry for proceedings held before Judge Sue L. Robinson : Telephone Conference held on 4/28/2006 re dispute during a deposition. Reporter for this teleconference was present at the deposition with counsel. (Court Reporter n/a.) (rld, ) (Entered: 05/01/2006) |
| 05/01/2006 | 46 | NOTICE OF SERVICE of Defendant Mick Dubea's Second Set of Interrogatories Directed to Plaintiffs Pike Electric Corporation and Pike Electric, Inc.; and (2) Defendant Mick Dubea's Second Requests for Production of Documents Directed to Plaintiffs Pike Electric Corporation and Pike Electric, Inc. by Mick Dubea.(Lazarus, Lewis) (Entered: 05/01/2006) |
| 05/01/2006 | 47 | NOTICE to Take Deposition of Pike Electric Corporation on 05/3/06 by Mick Dubea. (Naylor, Joseph) (Entered: 05/01/2006) |

| | | |
|---|---|---|
| 05/02/2006 | 48 | NOTICE to Take Deposition of Mick Dubea on June 1, 2006 beginning at 10:00 a.m. by Pike Electric Corporation, Pike Electric Inc..(Schwartz, Alyssa) (Entered: 05/02/2006) |
| 05/02/2006 | | Set Deadlines/Hearings: Telephone Conference set for 5/9/2006 10:30 AM before Honorable Sue L. Robinson re D.I. 41. (rld, ) (Entered: 05/02/2006) |
| 05/02/2006 | 49 | NOTICE OF SERVICE of Subpoena Directed to Towers, Perrin, Forster & Crosby, Inc. by Mick Dubea.(Jowers, Jason) (Entered: 05/02/2006) |
| 05/04/2006 | 50 | REDACTED VERSION of 43 Opening Brief in Support,, by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 05/04/2006) |
| 05/04/2006 | 51 | REDACTED VERSION of 45 Declaration, by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 05/04/2006) |
| 05/04/2006 | 52 | REDACTED VERSION of 44 Declaration, by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 05/04/2006) |
| 05/04/2006 | 53 | MEMORANDUM in Opposition re 41 MOTION to Amend/Correct 21 Scheduling Order,, *Scheduling Order On an Expedited Basis Opposition Memorandum To Defendant Mick Dubea's Motion For Amendment of Scheduling Order* filed by Pike Electric Corporation, Pike Electric Inc..Reply Brief due date per Local Rules is 5/11/2006. (Attachments: # 1 Exhibit Exhibits A-G)(Schwartz, Alyssa) (Entered: 05/04/2006) |
| 05/05/2006 | 54 | Letter to Honorable Sue L. Robinson from Lewis H. Lazarus, Esquire regarding Response to Kimmons Security Services, Inc. letter of May 4, 2006. (Lazarus, Lewis) (Entered: 05/05/2006) |
| 05/08/2006 | 55 | ORDER the Court is holding August 11, 2006 for a one-day mediation, with the parties being second in line for August 22 through 24, 2006. The Court will advise counsel after June 19, 2006 if any of the August 22 through August 24, 2006 dates become available. Signed by Judge Mary Pat Thynge on 5/8/2006. (cab, ) (Entered: 05/08/2006) |
| 05/08/2006 | 56 | SEALED REPLY BRIEF re 41 MOTION to Amend/Correct 21 Scheduling Order,, *Scheduling Order On an Expedited Basis [FILED UNDER SEAL]* filed by Mick Dubea. (Attachments: # 1)(Lazarus, Lewis) (Entered: 05/08/2006) |
| 05/09/2006 | 57 | Letter to Judge Sue L. Robinson from Alyssa M. Schwartz regarding enclosing a copy of a letter from Sarah Paul informing the Court that the parties reached an agreement as to the documents that were contested at Mr. Kimmons' deposition. (Attachments: # 1) (Schwartz, Alyssa) (Entered: 05/09/2006) |
| 05/09/2006 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Telephone Conference held on 5/9/2006. Set in-person discovery conf. for 5/22/06 at 10:00 a.m. (Court Reporter V. Gunning.) (rld, ) (Entered: 05/09/2006) |
| 05/11/2006 | 58 | SEALED ANSWERING BRIEF in Opposition re 42 MOTION for Discovery *Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation Of Evidence* filed by Mick Dubea.Reply Brief due date per Local Rules is 5/18/2006. (Lazarus, Lewis) (Entered: 05/11/2006) |
