OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

Lewis H. Lazarus, ESQ.
Morris James LLP
Email:llazarus@morrisjames.com

RE: **Pike Electric Corporation et al v. Dubea.**
Civ. No. 05-cv-879-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:
56,58,59,75,76,120,121,138,139,140,141.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk
By: /s/

I hereby acknowledge receipt of the above mentioned documents
on _8/15/07_.

Signature