OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

William J. Wade, ESQ.
Richards, Layton & Finger
Email:wade@rlf.com

    RE: **Pike Electric Corporation et al v. Dubea.**
         Civ. No. 05-cv-879-SLR

Dear Counsel:

    Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:    43,44,45,64,65,74,81,124,126,128,136,137,149.

    A copy of the signed acknowledgment has been attached for your records.

                                           Sincerely,

                                        Peter T. Dalleo, Clerk
                                        By: _____

    I hereby acknowledge receipt of the above mentioned documents on 8/15/07.

                           _____
                                 Signature