| 05/11/2006 | 59 | SEALED APPENDIX re 58 Answering Brief in Opposition, by Mick Dubea. (Attachments: # 1 Exhibit Certificate of Service)(Lazarus, Lewis) (Entered: 05/11/2006) |
| 05/15/2006 | 60 | REDACTED VERSION of 56 Reply Brief *(Defendant Mick Dubea's Reply Memorandum in Support of Motion for Amendment of Scheduling Order)* by Mick Dubea. (Attachments: # 1 Exhibit A-E# 2 Exhibit F-P)(Lazarus, Lewis) (Entered: 05/15/2006) |
| 05/16/2006 | 61 | NOTICE OF SERVICE of Subpoena Directed to Cellco Partnership d/b/a Verizon Wireless by Mick Dubea.(Lintner, Matthew) (Entered: 05/16/2006) |

| | | |
|---|---|---|
| 05/16/2006 | 62 | NOTICE OF SERVICE of Subpoena Directed to Dean & Company Strategy Consultants, Inc. by Mick Dubea.(Lintner, Matthew) (Entered: 05/16/2006) |
| 05/18/2006 | 63 | TRANSCRIPT of Telephone Conference held on 5/9/06 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 05/18/2006) |
| 05/18/2006 | 64 | SEALED REPLY to Response to Motion re 42 MOTION for Discovery *Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation Of Evidence* filed by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 05/18/2006) |
| 05/18/2006 | 65 | SEALED DECLARATION re 64 Reply to Response to Motion, by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 05/18/2006) |
| 05/19/2006 | 66 | MOTION for Hearing re 42 MOTION for Discovery *Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation Of Evidence (Request for Oral Argument)* - filed by Pike Electric Corporation, Pike Electric Inc.. (Wade, William) (Entered: 05/19/2006) |
| 05/19/2006 | 67 | REDACTED VERSION of 58 Answering Brief in Opposition, *to Plaintiffs' Motion for Order Rejecting Defendant's Claim of Privilege and for Discovery Sanctions)* by Mick Dubea. (Attachments: # 1 Certificate of Service)(Lazarus, Lewis) (Entered: 05/19/2006) |
| 05/19/2006 | 68 | REDACTED VERSION of 59 Appendix *in Support of Mick Dubea's Answering Brief in Opposition to Plaintiffs' Motion for Order Rejecting Defendants' s Claim of Privilege and for Discovery Sanctions* by Mick Dubea. (Attachments: # 1 Exhibit B1 - B18# 2 Certificate of Service)(Lazarus, Lewis) (Entered: 05/19/2006) |
| 05/22/2006 | | (Court only) ***Motions terminated as should have been filed as a "request" not a motion: 66 MOTION for Hearing re 42 MOTION for Discovery *Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation Of Evidence (Request for Oral Argument)* filed by Pike Electric Corporation,, Pike Electric Inc.,. (rld, ) (Entered: 05/22/2006) |
| 05/22/2006 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 5/22/2006. (Court Reporter V. Gunning.) (rld, ) (Entered: 05/22/2006) |
| 05/22/2006 | 69 | PROPOSED ORDER Confidentiality Agreement by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Exhibit A)(Schwartz, Alyssa) (Entered: 05/22/2006) |
| 05/23/2006 | 70 | TRANSCRIPT of Discovery Conference held on 5/22/06 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 05/23/2006) |
| 05/25/2006 | | (Court only) ***Motions terminated per Discovery conference conducted May 22, 2006: DENYING 41 MOTION to Amend/Correct 21 Scheduling Order,, *Scheduling Order On an Expedited Basis* filed by Mick Dubea; MOOTING 3 MOTION for Preliminary Injunction filed by Pike Electric Corporation,, Pike Electric Inc. and DEFERRING RULING on 42 MOTION for Discovery *Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation Of Evidence* filed by Pike Electric Corporation, Pike Electric Inc. (rld, ) (Entered: 05/25/2006) |
| 05/25/2006 | | Remark: Motions terminated per Discovery conference conducted May 22, 2006: DENYING 41 MOTION to Amend/Correct 21 Scheduling Order, Scheduling Order On an Expedited Basis filed by Mick Dubea; MOOTING 3 MOTION for Preliminary Injunction filed by Pike Electric Corporation,, Pike Electric Inc.; and DEFERRING RULING on 42 MOTION for Discovery Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoilation Of Evidence filed by Pike Electric Corporation, Pike Electric Inc. (rld, ) (Entered: 05/25/2006) |

| | | |
|---|---|---|
| 05/25/2006 | | SO ORDERED, re 69 Confidentiality Agreement and Protective Order filed by Pike Electric Corporation, Pike Electric Inc. Signed by Judge Sue L. Robinson on 5/24/06. (rld, ) (Entered: 05/25/2006) |
| 05/25/2006 | 71 | REDACTED VERSION of 64 Reply to Response to Motion, *for Order Rejecting Defendant's Claims of Privilege and for Discovery Sanctions Due to Spoliation of Evidence* by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 05/25/2006) |
| 05/25/2006 | 72 | REDACTED VERSION of 65 Declaration *of Sarah E. Paul* by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 05/25/2006) |
| 05/30/2006 | 73 | NOTICE of Deposition and Subpoena of Nancy Carol Christian by Pike Electric Corporation, Pike Electric Inc. (Schwartz, Alyssa) (Entered: 05/30/2006) |
| 05/31/2006 | 74 | SEALED Supplemental MEMORANDUM in Support re 42 MOTION for Discovery *Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoliation Of Evidence FILED UNDER SEAL* filed by Pike Electric Corporation, Pike Electric Inc..Answering Brief/Response due date per Local Rules is 6/14/2006. (Schwartz, Alyssa) Modified on 6/1/2006 (fmt, ). (Entered: 05/31/2006) |
| 05/31/2006 | 75 | SEALED ANSWERING BRIEF in Opposition re 42 MOTION for Discovery *Plaintiffs' Motion For Order Rejecting Defendant's Claims Of Privilege And For Discovery Sanctions Due To Spoliation Of Evidence (Supplemental Brief)* filed by Mick Dubea.Reply Brief due date per Local Rules is 6/7/2006. (Lazarus, Lewis) (Entered: 05/31/2006) |
| 05/31/2006 | 76 | SEALED APPENDIX re 75 Answering Brief in Opposition, *to Plaintiffs' Motion for Order Rejecting Defendant's Claim of Privilege and for Discovery Sanctions* by Mick Dubea. (Lazarus, Lewis) (Entered: 05/31/2006) |
| 06/01/2006 | 77 | NOTICE OF SERVICE of Plaintiffs Pike Electric Corporation and Pike Electric, Inc.?s Supplemental Responses and Objections to Defendant Mick Dubea?s First Set of Interrogatories, and Plaintiffs Pike Electric Corporation and Pike Electric, Inc.?s Responses and Objections to Defendant Mick Dubea?s Second Requests for Production of Documents by Pike Electric Corporation, Pike Electric Inc..(Schwartz, Alyssa) (Entered: 06/01/2006) |
| 06/01/2006 | 78 | NOTICE OF SERVICE of Plaintiffs' Combined Second Sets of Requests for the Production of Documents and Interrogatories by Pike Electric Corporation, Pike Electric Inc..(Schwartz, Alyssa) (Entered: 06/01/2006) |
| 06/02/2006 | 79 | NOTICE to Take Deposition of Joseph Kettell on June 26, 2006 beginning at 10:00 a.m. by Pike Electric Corporation, Pike Electric Inc..(Schwartz, Alyssa) (Entered: 06/02/2006) |
| 06/02/2006 | 80 | NOTICE to Take Deposition of Mick Dubea on June 27, 2006 beginning at 10:00 a.m. by Pike Electric Corporation, Pike Electric Inc..(Schwartz, Alyssa) (Entered: 06/02/2006) |
| 06/06/2006 | 81 | SEALED MOTION for Leave to File *a Memorandum in Response to Dubea's Supplemental Brief* - filed by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) Additional attachment(s) added on 6/7/2006 (fmt, ). Modified on 6/7/2006 (fmt, ). (Entered: 06/06/2006) |
| 06/07/2006 | 82 | REDACTED VERSION of 81 SEALED MOTION for Leave to File *a Memorandum in Response to Dubea's Supplemental Brief* by Pike Electric Corporation, Pike Electric Inc.. (fmt, ) (Entered: 06/07/2006) |
| 06/07/2006 | | CORRECTING ENTRY: D.I. 81 has been placed entirely under seal and the redacted version has been docketed as D.I. 82 (fmt, ) (Entered: 06/07/2006) |

|  |  |  |
|---|---|---|
|  | 116 | Electric Inc.. (Schwartz, Alyssa) (Entered: 07/24/2006) |
| 07/24/2006 | 117 | Amended PROPOSED ORDER [Proposed Amended Scheduling Order] re 115 Letter by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 07/24/2006) |
| 07/25/2006 |  | SO ORDERED, re 117 Proposed Amended Scheduling Order filed by Pike Electric Corporation, Pike Electric Inc., ReSetting Scheduling Order Deadlines: Amended Pleadings due by 8/31/2006. Discovery due by 8/14/2006. Joinder of Parties due by 8/31/2006. Motions in Limine due by 8/18/2006. Responses to Motions in Limine due by 8/25/2006. Signed by Judge Sue L. Robinson on 7/25/06. (rld, ) (Entered: 07/25/2006) |
| 07/31/2006 | 118 | NOTICE OF SERVICE of Expert Report of Karyl M. Van Tassel; and Expert Report of J.F. Morrow by Mick Dubea.(Lintner, Matthew) (Entered: 07/31/2006) |
| 08/07/2006 | 119 | NOTICE to Take Deposition of Jonathan Falk on August 9, 2006 by Mick Dubea. (Lintner, Matthew) (Entered: 08/07/2006) |
| 08/18/2006 | 120 | SEALED MOTION in Limine *to Exclude Reports and Testimony of Robert L. Kimmons* - filed by Mick Dubea. (Lazarus, Lewis) (Entered: 08/18/2006) |
| 08/18/2006 | 121 | SEALED MOTION in Limine *to Preclude Pike from Claiming at Trial that Mick Dubea Improperly Disclosed Purportedly Confidential Pike Information* - filed by Mick Dubea. (Lazarus, Lewis) (Entered: 08/18/2006) |
| 08/18/2006 | 122 | MOTION in Limine *No. 1 to Exclude the Proffered Expert Testimony of J.F. Morrow* - filed by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 08/18/2006) |
| 08/18/2006 | 123 | MOTION in Limine *No. 2 to Exclude the Proffered Expert Testimony of Karyl Van Tassel* - filed by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 08/18/2006) |
| 08/18/2006 | 124 | SEALED OPENING BRIEF in Support re 123 MOTION in Limine *No. 2 to Exclude the Proffered Expert Testimony of Karyl Van Tassel*, 122 MOTION in Limine *No. 1 to Exclude the Proffered Expert Testimony of J.F. Morrow* filed by Pike Electric Corporation, Pike Electric Inc..Answering Brief/Response due date per Local Rules is 9/1/2006. (Schwartz, Alyssa) (Entered: 08/18/2006) |
| 08/18/2006 | 125 | MOTION in Limine *No. 3 to Exclude Extrinsic Evidence Offered by Mick Dubea to Vary the Unambiguous Terms of his Employment Contract* - filed by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 08/18/2006) |
| 08/18/2006 | 126 | SEALED OPENING BRIEF in Support re 125 MOTION in Limine *No. 3 to Exclude Extrinsic Evidence Offered by Mick Dubea to Vary the Unambiguous Terms of his Employment Contract* filed by Pike Electric Corporation, Pike Electric Inc..Answering Brief/Response due date per Local Rules is 9/1/2006. (Schwartz, Alyssa) (Entered: 08/18/2006) |
| 08/18/2006 | 127 | MOTION in Limine *No. 4 to Exclude Evidence of the Towers Perrin Study and Other Evidence of the Average Length of Non-Competition Agreements for Executives Outside of the Acquisition Context* - filed by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 08/18/2006) |
| 08/18/2006 | 128 | SEALED OPENING BRIEF in Support re 127 MOTION in Limine *No. 4 to Exclude Evidence of the Towers Perrin Study and Other Evidence of the Average Length of Non-Competition Agreements for Executives Outside of the Acquisition Context* filed by Pike Electric Corporation, Pike Electric Inc..Answering Brief/Response due date per Local Rules is 9/1/2006. (Schwartz, Alyssa) (Entered: 08/18/2006) |
| 08/18/2006 | 129 | SEALED DECLARATION re 125 MOTION in Limine *No. 3 to Exclude Extrinsic Evidence Offered by Mick Dubea to Vary the Unambiguous Terms of his Employment* |

| | | |
|---|---|---|
| | | *Contract*, 127 MOTION in Limine *No. 4 to Exclude Evidence of the Towers Perrin Study and Other Evidence of the Average Length of Non-Competition Agreements for Executives Outside of the Acquisition Context*, 124 Opening Brief in Support,, 128 Opening Brief in Support,, 123 MOTION in Limine *No. 2 to Exclude the Proffered Expert Testimony of Karyl Van Tassel*, 126 Opening Brief in Support,, 122 MOTION in Limine *No. 1 to Exclude the Proffered Expert Testimony of J.F. Morrow* by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Exhibit Exhibits 1-29) (Schwartz, Alyssa) (Entered: 08/18/2006) |
| 08/23/2006 | 130 | REDACTED VERSION of 120 SEALED MOTION in Limine *to Exclude Reports and Testimony of Robert L. Kimmons* by Mick Dubea. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Lazarus, Lewis) (Entered: 08/23/2006) |
| 08/23/2006 | 131 | REDACTED VERSION of 121 SEALED MOTION in Limine *to Preclude Pike from Claiming at Trial that Mick Dubea Improperly Disclosed Purportedly Confidential Pike Information* by Mick Dubea. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Lazarus, Lewis) (Entered: 08/23/2006) |
| 08/24/2006 | 132 | REDACTED VERSION of 124 Opening Brief in Support, *of Plaintiffs' Motions In Limine Nos. 1 and 2 To Exclude the Proffered Expert Testimony of J.F. Morrow and Karyl Van Tassel* by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 08/24/2006) |
| 08/24/2006 | 133 | REDACTED VERSION of D.I. 126 SEALED OPENING BRIEF in Support re 125 MOTION in Limine No. 3 to Exclude Extrinsic Evidence Offered by Mick Dubea to Vary the Unambiguous Terms of his Employment Contract -- *Redacted Version* by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) Modified on 8/24/2006 (fmt, ). (Entered: 08/24/2006) |
| 08/24/2006 | 134 | REDACTED VERSION of 128 Opening Brief in Support, *of Plaintiffs' Motion in Limine No. 4 to Exclude Evidence of the Towers Perrin Study and Other Evidence of the Average Length of Non-Competition Agreements for Executives Outside of the Acquisition Context* by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 08/24/2006) |
| 08/24/2006 | 135 | REDACTED VERSION of 129 Declaration,,, *of J. Wes Earnhardt in Support of Plaintiff Pike Electric Corporation's & Pike Electric, Inc.'s Motions In Limine* by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Exhibit Redacted Exhibits 1-7# 2 Exhibit Redacted Exhibits 8-16# 3 Exhibit Redacted Exhibits 17-29)(Schwartz, Alyssa) (Entered: 08/24/2006) |
| 08/24/2006 | | CORRECTING ENTRY: D.I. 133 has been corrected to reflect that it is the redacted version of D.I. 126 (fmt, ) (Entered: 08/24/2006) |
| 08/25/2006 | 136 | SEALED ANSWERING BRIEF in Opposition re 121 SEALED MOTION in Limine *to Preclude Pike from Claiming at Trial that Mick Dubea Improperly Disclosed Purportedly Confidential Pike Information (Plaintiffs' Brief In Opposition To Defendant Mick Dubea's Motion In Limine To Preclude Pike From Claiming At Trial That Mick Dubea Improperly Disclosed Purportedly Confidential Pike Information)* filed by Pike Electric Corporation, Pike Electric Inc..Reply Brief due date per Local Rules is 9/1/2006. (Schwartz, Alyssa) (Entered: 08/25/2006) |
| 08/25/2006 | 137 | SEALED DECLARATION re 136 Answering Brief in Opposition,, *(Declaration of Elizabeth Lasorte)* by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 08/25/2006) |
| 08/25/2006 | 138 | SEALED ANSWERING BRIEF in Opposition re 123 MOTION in Limine *No. 2 to Exclude the Proffered Expert Testimony of Karyl Van Tassel*, 122 MOTION in Limine *No. 1 to Exclude the Proffered Expert Testimony of J.F. Morrow* filed by Mick Dubea.Reply Brief due date per Local Rules is 9/1/2006. (Lazarus, Lewis) (Entered: 08/25/2006) |
| | | |

| | | |
|---|---|---|
| 08/25/2006 | 139 | SEALED ANSWERING BRIEF in Opposition re 125 MOTION in Limine *No. 3 to Exclude Extrinsic Evidence Offered by Mick Dubea to Vary the Unambiguous Terms of his Employment Contract* filed by Mick Dubea.Reply Brief due date per Local Rules is 9/1/2006. (Lazarus, Lewis) (Entered: 08/25/2006) |
| 08/25/2006 | 140 | SEALED ANSWERING BRIEF in Opposition re 127 MOTION in Limine *No. 4 to Exclude Evidence of the Towers Perrin Study and Other Evidence of the Average Length of Non-Competition Agreements for Executives Outside of the Acquisition Context* filed by Mick Dubea.Reply Brief due date per Local Rules is 9/1/2006. (Lazarus, Lewis) (Entered: 08/25/2006) |
| 08/25/2006 | 141 | SEALED DECLARATION re 139 Answering Brief in Opposition,, 140 Answering Brief in Opposition,, 138 Answering Brief in Opposition, by Mick Dubea. (Lazarus, Lewis) (Entered: 08/25/2006) |
| 09/01/2006 | 142 | REDACTED VERSION of 138 Answering Brief in Opposition, *to Plaintiffs' Motions In Limine Nos. 1 & 2: To Exclude the Proferred Expert Testimony of J.F. Morrow and Karyl Van Tassel* by Mick Dubea. (Naylor, Joseph) (Entered: 09/01/2006) |
| 09/01/2006 | 143 | REDACTED VERSION of 139 Answering Brief in Opposition, *to Pike's Motion In Limine No. 3: To Exclude Extrinsic Evidence* by Mick Dubea. (Naylor, Joseph) (Entered: 09/01/2006) |
| 09/01/2006 | 144 | REDACTED VERSION of 140 Answering Brief in Opposition, *to Plaintiffs' Motion in Limine No. 4: To Exclude the Evidence of the Towers Perrin Study and Other Evidence of the Average Length of Noncompetition Agreements for Executives Outside of the Acquisition Context* by Mick Dubea. (Naylor, Joseph) (Entered: 09/01/2006) |
| 09/01/2006 | 145 | REDACTED VERSION of 141 Declaration *of Joseph S. Naylor in Support of Defendant Mick Dubea's Briefs in Opposition to Pike Electric Corporation's & Pike Electric, Inc's Motions In Limine* by Mick Dubea. (Attachments: # 1 Exhibit 1-16 (Redacted in its entirety)# 2 Exhibit 17 (part 1 of 5)# 3 Exhibit 17 (part 2 of 5)# 4 Exhibit 17 (part 3 of 5)# 5 Exhibit 17 (part 4 of 5)# 6 Exhibit 17 (part 5 of 5)# 7 Exhibit 18-23 (Redacted in its entirety)# 8 Exhibit 24-27 (Redacted in its entirety)# 9 Exhibit 28# 10 Exhibit 29-34 (Redacted in its entirety))(Naylor, Joseph) (Entered: 09/01/2006) |
| 09/01/2006 | 146 | REDACTED VERSION of 136 Answering Brief in Opposition,, by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 09/01/2006) |
| 09/01/2006 | 147 | REDACTED VERSION of 137 Declaration by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Exhibit Exhibits 6 to 12# 2 Exhibit Exhibits 1 to 5)(Schwartz, Alyssa) (Entered: 09/01/2006) |
| 09/05/2006 | 148 | Letter to The Honorable Sue L. Robinson from Alyssa M. Schwartz regarding Proposed Joint Pretrial Order. (Schwartz, Alyssa) (Entered: 09/05/2006) |
| 09/05/2006 | 149 | SEALED Proposed Pretrial Order *Joint (Confidential Filed Under Seal)* by Pike Electric Corporation, Pike Electric Inc., Mick Dubea. (Schwartz, Alyssa) Modified on 9/6/2006 (fmt, ). (Entered: 09/05/2006) |
| 09/06/2006 | | SO ORDERED as UNOPPOSED: re 120 SEALED MOTION in Limine *to Exclude Reports and Testimony of Robert L. Kimmons* filed by Mick Dubea, and 114 MOTION for Leave to File *First Amended Answer to the Complaint, Additional Defenses and Counterclaim* filed by Mick Dubea. Signed by Judge Sue L. Robinson on 9/6/06. (rld, ) (Entered: 09/06/2006) |
| 09/12/2006 | 150 | STIPULATION of Dismissal *with Prejudice* by Pike Electric Corporation, Pike Electric Inc.. (Schwartz, Alyssa) (Entered: 09/12/2006) |
| 09/12/2006 | 151 | REDACTED VERSION of 149 Proposed Pretrial Order by Pike Electric Corporation, Pike Electric Inc.. (Attachments: # 1 Exhibit Exhibits 1 - 6# 2 Exhibit Exhibits 7 - 9# 3 Exhibit Exhibits 10 - 14# 4 Exhibit Exhibits 15 - 17# 5 Exhibit Exhibits 18 - 23)(Schwartz, Alyssa) (Entered: 09/12/2006) |